# In the United States District Court for the District of Columbia

Civil Division

| | |
|---|---|
| **SHANA HARGROVE, POWER OF ATTORNEY FOR KEVIN WELCH** <br><br> PLAINTIFF <br><br> VS <br><br> **MEDSTAR WASHINGTON HOSPITAL CENTER , ET AL** <br><br> DEFENDANTS | **CIVIL CASE NO. :** 1:23-CV-03381-RJL |

### NOTICE OF APPEARANCE OF CO-COUNSEL FOR PLAINTIFF

WILL THE CLERK OF THE COURT, please enter the appearance of Kim Parker, and The Law Offices of Kim Parker, P.A., as Co-Counsel for Plaintiff in this case. Please send copies of all notices and pleadings to the undersigned.

/s/ Kim Parker

Kim Parker, Esquire (D.C. Bar No. 46980)
LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
O:410-234-2621
F: 443-486-1691
E:kp@kimparkerlaw.com

COUNSELS FOR PLAINTIFF KEVIN WELCH