IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SHANA HARGROVE<br>AS POWER OF ATTORNEY<br>FOR KEVIN WELCH<br><br>    PLAINTIFF<br><br>VS<br><br>**MEDSTAR WASHINGTON HOSPITAL CENTER**, ET AL<br><br><br>    DEFENDANTS | CASE NO.:__ 1:23-CV-03381-RJL__ |

**PLAINTIFF'S RESPONSE TO DEFENDANTS**
**MOTION TO DISMISS COUNT TWO OF THE COMPLAINT**

NOW COMES, Shana Hargrove, Power of Attorney for Kevin Welch, (the "Plaintiff") by and through her undersigned counsel, and responds to the Defendants Motion to Dismiss Count Two of the Complaint, and for reasons state:

1. The Defendants have filed a Motion to Dismiss Count Two of the Complaint (the "Motion").

2. On December 22, 2023, Plaintiff filed her First Amended Complaint ("FAC"), as a matter of right, pursuant to Fed. R. Civ. P. 15(a)(1)(B) within 21days after service of Defendants Rule 12(b) Motion.

3. The FAC is the operative complaint, rendering the Defendants Motion moot. See *Kruger v. COGENT COMMUNICATIONS, INC*., 174 F. Supp. 3d 75 (D.C. 2016).

WHEREFORE, Plaintiff prays that the Motion to Dismiss be denied, and for such other and further relief as may be deemed just and proper.

Respectfully Submitted,

/S/ GOVERNOR E. JACKSON, III
_____

Governor E. Jackson, III (D.C. Bar No. 1002797)
LAW OFFICE OF GOVERNOR JACKSON, III LLC
10 G Street NE, Suite 600
Washington, D.C. 20002
(410) 528-5150 (o)
(410) 528-1055 (f)
E:gjackson@governorjacksonlaw.com

Kim Parker, Esquire (D.C. Bar No. 46980)
LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
O:410-234-2621
F: 443-486-1691
E:kp@kimparkerlaw.com

COUNSELS FOR PLAINTIFF SHANA HARGROVE
AS POWER OF ATTORNEY FOR KEVIN WELCH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _22nd_ day of December 2023, a copy of Plaintiff's Response to Motion to Dismiss was served, via the Court's ECF filing system to:

MICHAEL J. HALAIKO, ESQUIRE
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 S. Charles Street, Ste 1600
Baltimore, MD 21201
*Counsel for Defendants*

S/ GOVERNOR E. JACKSON, III
_____
Governor E. Jackson, III, Esquire