### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| **SHANA HARGROVE**<br><br>     PLAINTIFF<br><br>VS-<br><br>**MEDSTAR WASHINGTON HOSPITAL,<br>CENTER, ET AL**<br><br>     DEFENDANT | Civil Case No.: 23-CV-03381-RJL |

### PLAINTIFF'S EXPERT DESIGNATION

**NOW COMES,** Shana Hargrove (the "Plaintiff"), by and through her undersigned counsels, pursuant to Fed. Civ. Pro. R. 26(a)(2)(a), and this Honorable Court's Scheduling Order, designates the following individuals and entities as potential hybrid and subject matter experts witnesses, who Plaintiff may use at trial.

### PRELIMINARY STATEMENT

The summary of each expert's opinion is undersigned counsel's designation of the expected scope of the expert's testimony based upon their review of information provided in discovery, and their respective education, training, and experience. This designation was prepared by counsel for the Plaintiff. Counsel has summarized each expert's opinion to the best of their understanding. The wording of this designation is solely that of counsel and does not purport to be the exact language that would be used by the expert witnesses if they were summarizing their opinions. With respect to non-retained experts, disclosed herein, Plaintiff hereby designate and state that she intends to call for the purpose of fact and/or opinion

testimony those persons listed in the witness disclosures of each party, as appropriate. Plaintiff makes this designation without conceding the qualifications, relevancy, reliability, or admissibility of such witness' opinions. Plaintiff/Patient refers to Kevin G. Welch.

   **I.    PURSUANT TO RULE 26(A)(2)(C), THE PLAINTIFF DESIGNATES THE FOLLOWING WITNESSES WHO ARE NOT RETAINED AND WHO MAY BE USED AT THE TRIAL OF THIS MATTER TO PRESENT EVIDENCE UNDER RULES 702, 703 OR 705 OF THE FEDERAL RULES OF EVIDENCE.**

   1.**Representatives, doctors, nursing staff, and employees from Medstar Washington Hospital Center, and affiliated companies,  including: Alassar Aiman,MD PhD,  Raiyah Sheriffdeen, Rajiv Jhaveri, MD, Patrick Bering, MD, Diego Medvedofsky, MD, Sumbal Janjua, MD, Aroti Hedge, MD, Robert Cai, MD, Mark Lin, MD, Irim Ciolino, MD, Fatemeh Milani, MD, Lyn Huang, MD, Dr. Merino, Dr. Osbourn, Dr. Steven, Gabriele Lacona, MD, Maxwell Hockenstien, MD, Brandon Glousman, MD, Stephen Luczycki, MD, Kaitlyn Dunphy, MD, Jeffery Komisarof, MD, Brian Barry, MD, Takashi Kitani, MD, Tulsi Shah, MD, Fatemeh Milani, MD, Patrick Finan, MD, Amir Paydar, MD, Louis Smith, MD, Mark Burnstien, MD, Annette Virta-Paras, MD, Irwin Feuerstein, MD, April Farley, MD, Emily Sosnoski, MD, Lynn Huang, MD, Namik Haveric, MD, Michael Smith, MD, Sanjal Nagendra, MD , Kavita Tripathi, MD, Sheil Y. Shah, DO, Ammar Bafi, MD, Rahul Malik, MD, Srikar Kuppa, MD, Jose Merino-Juarez, MD, Kyle Reynolds, MD,  Mguh Shah, MD, and Jeffery Shupp, MD, located at 110 Irving St. NW Washington, DC 20010, who are experts in the field of Emergency Medicine.** These doctors are expected to testify as to the emergency and routine treatment rendered to the patient following the incident Complained of with respect to the fairness, reasonableness, necessity and causal relationship between the personal injuries sustained in the incident and

their medical treatment rendered. His doctors are also expected to testify as to the permanent nature of the injuries sustained by the patient as a result of this incident; future medical expenses and treatment which are reasonably expected in occur in the future.  Additionally, they may testify that he suffered from a pre-existing condition and this pre-existing condition was exacerbated by the incident. They may testify that he suffered from a pre-existing condition and this pre-existing condition made him more susceptible to injury. They will testify that all bills and expenses incurred to date as well as any future treatment recommended are medically reasonable and necessary to properly manage the patient's condition.  The doctor's opinions are based upon their review of the medical records, treatment or examination of the Plaintiff, history taken from the Plaintiff and years of experience and medical training. The Plaintiff incorporates by reference all of his medical records attached to the Plaintiff's response to request for production of documents previously provided to the Defendants, as if herein restated. Furthermore, Plaintiff incorporates the medical records currently in the possession of the Defendants, and not produced, by Defendants, as if herein restated for reference. Moreover, Plaintiff incorporates the medical records obtained by Defendants by way of a Subpoena, and produced by Defendants in response to Plaintiff's Request for Production of Documents. Should the need arise, Plaintiff reserves the right to call his other treating physicians and medical personnel, including but not limited to physicians, physicians' assistants, nurses, therapists, emergency medical responders, and other medical personnel.  Plaintiff reserves the right to supplement.

2. **Representatives, doctors, therapist, nursing staff, and employees from MedStar National Rehabilitation Hospital, and affiliated companies, including, Sandeep Simlote, MD, Jonathan Reingold, PT, Rahwana Amare, MD, Michael Wroten, MD, Aroti Hegde,**

**MD, Hermimio Navia, MD, Derek Day, MD, Shelly Gulhar, MD, Nirguana Thalla, MD, Jared Stowers, MD, Sarah Hour, MD, Rajiv Jhaveri, MD, Sheil Y. Shah, DO and Laura Malmut, MD, located at 102 Irving St NW, Washington, DC 20010, who are experts in the field of   Acute Rehabilitation, respectively.** These doctors are expected to testify regarding the emergency and ongoing treatment provided to the patient following the reported stroke incident. This includes evaluating the appropriateness, reasonableness, necessity, and causal relationship between the effects of the stroke and the medical treatment rendered. The doctors will also testify regarding the permanent nature of any injuries sustained as a result of the stroke, including cognitive issues. These medical professionals will discuss the types of therapy rendered to the Plaintiff, including, Speech and language therapy to help regain and improve communication skills, Occupational therapy to relearn daily living skills, Physical therapy to regain mobility and strength, Cognitive rehabilitation therapy to help improve attention, memory, problem-solving skills, and executive function , and medications in some cases to help with issues like depression, anxiety, and cognitive decline. The doctors are expected to testify regarding future medical expenses and treatments that are reasonably expected to occur as a result of the stroke and subsequent cognitive issues. The testimony will assist in determining the necessary care and supportive services the patient will require. Additionally, they may testify that he suffered from a pre-existing condition and this pre-existing condition was exacerbated by the incident. They may testify that he suffered from a pre-existing condition and this pre-existing condition made him more susceptible to injury. They will testify that all bills and expenses incurred to date as well as any future treatment recommended are medically reasonable and necessary to properly manage the patient's condition. The doctor's opinions are based upon their review of the medical records, treatment

or examination of the Plaintiff, history taken from the Plaintiff and years of experience and medical training. The Plaintiff incorporates by reference all of his medical records attached to the Plaintiff's response to request for production of documents previously provided to the Defendants, as if herein restated. Furthermore, Plaintiff incorporates the medical records currently in the possession of the Defendants, and not produced, as if herein restated for reference. Moreover, Plaintiff incorporates the medical records obtained by Defendants by way of a Subpoena, and produced by Defendants in response to Plaintiff's Request for Production of Documents. Should the need arise, Plaintiff reserves the right to call his other treating physicians and medical personnel, including but not limited to physicians, physicians' assistants, nurses, therapists, emergency medical responders, and other medical personnel. Plaintiff reserves the right to supplement.

3. **Representatives and doctors from MedStar Medical Group Internal Medicine at Brandywine, and affiliated companies,  including, Kavita Tripathi, MD,  located at 13950 Brandywine Road, Suite 125, Brandywine, Maryland, who are experts in the field of internal medicine.**  The plaintiff's primary care physicians are expected to testify regarding the emergency and ongoing medical care provided to the patient following the stroke. This includes treatment for physical, cognitive and psychological issues related to the stroke. They will provide estimates of future medical costs related to ongoing treatment, therapy and medications that will likely be required for the remainder of the patient's life. This includes costs for speech, physical and occupational therapy, mental health treatment for depression and anxiety, and medications to manage high blood pressure, cholesterol and other secondary medical conditions. The physicians will testify that, based on their treatment of the patient and medical expertise in primary care, the medical care rendered was appropriate, necessary and

causally related to the injuries the patient sustained in the stroke. Additionally, they may testify that he suffered from a pre-existing condition and this pre-existing condition was exacerbated by the incident. They may testify that he suffered from a pre-existing condition and this pre-existing condition made him more susceptible to injury.  They will testify that all bills and expenses incurred to date as well as any future treatment recommended are medically reasonable and necessary to properly manage the patient's condition. The doctor's opinions are based upon their review of the medical records, treatment or examination of the Plaintiff, history taken from the Plaintiff and years of experience and medical training. The Plaintiff incorporates by reference all of his medical records attached to the Plaintiff's response to request for production of documents previously provided to the Defendants, as if herein restated. Furthermore, Plaintiff incorporates the medical records currently in the possession of the Defendants, and not produced, as if herein restated for reference. Moreover, Plaintiff incorporates the medical records obtained by Defendants by way of a Subpoena, and produced by Defendants in response to Plaintiff's Request for Production of Documents. Should the need arise, Plaintiff reserves the right to call his other treating physicians and medical personnel, including but not limited to physicians, physicians' assistants, nurses, therapists, emergency medical responders, and other medical personnel.  Plaintiff reserves the right to supplement.

4.**Representatives and doctors from Medstar Department of Neurology at Lafayette Centre, and affiliated companies, including, Tracy Vu Fulton, MD, located at 5454 Wisconsin Avenue, Suite 1100, Chevy Chase, MD, 20815, who are experts in the field of neurology.**  These doctors are expected to testify as to the emergency and routine treatment rendered to the patient following the stroke incident with respect to the fairness,

reasonableness, necessity and causal relationship between the neurological injuries sustained and their medical treatment rendered. The doctors are also expected to testify as to the permanent nature of the injuries sustained by the patient as a result of the stroke; future medical expenses and treatment which are reasonably expected to occur in the future. This may include ongoing therapy, medication management, and monitoring of the patient's cognitive and functional status. The doctors will describe how stroke patients often require adaptations to their daily routine and lifestyle due to persistent cognitive deficits. Assistive technologies and in-home care may also be recommended. The testimony will cover the patient's prognosis in terms of expected degree of functional recovery and improvement, as neurological injuries from stroke can vary greatly between patients. The experts will provide their expert medical opinions based on their evaluation of the patient and the treatment they have provided or supervised. The physicians will testify that the care rendered, including diagnostic testing, medications, and therapy, was medically necessary and reasonable based on the symptoms and deficits experienced by the patient after the stroke. They will testify that the stroke caused permanent injuries, including weakness on one side of the body, speech and language difficulties, and cognitive impairments. The physicians will also discuss the patient's prognosis and the likelihood that the injuries and deficits from the stroke will be permanent. Additionally, they may testify that he suffered from a pre-existing condition and this pre-existing condition was exacerbated by the incident. They will testify that all bills and expenses incurred to date as well as any future treatment recommended are medically reasonable and necessary to properly manage the patient's condition. They may testify that he suffered from a pre-existing condition and this pre-existing condition made him more susceptible to injury. The doctor's opinions are based upon their review of the medical records, treatment or

examination of the Plaintiff, history taken from the Plaintiff and years of experience and medical training. The Plaintiff incorporates by reference all of his medical records attached to the Plaintiff's response to request for production of documents previously provided to the Defendants, as if herein restated. Furthermore, Plaintiff incorporates the medical records currently in the possession of the Defendants, and not produced, as if herein restated for reference. Moreover, Plaintiff incorporates the medical records obtained by Defendants by way of a Subpoena, and produced by Defendants in response to Plaintiff's Request for Production of Documents. Should the need arise, Plaintiff reserves the right to call his other treating physicians and medical personnel, including but not limited to physicians, physicians' assistants, nurses, therapists, emergency medical responders, and other medical personnel. Plaintiff reserves the right to supplement.

5. **Representatives and doctors from Medstar Cardiology Associates at Brandywine, and affiliated companies, including, Rahul Malik, MD, located at  13950 Brandywine Rd Ste 100, Brandywine, MD 20613, who are experts in the field of cardiology.**  These doctors are expected to testify as to the emergency and routine cardiology treatment rendered to the patient following the incident complained of with respect to the fairness, reasonableness, necessity and causal relationship between the cardiac and circulatory injuries sustained in the incident and the medical treatment rendered. The cardiologists are also expected to testify as to the permanent nature of the injuries sustained by the patient as a result of this incident; future cardiac care expenses and treatment which are reasonably expected to occur in the future.  This cardiology treatment would have included initial emergency procedures to stabilize the patient such as administering medication to regulate the patient's heart rate and rhythm, performing imaging tests to assess damage to the heart and blood

vessels, and placing the patient on a cardiac monitor. Ongoing treatment may have involved medications to manage high blood pressure, high cholesterol, heart failure, and blood clots, as well as procedures like inserting stents to open blocked arteries, performing heart surgery to repair or replace heart valves, and implanting devices like pacemakers. The cardiologists would also monitor the patient for any long-term complications and manage those issues. The experts will provide their expert medical opinions based on their evaluation of the patient and the treatment they have provided or supervised. The physicians will testify that the care rendered, including diagnostic testing, medications, and therapy, was medically necessary and reasonable based on the symptoms and deficits experienced by the patient after the stroke. They will testify that the stroke caused permanent injuries, including weakness on one side of the body, speech and language difficulties, and cognitive impairments. The physicians will also discuss the patient's prognosis and the likelihood that the injuries and deficits from the stroke will be permanent.  Additionally, they may testify that he suffered from a pre-existing condition and this pre-existing condition was exacerbated by the incident. They will testify that all bills and expenses incurred to date as well as any future treatment recommended are medically reasonable and necessary to properly manage the patient's condition. They may testify that he suffered from a pre-existing condition and this pre-existing condition made him more susceptible to injury.  The doctor's opinions are based upon their review of the medical records, treatment or examination of the Plaintiff, history taken from the Plaintiff and years of experience and medical training. The Plaintiff incorporates by reference all of his medical records attached to the Plaintiff's response to request for production of documents previously provided to the Defendants, as if herein restated. Furthermore, Plaintiff incorporates the medical records currently in the possession of the Defendants, and not produced, as if herein

restated for reference. Moreover, Plaintiff incorporates the medical records obtained by Defendants by way of a Subpoena, and produced by Defendants in response to Plaintiff's Request for Production of Documents. Should the need arise, Plaintiff reserves the right to call his other treating physicians and medical personnel, including but not limited to physicians, physicians' assistants, nurses, therapists, emergency medical responders, and other medical personnel.  Plaintiff reserves the right to supplement.

**6.Aroti Hegde, MD, located at  1160 Varnum St, NE Suite 311, Washington, DC 20017, who are experts in the field of Nephrology.**  They are expected to testify regarding the emergency and follow-up nephrology treatment rendered to the patient after the incident in question. This includes dialysis and medical management of any acute or chronic kidney injuries the patient sustained.  They will testify as to the reasonableness, necessity and causal relationship between the patient's kidney injuries and the nephrology treatment they received. They may also testify regarding any permanent effects on the patient's kidneys and renal function as a result of their injuries from the incident. This could include a reduced glomerular filtration rate and the need for long-term dialysis. They will discuss any future nephrology treatment and management that will likely be required, such as ongoing medication management and dialysis.  They may provide estimates for the costs of this future medical care. They are also expected to testify regarding the diagnosis, treatment and long-term prognosis of the patient's kidney conditions as they relate to the injuries sustained in the incident in question. Additionally, they may testify that he suffered from a pre-existing condition and this pre-existing condition was exacerbated by the incident. They may testify that he suffered from a pre-existing condition and this pre-existing condition made him more susceptible to injury.  They will testify that all bills and expenses incurred to date as well as

any future treatment recommended are medically reasonable and necessary to properly manage the patient's condition. The doctor's opinions are based upon their review of the medical records, treatment or examination of the Plaintiff, history taken from the Plaintiff and years of experience and medical training. The Plaintiff incorporates by reference all of his medical records attached to the Plaintiff's response to request for production of documents previously provided to the Defendants, as if herein restated. Furthermore, Plaintiff incorporates the medical records currently in the possession of the Defendants, and not produced, as if herein restated for reference. Moreover, Plaintiff incorporates the medical records obtained by Defendants by way of a Subpoena, and produced by Defendants in response to Plaintiff's Request for Production of Documents. Should the need arise, Plaintiff reserves the right to call his other treating physicians and medical personnel, including but not limited to physicians, physicians' assistants, nurses, therapists, emergency medical responders, and other medical personnel.  Plaintiff reserves the right to supplement.

**7.** **Representatives and Medical Professionals of Medstar NRN Psychological Services at Irving Street, and affiliated companies, including, Via Strong, Psy.D , William Garmoe, Bethany Gorter, Ph.D, Jessica Clark, Ph.D, ABPP, located at 102 Irving Street, NW 1st Flr, Washington, DC 20010, who are experts in the field of  psychology, counseling and social work.** These doctors are expected to testify regarding the emergency and follow-up psychological evaluation and treatment of Plaintiff. They will discuss issues related to cognition, memory, mood, behavior, and rehabilitation, including, evaluating the effects of the stroke on Plaintiff, psychological functioning, including changes in intelligence, attention, executive functioning, and personality.  Moreover, they may testify regarding psychotherapy and counseling to assist Plaintiff to adjust to the psychological and emotional

challenges of living with stroke-related impairments. This includes assisting Plaintiff in coping with depression, anxiety, apathy, lack of motivation, and other mood changes common after a stroke.  Moreover, they may testify providing behavioral management strategies to address issues with regard to impaired judgment, lack of insight, impulsivity, and anger that may arise due to stroke-related brain damage.  Furthermore, they may testify regarding the Plaintiff's ability to resume daily activities, manage responsibilities, and live independently based on his psychological evaluation and treatment. They are expected to explain how the stroke has impacted the Plaintiff psychologically and the treatments necessary to optimize the patient's psychological functioning and quality of life in light of the stroke-related impairments. They are expected to testify as to the reasonableness of and summarize the Plaintiff's care, as well as the need and costs of future care. They will testify that all bills and expenses incurred to date as well as any future treatment recommended are medically reasonable and necessary to properly manage the patient's condition. They are also expected to testify regarding the incident Complained of with respect to the fairness, reasonableness, necessity and causal relationship between the personal injuries sustained in the incident and their medical treatment rendered. Additionally, they may testify that he suffered from a pre-existing condition and this pre-existing condition was exacerbated by the incident. They may testify that he suffered from a pre-existing condition and this pre-existing condition made him more susceptible to injury. The doctor's opinions are based upon their review of the medical records, treatment or examination of the Plaintiff, history taken from the Plaintiff and years of experience and medical training. The Plaintiff incorporates by reference all of his medical records attached to the Plaintiff's response to request for production of documents previously provided to the Defendants, as if herein restated. Furthermore, Plaintiff incorporates the medical records

currently in the possession of the Defendants, and not produced, as if herein restated for reference. Moreover, Plaintiff incorporates the medical records obtained by Defendants by way of a Subpoena, and produced by Defendants in response to Plaintiff's Request for Production of Documents. Should the need arise, Plaintiff reserves the right to call his other treating physicians and medical personnel, including but not limited to physicians, physicians' assistants, nurses, therapists, emergency medical responders, and other medical personnel. Plaintiff reserves the right to supplement.

**8. Representatives and Medical Professionals of MedStar NRN Physiatry at Irving St Physician Center , including, Michael Wroten, MD, located at 102 Irving Street, NW 1st Flr, Washington, DC 20010, who are experts in the field of psychiatry.** These doctors are expected to testify as to the emergency and routine psychiatric treatment rendered to the plaintiff following the incident complained of with respect to the fairness, reasonableness, necessity and causal relationship between the mental and emotional injuries sustained due to the stroke and the psychiatric treatment rendered. The psychiatrists are also expected to testify as to the permanent nature of the psychiatric conditions sustained by the patient as a result of the stroke; future psychiatric expenses and treatment which are reasonably expected to occur in the future. These doctors may testify regarding, medication management for conditions such as depression, anxiety, insomnia, and agitation. Furthermore, these doctors may testify regarding treatment plans that  aims to improve the Plaintiff's mental wellbeing and quality of life, reduce symptoms of mood and anxiety disorders, and enable him to function as independently as possible. They are expected to testify as to the reasonableness of and summarize the Plaintiff's care, as well as the need and costs of future care. They are also expected to testify regarding the incident Complained of with respect to the fairness,

reasonableness, necessity and causal relationship between the personal injuries sustained in the incident and their medical treatment rendered. Additionally, they may testify that he suffered from a pre-existing condition and this pre-existing condition was exacerbated by the incident. They may testify that he suffered from a pre-existing condition and this pre-existing condition made him more susceptible to injury.  They will testify that all bills and expenses incurred to date as well as any future treatment recommended are medically reasonable and necessary to properly manage the patient's condition. The doctor's opinions are based upon their review of the medical records, treatment or examination of the Plaintiff, history taken from the Plaintiff and years of experience and medical training. The Plaintiff incorporates by reference all of his medical records attached to the Plaintiff's response to request for production of documents previously provided to the Defendants, as if herein restated. Furthermore, Plaintiff incorporates the medical records currently in the possession of the Defendants, and not produced, as if herein restated for reference. Moreover, Plaintiff incorporates the medical records obtained by Defendants by way of a Subpoena, and produced by Defendants in response to Plaintiff's Request for Production of Documents. Should the need arise, Plaintiff reserves the right to call his other treating physicians and medical personnel, including but not limited to physicians, physicians' assistants, nurses, therapists, emergency medical responders, and other medical personnel.  Plaintiff reserves the right to supplement.

**9. Representatives and Medical Professionals of Medstar Health Physical Therapy at White Plains , including, Man Mohita, PT, DPT, Michael Wroten, MD, Ryleigh E. Wilson, PTA, and Kristen M. Borsos, PT, DPT, located at 4240 Altamont Place, White Plains, Maryland 20695, who are experts in the field of occupational medicine.** These

doctors are expected to testify expected to testify regarding the emergency and routine treatment rendered to the patient following the incident in question with respect to the appropriateness, reasonableness, necessity and causal relationship between the injuries sustained in the incident and the medical treatment rendered. These Doctots are also expected to testify regarding the permanent nature of the injuries sustained by the patient as a result of this incident, future medical expenses and treatment which are reasonably expected to occur in the future. These Doctors will testify that the treatment rendered, including diagnostic tests and procedures, medications prescribed, physical therapy, occupational therapy and other therapies, was medically necessary and appropriate given the nature and extent of the patient's injuries. They will testify that the injuries are consistent with the type of incident described and have resulted in functional deficits and disability that will require ongoing treatment and management.  Moreover, these doctors are prepared to outline the patient's treatment plan and prognosis based on their examinations, review of medical records and experience treating patients with similar injuries. Furthermore, they are also expected to testify regarding the permanent nature of the speech and communication impairments sustained by the patient as a result of this incident, future speech therapy and treatment which are reasonably expected to be required, and any ongoing limitations caused by the impairments. They will testify that all bills and expenses incurred to date as well as any future treatment recommended are medically reasonable and necessary to properly manage the patient's condition. Additionally, they may testify that he suffered from a pre-existing condition and this pre-existing condition was exacerbated by the incident. They may testify that he suffered from a pre-existing condition and this pre-existing condition made him more susceptible to injury.  The doctor's opinions are based upon their review of the medical records, treatment or examination of the Plaintiff,

history taken from the Plaintiff and years of experience and medical training. The Plaintiff incorporates by reference all of his medical records attached to the Plaintiff's response to request for production of documents previously provided to the Defendants, as if herein restated. Furthermore, Plaintiff incorporates the medical records currently in the possession of the Defendants, and not produced, as if herein restated for reference. Moreover, Plaintiff incorporates the medical records obtained by Defendants by way of a Subpoena, and produced by Defendants in response to Plaintiff's Request for Production of Documents. Should the need arise, Plaintiff reserves the right to call his other treating physicians and medical personnel, including but not limited to physicians, physicians' assistants, nurses, therapists, emergency medical responders, and other medical personnel.  Plaintiff reserves the right to supplement.

II. **PLAINTIFF DESIGNATES THE FOLLOWING EXPERTS PURSUANT TO RULE 26(A)(2)(B), WHOSE WRITTEN REPORT IS ATTACHED HERETO.**

**10. Peter Schulman, M.D., located at 3181 SW Sam Jackson Park Road, Portland, OR 97239.** Dr. Schulman is currently a Professor at the Department of Anesthesiology and Perioperative Medicine at Oregon Health & Science University and within the last five years, has served as the Medical Director for the Knight Cardiovascular Intensive Care Unit at Oregon Health & Science University. He also served as Chief of the Division of Cardiac and Surgical Subspecialty Critical Care. He was the principal investigator of an investigator-initiated, industry-sponsored prospective observational study evaluating the effects of intraoperative electromagnetic interference on implantable cardioverter-defibrillators. Dr. Schulman is licensed in the State of Oregon and is Board Certified in Anesthesiology with

subspecialty certification in Critical Care Medicine. Dr. Schulman has otherwise taught, worked, and published peer-reviewed literature in the fields of cardiac surgery, critical care medicine, neurointensive care, neuroanesthesia,and cardiothoracic and vascular anesthesia.

It is anticipated that Dr. Schulman will testify that prior to June 2022, Kevin Welch was a previously healthy 42-year-old-man who developed severe chest and back pain and was found to have an acute type A aortic dissection, and that he was subsequently transferred from a referring facility to MedStar Washington Hospital Center on June 14, 2022 for an emergent repair by his cardiac surgeon, Dr. Aiman Alassar.

It is further anticipated that Dr. Schulman will testify that Mr. Welch's intraoperative course was uncomplicated, that he was admitted to the Cardiovascular Intensive Care Unit immediately following his operation, and that he was extubated (had his breathing tube removed) on June 15, 2022 (postoperative day 1). It is further anticipated that Dr. Schulman will testify that on June 17, 2022 (postoperative day 3,) after Mr. Welch was weaned off his sedatives around noon his nurse discovered that he had new left lower extremity weakness, and that Dr. Kaitlyn Dunphy (a resident physician on the critical care medicine team) noted that Mr. Welch was "encephalopathic", had right lower extremity weakness, and was unable to move his left lower extremity. Dr. Schulman will opine that Dr. Dunphy's documented plan at that time was, "consult neuro and get CTH (CT head) and MRI brain today", and that for Mr. Welch's hypertension her plan was "MAP goal 70-90, SBP < 130." Dr. Schulman will opine that the attending critical care medicine physician Dr. Stephen M. Luczycki also noted that Mr. Welch was "confused" and that he had lower extremity weakness, and that Dr. Luczycki's differential diagnosis at this time was "stroke or spinal cord infarct", and his stated plan was to minimize sedation and obtain a stroke team consult.

It is further anticipated that Dr. Schulman will testify that Mr. Welch was subsequently evaluated by the neurology service on June 17, 2022 (including resident physician Dr. Robert Cai, and attending neurologist Dr. Mark Lin), and that they found Mr. Welch was "too altered to provide a history", and that he had "no spontaneous movement of the left leg" and that his right leg was weak. Dr. Schulman will opine that the treating neurologists attributed Mr. Welch's weakness to possible thoracic versus cervical infarct versus ACA (anterior cerebral artery) infarct, and recommended ordering an MRI of the cervical and thoracic spine, and that they attributed his encephalopathy to possible acute infarct and recommended ordering a head CT. Dr. Schulman will opine that Mr. Welch's medical records during his hospitalization at MedStar Washington Hospital Center do not reflect that the ICU team (or anyone else) ordered a head CT, or any other neurologic imaging that day, nor that any consideration was given to lumbar drain placement and/or to targeting a higher blood pressure, given the likelihood that spinal cord ischemia was the cause of Mr. Welch's neurologic deficits.

It is further anticipated that Dr. Schulman will testify that on June 18, 2022 (postoperative day 4), Mr. Welch underwent a head CT, and that he was again evaluated by Dr. Stephen Luczycki who noted that Mr. Welch was still confused but now following commands and moving his left lower extremity; that he also noted that Mr. Welch's head CT was negative; that his stated plan was as follows:

> "use dexmedetomidine to control agitation and symptomatic delirium; patient admits to 5-7 alcoholic drinks per day prior to admission --May need additional symptomatic control for any withdrawal symptoms; normalize sleep-wake cycles to the extent that we can; correct hypernatremia of 158 with additional water repletion --recheck sodium

later in the day, if remains elevated may need IV D5W; MRI not done for safety

reasons--I think this can be deferred for now with much improved exam"

and that based on Dr. Luczyci's note, Dr. Luczycki ascribed Mr. Welch's altered state / abnormal neurologic examination to alcohol withdrawal and hypernatremia rather than to a stroke and/or spinal cord ischemia. It is anticipated that Dr. Schulman will opine that Mr. Welch was also evaluated that day by a different neurology team consisting of resident physician Dr. Tulsi Shah MD and attending neurologist Dr. Brian Barry, and that they noted that Mr. Welch's head CT was normal, but that he was still altered,that he still in fact had lower extremity weakness, that their stated differential for Mr. Welch's ongoing weakness was thoracic or cervical spinal cord infarct, as "an ACA (anterior cerebral artery) infarct had been ruled out by normal head CT", and that Dr. Barry's note that day states "left more than right lower extremity weakness concerning for possible spinal cord infarct." Dr. Schulman will opine that their recommendations were as follows: "Order MRI cervical and thoracic spine w/o contrast, pending. No indication or further head imaging at this time.", but that despite these recommendations, a spine MRI was not obtained that day, and again it also does not appear that consideration was given to targeting a higher blood pressure and/or to lumbar drain placement.

It is anticipated that Dr. Schulman will testify that on June 20, 2022 (postoperative day 6), Mr. Welsh was seen by a different critical care medicine resident, Dr. Brandon Glousman, and different critical medicine attending physician, Dr. Maxwell Hockstein, that Dr. Glousman noted that Mr. Welch still had significant lower extremity weakness and that there was still ongoing concern for a spinal cord infarct, that Dr. Hockstein noted that Mr. Welch still had

significant bilateral lower extremity deficits ("LLE remains 1/5 strength. RLE 3/5"), and that although he indicated that the MRI was ordered for that day, it was still not obtained.

It is anticipated that Dr. Schulman will opine that on June 21, 2022 (postoperative day 7), Mr. Welch was again evaluated by Dr. Glousman and Dr. Hockstein, that again, they noted lower extremity weakness, and expressed concern for a spinal cord infarct, that Dr. Hockstein stated that he anticipated Mr. Welch had suffered "spinal cord trespass", and they again stated an MRI was pending however it was still not obtained that day. Dr. Schulman will testify that on June 22, 2022 (postoperative day 8), the MRI was finally obtained, and that Mr. Welch's brain MRI showed multiple infarcts. Mr. Welsh's spine MRI was initially read by the radiologist as "no definite cord infarct", however the read was then addended as follows, "Upon further review with Dr. Barry, there is DWI hyperintensity of the cord at the level of T5 consistent with cord infarct." Dr. Schulman will opine that  this finding was, more likely than not, the explanation for Mr. Welch's ongoing lower extremity weakness.

It is further anticipated that Dr. Schulman will opine that the standard of care applicable to physicians in a similar situation under similar circumstances in a similar setting required (i) Mr. Welch's treating ICU team to obtain a head CT on June 17, 2022, (ii) a consideration of targeting a higher blood pressure for Mr. Welch, and (iii) a consideration of whether a lumbar drain placement was warranted with a neurologist and/or cardiothoracic surgeon on June 17 and/or  June 18, 2022. He will opine that the ICU team's failure to obtain a head CT on June 17 was a deviation of the standard of care, and that the ICU team's failure to consider targeting a higher blood pressure and/or lumbar drain placement, and/or to discuss whether a higher blood pressure target and/or lumbar drain placement was warranted with the neurologist and/or

cardiothoracic surgeon on June 17 and/or June 18 was also a deviation of the standard of care. Dr. Schulman will express his opinions to a reasonable degree of medical certainty.

In addition, to his individual training, knowledge, education, and experience in his field, Dr. Schulman may base his opinions on his review of case materials, including deposition testimony, discovery responses, videos, police reports, medical records, and all exhibits, and documents produced by the parties and witnesses in this case. Dr. Schulman will also base his opinions on his education, experience, training knowledge, and review of records, documents and other evidence. A copy of Dr. Schulman's report and CV  pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) is attached hereto. In the past four years, Dr. Schulman has provided deposition testimony in the following cases: Brewster vs. United States of America (11/10/2021), Rivera vs. Salem Hospital (9/14/2021), Albrecht vs. Crook/Adventist Hospital (6/23/2023). Dr. Schulman is compensated at the rate of $550.00 per hour for his review of medical records, and $650.00 per hour for his deposition and trial testimony in the case. The opinions expressed in the attached report are incorporated, as if herein restated. Plaintiff reserves the right to supplement.

**11. Ahmad Elakil, M.D.,2525 S Michigan Ave., Chicago, IL 60616.** Dr. Elakil is the Chief of the Department of Neurosurgery at Insight Hospital and Medical Center in Chicago, Illinois. He received his medical degree from King Saud University, his Master of Business Administration from Cornell University, completed his neurosurgery residency at the University of Calgary, and his Neurosurgical postgraduate training at the University of Miami. He is Board Certified in neurosurgery and licensed in Illinois and Michigan. Dr. Elakil has otherwise taught, worked, and published peer-reviewed literature in the fields of neurology, neurosurgery, and cerebrovascular disease.

It is anticipated that based on Dr. Elakil's review of Kevin Welch's medical records including those from his hospitalization at Defendant MedStar Washington Hospital Center, Dr. Elakil's education, training, and experience, and review of peer reviewed literature that he will opine that he reviewed the medical records of Kevin Welch to assess the timeliness of diagnostic imaging and the adequacy of the strategy addressing Mr. Welch's neurological deficits. It is anticipated that he will opine that cerebral stroke and spinal cord infarction as a complication of aortic dissection surgery, may not manifest immediately but can emerge up to two weeks following the procedure, underlining the critical importance of vigilant postoperative monitoring, and further, the ramifications of such injuries are profound, potentially affecting the patient's mobility and quality of life. It is further anticipated that he will opine that early detection and aggressive treatment strategies can allow recovery of lower extremity function such as: insertion of a cerebrospinal fluid drain, volume loading, increasing mean arterial pressure, and enhancing oxygen delivery to the spinal cord. It is anticipated that he will opine that together, these approaches underscore the multifaceted nature of managing spinal cord injuries post-aortic dissection surgery.

It is anticipated that Dr. Elakil will opine that the failure to promptly order and do a CT scan on June 17th immediately after the patient experienced complications significantly delayed the diagnosis of spinal cord infarction, because although a CT head scan was conducted on June 18th which is considered a significant delay and returned with normal results, the strokes which Mr. Welch experienced may not have been evident on such scans. It is anticipated that he will testify that this oversight underscores the critical importance of considering clinical presentation and symptoms which consistently suggested the possibility of a stroke or spinal cord infarction.

It is anticipated that Dr. Elakil will opine that the subsequent delay in utilizing MRI scanning for both the brain and spine further postponed the identification and management of the patient's condition, despite eventual diagnoses of stroke and spinal cord infarction on June 22, and the lack of discussions regarding vital interventions, such as optimizing the patient's blood pressure or considering the implementation of a lumbar drain exacerbated the situation. He will opine to a reasonable degree of medical certainty that these cumulative delays and omissions in diagnosis and treatment have led to the patient's current severe outcome of lower extremity weakness, bowel, and bladder dysfunctions.

It is anticipated that Dr. Elakil will testify to a reasonable degree of medical certainty that there is a direct causal relationship between Mr. Welch's clinical status and the injuries sustained post surgery, that it is more likely than not that the severity of the patient's symptoms can be attributed to a significant delay in the diagnosis of the patient's conditions, including stroke and spinal cord infarction, and it is more likely than not that the failure to implement measures aimed at optimizing Mr. Welch's physiological state, such as blood pressure management and the installation of a cerebrospinal fluid drain which is widely accepted and straightforward procedure to do, contributed to the exacerbation of the patient's deficits, and that it is more likely than not that the omissions in the standard of care practices directly impacted the patient's recovery trajectory and overall lower extremity, bladder and bowel functions, underscoring a clear causal link between the delayed diagnosis, lack of appropriate and timely management, and the severe complications experienced by Mr. Welch.

It is anticipated that Dr. Elakil will testify to a reasonable degree of medical certainty that the breach of the standard of care identified by Dr. Schulman proximately caused or contributed to the spinal infarct and the severity of the effects of the spinal infarct experienced by Mr. Welch.

It is anticipated that Dr. Elakil will testify to a reasonable degree of medical certainty that 1) Mr. Welch was a candidate for interventions alternative to an MRI such as targeted blood pressure management and lumbar drain placement, and 2) had these interventions been used on Mr. Welch, he would not have sustained the spinal infarct and the severity of the neurological, cognitive, and physical deficits to which he is currently subject to in the present.

It is further anticipated that Dr. Elakil will testify as to the fairness and reasonableness of Mr. Welch's bills as to the hospitalization at MedStar Washington Hospital Center, and will testify as to the fairness and reasonableness of Mr. Welch's life care plan.

Dr. Elakil will express his opinions to a reasonable degree of medical certainty. Dr. Elakil may base his opinions on his review of case materials, including deposition testimony, discovery responses, videos, police reports, medical records, and all exhibits, and documents produced by the parties and witnesses in this case. Dr. Elakil will also base his opinions on his education, experience, training knowledge, and review of records, documents and other evidence**.** A copy of Dr. Elakil report and CV pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) are attached hereto. Dr. Elakil has not testified or given a deposition within the last four years. Dr. Elakil is compensated at the rate of $1,500.00 per hour for his deposition and trial testimony in this case. The opinions expressed in the attached report are incorporated, as if herein restated. Plaintiff reserves the right to supplement.

**12. Roland Hamilton, M.D., located at 2107 N. Decatur Road, Unit 294, Decatur, Georgia 30033-5305.** Dr. Hamilton is the Medical Director of Inpatient Neurology at Northside Hospital in Atlanta, Georgia. He received his Bachelor of Science in Biology from Seton Hall University and his Doctor of Medicine degree from The Robert Wood Johnson Medical School-University of Medicine and Dentistry of New Jersey. He completed his

postdoctoral training at the University of South Carolina with an Internship and Residency in Neurology and a clinical neurophysiology Fellowship. He is licensed in the State of Georgia and is Board Certified in Neurology by the American Board of Psychiatry and Neurology, and has otherwise taught, worked, and published peer-reviewed literature in the field of neurology and neurophysiology.

It is anticipated that based on Dr. Hamilton's review of Kevin Welch's medical records including those from his hospitalization at Defendant MedStar Washington Hospital Center, Dr. Hamilton's education, training, and experience, and review of peer reviewed literature that he will opine that Mr. Welch suffered a type A aortic dissection (a tear in the major blood vessel branch from the heart) and that he also suffered T5 (thoracic 5th vertebrae) spinal cord, bilateral cerebellar and cerebral infarcts (spinal cord and brain damage/tissue death), which are permanent and irreversible.

It is anticipated that Dr. Hamilton will further opine that these neurologic injuries proximately caused Mr. Welch's current disabilities including rendering Mr. Welch significantly disabled and that he has life-changing physical and cognitive disabilities.  It is anticipated that Dr. Hamilton will opine that Kevin Welch needs assistance with activities of daily living, such as bathing, dressing, walking, and eating, and that Mr Welch also needs assistance with managing his finances, preparing meals, housekeeping, transportation and taking medications, and that Mr. Welch will require assistance with these tasks for the foreseeable future.  It is anticipated that Dr. Hamilton will opine that Kevin Welch's cognitive and physical disabilities were proximately caused by his brain and spinal cord infarcts (tissue damage), and that these deficits are permanent and irreversible.

It is anticipated that Dr. Hamilton will further opine that prior to his neurologic injuries, Mr. Welch was employed and an independent productive citizen, but from henceforward, Kevin will require assistance from others to perform essential living tasks indefinitely.

It is further anticipated that Dr. Hamilton will testify as to the fairness and reasonableness of Mr. Welch's bills as to the hospitalization at MedStar Washington Hospital Center, and will testify as to the fairness and reasonableness of Mr. Welch's life care plan.

Dr. Hamilton will express his opinions to a reasonable degree of medical certainty. In addition, to his individual training, knowledge, education, and experience in his field, Dr. Hamilton may base his opinions on his review of case materials, including deposition testimony, discovery responses, videos, police reports, medical records, and all exhibits, and documents produced by the parties and witnesses in this case. Dr. Hamilton will also base his opinions on his education, experience, training knowledge, and review of records, documents and other evidence. A copy of Dr. Hamilton's report and CV pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) is attached hereto. He has not testified at a deposition or at trial within the last four years. Dr. Hamilton is compensated at the rate of $600.00 per hour for his deposition and trial testimony in this case. The opinions expressed in the attached report are incorporated, as if herein restated. Plaintiff reserves the right to supplement.

**13. Representatives and consultants from Kaplan Life Care Planning, including, Dr. Richard Kaplan, M.D., CLCP, located at 4140 Monroeville Boulevard Suite 1, Monroeville, PA 15146 who are experts in the field of Life Care Planning.** Dr. Kaplan has over 20 years of experience preparing life care plans for individuals who have suffered severe and permanent injuries resulting in functional limitations and disabilities. Dr. Kaplan's expert opinions and testimony will address Plaintiff's future medical needs, costs, and expenses

arising from the injuries she sustained as a result of Defendants' alleged medical malpractice. Dr. Kaplan will testify about the life care planning process and how he developed Plaintiff's life care plan. Dr. Kaplan will testify that a life care plan identifies the medical, rehabilitation, attendant care, therapeutic, custodial, and residential needs required for an individual based on the medical diagnoses and functional limitations resulting from an injury or illness. Dr. Kaplan will testify that he reviewed Plaintiff's medical records, conducted an evaluation of Plaintiff, and interviewed Plaintiff and his family members to determine Plaintiff's current and future needs. Based on this information, Dr. Kaplan prepared a life care plan that identifies the medical goods, services, equipment, and accommodations that Plaintiff will likely require for the remainder of his life as a result of his permanent injuries and disabilities. This includes recommendations for ongoing medical care by specialists, prescription medications, durable medical equipment, home health aides, physical and occupational therapy, home modifications, assisted living or nursing home care, and transportation needs. Dr. Kaplan will provide cost estimates for each component of Plaintiff's life care plan based on his expertise and review of costs in Plaintiff's geographical region. In addition, to his individual training, knowledge, education, and experience in his field, Dr. Kaplan may base his opinions on his review of case materials, including deposition testimony, discovery responses, videos, police reports, medical records, and all exhibits, and documents produced by the parties and witnesses in this case. Dr. Kaplan will also base his opinions on his education, experience, training knowledge, and review of records, documents and other evidence. A copy of Dr. Kaplan's report, CV, and case list pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) is attached. Dr. Kaplan is compensated at the rate of $600.00 per hour for medical record review, a flat rate of $3,000.00 for the provision of deposition testimony, and a flat rate of $5,000.00 for the

provision of trial testimony. The opinions expressed in the attached report are incorporated, as if herein restated. Plaintiff reserves the right to supplement.

**14. Representatives and consultants from Paradigm Forensics, LLC, including, Robert N. Carter, MS, CPA/CFF/ABV, CVA, CFE, CEPA located at 20 Liberty Street,#1, Westminster, Maryland 21157, who are economics experts, who has produced a report of estimated past and future loss of earning capacity, loss of household services, and present value calculations as it relates to Kevin G. Welch and the life care plan prepared on his behalf.**  Mr. Carter is expected to testify regarding the economic losses suffered by the Plaintiff as a result of the injuries caused by the Defendants negligence. This testimony will include calculations of the Plaintiff's past and future lost wages, benefits, and out-of-pocket medical expenses.  Mr. Carter will testify that he conducted an analysis of the Plaintiff's work history and expected future earnings using standard economic methodologies. Mr. Carter obtained information about the Plaintiff's age, work experience, earnings history, health status, and life expectancy. Based on this information and reasonable assumptions, Mr. Carter calculated the Plaintiff's lost earnings from the time of injury to the present, as well as projections of future lost income over the Plaintiff's work life.  Mr. Carter  will also testify regarding his analysis of the Plaintiff's medical bills, prescriptions, assistive devices, home health care, and other out-of-pocket costs incurred as a result of the injuries. These economic losses represent the present value of the monetary sums required to compensate the Plaintiff. Mr. Carter will testify consistently with the disclosures and reports provided during discovery in this matter.

It is anticipated that Mr. Carter will testify that the net economic loss to Mr. Welch includes the net present value of lost wages and benefits, the present value of lost household

services and the present value of the Life Care Plan is delineated under three scenarios in accordance with the Life Care Plan and relate to the Impairment Based Diagnosis. It is anticipated that Mr. Carter will testify that the net economic loss to Mr. Welch using scenarios 1, 2, and 3 are $6,328,342, $7,507,533 and $10,831,188, respectively, and that prejudgment interest has been estimated to be $4,351 assuming a trial date of April 1, 2025.

In addition, to his individual training, knowledge, education, and experience in his field, Mr. Carter  may base his opinions on his review of case materials, including deposition testimony, discovery responses, videos, police reports, medical records, and all exhibits, and documents produced by the parties and witnesses in this case. Mr. Carter  will also base his opinions on his education, experience, training knowledge, and review of records, documents and other evidence. A copy of Mr. Carter's report, CV, and case list pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) is attached. Mr. Carter is compensated at the rate of $475.00 per hour for his deposition and trial testimony in this case. The opinions expressed in the attached report are incorporated, as if herein restated. Plaintiff reserves the right to supplement.

15.Plaintiff reserves the right to elicit expert opinions from any experts called by any party to this lawsuit and/or to rely on the expert opinions provided by any expert called by any party to this lawsuit. Moreover, Plaintiff also hereby cross designate and state that Plaintiff may call any expert witness identified or designated by any party or any employee or representative of any party, subject to any objections that Plaintiff may make concerning the designation or qualifications of those witnesses. Plaintiff reserves the right to elicit by way of cross examination, opinion testimony from experts or representatives or other witnesses who may be qualified to render expert testimony designated and/or called by other parties to the suit. Plaintiffs reserve the right to elicit by way or direction/cross examination, opinion

testimony from fact witnesses who may be qualified to render testimony, but are not retained or designated experts at this time and who have expertise in certain areas regarding the facts of this case. Plaintiff reserves the right to elicit by way of direct/cross examination, opinion testimony for experts designated and/or called by other parties to the suit. Plaintiff reserves the right to supplement this designation as necessary and to solicit opinion testimony from such persons as appropriate during both discovery and trial.

16. Plaintiff reserves the right to use anatomical models, demonstrative medical illustrations, medical diagrams, and demonstrative video imaging of the decedent's injuries and subsequent surgeries following the occurrence. This evidence would be introduced through expert testimony to assist the finder of fact in understanding the experts' opinions. Should the defense assert the argument that the victim's injuries pre-existed the occurrence and/or were degenerative in nature, Plaintiff reserves the right to elicit expert testimony that the pre-existing condition was aggravated in the occurrence and/or that the pre-existing condition made the Plaintiff more susceptible to injury as a result of the occurrence.

17. Plaintiff reserves the right to supplement, revise, or modify his Expert Witness Designation including, but not necessarily limited to, the identification of additional or new experts, based on the production of new evidence, ongoing treatment, supplemental discovery, or any deposition testimony from any experts identified by Defendants.

18. Plaintiff also reserves the right to supplement, revise, or modify her Expert Witness Designation, because the Defendant has failed to produce full and complete responses to Interrogatories and have failed to provide any documents consistent with Plaintiff's Request for Production of Documents.

19. If and when additional or different opinions are provided by Defendant's experts and/or those opinions are supplemented, amplified, or modified, Plaintiff reserves his right to supplement, revise, or modify his Expert Witness Designations, including the identification of additional experts.

20. Plaintiff incorporates, as if herein restated, all medical professionals disclosed in her responses to Defendants Interrogatories, and all medical records, and bills produced in response to Defendants Request for Production of Document.

21. Plaintiff also incorporates, as if herein restated, the medical professionals listed in the medicals records, and bills, which are in the possession, custody and control of Defendants, consistent with Rule 1004(c) of the Federal Rules of Evidence.

22. Plaintiff also incorporates her Deposition testimony, and that of Kevin G, Welch, and other parties, as if herein restated for reference.

23. Plaintiff also incorporates the foregoing expert designation as a supplemental response to Plaintiff's answers to Defendants' interrogatories, specifically, pertaining to expert witnesses.

24. Plaintiff otherwise reserves the right to supplement his designation.

Respectfully Submitted,

/s/ Kim Parker

_____

Kim Parker, Esquire
D.C. Bar No. 46980
LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
Office 410-234-2621
Facsimile 443-486-1691
Email: kp@kimparkerlaw.com

Governor E. Jackson, III, Esquire
D.C. Bar No. 1002797
LAW OFFICE OF GOVERNOR JACKSON, III LLC
400 E. Joppa Road, Suite 50
Towson, Maryland 21286
Office (410) 528-5150
Facsimile (410) 528-1055
Email gjackson@governorjacksonlaw.com

COUNSEL FOR PLAINTIFF

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

**SHANA HARGROVE**

      PLAINTIFF

VS-

      Civil Case No.: 23-CV-03381-RJL

**MEDSTAR WASHINGTON HOSPITAL,**
**ET AL**

      DEFENDANT

## NOTICE OF SERVICE

    **I HEREBY CERTIFY** that on this __31st__ day of ___March___, 2024 a copy of Plaintiff's Expert Disclosures and Reports were served, via electronic, and first-class mail to:

MICHAEL J. HALAIKO, ESQUIRE
DONNA STURTZ, ESQUIRE
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 S. Charles Street, Ste 1600
Baltimore, MD 21201
*Counsel for Defendants*

      /s/ Kim Parker

      _____

      Kim Parker, Esquire
      Counsel for Plaintiff

# Expert Report of Peter Schulman, M.D.

# With Exhibits

**CURRICULUM VITAE**

| | | | |
|---|---|---|---|
| **NAME** | Peter M. Schulman | **DATE** | 02/28/2023 |

## I. PRESENT POSITION AND ADDRESS

| | |
|---|---|
| **Academic Rank:** | Professor |
| **Department:** | Department of Anesthesiology and Perioperative Medicine |
| **Professional Address:** | Mail Code KPV-5A<br>3181 SW Sam Jackson Park Road<br>Portland, OR  97239 |
| **Email:** | schulman@ohsu.edu |
| **Phone:** | mobile: (415) 676-8657   office: (503) 494-6373 |

## II. EDUCATION

**Postgraduate:**

09/2014 – 03/2019   **Oregon Health & Science University, OR**
*Certificate in Human Investigations*

08/2004 – 07/2005   **Columbia University College of Physicians and Surgeons, NY**
*Critical Care Medicine Fellow*

08/2001 – 07/2004   **New York University School of Medicine, NY**
*Anesthesiology Resident*

06/2000 – 06/2001   **Brown University School of Medicine/Rhode Island Hospital, Providence, RI**
*Internal Medicine Intern*

**Undergraduate and Graduate:**

08/1996 – 07/2000   **University of Vermont College of Medicine, Burlington, VT**
*Medical Doctor*

09/1990 – 05/1993   **Bates College, Lewiston, ME**
*Bachelor of Arts in Political Science*

**Certification:**

01/13/2018   **The Foundation for Medical Excellence Northwest Healthcare Leadership Institute**
Program for 2017-18 Certificate of Completion

10/10 – 10/13/2017   **Oregon Health & Science University, OR**
Performance Excellence System (OPEx) Leader Training

| | |
|---|---|
| 2012 – present | **International Board of Heart Rhythm Examiners**<br>Certified Cardiac Device Specialist<br>Certificate No. 201684 |
| 2007 – present | **Subspecialty Certification in Critical Care Medicine**<br>American Board of Anesthesiology<br>Certificate No. 3964 |
| 2006 – present | **Specialty Certification in Anesthesiology**<br>American Board of Anesthesiology<br>Certificate No. 39642 |

**Licenses:**

| | |
|---|---|
| 07/09/2007 – present | **Oregon Medical License #MD27651, Renewal date 12/31/2023** |
| 09/17/2004 – 07/31/2008 | **California Medical License #A88909** |
| 04/08/2004 – 04/01/2006 | **New York Medical License #231931** |

## III. PROFESSIONAL EXPERIENCE

**Academic:**

| | |
|---|---|
| 07/2019 – present | **Oregon Health & Science University**<br>Department of Anesthesiology and Perioperative Medicine<br>*Professor* |
| 07/2014 – present | **Oregon Health & Science University**<br>Department of Anesthesiology and Perioperative Medicine<br>*Associate Professor* |
| 09/2007 – 06/2014 | **Oregon Health & Science University**<br>Department of Anesthesiology and Perioperative Medicine<br>*Assistant Professor* |
| 09/2005 – 06/2007 | **University of California, San Francisco**<br>Department of Anesthesiology and Perioperative Care<br>*Assistant Clinical Professor* |

**Administrative:**

| | |
|---|---|
| 11/2017 – 05/2020 | **Oregon Health & Science University**<br>*Medical Director, Knight Cardiovascular Intensive Care Unit* |
| 11/2017 – 05/2020 | **Oregon Health & Science University**<br>*Chief, Division of Cardiac and Surgical Subspecialty Critical Care* |
| 06/2011 – present | **Oregon Health & Science University**<br>Department of Anesthesiology and Perioperative Medicine<br>*Director, Perioperative Pacemaker and Implantable Cardioverter Defibrillator Program* |

| 07/2014 – 11/2017 | **Oregon Health & Science University** |
|---|---|
| | Department of Anesthesiology and Perioperative Medicine |
| | *Medical Director, Integrated Perioperative Care (Perioperative Surgical Home)* |

| 07/2012 – 11/2017 | **Oregon Health & Science University** |
|---|---|
| | Department of Anesthesiology and Perioperative Medicine |
| | *Director, Out of Operating Room Anesthesiology Services* |

| 11/2006 – 06/2007 | **University of California, San Francisco** |
|---|---|
| | Department of Anesthesiology and Perioperative Care |
| | *Moffitt Long Hospital Site Director, Anesthesia 140.01 (Advanced Medical Student Clinical Clerkship in Anesthesia)* |

**Awards, Honors, and Membership in Honorary Societies:**

| 2022 | **Anesthesia Patient Safety Foundation** |
|---|---|
| | *Ellison C. "Jeep" Pierce, Jr., MD Merit Award* |
| | *(In honor of APSF founder, Ellison "Jeep" Pierce, and his commitment to anesthesia patient safety, this annual prize is awarded to the highest ranked IIR grant every year.)* |

| 2018 | **UpToDate** |
|---|---|
| | *"One of the best authors in Anesthesiology"* |

| 2015 | **Anesthesiology** |
|---|---|
| | *Top 10% of Peer Reviewers* |

| 12/01/2015 – present | **Association of University Anesthesiologists** |
|---|---|
| | *Member (05/14/2018 – present)* |
| | *Associate Member (12/01/2015 – present)* |

| 05/20/2013 | **OHSU Professional Board** |
|---|---|
| | *Medical Staff Award for Outstanding Contribution to Systems Based Clinical Care* |

| 06/25/2011 | **OHSU Department of Anesthesiology** |
|---|---|
| | *Faculty Excellence in Education Award* |

**Media Events:**

| 04/11/2012 | **Oregonian Newspaper** |
|---|---|
| | Interviewed by Staff Writer Joe Rojas-Burke and quoted in Oregonian article "Aspirin for Prevention: Weighing the Pros and Cons" |

## IV. SCHOLARSHIP

**Areas of Research/Scholarly Interest:**

My major interest is perioperative cardiovascular risk reduction; one focus is patients with a cardiac pacemaker or an implantable cardioverter-defibrillator (ICD). I was the principal investigator of an investigator-initiated, industry-sponsored prospective observational study evaluating the effects of intraoperative electromagnetic interference on ICDs. I am now also co-developing a novel device to automatically detect and diagnose heart murmurs.

4

**Grants and Contracts:**

<u>State and Local</u>


| 02/2023-02/2025 | **Anesthesia Patient Safety Foundation** |
|---|---|

*Principal Investigator*
Title: Electromagnetic Interference with an Underbody Dispersive Electrode in Patients with Implantable Cardioverter Defibrillators Undergoing Surgery
Award: APSF/Medtronic Research Award
Period: 24 months
Amount: $150,000

| 11/2021-11/2022 | **Oregon Health & Science University** |
|---|---|

*Principal Investigator*
Title: Development of a Novel Smart-Phone-Based Stethoscope Device that uses Machine Learning to Detect, Diagnose, and Determine the Severity of Cardiac and Pulmonary Disease
Type: Investigator Initiated
Funding source: OHSU Biomedical Innovation Program – Idea Gap Funding
Period: 12 months
Amount: $40,000

| 07/2020 – 07/2021 | **Oregon Health & Science University** |
|---|---|

*Principal Investigator*
Title: Novel Artificial Intelligence Algorithm to Automatically Detect, Diagnose, and Determine the Severity of Cardiac and Pulmonary Disease
Type: Investigator Initiated
Funding source: OHSU Biomedical Innovation Program – Digital Health.
Period: 12 months
Amount: $30,000

| 04/2012 – 01/2018 | **Oregon Health & Science University** |
|---|---|

*Principal Investigator*
Title: Risk of Electromagnetic Interference with Optimal Electrosurgery Dispersive Electrode Positioning in a Cohort of Patients with Implantable Cardioverter Defibrillators
Type: Investigator Initiated Industry Sponsored Prospective Observational Study
Funding source: Boston Scientific
Period: 48 months
Amount: $390,262.00
Percent Effort: 10% FTE

**Publications/Creative Work:**

Peer-reviewed

1.  Wollenberg M, McConville S, Sanoja I, **Schulman P**, Khorashadi M , Benson M. New applications of perioperative POCUS: beyond the Big 4. International Anesthesiology Clinics. 2022 60(3), 65-73. https://doi.org/10.1097/AIA.0000000000000364

2.  Roquemen-Echeverri V, Jacobs, PG, Heitner S, **Schulman PM**, Wilson B, Mahecha J, Mosquera-Lopez C. An AI-Powered Tool for Automatic Heart Sound Quality Assessment and Segmentation. 2021 IEEE International Conference on Bioinformatics and Biomedicine (BIBM)*, 2021, pp. 3065-3074, doi: 10.1109/BIBM52615.2021.9669514.

3.  Davis, JD, Treggiari MM, Dickson EA, **Schulman PM**. A Training Program for Real-Time Ultrasound-Guided Catheterization of the Subclavian Vein. Journal of Medical Education and Curricular Development. 2021 Jun 30;8:23821205211025849. doi: 10.1177/23821205211025849.

4.  Luan-Erfe BM, Schweitzer BJ, Soghikian MO, Stecker EC, **Schulman PM**. Misinterpreting Paced Heart Rhythms: A Case Report. A A Pract. 2020 Dec 21;14(14):e01363. doi: 10.1213/XAA.0000000000001363.

5.  Gerstein NS, Albrechtsen CL, Mercado N, Cigarroa JE, **Schulman PM**. A Comprehensive Update on Aspirin Management During Non-Cardiac Surgery. Anesth Analg. 2020 Oct;131(4):1111-1123. doi: 10.1213/ANE.0000000000005064.

6.  Tully BW, Gerstein NS, **Schulman PM**. Case Report: Electromagnetic Interference with an Underbody Dispersive Electrode in a Patient with an Implantable Cardioverter-Defibrillator Undergoing Non-Cardiac Surgery. A A Pract. 2020 Sep;14(11):e01285. doi: 10.1213/XAA.0000000000001285.

7.  Pacemakers and Implantable Cardioverter-Defibrillators 2020: An Updated Report by the American Society of Anesthesiologists Task Force on Perioperative Management of Patients with Cardiac Implantable Electronic Devices. Anesthesiology 2020;132:225-52. *(I served as the task force co-chair and principle author of this publication.)*

8.  Weinstein AL, Gerstein NS, Santos JI, **Schulman PM**. Epinephrine-Induced Electrical Storm after Aortic Surgery. Saudi J Anaesth. 2019; 13(4): 359-361.

9.  Dalia AA, Essandoh M, Cronin B, Hussain N, Gerstein NS, **Schulman P.** A Narrative Review for Anesthesiologists of the 2017 American Heart Association/American College of Cardiology/Heart Rhythm Society Guideline for Management of Patients With Ventricular Arrhythmias and the Prevention of Sudden Cardiac Death. Journal of Cardiothoracic and Vascular Anesthesia 2019; 33(6): 1722-1730.

10. **Schulman PM**, Treggiari MM, Yanez ND, Henrikson CA, Jessel PM, Dewland TA, Merkel MJ, Sera V, Harukuni I, Anderson RB, Kahl E, Bingham A, Alkayed N, Stecker EC. Electromagnetic Interference with Protocolized Electrosurgery Dispersive Electrode Positioning in Patients with Implantable Cardioverter Defibrillators. Anesthesiology. 2019; 130(4):530-540.

11. **Schulman PM**, Gerstein NS, Tegtmeyer K. Ultrasound-Guided Cannulation of the Subclavian Vein - An Update.  The New England Journal of Medicine 2018. Oct 18;379(16):e27. doi: 10.1056/NEJMc1810174.

12. **Schulman PM**, Gerstein NS, Merkel MJ, Braner D, Tegtmeyer K. Ultrasound-Guided Cannulation of the Subclavian Vein. The New England Journal of Medicine 2018. Jul 5;379(1):e1. doi: 10.1056/NEJMvcm1406114

13.     Gerstein NS, Bhamidipati C, **Schulman PM**. Near-complete aortic mechanical valve dehiscence due to endocarditis re-infection. Echocardiography 2018; 35(6):872-875.

14.     Gerstein NS, Sanders JC, McCunn M, Brierley JK, Gerstein WH, West SD, Tawil I, Kraai EP, Boyd NH, Bronshteyn YS, Torgeson EL, **Schulman PM**. The Gun Violence Epidemic: Time for Perioperative Physicians to Act. Journal of Cardiothoracic and Vascular Anesthesia 2018; 32(3):1097-1100.

15.     Gerstein NS, McLean RA, Stecker EC, **Schulman PM**. External Defibrillator Damage Associated With Attempted Synchronized Dual-Dose Cardioversion. Annals of Emergency Medicine 2018;71(1):109-112.

16.     Menzel Ellis MK, Treggiari, , MM, Robertson JM, Rozner MA, Graven PF, Aziz MF, Merkel MJ, Kahl EA, Cohen NA, Stecker EC, **Schulman PM**. Process Improvement Initiative for the Perioperative Management of Patients with a Cardiovascular Implantable Electronic Device. Anesthesia & Analgesia 2017;125(1):58-65.

17.     Rozner, MA, Kahl EA, **Schulman PM**. Inappropriate implantable cardioverter-defibrillator therapy during surgery: An important and preventable complication. Journal of Cardiothoracic and Vascular Anesthesia 2017;31(3):1037-1041.

18.     **Schulman PM**, Rozner MA. The Perioperative Management of Implantable Pacemakers and Cardioverter-Defibrillators. Advances in Anesthesia 2016;34:117-141.

19.     Gerstein NS, Young, A, **Schulman PM**, Stecker EC, Jessel PM.  Sedation in the Electrophysiology Laboratory: A Multidisciplinary Review. Journal of the American Heart Association 2016;5(6). pii: e003629. doi: 10.1161/JAHA.116.003629

20.     Gerstein NS, Carey MC, Cigarroa, J, **Schulman PM**. Perioperative Aspirin Management after POISE-2 - Some Answers but Questions Remain. Anesthesia & Analgesia 2015;120:570-575.

21.     Young AT, Merkel MJ, Heitner SB, **Schulman PM**. Focused Echocardiography During Glucagon Administration to Diagnose Beta Blocker-Induced Cardiomyopathy. Journal of Cardiothoracic and Vascular Anesthesia 2015;29(5):1301-4.

22.     Gerstein NS, Gerstein WH, Carey MC, Lam NC, Ram H, Spassil NR, **Schulman PM**. The Thrombotic and Arrhythmogenic Risks of Perioperative NSAIDs. Journal of Cardiothoracic and Vascular Anesthesia 2014; 28:369-378.

23.     **Schulman PM**, Gelow JM, Merkel MJ, Mudd JO, Wei K, and Hutchens, MP. Critical Care Transthoracic Echocardiography: Atrial Sinus Rhythm During Ventricular Fibrillation. Journal of Investigative Medicine High Impact Case Reports 2014;2(1).

24.     **Schulman, PM**, Rozner, MA. Use Caution When Applying Magnets to Pacemakers or Defibrillators for Surgery. Anesthesia & Analgesia 2013;117:422-427.

25.     **Schulman, P.M.**, Merkel, M.J., Rozner, M.A. Accidental, Unintentional Reprogramming of a Temporary External Pacemaker Leading to R-on-T and Cardiac Arrest. Journal of Cardiothoracic and Vascular Anesthesia 2013;27:944-948.

26.     **Schulman, PM**, Rozner, MA, Sera, V, Stecker, EC. Patient with a Pacemaker or Implantable Cardioverter-Defibrillator. Medical Clinics of North America 2013;97:1051-1075.

27.    Rinehart TW, Merkel MJ, **Schulman PM**, Hutchens MP. Therapeutic Hypothermia after Perioperative Cardiac Arrest in Cardiac Surgical Patients. ICU Director 2012;3:271-278.

28.    **Schulman, PM**, Stecker, EC, Rozner, MA. R-on-T and Cardiac Arrest from Dual-Chamber Pacing without an Atrial Lead, Heart Rhythm 2012;9:970-973.

29.    Gerstein NS, **Schulman PM**, Gerstein WH, Tawil I, Peterson TR. Should More Patients Continue Aspirin Therapy Perioperatively? Clinical Impact of the Aspirin Withdrawal Syndrome. Annals of Surgery 2012;255:811-819.

Editorials

1.    Rozner MA and **Schulman PM**. Creating an anesthesiologist-run pacemaker and defibrillator service: closing the perioperative care gap for these patients. Anesthesiology 2015;123:990-992.

2.    Rozner MA, Schultheis, L, **Schulman PM**.  The Unstated Murphy's Law of the Operating Room: If Something Goes Wrong, Blame Anesthesia. Anesthesia & Analgesia Case Reports 2016;15:139-141.

Letters

1.    **Schulman PM** and Rozner MA. Simulation of Intraoperative Pacemaker Failure: Kudos and Suggestions. Simulation in Healthcare 2014;9:392-393.

2.    **Schulman PM** and Rozner MA. In Response. Anesthesia & Analgesia 2014;118:1140-114.

3.    Rozner MA and **Schulman PM**. Dual Chamber Pacing Mode Without an Atrial Lead Can Produce R-on-T Pacing and Ventricular Fibrillation. Israel Medical Association Journal 2013;15:656-658.

Newsletters

1.    **Schulman PM** and Kahl E.  Innovation Corner: Add Value to Your Healthcare System: Implement an Anesthesiologist-Run Perioperative Pacemaker and Defibrillator Service.  In: Society of Cardiovascular Anesthesiologists Bulletin 2015; Volume 14, Number 5

Book Chapters.

1.    Aron RA, Stecker EC, **Schulman PM**. Cardiac Implantable Electronic Devices. In: Hensley's Practical Approach to Cardiothoracic Anesthesia, 7th Edition. New York: Wolters Kluwer; 2023 (*in press*)

2.    **Schulman PM** and Stecker EC. Cardiac Implantable Electronic Devices. In: Kaplan's Cardiac Anesthesia, Eighth Edition. New York: Elsevier; 2022 (*in press*)

3.    **Schulman PM** and Stecker EC. How Should We Prepare the Patient with a Pacemaker/Implantable Cardioverter-Defibrillator? In: Lee Fleisher, Eds. Evidence Based Practice of Anesthesiology, 4th edition. New York: Elsevier; 2021 (*chapter 10, pages 75-84*)

4.    Menzel, MK and **Schulman PM**: Don't Miss Out on Ultrasound – Which ICU ultrasound techniques are helpful for the anesthesiologist? In: Jeffrey R. Kirsch, Eds. Avoiding Common Anesthesia Errors, 2nd Edition. Philadelphia: Lippincott Williams & Wilkins, 2019 (chapter 151, pages 541-545)

5. Lee MK, Gerstein NS, **Schulman PM**, Jessel PM. Anesthesia for Cardioversion and Electrophysiologic Procedures; In Joel A. Kaplan, Brett Cronin, Timothy M. Maus. Kaplan's Essentials of Cardiac Anesthesia for Noncardiac Surgery. Philadelphia: Elsevier, 2019 (chapter 15, pages 379-403)

6. Menzel MK, Gerstein NS, **Schulman PM**: Vascular Access. In Amballur D. John, Eds. Recent Advances in Anesthesiology (Volume 1); Anesthesia: Essential Clinical Updates for Practitioners – Regional, Ultrasound, Coagulation, Obstetrics, and Pediatrics. Sharjah, U.A.E.: Bentham, 2018 (chapter 5, *pages 80-119*)

7. Bingham AE and **Schulman PM**: Pacemakers and Implantable Defibrillators: In Emily S. Guimaraes, Matthew Davis, Jeffrey R. Kirsch and Glenn Woodworth, Eds. The Anesthesia Technologist's Manual, 2ⁿᵈ ed. Baltimore: Lippincott Williams & Wilkins, 2019 (*chapter 46, pages 495-507*)

8. **Schulman PM** and Eshima McKay R. Cardiovascular Implantable Electronic Devices; In BobbieJean Sweitzer. Preoperative Assessment and Management, Third Edition. Philadelphia: Wolters Kluwer, 2018 (chapter 3, pages 146-155)

9. **Schulman PM** and Rozner MA: Patients with a Cardiovascular Implantable Electronic Device Undergoing Surgery: In Lee A. Fleisher and Stanley H. Rosenbaum, Eds. Complications in Anesthesia, Third Edition. Philadelphia: Elsevier, 2018 (chapter 16, pages 70-73)

10. **Schulman PM**. Perioperative management of patients with a pacemaker or implantable cardioverter-defibrillator. In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA. (*last updated June 06, 2018*)

11. **Schulman PM**, Tsai JY, Rozner MA: Pacemakers. In Lee A. Fleisher, Michael F. Roizen, Jeffrey D. Roizen, Eds. Essence of Anesthesia Practice, Fourth Edition. Philadelphia: Elsevier, 2018 (chapter 309, pages 306-307)

12. **Schulman PM**, Vachhani S, Rozner MA: Implantable Cardioverter-Defibrillators. In Lee A. Fleisher, Michael F. Roizen, Jeffrey D. Roizen, Eds. Essence of Anesthesia Practice, Fourth Edition. Philadelphia: Elsevier, 2018 (chapter 238, pages 237-238)

13. Ramos JD and **Schulman PM**: Sepsis, Severe Sepsis, and Septic Shock: In Lee A. Fleisher, Michael F. Roizen, Jeffrey D. Roizen, Eds. Essence of Anesthesia Practice, Fourth Edition. Philadelphia: Elsevier, 2018 (chapter 378, pages 376-377)

14. Ramos JD and **Schulman PM**: Acidosis, Lactic/Metabolic. In Lee A. Fleisher, Michael F. Roizen, Jeffrey D. Roizen, Eds. Essence of Anesthesia Practice, Fourth Edition. Philadelphia: Elsevier, 2018 (chapter 3, page 4)

15. Elliot AB and **Schulman PM**: Weaning from Mechanical Ventilation: In Society of Critical Care Anesthesiologists Residents' Guide, 2017 edition. (Available for download at www.socca.org)

16. Skirball J and **Schulman PM**: Weaning from Mechanical Ventilation: In Society of Critical Care Anesthesiologists Residents' Guide to Learning in the Intensive Care Unit 2014 edition. (Available for download at www.socca.org)

17. Rozner MA and **Schulman PM**. How Should We Prepare the Patient with a Pacemaker/Implantable Cardioverter-Defibrillator? In: Lee Fleisher, Eds. Evidence Based Practice of Anesthesiology, 3ʳᵈ edition. New York: Elsevier; 2013 (chapter 13, pages 88 – 97)

18. **Schulman PM** and Rozner MA: Pacemaker Dependent: In Nina Singh-Radcliff and Anita Gupta, Eds. The 5-Minute Anesthesia Consult. Philadelphia: Lippincott Williams & Wilkins, 2013 (pages 620 – 621)

19.     Mako J and **Schulman PM**: Pacemakers and ICDs: In Glenn Woodworth, Jeffrey Kirsch and Shannon Sayers-Rana Eds. The Anesthesia Technologist's Manual: Everything you need to know for reference and study. Philadelphia: Wolters Kluwer Health/LWW, 2012 (*chapter 44, pages 434 – 441*)

20.     **Schulman PM**: Septic Hyperdynamic Shock: Systemic Inflammatory Response Syndrome (SIRS): In Lee A. Fleisher, Michael F. Roizen, Eds. Essence of Anesthesia Practice, Third Edition. New York: Elsevier, 2011 (*chapter 294, page 334*)

21.     Mako J and **Schulman PM**: Acidosis, Lactic/Metabolic. In Lee A. Fleisher, Michael F. Roizen, Eds. Essence of Anesthesia Practice, Third Edition. New York: Elsevier, 2011 (*chapter 3, page 5*)

22.     **Schulman PM**: Brain Death. In: Adrian Gelb and Arun Gupta, Eds. Essentials of Neuroanesthesia and Neurointensive Care. New York: Elsevier; 2007 (*chapter 39, pages 253-256*)

23.     **Schulman PM** and Lane R: Aortic Dissection. In: Polly Parsons and Jeanine Weiner-Kronish, Eds. Critical Care Secrets, 4th edition. New York: Elsevier; 2007 (*chapter 29, pages 184-190*)

24.     Lane R and **Schulman PM**: Valvular Heart Disease. In: Polly Parsons and Jeanine Weiner-Kronish, Eds. Critical Care Secrets, 4th edition. New York: Elsevier; 2007 (*chapter 30, pages 191-199*)


Abstracts

1.      Jenna L Leclerc, Raymond Clemes, Cristina Fuss, Conrad J Macon, **Peter M Schulman**. Transthoracic Echocardiography-Guided Placement of a Pulmonary Artery Catheter in a Patient with a Known Persistent Left but Unknown Absent Right Superior Vena Cava. Society of Cardiovascular Anesthesiologists Annual Meeting; May, 2023

2.      Bui Naomi, Carlson Dustin, Pommier Rodney, Zahr Firas, **Schulman Peter.** Intraoperative Sudden Cardiac Death from Very Late Thrombosis of a Current Generation Drug Eluting Coronary Artery Stent. Society of Cardiovascular Anesthesiologists Annual Meeting; May, 2022

3.      Bennett Tierney, Peters Austin, Olson Sven, **Schulman Peter**
        Acute Coronary Syndrome During Cerebellar Mass Resection in a Patient with Undiagnosed Severe Coronary Artery Disease and Polycythemia. Society of Cardiovascular Anesthesiologists Annual Meeting; May, 2022

4.      Roquemen-Echeverri Valentina, Jacobs Peter G., Heitner Stephen, **Schulman Peter M.**, Mahecha Jorge, Mosquera-Lopez Clara. An AI-Powered Tool for Automatic Heart Sound Quality Assessment and Segmentation. Fourth Workshop in Artificial Intelligence Techniques for BioMedicine and HealthCare; December, 2021 (*meeting held virtually*)

5.      Tully B, **Schulman P**. Electromagnetic Interference With An Underbody Dispersive Electrode In A Patient With An Implantable Cardioverter Defibrillator Undergoing Surgery. Society of Cardiovascular Anesthesiologists Annual Meeting; April, 2020 (*meeting cancelled due to COVID-19, poster published online* https://sca.planion.com/Web.User/ePosterSearch?ACCOUNT=SCA&CONF=AM20&STANDALONE=YES&ssoOverride=OFF)

6.      Dickson E, Treggiari M, Davis J, **Schulman P**: Development of a Training Program for Real-Time Ultrasound-Guided Axillary (Subclavian) Vein Catheterization in Adults. FAER Medical Student Anesthesia Research Fellowship Symposium. American Society of Anesthesiologists Annual Meeting; October 2017

7.      Ramos JD, Hart RA, Treggiari MM, Simmons S, Togioka, Kirsch JR, Healy M, Gonzalez-Sotomayor J, Aziz MF, Shangraw RE, Axley MS, Burger D, DeLoughery TG, **Schulman PM**: An Integrated Perioperative Care Pathway for Patients Undergoing Major Non-Cervical Spine Surgery. Oregon Health & Science University School of Medicine Graduate Medical Education Performance Excellence Symposium; February 2016

8.      Menzel MK, Rozner MA, Eastman JM, Cohen NA, Merkel MJ, Stecker EC, Sera VA, Harukuni I, Kahl EA, Aziz MF, **Schulman PM**: *Process Improvement Initiative for the Perioperative Management of Patients with a Cardiovascular Implantable Electronic Device. Oregon Health & Science University School of Medicine Graduate Medical Education Performance Excellence Symposium; February 2015 *First place in Patient Safety Category*

9.      **Schulman PM** and Rozner MA: Inappropriate Implantable Cardioverter-Defibrillator Therapy During Surgery: An Important and Preventable Complication. International Anesthesia Research Society Annual Meeting; May 2014

10.     *Young A, Merkel M, Cooney J, Heitner S, **Schulman P**: Focused Echocardiography During Glucagon Administration to Diagnose Beta Blocker-Induced Cardiomyopathy.  Society of Critical Care Anesthesiologists 27th Annual Meeting and Critical Care Update; May 2014 *SOCCA Young Investigator Award Winner for this work*

11.     Young A, Merkel M, Cooney J, Heitner S, **Schulman P**: Focused Echocardiography During Glucagon Administration to Diagnose Beta Blocker-Induced Cardiomyopathy.  International Anesthesia Research Society Annual Meeting; May 2014

12.     **Schulman PM** and Rozner MA: Use Caution When Applying Magnets to CIEDs For Surgery. American Society of Anesthesiologists Annual Meeting; October 2012

13.     **Schulman P**, Mako J, Stecker E, Rozner M: Dual-Chamber Pacing Without an Atrial Lead Resulting in R-on-T and Cardiac Arrest. Heart Rhythm Society 32nd Annual Scientific Sessions; May 2011

14.     Griffee M, Hutchens M, **Schulman P**, Merkel M, Wei K: Safety and Accuracy of Goal-Directed Transthoracic Echocardiography by Intensivists in a Cardiac Surgery ICU. International Anesthesia Research Society Annual Meeting; May 2011

15.     **Schulman P**, Hutchens M, Griffee M, Wei K, Merkel M: A Novel Pathway for Anesthesiology Intensivists to Achieve Competency in Focused Cardiac Ultrasound. American Society of Anesthesiologists Annual Meeting; October 2010

16.     Hutchens M, Griffee M, Merkel M, **Schulman P**, Wei, K: Intensivist-performed focused echocardiography of continuous-flow LVAD patients: Not for beginners. American Society of Anesthesiologists Annual Meeting; October 2010

**Invited Lectures, Conference Presentations or Professorships:**

International and National

10/09/2021          **American Society of Anesthesiologists Annual Meeting**
                    San Diego, CA
                    Electrophysiology: Perioperative Pacemaker and ICD Management Workshop
                    Workshop Instructor

04/27/2021          **Society of Cardiovascular Anesthesiologists Annual Meeting**

Conducted Virtually due to COVID-19
PBLD: "CIED Management in Cardiac Surgery and Beyond"
(*presented virtually due to COVID-19*)

| | |
|---|---|
| 10/23/2020 | **Visiting Professor: Yale Department of Anesthesiology**<br>New Haven, CT<br>Lecture: "Misadventures in Perioperative Pacemaker and Defibrillator Management"<br>(*presented virtually due to COVID-19*) |
| 04/21/2020 | **Society of Cardiovascular Anesthesiologists 2020 Annual Meeting & Workshops**<br>West Palm Beach, FL<br>Don't (Let Your Patient) be Shocked! What's New in EP? (*invited – meeting cancelled due to COVID-19*) |
| 10/19/2019 | **American Society of Anesthesiologists Annual Meeting**<br>Orlando, FL<br>Electrophysiology: Perioperative Pacemaker and ICD Management Workshop<br>Lecture: "Perioperative ICD Management and Magnet Use" |
| 10/13/2018 | **American Society of Anesthesiologists Annual Meeting**<br>San Francisco, CA<br>Electrophysiology: Perioperative Pacemaker and ICD Management Workshop<br>Workshop Instructor |
| 11/22/2017 | **Visiting Professor: The University of Texas MD Anderson Cancer Center Department of Anesthesiology & Perioperative Medicine**<br>Houston, TX<br>Lecture: "Misadventures in Perioperative Cardiac Rhythm Device Management" |
| 10/24/2017 | **American Society of Anesthesiologists Annual Meeting**<br>Boston, MA<br>Electrophysiology: Perioperative Pacemaker and ICD Management Workshop<br>Workshop Instructor |
| 10/22/2017 | **American Society of Anesthesiologists Annual Meeting**<br>Boston, MA<br>Lecture: "Perioperative Arrhythmia Service: Where to Begin"<br>Session Title: Deconstructing silos: Solving perioperative problems by establishing patient-centered management of disease (60 Minute Panel) |
| 10/24/2016 | **American Society of Anesthesiologists Annual Meeting**<br>Chicago, IL<br>Electrophysiology: Perioperative Pacemaker and ICD Management Workshop<br>Workshop Instructor |
| 08/15/2016 | **Visiting Professor: University Alabama Birmingham Department of Anesthesiology and Perioperative Medicine**<br>Birmingham, AL<br>Lecture: "Add Value to Your Healthcare System: Implement an Anesthesiologist-Run Perioperative Pacemaker / ICD Service"<br>Lecture: "Perioperative Pacemaker / ICD Management: What You Need to Know" |
| 10/26/2015 | **American Society of Anesthesiologists Annual Meeting** |

San Diego, CA
Panelist: "Perioperative Surgical Home Practice Opportunities: Adding Value To Your Healthcare System with a Pacemaker / ICD Service"
Lecture: "Implementing a Perioperative CIED Service"

10/26/2015     **American Society of Anesthesiologists Annual Meeting**
San Diego, CA
Lecture: "Pacemaker Failures – What's real, what's not!"
Instructor: Pacemaker and Defibrillator Workshop

06/18/2015     **Visiting Professor: Massachusetts General Hospital Department of Anesthesia, Critical Care and Pain Medicine**
Boston, MA
Lecture: "Add Value to Your Healthcare System: Implement an Anesthesiologist-Directed Perioperative Pacemaker / ICD Service"

05/06/2015     **Visiting Professor: University of California San Diego Department of Anesthesiology**
San Diego, CA
Lecture: "Add Value to Your Healthcare System: Implement an Anesthesiologist-Directed Perioperative Pacemaker / ICD Service"

04/12 – 04/15/2015     **Society of Cardiovascular Anesthesiologists 37th Annual Meeting & Workshops**
Washington, D.C.
Lecture: "Pro: Anesthesiologists should learn to interrogate CIEDs"
PBLD: "Prevention and Management of Atrial Fibrillation after CT Surgery"
Lecture: "Pacemaker Failures – What's real, what's not!"
Workshop Instructor: "Electrophysiology: Understanding and managing CIEDs"

10/11/2014     **American Society of Anesthesiologists Annual Meeting**
San Francisco, CA
Panelist and Instructor: Pacemaker and Defibrillator Workshop

05/18/2014     **International Anesthesia Research Society Annual Meeting**
Montreal, Canada
Poster Discussion: "Inappropriate Implantable Cardioverter-Defibrillator Therapy During Surgery: An Important and Preventable Complication"

11/13/2013     **Visiting Professor: University of Washington Department of Anesthesiology & Pain Medicine**
Seattle, Washington
Lecture: "Misadventures in Perioperative Rhythm Device Management and Paced Rhythm Interpretation"

10/13/2013     **American Society of Anesthesiologists Annual Meeting**
San Francisco, CA
Panelist and Instructor: Pacemaker and Defibrillator Workshop

10/17/2012     **American Society of Anesthesiologists Annual Meeting**
Washington, D.C.
Poster Discussion: "Use Caution When Applying Magnets to CIEDs For Surgery"

09/28/2012     **Visiting Professor: University of New Mexico Department of Anesthesiology**

Albuquerque, NM
Lecture: "Establishing a Perioperative CIED Program"
Lecture: "Perioperative Management Recommendations for Patients with a CIED"
Lecture: "A Focused Approach to CIED Interrogation and Programming"
Simulation Workshop (*half-day*): "Perioperative CIED Interrogation and
Programming"

01/26 – 01/27/2012  **Visiting Professor: University of New Mexico Department of Anesthesiology**
Albuquerque, NM
Grand Rounds Lecture: "Pacemaker and ICD Management During the Perioperative Period"
Resident Lecture: "Mechanical Ventilation: Principles & Practice"

10/16/2010  **American Society of Anesthesiologists Annual Meeting**
San Diego, CA
Poster Discussion: "A Novel Pathway for Anesthesiology Intensivists to Achieve Competency in
Focused Cardiac Ultrasound

04/24/2007  **Society of Cardiovascular Anesthesiologists Annual Meeting**
Montreal, Canada
Problem-Based Learning Discussion: "Pulmonary Hypertension and Thromboendarterectomy:
Anesthetic Management Issues"

02/05/2007  **Society of Cardiovascular Anesthesiologists 10th Annual Comprehensive Review & Update of
Perioperative Echocardiography**
San Diego, CA
Perioperative Echocardiography Anatomic Imaging Plane Workshop Junior Faculty Presenter:
"Mitral Valve"

<u>Regional</u>

10/07/2016  **Oregon Association of Nurse Anesthetists Annual Conference**
Portland, OR
Lecture: Perioperative Pacemaker and Defibrillator Management

02/09/2105  **CRNA's Ski the Rockies Nurse Anesthetist Review and Update**
Copper Mountain, CO
Lecture: High Altitude Illness
Lecture: Perioperative Pacemaker and Defibrillator Management
Lecture: Perioperative Management of LVAD Patients Undergoing Non Cardiac Surgery
Lecture: Perioperative Management of Acute Respiratory Failure / ARDS

04/26 – 04/27/2014  **California Society of Anesthesiologists Annual Spring Meeting**
San Francisco, CA
Lecture: "Perioperative Pacemaker and Defibrillator Management"
PBLD: "Perioperative Considerations for Pheochromocytoma Resection"

10/31/2011  **Society of Critical Care Medicine Fundamental Critical Care Support Course**
Legacy Emanuel Hospital, Portland, OR
Lecture: "Monitoring Blood Flow, Oxygenation and Acid Base Status"
Lecture: "Diagnosis and Management of Acute Respiratory Failure"

02/12/2011  **Oregon Society of Anesthesiologists Annual Meeting**
Bend, OR

Lecture: "Pacemaker and ICD Management During the Perioperative Period: Not for the Faint of Heart"

11/08/2010          **Society of Critical Care Medicine Fundamental Critical Care Support Course**
                    Legacy Emanuel Hospital, Portland, OR
                    Lecture: "Monitoring Blood Flow, Oxygenation and Acid Base Status"

11/03/2009          **Society of Critical Care Medicine Fundamental Critical Care Support Course**
                    Legacy Emanuel Hospital, Portland, OR
                    Lecture: "Monitoring Blood Flow, Oxygenation and Acid Base Status"
                    Skill Station Instructor: "Airway Management"

06/07/2007          **UCSF Annual Critical Care Medicine and Trauma Meeting**
                    San Francisco, CA
                    Lecture: "Pain Control and Sedation in the ICU"

05/2000             **Vermont Chapter of the American College of Surgeons Annual Meeting**
                    Stowe, Vermont
                    Research Presentation: "Laparoscopic versus Open Nissen Fundoplication for the Management of Gastroesophageal Reflux Disease: Functional Results"


Local

07/15/2019          **OHSU Department of Anesthesiology Grand Rounds**
                    Lecture: "Make Our Perioperative Pacemaker Care Great Again"

03/23/2017          **Portland VA Anesthesiology Grand Rounds**
                    Lecture: "R-on-T Pacing and Cardiac Arrest"

09/25/2015          **OHSU Pulmonary and Critical Care Medicine Grand Rounds**
                    Lecture: "Pacemaker and Defibrillator Management in the ICU"

04/07/2014          **OHSU Department of Anesthesiology Grand Rounds**
                    Presenter and Panelist: "Faculty Development in Service/Administration"

12/13/2013          **OHSU Pulmonary and Critical Care Medicine Grand Rounds**
                    Lecture: "Pacemaker and Defibrillator Management in the ICU"

09/30/2013          **OHSU Department of Anesthesiology Grand Rounds**
                    Lecture: "Misadventures in Perioperative Rhythm Device Management and Paced Rhythm Interpretation"

08/20/2012          **OHSU Department of Anesthesiology Grand Rounds**
                    Presented a component of the new "ASPIRE" educational program entitled "Advanced Competency in Perioperative Cardiac Implantable Electronic Device Management"

05/14/2012          **OHSU Department of Anesthesiology Grand Rounds**
                    Presented an overview of a new clinical research study entitled " Effects of Surgical Monopolar Electrocautery and Electrosurgical Unit Return Pad Placement on Implantable Cardioverter Defibrillators Protocol"


05/10/2010          **OHSU Department of Anesthesiology Grand Rounds**

15

Lecture: "Perioperative Care of Patients with Cardiac Rhythm Management Devices"

| | |
|---|---|
| 02/21/2007 | **UCSF Department of Anesthesiology Grand Rounds**<br>Conceptualized, organized and moderated an educational session entitled "Perioperative Dilemmas" |
| 06/21/2006 | **UCSF Department of Anesthesiology Grand Rounds**<br>Conceptualized, organized and moderated an educational session entitled "Preoperative Cardiovascular Evaluation for Noncardiac Surgery" |
| 06/2005 | **Columbia University Department of Anesthesiology Grand Rounds**<br>Lecture: "How to Wiggle Out of Trouble in the ICU-High Frequency Oscillatory Ventilation in an Adult Patient with ARDS" |
| 06/2004 | **New York University Department of Anesthesiology Grand Rounds**<br>Senior Project Presentation: "A Modification of the Cut-Catheter Technique for Exchanging a Central Venous Introducer Over A Guide Wire" |

## V. SERVICE

**Membership in Professional Societies:**

| | |
|---|---|
| 12/01/2015 – present | **Association of University Anesthesiologists** |
| 03/19/2002 – present | **American Society of Anesthesiologists** |

**Editorial and Ad Hoc Review Activities:**

| | |
|---|---|
| 01/2016 – present | **Journal of Cardiothoracic and Vascular Anesthesia**<br>*Editorial Board Member (> 120 reviews)* |
| 2019 | **IARS, AUA, and SOCCA 2019 Annual Meeting**<br>*Abstract Review Committee* |
| 2011 – present | I have served as an Ad Hoc reviewer for the following journals<br>**Anesthesia & Analgesia**<br>**The British Journal of Anaesthesia**<br>**The New England Journal of Medicine**<br>**Anesthesiology**<br>**Anesthesia & Analgesia Practice (formerly Anesthesia & Analgesia Case Reports)**<br>**BMC Anesthesiology**<br>**Hospital Practice**<br>**ICU Director**<br>**Journal of Cardiothoracic and Vascular Anesthesia** |

**Committees:**

<u>National</u>

| | |
|---|---|
| 10/2015 – present | **American Society of Anesthesiologists**<br>Committee on Standards and Practice Parameters<br>*Committee Member* |
| 10/2020 – present | **American Society of Anesthesiologists**<br>Committee on Critical Care Medicine<br>*Committee Member* |
| 10/2013 – 10/2015 | **American Society of Anesthesiologists**<br>Committee on Standards and Practice Parameters<br>*Adjunct Committee Member (All new appointees to the committee begin as adjunct members for a 2-year term)* |
| 2018 – 2020 | **American Society of Anesthesiologists**<br>Task Force on Perioperative Management of Patients with Cardiac Implantable Electronic Devices<br>*Co-Chair* |
| 10/2011 – 10/2013 | **American Society of Anesthesiologists**<br>Committee on Cardiovascular and Thoracic Anesthesia<br>*Adjunct Committee Member (All new appointees to the committee begin as adjunct members for a 2-year term)* |

<u>Institutional</u>

| | |
|---|---|
| 2011 – 2020 | **OHSU**<br>Medical School Admissions Committee<br>*Committee Member* |
| 2010 – 2015 | **OHSU**<br>School of Medicine Faculty Council<br>*Elected Representative* |
| \2008 – 2011 | **OHSU**<br>Medical School Admissions Committee, Interviewing Subcommittee<br>*Subcommittee Member* |
| 2006 – 2007 | **UCSF**<br>*Medical School Admissions Committee*<br>Committee Member |
| 2006 – 2007 | **UCSF**<br>Parnassus Integrated Student Clinical Experiences Program (PISCES)<br>*Development Committee Member* |

<u>Departmental</u>

| | |
|---|---|
| 2014 – present | **OHSU Department of Anesthesiology**<br>Grand Rounds Planning Committee<br>*Committee Member* |
| 2014 – present | **OHSU Department of Anesthesiology**<br>Promotion and Tenure Committee<br>*Committee Member* |
| 2012 – 2017 | **OHSU Department of Anesthesiology**<br>"Rotation Chief" for Out of Operating Room Anesthesia resident rotations |
| 2011 – 2014 | **OHSU Department of Anesthesiology**<br>"Rotation Chief" for Cardiac/Surgical ICU Anesthesia fellow rotations |
| 2010 – 2014 | **OHSU Department of Anesthesiology**<br>Resident Evaluation and Clinical Competency Committee (RECCC)<br>*Committee Member* |
| 2010 – 2012 | **OHSU Department of Anesthesiology**<br>Compensation Committee<br>*Committee Member* |
| 2008 – 2017 | **OHSU Department of Anesthesiology**<br>Education Committee<br>Committee Member |
| 2008 – 2016 | **OHSU Department of Anesthesiology**<br>Resident Selection Committee<br>*Committee Member* |
| 2006 – 2007 | **UCSF Department of Anesthesiology**<br>Resident Recruitment Committee<br>*Committee Member* |

Peter Schulman, M.D.

1626 SW Elizabeth Street

Portland, OR 97201


February 17, 2024


Re: Kevin Welch


Dear Mr. Jackson:

Thank you for contacting me to render an opinion about the care that Mr. Kevin Welch received following his cardiac surgery on June 14, 2022.

I am a board-certified physician licensed to practice medicine in the state of Oregon, and a Professor in the Department of Anesthesiology and Perioperative Medicine at Oregon Health & Science University (OHSU).  I received my Medical Degree from the University of Vermont College of Medicine, completed an anesthesiology residency at New York University School of Medicine, and a Critical Care Medicine Fellowship at Columbia University.  I have been practicing both anesthesiology and cardiovascular critical care medicine since I completed my fellowship in 2005 and have been on staff at OHSU since 2007.  In my role as a cardiovascular intensivist, I routinely care for patients who have undergone cardiothoracic surgery [including emergent repair of aortic dissection], as well as

1

patients who have undergone a multitude of other types of surgery. In the cardiovascular intensive care unit (CVICU) I also work with, supervise, and teach fellow and resident physicians, medical students, physician assistants, and nurse practitioners. I also previously served as the Medical Director of our CVICU, and as the Chief of our Division of Cardiac and Surgical Subspecialty Critical Care.  I conduct clinical research and have authored numerous peer reviewed publications. I currently serve on the editorial board of the Journal of Cardiothoracic and Vascular Anesthesia and have served as an ad-hoc peer reviewer for several other medical journals. I also previously served on the American Society of Anesthesiologists Committee on Standards and Practice Parameters.

I am familiar with the standard of medical care applicable to the practice of cardiovascular critical care medicine.  A copy of my CV is attached to this report which includes a complete list of my publications to date.

As requested, I have reviewed the medical records pertaining to Mr. Kevin Welch's cardiac surgery and subsequent hospital course that occurred in in June 2022.  The opinions I have formulated about this matter are based on my review of the medical records that were provided to me, as well as on my training, experience, and expertise.  My opinions were formulated based on a reasonable degree of medical certainty. I reserve the right to amend my opinions upon receipt of additional information.  My opinions are as follows:

2

Case Summary

Kevin Welch was a previously healthy 42-year-old-man who developed severe chest and back pain and was found to have an acute type A aortic dissection. He was subsequently transferred from a referring facility to MedStar Washington Hospital Center on June 14, 2022 for an emergent repair. His cardiac surgeon was Dr. Aiman Alassar.

Mr. Welch's intraoperative course was uncomplicated. He was admitted to the Cardiovascular Intensive Care Unit immediately following his operation. He was extubated (had his breathing tube removed) on June 15, 2022 (postoperative day 1).

On June 16, 2022 (postoperative day 2) Mr. Welch was delirious (i.e., confused) and was treated with sedatives including fentanyl, dexmedetomidine, and ketamine. His neurologic exam on this day was noted to be "non-focal".

On June 17, 2022 (postoperative day 3) after Mr. Welch was weaned off his sedatives around noon his nurse discovered that he had new left lower extremity weakness. Dr. Kaitlyn Dunphy (a resident physician on the critical care medicine team) noted that Mr. Welch was "encephalopathic", had right lower extremity weakness, and was unable to move his left lower extremity. Her documented plan

3

at that time was, "consult neuro and get CTH (CT head) and MRI brain today". For Mr. Welch's hypertension her plan was "MAP goal 70-90, SBP < 130." The attending critical care medicine physician Dr. Stephen M. Luczycki also noted that Mr. Welch was "confused" and that he had lower extremity weakness. Dr. Luczycki's differential diagnosis at this time was "stroke or spinal cord infarct", and his stated plan was to minimize sedation and obtain a stroke team consult.  Mr. Welch was subsequently evaluated by the neurology service that day (including resident physician Dr. Robert Cai, and attending neurologist Dr. Mark Lin). They found Mr. Welch was "too altered to provide a history", and that he had <u>"no spontaneous movement of the left leg" and that his right leg was weak</u>. They attributed his weakness to <u>possible thoracic versus cervical infarct</u> versus ACA (anterior cerebral artery) infarct, and recommended ordering an MRI of the cervical and thoracic spine. They attributed his encephalopathy to possible acute infarct and recommended ordering a head CT. <u>However, it does not appear that the ICU team (or anyone else) ordered a head CT, or any other neurologic imaging that day. It also does not appear that any consideration was given to lumbar drain placement and/or to targeting a higher blood pressure, given the likelihood that spinal cord ischemia was the cause of Mr. Welch's neurologic deficits.</u>

On June 18, 2022 (postoperative day 4), Mr. Welch underwent a head CT. He was again evaluated by Dr Stephen Luczyci who noted that Mr. Welch was still

confused but now following commands and moving his left lower extremity. He also noted that Mr. Welch's head CT was negative. His stated plan was as follows "use dexmedetomidine to control agitation and symptomatic delirium; patient admits to 5-7 alcoholic drinks per day prior to admission --May need additional symptomatic control for any withdrawal symptoms; normalize sleep-wake cycles to the extent that we can; correct hypernatremia of 158 with additional water repletion --recheck sodium later in the day, if remains elevated may need IV D5W; MRI not done for safety reasons--I think this can be deferred for now with much improved exam". Based on Dr. Luczyci's note, it appears that Dr. Luczyci ascribed Mr. Welch's altered state / abnormal neurologic examination to alcohol withdrawal and hypernatremia rather than to a stroke and/or spinal cord ischemia.

Mr. Welsch was also evaluated that day by a different neurology team consisting of resident physician Dr. Tulsi Shah MD and attending neurologist Dr. Brian Barry. They noted that Mr. Welch's head CT was normal, but that he was still altered, and that he still in fact had lower extremity weakness. Their stated differential for Mr. Welch's ongoing weakness was thoracic or cervical spinal cord infarct, as "an ACA (anterior cerebral artery) infarct had been ruled out by normal head CT". Dr. Barry's note that day states "left more than right lower extremity weakness concerning for possible spinal cord infarct." Their recommendations were as follows, "Order MRI cervical and thoracic spine w/o contrast, pending. No

5

indication or further head imaging at this time." <u>Despite these recommendations, a</u>
<u>spine MRI was not obtained that day, and again it also does not appear that</u>
<u>consideration was given to targeting a higher blood pressure and/or to lumbar drain</u>
<u>placement.</u>

On June 19, 2022 (postoperative day 5), Mr. Welsh was again evaluated by
Dr Luczyci.  Dr. Luczyci's assessment was that Mr. Welsh was, still confused but
following commands and moving his left lower extremity.  He indicated that the
MRI had not yet been done "for safety reasons", and that the MRI "could be
deferred for now with much improved exam (D/W Dr. Alassar)".

On June 20, 2022 (postoperative day 6), Mr. Welsh was seen by a different
critical care medicine resident, Dr. Brandon Glousman, and different critical
medicine attending physician, Dr. Maxwell Hockstein.   Dr. Glousman noted that
Mr. Welch still had significant lower extremity weakness and that there was still
ongoing concern for a spinal cord infarct. Dr. Hockstein noted that Mr. Welsh still
had significant bilateral lower extremity deficits ("LLE remains 1/5 strength. RLE
3/5". <u>Although he indicated that the MRI was ordered for that day, it was still not</u>
<u>obtained.</u>

On June 21, 2022 (postoperative day 7), Mr. Welsh was again evaluated by
Dr. Glousman and Dr. Hockstein.  Again, they noted lower extremity weakness,

and expressed concern for a spinal cord infarct. Dr. Hockstein stated that he anticipated Mr. Welsh had suffered "spinal cord trespass". <u>They again stated an MRI was pending however it was still not obtained that day.</u>

On June 22, 2022 (postoperative day 8), the MRI was finally obtained.  Mr. Welsh's brain MRI showed multiple infarcts. Mr. Welsh's spine MRI was initially read by the radiologist as "no definite cord infarct", however the read was then addended as follows, "Upon further review with Dr. Barry, there is DWI hyperintensity of the cord at the level of T5 consistent with cord infarct." It was further noted that this finding was likely the explanation for Mr. Welsh's ongoing lower extremity weakness.

<u>Opinions Regarding Breaches of the Standard of Care</u>

On June 17, after Mr. Welsh was first noted to have focal neurologic deficits that were concerning for an acute stroke and/or spinal cord ischemia, a neurologist was consulted who recommended a head CT. However, it does not appear that the ICU team (or anyone else) ordered a head CT that day. <u>The ICU team's failure to obtain a head CT on June 17 was a deviation of the standard of care.</u>

After Mr. Welsh was first noted to have focal neurologic deficits that were concerning for spinal cord ischemia, consideration should have been given to

lumbar drain placement. <u>The ICU team's failure to consider targeting a higher blood pressure and/or lumbar drain placement, and/or to discuss whether a higher blood pressure target and/or lumbar drain placement was warranted with the neurologist and/or cardiothoracic surgeon on June 17 and/or June 18 was also a deviation of the standard of care.</u>

Sincerely,

*Peter Schulman*

Peter Schulman, MD

8

# Expert Report of Ahmad Elakil, M.D.

# With Exhibits

# CURRICULUM VITAE
# Ahmad Elakil
# MD, MBA, FRCSC

Phone (mobile): +17867316631
Nationality: American
Place of birth: Monterey, California, USA
Date of Birth: 18-06-1988
*Ahmadelakil@gmail.com*

**Current Job:**

2021- Present          **Chief of Department of Neurosurgery**
                       **Insight Hospital and Medical Center**

                       Chicago, IL, USA.

**Previous Job:**

2020- 2021             **Neurosurgeon, Private Practice**

                       Lafayette, LA, USA.

**EDUCATION**

2005-2012              **King Saud University**, Riyadh, Saudi Arabia
                          (Medical Degree)
                          GPA: **4.41 out of 5 with honorary degree**

2016-2017              **Cornell University**, New York, USA
                          (Master of Business Administration)

2013-2019              **University of Calgary**, Calgary, Alberta, Canada
                          (Neurosurgery Residency, June 2019)

2019                   **University of Miami**, Miami, USA
                          (Neurosurgical postgraduate training)

## LICENSURE and CERTIFICATION

| | |
|---|---|
| 2021 – Present | Illinois Medical License |
| 2021 – Present | Michigan Medical License |
| 2019 – 2021 | Florida Medical License |
| 2019 – 2021 | Louisiana Medical License |
| 2021- Present | Board certified neurosurgeon |
| 2013 – Present | Alberta Medical Association |
| 2013 – Present | Canadian Medical Association |
| 2013 – Present | Canadian Medical Protective Association |
| 2013 – Present | College of Physicians and Surgeons of Alberta – Postgraduate Trainee liscense (No: 021690) |
| 2017 | Master of Business Administration, Cornell University |
| | Conuslting project on medical device, Boston Scientific Inc |
| 2017 | The Surgical Foundations Royal College of Physicians and Surgeons of Canada |
| 2012 | Medical Council of Canada Qualifying Exam |
| 2012 | USMLE step 2 CK & CS, USMLE step 3 |
| 2011 | USMLE step 1 |
| 2012 | Medical Doctor |

## HONORS AND AWARDS

| | |
|---|---|
| 2017 | Trophy from Cornell University as the social butterfly at the Collage of Business. |
| 2017 | Academic outstanding: MBA, Cornell University (GPA: 3.91/4) |
| 2016 | Trophy from King Salman to be the most productive scientific researcher among the Arab medical residents in 2015. Cash prize (100,000 USD). |
| 2012 | Trophy for organizing specialized Basic Skills Summer School for medical students. |
| 2012 | First place winner in the "Horizon of Neurosurgery" symposium, for presenting "Obstructive Sleep Apnea and Cerebral Aneurysm: Is |

there a link?" as a poster presentation, Sofeter Hotel, Alkobar.

| 2011 | Special appreciation trophy from the Dean of the College of Medicine, for help, guidance and teaching of medical school underclassmen |
|------|------|
| 2011 | First place winner in the "Toward Safer Neurosurgery" symposium, for presenting "Organ Donation Awareness among the Population of Riyadh in 2010" as a poster presentation, Marriott Hotel, Riyadh |
| 2008-2011 | Trophy for help and guidance from the younger medical students |
| 2011 | Appreciation letter from Vice Dean for Quality, for valuable contributions to the SWOT analysis of present status of University Hospitals. |
| 2008 | Trophy for organizing specialized training and skills development program at schools of medicine in Saudi Arabia |

## PUBLICATIONS and PRESENTATIONS:
**Google Scholar Citation Count = 124; *h*-Index = 6 (As of August 2018)**

### a.  Peer review articles (19)

1. Shaheen, R., Patel, N., Shamseldin, H., Alzahrani, F., Al-Yamany, R., ALMoisheer, A., Ewida, N., Anazi, S., Alnemer, M., Elsheikh, M. Alfaleh, K.,  Kircher M, Daza RM, Ibrahim N, Wakil SM, **Alaqeel A**, Altowaijri I, Shendure J, Al-Habib A, Faqieh E, Alkuraya FS. 2016. Accelerating matchmaking of novel dysmorphology syndromes through clinical and genomic characterization of a large cohort. *Genetics in Medicine*, *18*(7), pp.686-695.

2. Avery, M.B., **Alaqeel, A**., Bromley, A.B., Chen, Y.X., Wong, J.H., Eesa, M. and Mitha, A.P., 2018. A refined experimental model of fusiform aneurysms in a rabbit carotid artery. *Journal of neurosurgery*, pp.1-8.

3. Shaheen, R., Alshail, E., **Alaqeel, A.**, Ansari, S., Hindieh, F. and Alkuraya, F.S., 2015. T (brachyury) is linked to a Mendelian form of neural tube defects in humans. *Human genetics*, *134*(10), pp.1139-1141.

4. Yuh, S.J. and **Alaqeel, A.**, 2015. Ten self-inflicted intracranial penetrating nail gun injuries. *Neurosciences*, *20*(3), p.267.

5. **Alaqeel, A**., Al-Shaar, H.A., Alaqeel, A. and Al-Habib, A., 2015. The utility of ultrasound for surgical spinal decompression. *Medical ultrasonography*, *17*(2), pp.211-218.

6. **Alaqeel, A**. and Alshomer, F., 2015. High resolution ultrasound in the evaluation and management of traumatic peripheral nerve injuries: review of the literature. *Oman medical journal*, *29*(5), p.314.

7. **Alaqeel, A**., Kamalmaz, H., Al-Shaar, H.A., AlZahrani, I., Alaqeel, A., Aljetaily, S., Aldrees, A., Alsolaihim, A., Badghesh, R., Al Hamzah, A.B. and AlGethami, H., 2015. Evaluating the initial impact of the Riyadh Epilepsy Awareness Campaign. *Epilepsy & Behavior*, *52*, pp.251-255.

8. Sabbagh, A.J. and **Alaqeel, A**, 2015. Focal brainstem gliomas: Advances in intra-operative management. *Neurosciences*, *20*(2), p.98.

9. **Alaqeel, A**., Abou Al-Shaar, H., Shariff, R.K. and Albakr, A., 2015. The role of RNA metabolism in neurological diseases. *Balkan Journal of Medical Genetics*, *18*(2), pp.5-14.

10. **Alaqeel, A**., Alebdi, F. and Sabbagh, A.J., 2014. Epilepsy: what do health-care professionals in Riyadh know?. *Epilepsy & Behavior*, *29*(1), pp.234-237.

11. **Alaqeel, A.,** AlAmmari, A., AlSyefi, N., Al-Hussain, F. and Mohammad, Y., 2014. Stroke awareness in the Saudi community living in Riyadh: prompt public health measures must be implemented. *Journal of Stroke and Cerebrovascular Diseases*, *23*(3), pp.500-504.

12. **Alaqeel, A**. and Sabbagh, A.J., 2014. Pediatric brainstem tumors. Classifications, investigations, and growth patterns. *Neurosciences*, *19*(2), pp.93-99.

13. Almufleh, A., Gabriel, T., Tokayer, L., Comerford, M., **Alaqeel, A** and Kurlansky, P., 2015. Role of community health outreach program "living for health"® in improving access to federally qualified health centers in Miami-dade county, Florida: a cross-sectional study. *BMC health services research*, *15*(1), p.181.

14. **Alaqeel, A**., Almasri, S.H., Alotaibi, N.M., Al-Yamany, M.A., BaHammam, A.S., Mohammad, Y.M. and Sharif, M.M., 2013. Prevalence of symptoms and risk of sleep apnea in patients with ruptured cerebral aneurysm. *Neurosciences*, *18*(3), pp.248-251.

15. Al-Habib, A. and **AlAqeel, A**., 2013. C2/3 instability: unusual cause of cervical myelopathy in a child with down syndrome. *Child's Nervous System*, pp.1-3.

16. Al-Habib, A.F., **AlAqeel, A**., Aldakkan, A.S., AlBadr, F.B. and Shaik, S.A., 2015. Length of MRI signal may predict outcome in advanced cervical spondylotic myelopathy. *Neurosciences*, *20*(1), p.41.

17. Al-Habib, A., **Alaqeel, A.**, Marwa, I., Almohammadi, M., Al Shalaan, H., Aleissa, S., Zamakhshary, M., Al-Bedah, K., Al-Enazi, S. and Mukhtarf, F., 2014. Causes and patterns of spine trauma in children and adolescents in Saudi Arabia: implications for injury prevention. *Annals of Saudi medicine,34*(1), p.31.

18. Al-Habib, A., Abdulaziz, A., **Alaqeel, A**., Zamakhshary, M., Al-bedah, K., AlQunai, M. and Al-enazia, S., 2013. Causes and patterns of adult traumatic head injuries in Saudi Arabia: implications for injury prevention. *Annals of Saudi medicine*, *33*(4), p.351.

19. **Alaqeel, A**. and Sabbagh, A.J., 2014. Epilepsy; what do Saudi's living in Riyadh know?. *Seizure*, *22*(3), pp.205-209.

## b. Book Chapters (4)

1. Rajiv Midha and **Ahmed Alaqeel**,Technical Aspects of Nerve Repair, Nerve and Nerve injuries, 2014.

2. **Ahmed Alaqeel**, Albert Isaac, Rajiv Midha. Decompression of the Ulnar and Radial Nerve. Atlas of Neurosurgical Techniques: Spine and Peripheral Nerves, 2015. Publisher: Thieme, Editors: Richard Fessler, Laligam Sekhar.

3. **Ahmed Alaqeel**, Albert Isaac, Rajiv Midha. Decompression of the Sural Nerve. Atlas of Neurosurgical Techniques: Spine and Peripheral Nerves, 2015. Publisher: Thieme, Editors: Richard Fessler, Laligam Sekhar.

4. **Ahmed Alaqeel**, Albert Isaac, Rajiv Midha. Open and Endoscopic Decompression of the Median Nerve. Atlas of Neurosurgical Techniques: Spine and Peripheral Nerves, 2015. Publisher: Thieme, Editors: Richard Fessler, Laligam Sekhar.

## c. Abstracts (8)

1. **Alaqeel A**, Magalie Cadieux, Michael Opoku-Darko, Chelsea Demler,  John Kelly. Glioblastoma in the elderly: the impact of extent of resection on survival Accepted for presentation at the Society of Neuro-Oncology 22nd Annual Scientific Meeting, USA, 2017.

2. **Alaqeel A,** Shaheen, R., Alshail, E., Ansari, S., Hindieh, F. and Alkuraya, F.S. T (brachyury) is linked to a Mendelian form of neural tube defects in humans. Oral presentation at the 31st Annual Meeting of the American Association of Neurosurgery/

CNS Section on Disorder of the Spine and Peripheral Nerves, USA, 2016. Also presented at Alberta Neurosurgical Meeting, Banff, Alberta, Canada, 2016.

3. **Alaqeel A**, Meek C, Wong J, Mitha A. A Novel Fusiform Aneurysmal Model in a Rabbit Carotid: A Combination of Pericarotid Calcium Chloride and Elastase Incubation. Oral presentation at AANS/CNS Joint Cerebrovascular Section Annual Meeting February 9-10, 2016

4. **Alaqeel, A**., Kamalmaz, H., Al-Shaar, H.A., AlZahrani, I., Alaqeel, A., Aljetaily, S., Aldrees, A., Alsolaihim, A., Badghesh, R., Al Hamzah, A.B. and AlGethami, H. Presented as a poster presentation at the Canadian Neurological Sciences Federation 47th Annual Congress, Ottawa, Canada.

5. **Alaqeel, A**., Alebdi, F. and Sabbagh, A.J., 2014. Epilepsy: what do health-care professionals in Riyadh know?. Presented as an Oral presentation at the 30th International Epilepsy Congress, Montreal, Canada, 23 – 27 June 2014

6. **Alaqeel, A.,** AlAmmari, A., AlSyefi, N., Al-Hussain, F. and Mohammad, Y., Stroke awareness in the Saudi community living in Riyadh: prompt public health measures must be implemented. Presented at the American Academy of Neurology, New Orleans. 2012

7. **Alaqeel, A**., Almasri, S.H., Alotaibi, N.M., Al-Yamany, M.A., BaHammam, A.S., Mohammad, Y.M. and Sharif, M.M. Prevalence of symptoms and risk of sleep apnea in patients with ruptured cerebral aneurysm. *Presented as an oral presentation at the* Canadian Neurological Sciences Federation 47th Annual Congress, Ottawa, Canada. 2012

8. Al-Habib, A.F., **AlAqeel, A**., Aldakkan, A.S., AlBadr, F.B. and Shaik, S.A. Length of MRI signal may predict outcome in advanced cervical spondylotic myelopathy. Presented as an oral presentation at the 28th Annual Meeting of the American Association of Neurosurgery/ CNS Section on Disorder of the Spine and Peripheral Nerves, Orlando, Florida. 2012.

9. **Alaqeel, A**. and Sabbagh, A.J., 2014. Epilepsy; what do Saudi's living in Riyadh know?. *Seizure*, *22*(3), pp.205-209. *Presented as a poster presentation at the* Canadian Neurological Sciences Federation 47th Annual Congress, Ottawa, Canada. 2012

**Ahmad Elakil, M.D.**
Neurosurgeon
Chairman, Division of Neurosurgery
Department of Clinical Neurosciences
Insight Hospital and Medical Center
Chicago, IL
60616


**Date: February 29, 2024**


**Re: Mr.Kevin Welch**

Dear Mr. Jackson and Mr. Kim Parker:

Following your request, I have conducted a thorough examination of the medical records for Mr.

Kevin Welch, focusing on the neurological events following the aortic Dissection Repair and his

subsequent hospital stay in June 2022. This review aimed to assess the timeliness of diagnostic

imaging and the adequacy of the strategy addressing Mr. Welsh's neurological deficits. My

conclusions are drawn from a detailed analysis of the medical documentation provided,

combined with my professional background and expertise in this field. It's important to note that

my opinions are offered with a reasonable degree of medical certainty, although I reserve the

right to remain open to revising my stance should further information become available. I

attached my CV in a separate document.

## Case Summary

- a 42-year-old male with a past medical history of mildly symptomatic COVID-19 on May 2022, resolved childhood asthma, patient had a recent domestic trip and had been sleep deprived during this time, so he drank multiple energy drinks, espresso shot, Pepsi, to stay awake. When patient arrived home, while running upstairs to get ready to work, he felt sudden onset of substernal chest pain that felt like cramp that progressed to squeezing severe chest and back pain with associated palpitation and diaphoresis and left calf tingling. For the above symptoms, patient called EMS, who gave patient aspirin orally, then transported patient to OSH (SoMD).

- On June 14, 2022, patient found to have type A aortic dissection with hematoma on imaging, then transferred to MedStar Washington Hospital Center for emergent repair requiring intubation and sedation on June 14. Patient underwent surgery by Dr.Aiman Alassar for Type A aortic dissection repair with no intra-operative complications.

- On June 15th, 2022, Patient underwent extubation.

- On June 16th, 2022 patient was delirious and was noted to move all extremities.

- On June 17, 2022, following the cessation of sedatives, patient exhibited newfound weakness in his left lower extremity, as observed by his attending nurse. Resident physician Dr. Kaitlyn Dunphy assessed him to be encephalopathic, with notable weakness in his lower extremities, particularly an inability to mobilize his left leg. She promptly sought a neurology consultation and arranged for both a CT head and an MRI of the brain to be performed, alongside a directive to maintain Mr. Walsh's systolic blood

pressure below 130 mmHg. Dr. Stephen Luczycki corroborated the observations, pointing out Mr. Walsh's confusion and the weakness in his lower limbs, hypothesizing that the symptoms could be indicative of either a stroke or a spinal cord infarction. The neurology team, including resident physician Dr. Robert Cai and attending neurologist Dr. Mark Lin, was brought in to further evaluate Mr. Walsh's condition and guide his treatment plan. It was found that the motor examination shows at least 4/5 bilateral upper extremities and at least spontaneously 2/5 in the right lower extremity and 0/5 in the lower left extremities. So, the recommendation was to order MRI of the cervical and thoracic spine without contrast and include DWI and commence CT head without contrast. And if the CT head without contrast shows any signs of infarction such as hypodensity, then order MRI brain without contrast. CT and MRI were not done on June 17th.

- On June 18, 2022, Dr. Stephen Luczycki evaluated the patient, noting persistent confusion but improved compliance with commands and movement in the left lower extremity; the initial CT scan of the head was done June 18th and was negative. To manage agitation and symptomatic delirium, dexamethasone was administered. The patient reported consuming 5 to 7 alcoholic drinks daily before admission, suggesting a potential need for further management of withdrawal symptoms as per Dr.Luczycki. Efforts were made to normalize the sleep-wake cycle as much as possible and to correct hypernatremia, which was at 158, with additional water replenishment, planning to recheck sodium levels later in the day and consider IV D5W if levels remained elevated. Due to safety concerns, an MRI was not performed, but with the patient's condition showing significant improvement, it was deemed that the MRI could be deferred for the time being. On the same day, Mr. Welch was assessed by a different neurology team, including resident Dr. Tulsi Shah and neurologist Dr. Brian Barry, who confirmed the

3

normalcy of the CT head scan but observed the patient's altered state and lower extremity weakness. They hypothesized that the patient's persistent weakness could be attributed to a thoracic or cervical spinal cord infarct, especially since an anterior cerebral artery infarct was excluded by the unremarkable head CT according to Dr.Barry, with the left lower extremity weakness being more pronounced than the right, raising concerns for a possible spinal cord infarct. Consequently, they recommended ordering an MRI of the cervical and thoracic spine without contrast, which was pending, and saw no immediate need for further head imaging at this time.

- On June 19, 2022. Dr. Stephen Luczycki evaluated the patient, noting neurological improvements as the patient, though still confused, began to follow commands and move his left lower extremity; the initial CT head scan June 18th was negative. To manage agitation and symptomatic delirium, dexmedetomidine was administered, and multimodal analgesia was employed. The patient disclosed consuming 5 to 7 alcoholic drinks daily before admission, indicating a potential need for additional symptomatic control for withdrawal symptoms according to Dr.Luczycki. Efforts were made to normalize the sleep-wake cycle and address hypernatremia, which stood at 156, through additional enteral water replenishment aiming for a sodium goal of 150. An MRI was deemed unsafe and, considering the patient's significantly improved examination according to Dr.Luczycki, was deferred for the time being, a decision (D/W Dr. Alassar).

- On June 20, 2022, a different ICU team, Dr. Maxwell Hockstein and Dr.Glousman observed the patient as encephalopathic, aware of his name but unsure of his location and unable to recognize his cousin at bedside, with left lower extremity strength at 1/5 and right lower extremity at 3/5, noting an MRI was pending and ordered for that day.

4

- On June 21, 2022, Dr. Glousman examined the patient, noting weakness in the lower extremities, more pronounced on the left side, and mentioned that they were awaiting the results of the pending MRI for both brain and spine and anticipated that patient suffered spinal cord trespass.

- On June 22,2022, the patient was evaluated by Dr. Glousman, who initiated a stroke team consult in response to his MRI scan findings – (results below).

- Diagnostic Results

  (06/22/2022 04:16 EDT MRI Spine Lumbar wo Contrast)

  FINDINGS:

  Cervical: The examination is limited by motion artifact. Alignment is normal. There isno cord compression or abnormal signal intensity of the cord. No definite infarct is identified.

  Thoracic: There is a dextrocurvature. Vertebral body heights are maintained. Thereis no cord compression. On the sagittal images, there is questionable hyperintensity within the cord at the level of T5 versus artifact. No definite infarct is identified.

  Lumbar: For the purposes of dictation, last complete disc space will be labeled L5-S1.The conus medullaris appears at the level of L1 which is within normal limits. There is straightening of normal lumbar lordosis.There are moderate disc bulges at L4-5 and L5-S1 with moderate bilateral foraminal narrowing.

  IMPRESSION:

  Limited due to motion artifact. No definite cord infarct identified. (06/22/2022 04:16 EDT MRI Spine Lumbar wo Contrast)

  ADDENDUM

Upon further review with Dr. Barry, <u>there is DWI hyperintensity of the cord at the level of</u> <u>T5 consistent with cord infarct.</u>

(06/22/2022 04:13 EDT MRI Brain woContrast)

FINDINGS:

The examination is limited by motion artifact. the ventricles and sulci are appropriate for patient's age. DWI hyperintensities with low signal intensity on the ADC maps are present in the bilateral cerebellum and cerebral hemispheres with bilateral basal ganglia predominance. There is no midline shift. No microhemorrhages are identified. The midline structures are within normal limit. The mastoid air cells and paranasal sinuses are unremarkable.

IMPRESSION:

Limited due to motion artifact. <u>Recent bilateral cerebellar and cerebral infarcts with</u> <u>bilateral basal ganglia predominance which is consistent with cardioembolic etiology and</u> <u>hypoxic anoxic event.</u>

- On June 23, Dr. Jose Merino, accompanied by vascular fellow Dr. Parth Upadhaya and resident Dr. Spencer Osbourn, evaluated the patient, resulting in an assessment and plan that identified multiple bilateral embolic infarcts and anoxic brain injury of the basal ganglia. It was determined that the patient was not a candidate for Thrombolytic Therapy (TBA) or Endovascular Therapy (EVT) as the patient presented outside of the treatment window. The prescribed management strategy included maintaining a target blood pressure of less than 130/80 mmHg, administering aspirin at a dosage of 81 milligrams, and initiating physical therapy and occupational therapy as the patient becomes able.

Analysis:

Cerebral stroke and Spinal cord infarction represent a severe and distressing complication of aortic dissection surgery, one that can significantly alter both short- and long-term patient outcomes. This type of injury may not manifest immediately but can emerge up to two weeks following the procedure, underlining the critical importance of vigilant postoperative monitoring. The ramifications of such injuries are profound, potentially affecting the patient's mobility and quality of life. However, early detection and aggressive treatment strategies can pave the way for the recovery of lower extremity function. Among the various interventions, the insertion of a cerebrospinal fluid drain stands out as a pivotal measure aimed at salvaging lower extremity function. Complementing this, additional therapeutic strategies play a vital role in optimizing recovery outcomes. These include volume loading, increasing mean arterial pressure, and enhancing oxygen delivery to the spinal cord. Together, these approaches underscore the multifaceted nature of managing spinal cord injuries post-aortic dissection surgery, highlighting the necessity of a proactive and comprehensive treatment regimen to mitigate the impact of this grievous complication. The failure to promptly order and do a CT scan on June 17th, immediately after the patient experienced complications, significantly delayed the diagnosis of their condition. Although a CT head scan was conducted on June 18th which is considered a significant delay and returned with normal results, it is important to note that recent strokes may not be evident on such scans. This oversight underscores the critical importance of considering clinical presentation and symptoms, which consistently suggested the possibility of a stroke or spinal cord infarction across various assessments and plans from different medical teams evident in their progress notes. The subsequent delay in utilizing MRI scanning for both the brain and spine further postponed the identification and management of the patient's condition, despite eventual diagnoses of stroke and spinal cord infarction on June 22. Moreover, the lack of discussions regarding vital interventions, such as optimizing the patient's blood pressure or

7

considering the implementation of a lumbar drain—crucial for managing such complications—exacerbated the situation. These cumulative delays and omissions in diagnosis and treatment have led to the patient's current severe outcome of lower extremity weakness, bowel, and bladder dysfunctions, highlighting a critical gap in the timely and comprehensive management of acute neurological complications.

<u>Causation:</u>

To a reasonable degree of medical certainty, it can be established that there is a direct causal relationship between the examinee's clinical status and the injuries sustained post-surgery, which have led to multiple consequential outcomes as detailed in the report. It is more likely than not that the severity of the patient's symptoms can be attributed to a significant delay in the diagnosis of the patient's conditions, including stroke and spinal cord infarction. This delay, spanning several days, was a critical factor that hindered timely and effective intervention. Moreover, it's more likely than not that, the failure to implement measures aimed at optimizing the patient's physiological state, such as blood pressure management and the installation of a cerebrospinal fluid drain which is widely accepted and straight forward procedure to do, contributed to the exacerbation of the patient's deficits and the adverse outcomes they now endure. It's more likely than not that these omissions in standard of care practices have directly impacted the patient's recovery trajectory and overall lower extremity, bladder and bowel functions, underscoring a clear causal link between the delayed diagnosis, lack of appropriate and timely management, and the severe complications experienced by the patient.

Sincerely,

**Ahmad Elakil, M.D.**
Neurosurgeon
Chairman, Division of Neurosurgery
Department of Clinical Neurosciences
Insight Hospital and Medical Center
Chicago, IL, 60616

# Expert Report of Roland Hamilton, M.D.

# With Exhibits

# Roland Hamilton Jr., M.D.

PERSONAL DATA

Office:                    2107 N. Decatur Rd
                           Unit 294
                           Decatur, GA 30033-5305

Cell: 973-885-4891

Email:                     hhealthcarellc@gmail.com

Citizenship: United States

PROFESSIONAL WORK EXPERIENCE

7/2017 – present Northside Hospital, Atlanta
                           1000 Johnson Ferry Rd.
                           Atlanta, GA 30342
                           *Neurohospitalist*

2/2019 – present Northside Hospital
                           1000 Johnson Ferry Rd.
                           Atlanta, GA 30342
                           *Medical Director of Inpatient Neurology*

8/2015 – 7/2017 Wellstar Kennestone Hospital
                           Neuroscience
                           677 Church Street
                           Box Neuro
                           Marietta, GA 30060
                           *Neurohospitalist*

6/2013 – 4/2015 Med Plus
                           PO Box 1590
                           Southhaven, MS 38671
                           *Performed medical examinations for South Carolina Disability Determination Services*

EDUCATION

08/ 2001 – 05/2005 Seton Hall University
                           South Orange, NJ
                           Bachelor Science in Biology

08/2005 – 12/2005 Montclair State University
                           Montclair, NJ

08/2006 – 05/2010 Robert Wood Johnson Medical School – University of Medicine and Dentistry of New  Jersey
                           Piscataway, NJ
                           Doctor of Medicine

# Roland Hamilton Jr., M.D.

POST-DOCTURAL TRAINING
7/2010 – 6/2014 Medical University of South Carolina
                        Charleston, SC
                        Internship and Residency in Neurology


7/2014 – 6/2015 Medical University of South Carolina
                        Charleston, SC
                        Clinical Neurophysiology Fellowship


LICENSURE
2016 Board Certified by American Board of Psychiatry and Neurology 2015 Permanent Gerogia
Medical License
2008 – 2011 USMLE, Part I, II, III


PROFESSIONAL MEMBERSHIPS
2011 – present American Academy of Neurology
                        Journal Reviewer and Registry Subcommittee Member
2012 – 2017 American Clinical Neurophysiology Society
2017 – present American Heart/Stroke Association
2017 – present American Epilepsy Society


AWARDS
April 2012 Applause Award
                              Recognition given to health care providers that have shown exemplary
                               acts of care and compassion in rendering patient care on inpatient ward service.
May 2012 Hamilton R, Edwards J, Williams N, Madey J. *Ictal Asystole vs. Convulsive Syncope*.  Annual Neuroscience
                              Research Day, Medical University of South Carolina. Charleston,  SC
                              Best Case Report presentation
September 2013 Provider of the Quarter Award (Neurology Clinic, Medical University of South Carolina) Recognition
                              given to health care providers that have shown exemplary acts of care and
                              compassion in rendering patient care in outpatient clinics.
Jan 2021 Provider of the Quarter Award (Neuroscience Ward, Northside Hospital Recognition given to health care
                              providers that have shown exemplary acts of care and
                              compassion in rendering patient care in outpatient clinics.


LEADERSHIP AND TEACHING EXPERIENCE
2011- 2014 Resident Education Committee
                        Medical University of South Carolina Neurology Program
                        Committee monitors and makes recommendations to the Residency Director in regards to
                        compliance with American College of Graduate Medical Education (ACGME)
                          guidelines, considers changes in the curriculum, and reviews current curriculum on a
                        regular basis.

2012 - 2015 Health and Wellness Ministry, Johns Island, SC
                        Created the Johns Island Church of Christ Health and Wellness Ministry. Provide health
                        information sessions, during which relevant medical topics are discussed with members  of
                        the church and the community. Organized a community health fair. Participated in
                        community outreach programs.

# Roland Hamilton Jr., M.D.

2016 – 2017 Clinical Professor, Wellstar Health System, Marietta ,Georgia Precepted and
lectured Medicine residents.

ACADEMIC BODY OF WORK

09/2012 – 12/2013 Treatment on Recurrent Nonconvulsive Seizures (TRENdS) Study Goal is to assess utility of
Intravenous Lacosamide Compared with Fosphenytoin in the
Treatment of Patient with Frequent Nonconvulsive Seizures
Co – Investigator

2011 – 2014 Medical University of South Carolina Sports Neurology Program Assessed and treated
student athletes who suffered sports concussion.
Participated in research projects

2013 & 2014 J. Kiffin Penry Epilepsy Program Scholar

2/2013 Hamilton R, Edwards J, Williams N, Madey J. *Ictal Asystole vs. Convulsive Syncope*.  Poster Presentation.
American Clinical Neurophysiology Society Annual Meeting.
Miami, Fl

3/2014 Pediatric Concussion: New Updated Guidelines and Future Direction. Speaker  Presentation. 13th
Annual Pediatric Neuroscience Update.
Kiawah Island, SC

5/2014 Hamilton R, Williams N, Hartmann D, Edwards J. *The Use of Diffusion Kurtosis Imaging  and Cerebral Blood
Flow to Establish Magnetic Resonance Imaging Biomarkers of
Concussion.* Annual Neuroscience Research Day, Medical University of South Carolina.
Charleston, SC

6/2014 Concussion: Updated Guidelines and Research Updates. Grand Rounds Speaker  Presentation.
Charleston, SC

10/2015 Dawn Trial
Goal is to evaluation the hypothesis that Trevo thrombectomy plus medical management  leads
to superior clinical outcomes at 90 days as compared to medical management alone  in
appropriately selected subjects experiencing an acute ischemic stroke when treatment  is
initiated within 6-24 hours after last seen well.
Sub – Investigator

6/2016 Stroke Awareness. Speaker Presentation. Community Educational Outreach. Acworth, GA

2/2018 Epilepsy: Diagnosis, Treatment and Management. Speaker Presentation. Shepherd  Center.
Atlanta, GA

3/2018 Women & Stroke: Unique Risks & Uncommon Symptoms
6th Annual Northside Hospital Women and Stroke Conference
Atlanta, GA

5/2019 Hamilton, RH, McClean JC, Greicius MD, Gamaldo CE, Hamilton RT Rooting out  racial stereotypes in
Neurology A commentary on "Lucky and the root doctor"
Neurology May 28, 2019; 92 (22)

Hamilton Healthcare Associates, LLC
Dr. Roland Hamilton
2107 N. Decatur Road
Unit 294
Decatur, GA 30033-5305

Date: 2/16/24
Re: Estate of Kevin Welch

Dear Mr Governor Jackson and Mrs. Kim Parker:
For the purpose of this report, I reviewed the following from the electronic files that you provided me:

1.      Medical Records for Kevin Welch from 6/14/2022 admission to 7/8/2022 discharge at MedStar Washington Hospital Center, 110 Irving Street, NW, Washington, DC 20010

BACKGROUND OF CASE

Mr. Kevin Welch is a 42-year-old gentleman with no pertinent past medical history who developed chest pain on June 14th, 2022, and went to MedStar Washington Hospital Center in Washington, DC, for medical evaluation.  A CT (computed tomography) scan of the chest revealed that Mr. Welch suffered a type A aortic dissection (a tear in the major blood vessel branch from the heart).  He was treated with anti-hypertensive medications (blood pressure lowering medications) and taken to surgery with Dr. Aiman Alassar, who performed a type A aortic dissection repair, hemi arch replacement, ascending aortic replacement, sinotubular junction reconstruction & aortic valve resuspension.

Kevin was admitted to the Intensive Care Unit after surgery.  He was on a ventilator (breathing machine) for respiratory support, required a bair hugger (warming blanket) to treat his hypothermia (low temperature), and sedating medication (dexmedetomidine and ketamine) for agitation.  His Intensive Care Unit course was complicated by cardiogenic shock (the heart doesn't pump enough blood to meet the body's needs) and hypoxic respiratory failure (lungs can not provide enough oxygen to blood).

Mr. Welch was extubated (removed off breathing machine) on 6/15/22.  He was confused and agitated.  Per records, his examination did not reveal any extremity weakness or numbness. He remained on sedatives to treat his agitation.

On 6/17/22, Dr. Stephen Luczycki (Critical Care Medicine attending) noticed lower extremity weakness which prompted a Neurology consultation.  Dr. Robert Cai and Mark Lin (Neurology residents and attendings, respectively) evaluated Mr. Welch on 6/17/22 and diagnosed him with bilateral (left greater than right) lower extremity weakness.  MRIs (magnetic resonance

imaging) of the brain, cervical, thoracic, and lumbar spine were performed on 6/22/22 and revealed T5 (thoracic 5th vertebrae) spinal cord infarct, bilateral cerebellar & cerebral infarcts (spinal cord and brain damage/tissue death).  Unfortunately, Mr. Welch was not a candidate for thrombolytic therapy (medication to dissolve a clot/blockage) or endovascular intervention (procedure to remove a blood clot or blockage).  The neurology team recommended blood pressure treatment, Aspirin 81 mg daily, physical therapy, occupational, and speech therapy.

 Mr. Welch was eventually discharged to inpatient rehabilitation.

**CONCLUSION/MEDICAL OPINION**

Unfortunately, Mr. Welch suffered a type A aortic dissection (a tear in the major blood vessel branch from the heart).  He also suffered T5 (thoracic 5th vertebrae) spinal cord, bilateral cerebellar and cerebral infarcts (spinal cord and brain damage/tissue death), which are permanent and irreversible.

These neurologic injuries have rendered Mr. Welch significantly disabled.  He has life-changing physical and cognitive disabilities.  Kevin needs assistance with activities of daily living, such as bathing, dressing, walking, and eating.  Mr Welch also needs assistance with managing his finances, preparing meals, housekeeping, transportation and taking medications.  Mr. Welch will require assistance with these tasks for the foreseeable future.
Mr. Kevin Welch's cognitive and physical disabilities were caused by his brain and spinal cord infarcts (tissue damage).  These deficits are permanent and irreversible.

Prior to his neurologic injuries, Mr. Welch was an employed and independent productive citizen of our society.  From henceforward, Kevin will require assistance from others to perform essential living tasks indefinitely.


References
Langhorne P, Stott DJ, Robertson L, et al. Medical complications after stroke: a multicenter study. Stroke 2000; 31:1223.

Ingeman A, Andersen G, Hundborg HH, et al. In-hospital medical complications, length of stay, and mortality among stroke unit patients. Stroke 2011; 42:3214.

I am Roland Hamilton, a board certified Neurologist.

My recent publication within the last 10 years is:

5/2019 Hamilton, RH, McClean JC, Greicius MD, Gamaldo CE, Hamilton RT Rooting out  racial stereotypes in Neurology A commentary on "Lucky and the root doctor"

Neurology May 28, 2019; 92 (22)

I have not testified as an expert at trial or by deposition during the previous 4 years.

I am being compensated $600.00 per hour for the study and testimony in this case.  As of 2/16/2024 I have been compensated a total of $3900.00 for this case.


Yours truly,



Roland Hamilton, MD
Board Certified Neurologist
2/16/24

# Expert Report of
# Dr. Richard Kaplan, M.D., CLCP
# With Exhibits

**Richard S. Kaplan, M.D.**
Uniontown Medical Rehabilitation, P.C.
4140 Monroeville Boulevard
Suite 1
Monroeville, PA   15146
724-430-5319
rkaplan@umrpc.com

REVISED: Updated
Date: March 2024

**Education**

*July 1991 – June 1994*  **Mayo Clinic, Rochester, Minnesota**
         Resident in Physical Medicine and Rehabilitation

*July 1990 – June 1991*  **Mayo Clinic, Rochester, Minnesota**
         Resident in Internal Medicine

*September 1986 – May 1990* **University of Miami School of Medicine**
         Honors Program in Medical Education
         Degree:  Doctor of Medicine *with research distinction*

*September 1984 –*    **University of Miami College of Engineering**
*August 1986*      Degree:  Bachelor of Science in Engineering
         Science, *Magna Cum Laude*

**Publications and Professional Presentations**

Kaplan, Richard (2012).  Functional Capacity Evaluation Interpretation.  Presented at ACI Conference on Litigating Disability Claims, New York City, NY.

Kaplan, Richard and Rigert, Trey (2011).  Electronic Health Record Selection Pros/Cons. Presented at 2011 Assembly of American Academy of Physical Medicine and Rehabilitation, Orlando, Florida.

Kaplan, Richard (2007). Dual Use Acute Rehab Unit: Solution for Rural Hospitals? (Case Report).  For presentation at 2007 Assembly of American Academy of Physical Medicine and Rehabilitation.

Kaplan, Richard (2007). Ethical Dilemmas in Impairment Evaluation: A Multi-State Case Series. For presentation at 2007 Assembly of American Academy of Physical Medicine and Rehabilitation.

Kaplan, Richard (1997).  An Interdisciplinary Approach to Rehabilitation of Adults with Developmental Disabilities.  Presented as part of Uniontown Hospital Continuing Medical Education Series.

Kaplan, Richard (1996).  Medical Aspects of Wheelchair Aviation.  Presented at International Paralympic Congress, Atlanta, Georgia.

Kaplan, Richard and Stolp-Smith, Kathryn (1995).  Transient Traumatic Quadriplegia in a 29-Year-Old Man Without Any Predisposing Anatomical Lesion.  Arch Physical Med. Rehab. November 1995; 76:1006-10

Kaplan, Richard and Sinaki, Mehrsheed (1995).  A Pilot Study on the Effect of Back Supports on Back Strength.  Mayo Clinic Proceedings, 1996; 71:235-241

Sinaki, Mehrsheed and Kaplan, Richard (1995).  The Effect of Back Supports on Back Strength [abstract].  Proceedings of International Symposium on Metabolic Disorders, Sydney, Australia.

Morgan, Michelle and Kaplan, Richard (1995).  An Integrated Team Approach to the Rehabilitation of Acute intermittent Porphyria [abstract].  Proceedings of American Congress of Rehabilitation Medicine, Arlington, Virginia.

Kaplan, Richard. The Physician and Assistive Technology (October 1995).  Invited guest editor for Tapping Technology, published by Maryland Technology Assistance Program.

Bouvette, Kimberly, Christopherson, Mark, and Kaplan, Richard (1994).  Disuse Osteoporosis on Spinal Cord Injury:  A Case Study [abstract].  Proceedings of 1994 International Rehabilitation Medicine Association Convention, Washington, D.C.

Kaplan, Richard and Sinaki, Mehrsheed (1993).  The Posture Training (PTS) Support:  A Preliminary Report on a Case Series of osteoporotic Patients.  Mayo Clinic Proceedings, December 1993; 68:1171-1176.

Kaplan, Richard and Hanson, Toni Jo (1993).  wheelchair Aviation:  Case Studies and Literature Review [Focus Session].  Presented at 55th Assembly of the American Academy of Physical Medicine and Rehabilitation, Miami Beach, Florida, November 1993.

Kaplan, Richard and Sinaki, Mehrsheed (1993).  Osteoporotic Patient's Compliance with Back Supports [abstract].  Presented before Her Majesty the Queen Fabiola at the European Conference on the Physical Medicine and Rehabilitation, Gent, Belgium, June 1993.

Kaplan, Richard and Hanson, Toni Jo (1993).  Wheelchair Aviation:  Case Studies and Survey of Adaptive Engineering needs.  Proceedings of 15th Annual Conference of the Rehabilitation Engineering Society of North America. 1993:92-94

Kaplan, Richard (1993).  Transient Traumatic Quadriplegia in a 29-Year-Old Male Without Any Predisposing Anatomical Lesion [abstract].  Presented at 1993 Annual

Scientific Meeting of the American Spinal Injury Association, San Diego, California, May 1993.

Kaplan, Richard (1992).  Alternative Interface Design for Medical Expert Systems: Expanding the Function of an Existing Knowledge Base [abstract'.  Presented at 27th Meeting and Exposition of the Association for the Advancement of Medical Instrumentation, Anaheim, California, June 1992.

Kaplan, Richard (1992).  USENET and Fidonet Based Telecommunications for the Disabled:  Expanding Opportunities by Breaking Traditional Communication Barriers [abstract].  Presented at Academy of Academic Physiatrists, Orlando, Florida, February 1992.

Kaplan, Richard (1991). AI/Consult:  A Prototype Directed History System Based Upon the AI/Rheum Knowledge Base.  Proceedings of Symposium on Computer Applications in Medical Care, 1991:639-43.

Kaplan, Richard and Ozdamar, Ozcan (1987).  Microprocessor-based Auditory Brainstem Response (ABR) Simulator.  Medical & Biology Engineering & Computing, 25:560-66

Ozdamar, Ozcan and Kaplan, Richard, et al. (1987) Human-Machine Interface for an Interactive Evoked Potential Electrodiagnostic System.  Trends in Ergonomics/Human Factors IV, 1987:1121-29.

Kaplan, Richard (1987).  An EOG-Based Microcomputer System for Communication by the Disabled [abstract].  Proceedings of Eastern Student Research Forum at the University of Miami School of Medicine, 1987:80


**Practice Experience**

- *October 1995 – Present*   Uniontown Medical Rehabilitation, P.C.  Founding partner. Physiatrist in comprehensive solo inpatient/outpatient practice of physical medicine and rehabilitation on a full-time basis.
- *July 1995 – June 2003*
  *August 2008- July 2012*   Uniontown Hospital, Uniontown, Pennsylvania.  Medical Director of Physical Rehabilitation department.  Responsible for developing and directing comprehensive inpatient and outpatient community rehabilitation programs.
- *January 2002 – September 2006.*  Disability and Occupational Consultants, Dayton, Ohio, Independent contractor Disability Evaluator.
- *July 1994 – June 1995*   Chesapeake Rehabilitation Hospital, Salisbury, Maryland.  Staff physiatrist at 44-bed freestanding rehabilitation hospital.  Attending rehabilitation unit physician and responsible for developing/marketing comprehensive outpatient physiatric programs for the local community.

Richard S. Kaplan, M.D.                                                                    Page 4

**Other Qualifications/Certifications**

- Certified Life Care Planner (Initially ICHCC, now Fig)
- Board Certified, American Board of Physical Medicine and Rehabilitation, May 1995 through 2025.
- Additional Qualifications, American Academy of Pain Management, December 2007 through 2019.
- Oral Examiner, American Board of Physical Medicine and Rehabilitation.
- Impairment Rating Evaluator, Commonwealth of Pennsylvania Bureau of Workers' Compensation.
- Federal Aviation Administration Aviation Medical Examiner.
- Fellow, American Academy of Physical Medicine and Rehabilitation.


**Past Employment**

- *May 1988 – July 1993*    Medical Software Exchange, Rochester, Minnesota.  System operator for medically oriented computer bulletin board system specializing in computer applications for disabled persons.
- *August 1984 – June 1990* Artificial Hearing Systems, Inc. Miami, Florida.
  *August 1984 – June 1990* University of Miami Department of Biomedical Engineering. Electronics and software engineer, responsible for development and maintenance of automated evoked potential acquisition and analysis system.

**States of Licensure**

Pennsylvania MD056342-L (active), Ohio (active), Indiana (active), West Virginia (active), Florida (active), California (active), Washington (active), Louisiana (active), New York (active), Texas (active), Maryland (inactive), Delaware (inactive), and Minnesota (inactive)

| DATE | NAME | DEPOSITION /TRIAL | ATTORNEY | LOCATION |
|------|------|-------------------|----------|----------|
| 11/09/2018 | Harry Peck | Deposition | Annette Coral J vs Jones Jones LLC | New York, New York |
| 11/09/2018 | Banks/IHC | Deposition | Bank Review | IHC |
| 11/06/2018 | Bushy Washington | Deposition | | |
| 5/9/19 | Adragna v Costa | trial | Tetlow | Pittsburgh |
| 06/19/2019 | Jhones Gonzalez – Pleadings with case caption not available | Deposition | William Kempner | Tallahassee FL |
| 6/21/2019 | Selvin A. Rodriguez | Deposition | Morrison Mahoney LLP6/24/2019 | New York, New York |
| 6/24/2019 | Bolstad | Deposition | | |
| 6/26/2019 | Taylor Vs. Lobb  In the District Court of Brazos county, Texas, Cause # 19-000471-CV-272 | Deposition | Atty Bridgit White | Brazos County, Texas |
| 8/9/2019 | Lidia Gonzalez Work Injury case No: 0002-5940-8000 | Deposition | MMCM/Carelink/York Risk Services (not retained by a lawyer | Canonsburg, PA |
| 9/9/2019 | Cortez vs. Memorial Health System d/b/a Tirr Memorial Rehabilitation and research | Deposition | | |

| 9/13/2019 | Robin Westphal – date of injury – 12/14/2017  Case # 957031 | Deposition | MES Solutions Work injury case(not referred by Attorney) | n/a |
|---|---|---|---|---|
| 9/16/2019 | Michael Palfreyman vs. Old Dominion Freight Line Claim # 004359-024199-WC-01 | Deposition | Erick P. Betzner – Washington, PA | Commonwealth of Pennsylvania Department of Labor and Industry, Court case # 8066833 |
| 9/17/2019 | Mohammed Alam – referred by Attorney Mottley – Additional Caption info not available. | Deposition | Kevin W. Mottley | Richmond, VA |
| 10/23/2019 | Bryan King – Additional Captain details not available | Deposition | Adam L. Nicolet | Eau Claire, WI |
| 11/15/2019 | Mildred Jimenez vs. Country Plants | Deposition | Clancy Boylan | Philadelphia, PA |
| 01/13/2020 | Felix Santiago vs. State Farm Mutual Claim No. 59-7544-H53 | Deposition | Doug Martin | Orlando, FL |
| 01/27/2020 | Robert Curtis vs. Bailey Street Bakery, LLC | Deposition | Atty Justin Miller – Morgan & Morgan | Savannah, Georgia |
| 01/29/2020 | Lemare Horn Jr – referred by International Healthcare Consultants IHC file # 01-0069407 | Deposition | Not retained by a lawyer | Marietta, GA |
| 01/31/2020 | Matthew Martino vs. LYFT | Deposition | Atty Clancy Boylan | Philadelphia, PA |

| | Full docket name not available | | | |
|---|---|---|---|---|
| 02/26/2020 | Alva Brown – Further details on caption not available | Deposition | Deutsch, Tremp & Tremp | Phoenix, AZ |
| 03/02/2020 | Rick Klobusnik Vs. General Electric WCAIS No. 7315938 | Deposition | Brian T. Kadlubek | Pittsburgh, PA |
| 03/13/2020 | Chanel Greer | Deposition | Yao. O Dinizula | Chicago, IL |
| 04/16/2020 | Roddell Flowers vs. Pete Soro Machine Works, Inc and Michael Soro, Civil Action No. CT-0335-21 | Deposition | The Ammons Law Group | Houston, Texas |
| 05/01/2020 | John Eckhoff vs. JB Hunt Transport, Inc Court Case No. 8307127 | Deposition | Cipriani & Werner | Mt. Lebanon, PA |
| 05/04/2020 | Michael Yocolano (estate of) vs. Ohio Valley General Hospital | Deposition | Daniel Margonari, Burns White | Pittsburgh, PA |
| 05/20/2020 | Rodney Strohl | Deposition | Danielle Murphy | Cleveland, Ohio |
| 07/13/2020 | Dennis Leichliter vs. Nahhas, et al | Deposition | Atty Cohen | Pittsburgh, PA |
| 07/21/2020 | Williams vs. Price, et. Al | Deposition | Atty Liukeman | Washington, DC |
| 07/29/2020 | Gary Urbanski vs. Koppers Industries Inc. and ESIS DSP-7488797-3 | Deposition | David McGowan, ESQ | Pittsburgh, PA |
| 08/03/2020 | Judith Wolkoff vs PV Holding, Avis Car Rental Group, LLC, | Deposition | Jeremy Bohrer | Supreme Court of The State of New |

| | | | | |
|---|---|---|---|---|
| | AVIS Rent a car system, LLC, and Kenneth S. Sussmane, as Administrator of the estate of Eugene Arnold Wolkoff, Deceased. Index # 159305/2018 | | | York, County of New York |
| 08/05/2020 | Marilee Marlar and Monte Marlar vs  vs. Munroe HMA Hospital, LLC d/b/a Munroe Regional Medical Center, et al | Deposition | David O. Doyle | Maitland, FL |
| 08/19/2020 | Dan Miller | Deposition | | |
| 08/24/2020 | Divosevic vs. City of Pittsburgh | Deposition | Atty Gretchen Gardener | Pittsburgh, PA |
| 08/26/2020 | Shakira Redding vs Ameditrans, Inc Case # 19-CA-0309 | Deposition | Richard Colin, ESQ | West Palm Beach, Florida |
| 08/28/2020 | Ebonee Johnson Vs Nation Parking Claim # A00001731219 | Deposition | Attorney Lightfoot | Pittsburgh, PA |
| 08/31/2020 | Buzbee Kuraray vs. Turner Company | Trial | Peter C. Tipps | Houston, Texas |
| 08/31/2020 | Elizabeth Brubaker | Deposition | April Strang-Kutay | Lancaster, PA |
| 09/15/2020 | Brown/Breault | Deposition | Anne E. Brown | Pittsburgh, PA |
| 09/15/2020 | Donald White – Court of Common Please Chester | Deposition | Hannah Molitoris | Philadelphia, PA |

| | | | | |
|---|---|---|---|---|
| | County. Court term and no. 2018-11218-TT | | | |
| 09/17/2020 | Janice Cantrell | Deposition | Elliot Stone | Jacksonville, Florida |
| 09/21/2020 | David Sakers, et ux. Vs. Jeffrey Barton, DPM, et al No case number available | Deposition | Gilbert F. Shelsby, Jr | Wilmington, DE |
| 09/21/2020 | Reathia Boyce no case number available | Deposition | R. Forrest | Somerville, NJ |
| 09/23/2020 | Martin Snyder vs Regional Hospital of Scranton case number not available | Trial | Robert Aldrich | Scranton, PA |
| 09/28/2020 | Dexter Morris | Deposition | Scott Morris, ESQ | Las Vegas, Nevada |
| 11/03/2020 | Ronald Cunagin, case number not available | Deposition | Tom L Craig | Pittsburgh, PA |
| 11/03/2020 | Cindy Teets vs Excela Health case # 014220-258836 | Deposition | Daniel Margonari | Pittsburgh, PA |
| 11/20/2020 | Juliette Tabi | Deposition | Caleb Solomon | Lake Arbor, MD |
| 11/20/2020 | Robert Mongeon vs. Domingo ASM Trucking. No case number available | Deposition | Morgan & Morgan | Jacksonville, FL |
| 12/07/2020 | Ronald Clayton Grobe II, by Gloria C. Grobe, Mother and legal guardian vs Charles K. Shankle. No case number available | Deposition | Jeffrey Jones | Charleston, WV |

| | | | | |
|---|---|---|---|---|
| 12/10/2020 | Williams vs Price/ No case number available | Deposition | Emilia Lukeman | Washington, DC |
| 01/05/2021 | Marlene Terrell/ No case number available | Deposition | Pearson Doyle Mohre & Pastis, David O. Doyle, Esq. | Maitland, Florida |
| 01/07/2021 | Tressla/ No case number available | Deposition | Julie A. Tyk, ESQ | Maitland, Florida |
| 01/08/2021 | Michelle Stacy vs. Smith/ No case number available | Deposition | Mark C. Correll | Cleveland, OH |
| 01/13/2021 | Lois D'Agostino/ No case number available | Deposition | Mast, Johnson, Trimyer, Wright, Booker, & Van Patten, P.A. | Garner, NC |
| 01/19/21 | David Sakers, et ux. Vs. Jeffrey Barton, DPM/ No case number available | Deposition | Gilbert F. Shelsby | Wilmington, DE |
| 01/20/2021 | Mark Swavely vs. TIMET/Precision Castparts Corp/ WCAIS Claim No. 7503088 | Deposition | Francis P. Fitzsimmons,Post & Schell, PC | Lancaster, PA |
| 01/22/2021 | Thomas Kuczynski vs. City of Pittsburgh/ No case number available | Deposition | Michael B. Dodd, ESQ | Pittsburgh, PA |
| 02/01/2021 | William Fekete vs. Dr. Daffner/ Case #135826 | Deposition | Kelly Reed, Esq | Morgantown, WV |
| 02/04/2021 | Jaxon Cunagin/ No case | Deposition | Thomas L. Craig | Manchester, NH |

| | number available | | | |
|---|---|---|---|---|
| 02/08/2021 | Joan Coulter, Et al., Vs. Texas Eastern Transmission, LP, et al. In the District Court of Harris County, Texas 295th Judicial District. Consolidated Cause No. 2019-56490 | Deposition | Devin Wagner – Norton Rose Fulbright | Houston, TX |
| 02/10/2021 | Richard Breault/ No case number available | Deposition | Anne E. Brown, Brown Law, LLC | Minneapolis, MN |
| 02/17/2021 | Meredith Colosimo/ No case number available | Trial | Colin Richards | West Palm Beach, FL |
| 02/26/2021 | Janie Miller vs. Port Authority/ No case number available | Deposition | Anthony D'Amico | Pittsburgh, PA |
| 02/26/2021 | Alfred Sanchez/ No case number availablecar | Deposition | Farahi Law Firm, APC | Culver City, CA |
| 03/01/2021 | Doreen Cardindale/ No case number available | Deposition | Rob Ammons, The Ammons Law Firm, LLP | Houston, Texas |
| 03/05/2021 | Phyllis Petty/ No case number available | Deposition | Burke Keaty, Esq | Nashville, TN |
| 03/10/2021 | David Brennan vs. Shawn David Hannon/ No case number available | Deposition | Jacob Jackson, Esq | Atlanta, GA |
| 03/15/2021 | Fabian Barrios vs Michelle L. Ruland Docket # BER-L-6496- | Deposition | Susan E. Huffman | Woodbridge, NJ |

| | 19 | | | |
|---|---|---|---|---|
| 05/05/2021 | Paul Lutz/ No case number available | Deposition | Gretchen E. Gardner | Pittsburgh, PA |
| 05/18/2021 | Robert Booker/ No case number available | Deposition | Douglas Capellini | Allentown, PA |
| 06/01/2021 | Veterinarian James Shields/ No case number available | Deposition | Julia A. Caralle, prosecuting attorney | Harrisburg, PA |
| 07/02/2021 | Frank Prete vs. Tiffany Stelzer IN the Circuit Court of the 6th Judicial Circuit in and For Pinellas County, Florida Civil Division. Choice #90795.054 | Deposition | Bryce Spano | Tampa, FL |
| 09/03/2021 | Larry Carozza/ No case number available | Deposition | Ropchock | Akron, Ohio |
| 09/30/2021 | Norton Simon-Vige-Roberts/ No case number available | Deposition | Downs & Stanford, P.C | Dallas, TX |
| 10/07/2021 | John Trenz/ No case number available | Deposition | Michael B. Dodd, ESQ | Pittsburgh, PA |
| 10/13/2021 | Todd Glover vs. J.B. Hunt – Commonwealth of Pennsylvania Department of Labor and Industry./ #DSP-8488120-1 | Deposition | Joel B. Kundin, ESQ | Pittsburgh, PA |
| 10/22/2021 | Stephen Wyzkoski/ No case number available | Deposition | Brian B. Carnecchia | Lemoyne, PA |

| 11/02/2021 | Robinson/ No case number available | Deposition | Margonari | Pittsburgh, PA |
|---|---|---|---|---|
| 11/08/2021 | Rachel Gould vs. Ashley Kohlmeyer/ No case number available | Deposition | Deb Kapitan | Crown Point, IN |
| 11/10/2021 | Kelly Bishop-Bohren vs. St. Mary Medical Center/ No case number available | Deposition | Attorney  Arman Sarkisian | Portage, IN |
| 11/30/2021 | Marquez Arlene/ No case number available | Deposition | William McBride Law Group | Aurora, CO |
| 12/15/2021 | Patrick Holmes vs. Commonwealth of PA Bureau Claim No. 4094295 | Deposition | Glenn Beard | Philadelphia, PA |
| 01/04/2022 | Beacham vs. Angel/ No case number available | Deposition | Peter Brown | Atlanta GA |
| 01/06/2022 | Jeff Robertson/IHC/ No case number available | Deposition | Betts Patterson Mines, Attorneys | Portland, OR |
| 01/11/2022 | Diane Davidson/ No case number available | Deposition | David Holt | York, PA |
| 01/14/2022 | Jath McKuhen and Heather Mckuhen v. Sunoco/In the District Court of 68th Judicial District, Dallas County, Texa. NO. DC-20-18306 | Deposition | Betty Feng | Houston, TX |
| 01/24/2022 | Denise Quinn/ No case number available | Deposition | Joshua Molandes | Fort Myers, FL |

| 01/31/2022 | Aurora Bernal/ No case number available | Deposition | Warek Jackson Lee O'Neill Smith Barrow | Houston, TX |
|---|---|---|---|---|
| 02/02/2022 | Ezatullah Safi and Marsal Safi, both individually and as next friends of S.S. and Z.S., Minor children vs. Erik De Leon and Tight Ends Sports Bar & Grill, LLC. In the District Court, Harris County, Texas 190th Judicial District. Cause # 2019-27505 | Deposition | Casey Wood Hensley | Houston, TX |
| 02/02/2022 | Donna Zahn vs CST Industries/ No case number available | Deposition | Chamberlain, Hrdlicka, White, Williams, & Aughtry | Houston, TX |
| 02/03/2022 | Simpkins vs Ippolito/ No case number available | Deposition | Haug Law Group | Atlanta, GA |
| 02/25/2022 | Debra Taylor vs Lobb/ No case number available | Deposition | Midani Law Firm | Houston, Tx |
| 03/03/2022 | Jameson Vissman/ No case number available | Deposition | Donny Owens | Jacksonville, FL |
| 03/03/2022 | Jaidyn Thompson/ No case number available | Trial | Attorney Dysert | Syracuse, New York |
| 03/04/2022 | Finola Burrell vs Advocate/ No case number available | Trial | Steven C. Steinback | Chicago, IL |
| 03/11/2022 | Starla Baker | Deposition | Attorney R. Brian Harvey, The Beard | Carbondale, IL |

| | | | Law firm | |
|---|---|---|---|---|
| 03/16/2022 | Anna Brodie/ No case number available | Deposition | Ashlie L. Surur | Las Vegas, NV |
| 03/16/2022 | Andrew Pearson vs Jersey Shore Hospital and Dr. Connolly/ In the Court of Common Pleas of Lycoming County, Physician Assistant Civil Action. No. 17-38 | trial | Richard F. Schluter | Williamsport, PA |
| 03/28/2022 | James McDuffie vs Valley Health System/ No case number available | Deposition | Steve Burris Law Firm | Las Vegas, NV |
| 04/11/2022 | Carl Moon/ No case number available | Deposition | Attorney Sciarrino | Jenkintown, PA |
| 04/29/2022 | Jeff Robertson/IHC/ No case number available | Deposition | Betts Patterson | Portland, OR |
| 05/02/2022 | Scott Wingard vs Adrian Butler M.D./ No case number available | Deposition | Cindy K Chung, United States Attorney | Pittsburgh, PA |
| 05/03/2022 | Racut vs Grant, Prestige Farms/ No case number available | Deposition | Attorney Van En Boom | Pittsburgh, PA |
| 05/06/2022 | Shelly Wagner vs Stidhams Rentals/ No case number available | Deposition | Attorney Gogel | St. Louis, MI |
| 05/20/2022 | Frausto/ No case number | Deposition | Attorney H. Ronald | Houston, TX |

| | available | | Welsh | |
|---|---|---|---|---|
| 05/25/2022 | Ricardo Moreno et al vs. Altec Capital/ No case number available | Deposition | Ruy Mireles | McAllen, TX |
| 05/31/2022 | Furra vs. Crosby Auto Cause # 20-09-05984 | Deposition | Jeff Musselwhite | Houston, TX |
| 06/15/2022 | Cohen-Martin/ No case number available | Trial | Benjamin E. Cohen | Pittsburgh, PA |
| 06/23/2022 | Nicolas Riggle vs Murray Energy/ No case number available | Deposition | Joseph R. Blalock | Chicago, IL |
| 06/28/2022 | Greg Oliver (JBS vs Chamblee)/ No case number available | Deposition | Fairchild, Price, Haley & Smith, LLP | Center, TX |
| 07/20/2022 | Calvin L. Vest vs. Loudoun Hospital/ No case number available | Trial | | Leesburg, VA |
| 07/21/2022 | Melissa Dorsainvil, as administratrix of the estate of Reba Mollette Civil action # 13-CI-01395 | Deposition | Attorney Blane | Commonwealth of Kentucky |
| 08/30/2022 | Rosalind Lockett vs Cardi Care Home Therapy Progress, and Marci Cwikla. Case No: 2018 L 002705 | Deposition | Ashley M. Murray, Partner O'Connor Law firm | In the Circuit Court of Cook County, Illinois County Department, Law Division |
| 10/07/2022 | Colm McKavanagh versus | Deposition | Arthur R. Sagoskin | Yardley, PA 19067 |

| | | | | |
|---|---|---|---|---|
| | Weyerhaeuser Commonwealth of Pennsylvania Department of Labor and Industry, Bureau of Worker's Compensation. WCAIS No.: 7011711. The Honorable Michael Rosen. | | | |
| 10/13/2022 | Delgado, Sharon vs. Bonefish Grill CASE NO: 2020-CA-0018858-11J-L | Deposition | W. Doug Martin, Morgan and Morgan | In the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida |
| 10/14/2022 | Wingard, Scott vs. USA Civil Action No. 2:21-cv-01738 Judge David Stewart Cercone | Deposition | George, R. Farneth II, Esquire of The Farneth Group, LLC | In the United States District Court for Western District of Pennsylvania |
| 11/07/2022 | Larry, Diane v. Andrew Demars, M.D. | Deposition | Connon & Tolin, Attorneys at Law | In the Circuity Court of St. Louis County, State of Missouri |
| 11/15/2022 | Dodd,Ben Carroll, et al. v. Brunswick Corporation, et al | Deposition | Voytas Law, LLC | State of Missouri |
| 01/04/2023 | Scott, Louis Jr and Sr | deposition | Janet Ospina, Baum Hedlund Attorneys | State of California |
| 01/10/2023 | Deborah Wagner vs. Dr. Vincent Joe and Missouri Baptist Medical Center | Deposition | Jeremy Gogel, The Gogel Law Firm | In the Circuity Court of St. Louis County, State of Missouri |

| 01/25/2023 | Donnie Etchart vs Sami Hadi, M.D., an individual, Desert Radiology Imaging, LLC | Deposition | Steven M. Burris, Steve Burris Law | District Court, Clark County, Nevada |
|---|---|---|---|---|
| 02/06/2023 | Goldstein, Andrew | Evidentiary Deposition | Morgan & Morgan | Memphis, Tennessee |
| 02/15/2023 | Vissman, James vs Hickman Transportation | Deposition | Morgan & Morgan | Jacksonville, Florida |
| 03/24/2023 | Jennifer J. Bolack and Louis David Bolack individually and as parents and natural guardians of Bolack, Abigail, a minor vs. West Virginia University Hospitals | Deposition | Harry S. Cohen & Associates, Harry S. Cohen, Attorney | In the Circuit Court of Monongalia County, West Virginia, Civil Action No. 21-C-369 |
| 03/31/2023 | Kanters, Matthew | Deposition | | |
| 05/04/2023 | Kuklinska, Celina V. Hospital of Central Connecticut at New Britain General, Et al | Deposition | Paul T. Edwards, Esq. Edwards Trial Law | Superior Court J.D. Of Hartford at Hartford, Connecticut |
| 06/02/2023 | Amy Starr v. Tractor Supply Company | Deposition | Berman/Voss Attorneys at Law | Pittsburgh, PA |
| 06/02/2023 | Jonathan Washington v. Speedy Towing Services D | Deposition | Attorney Colin O'Malley | Naperville, IL |
| 06/08/2023 | Branden Davis vs Coastal drilling, Etc | Deposition | Attorney D. Blake Carter, Jr | In the Circuit court of Wetzel, West Virginia Civil action No: 21-C-2 |

| 06/27/2023 | Redell – federal- v. Roudebush Veterans Hospital | Deposition | Ramey and Hailey Attorneys at law | Indianapolis, Indiana |
|---|---|---|---|---|
| 08/02/2023 | Victor Raul Melero v. Aaron Walker Eldred, et al. | Deposition | Law Firm of Daniela Labinoti, P.C. | Cause # 21416A Kerr County Texas |
| 08/17/2023 | Reba Mollette vs Pikeville Medical Center | Deposition | Miller Kent Carter, Attorney at Law | Kentucky |
| 08/31/2023 | Estate of Loretta Hunt v. City Care Pickup | Deposition | Matthew A. Taulbee, Esq. | Colorado |
| 10/02/2023 | Kamberly George v. Red Lobster Management, LLC | Deposition | | Monroeville, PA |
| 10/04/2023 | Brendon Drake, Etal v. Rock Creek Church of God | Deposition | | Zoom |
| 11/02/2023 | Glen Wrinkle | Deposition | Josh Tolin, Connon & Tolin | St. Louis, MO |
| 12/06/2023 | Michael Barns v. Reena Patel, PA, et al., | Deposition | Travis W. Markley, Esq | Fairfax, Virginia |
| 12/08/2023 | Lateshia Wright, et al vs. Howard County General Hospital, et al. | Deposition | Elton F. Norman, Esq | Silver Spring, MD |
| 12/11/2023 | Lamberson Vs Washington Hospital Center Corporation d/b/a Medstar | Deposition | Lightfoot Law | In the Superior Court for the District of Columbia civil division |
| 12/19/2023 | Brendan Drake, by and | Deposition | Freddie N. Harrington, | In the Circuit court of |

| | | | |
|---|---|---|---|
| | through, his mother and next of friend, Jaclyn Drake v. Rock Creek Church of God, Deanna L. Davis, et al. | | Jr, Esq | Jefferson County, Alabama Bessemer Division |
| 01/09/2024 | J.I., a Minor, by and through his plaintiff Ad Litem, Joseph Bauer vs. SSM Cardinal Glennon Children's Hospital, et al. | Deposition | Zach Brand, Esq | IN the Circuit Court of the city of St. Louis, State of Missouri |
| 01/29/2023 | Carroll/Dodd, et al v Brunswick Corporation, et al | Deposition | David A. Weber, Esq Voytas Law | Monroeville office |

Updated 02/01/2024



# Kaplan Life Care Planning
## Richard S. Kaplan, MD, CLCP
### Certified Life Care Planner
www.kaplanlifecareplan.com

March 26, 2024

**RE:**             **Kevin Welch**
**Date of Birth:**   **03/04/1980**
**Date of Event:**   **06/14/2022**

<u>**LIFE CARE PLAN**</u>

<u>**DIAGNOSES:**</u>

- Status post Type A aortic hematoma/dissection of 06/14/2022 requiring emergent repair
- Bilateral cerebellar and cerebral hemisphere infarcts particularly involving bilateral basal ganglia as demonstrated by MRI imaging of 06/22/2022
- Status post cardiac embolic and hypoxic/anoxic event leading to above cerebellar/cerebral infarcts
- T5 spinal cord infarct as demonstrated on MRI lumbar spine imaging of 06/22/2022
- History of resolved Covid
- History of resolved childhood asthma

**Life Care Plan for Kevin Welch**

This file was referred for preparation of a Life Care Plan on behalf of Kevin Welch. The purpose of this evaluation is to assess the extent to which he has incurred injuries on 06/14/2022.

**Credentials**

Richard S. Kaplan, M.D. earned his BS in  Engineering Science and a Doctor of Medicine degree *with research distinction* from the University of Miami College of Engineering and the University of Miami School of Medicine in 1990. Subsequently, Dr. Kaplan completed an internship in internal medicine at Mayo Clinic in Rochester, MN and a residency in physical medicine and rehabilitation at  Mayo Clinic in Rochester, MN.  Dr. Kaplan became Board Certified in Physical Medicine and Rehabilitation in 1995.  Since completion of his medical training almost 30 years ago, Dr. Kaplan has continuously maintained a private practice of physical medicine and rehabilitation. For 15 years he was the Medical Director of acute inpatient rehabilitation at Uniontown Hospital, Uniontown, Pennsylvania. Additionally, treats outpatient with a wide variety of pain and physical disability issues.   Dr. Kaplan is licensed in 10 states, and he is certified as a life care planner. For over 25 years, he has participated extensively in a wide variety of forensic evaluations related to physical rehabilitation including evaluations of pain, disability, medical malpractice, personal injury, impairment, and medical necessity issues. Dr. Kaplan's forensic work in this regard is spread widely and essentially equally among requests from plaintiff's, defendants, and neutral bodies such as government entities. Additionally, within his practice of life care planning, Dr. Kaplan subspecializes in life expectancy consultation; he  maintains an extensive personal library of LCP-related peer reviewed literature and has developed software applications and databases to help in him analyzing such cases. Dr. Kaplan has additionally taught life care planning courses to other life care planners nationally through SEAK.

### RECORDS REVIEWED

- Prince George's County Fire Department ambulance report – 06/14/2022
- MedStar Washington Hospital Center – emergency department notes and admission reports – 06/14/2022 through 07/08/2022
- Cardiac Stress Test with exercise – 09/19/2022
- CVICU Attending notes, PT and OT notes – 06/26/2022 through
- Cerebrovascular Duplex Study – 06/24/2022
- Renal Duplex Study – 06/25/2022
- EKG results – 07/11/2022 through 09/19/2022
- National Rehabilitation hospital – discharge summary – 07/08/2022
- MedStar Washington Hospital Center – transesophageal Echocardiogram – 06/14/2022
- Continuity of care document – 06/14/2022
- National Rehabilitation hospital – History and physical reports – 07/08/2022
- Washington Hospital center – consultation notes – neurology – Dr. Robert Cai – 06/17/2022 and Dr. Aiman Alassar, M.D. PhD. – 06/14/2022
- Physical medicine & Rehabilitation consultation – Dr. Mary Kathryn Gustafson – 06/23/2022 through 06/28/2022
- MedStar Medical Group Internal Medicine at Brandywine – office/clinic notes - 09/23/2022 -  Dr. Kavita Tripathi
- MedStar Health Stroke consultation report – Dr. Upadhyaya Merino-Juarez – 06/23/2022
- MedStar Health – Nephrology consultation – Dr. Aroti Hedge – 06/24/2022
- Medstar Health – operative report – Dr. Aiman Alassar, M.D, PhD – Type A aortic dissection repair - 06/14/2022
- Medstar Health - Arterial line insertion – 06/18/2022
- Medstar Health – MRI of the brain w/o contrast – 06/22/2022
- Medstar Health – MRI of the lumbar spine w/o contrast 06/22/2022
- Medstar Health - MRI of the thoracic spine w/o contrast – 06/22/2022
- MedStar Health – surgical pathology report – 06/15/2022
- MedStar Health – venous duplex of the left lower extremity – 06/14/2022
- MedStar Health – retroperitoneal complete – 06/27/2022
- MedStar Health – carotid duplex study – 06/26/2022
- MedStar Health – Renal artery duplex study – 06/14/2022
- Medstar Health - Chest x-ray – 06/14/2022 and 07/03/2022
- Medstar Health – CT scan of the head without contrast – 06/18/2022
- Dr, Ahmad Elakil – Neurosurgeon – Opinion report – 02/29/2024

4

## TELEMEDICINE/TELEPHONE DISCUSSION WITH CLAIMANT

I met with Mr. Kevin Welch on 03/11/2024 via telemedicine. We discussed the claimant's understanding that he suffered a "stroke" due to a possible delay in MRI imaging and treatment resulting in leg weakness and cognitive difficulties, particularly involving spatial perception. Mr. Welch notes that he does not require a gait aid and is able to use a treadmill although he notes that "his legs do not work right" and are "flimsy", left worse than right. He notes that he particularly has difficulty walking up the stairs although walking down the stairs is easier. He notes that his legs sometimes feel weak or unstable on stable and level ground, particularly on the left, he has to stop walking and take a break. He denies numbness or tingling.

Mr. Welch states cognitively he feels "like a fog lifted over me" and notes that it is hard for him to concentrate. He finds it hard to use a computer for example and he notes that he can lose focus easily when talking to people and he has difficulty finding the right words. He does not have difficulty reading or watching television. However, he states that people will note that he has difficulty following or staying on task in conversations.  He has particular concern regarding some difficulties with spatial cognition.

Mr. Welch notes that he plans to continue speech therapy in the future. He is doing a home exercise program using a treadmill.

Mr. Welch notes that he can perform all basic activities of daily living including showering, dressing, or doing things around the home. He does grocery shopping with his girlfriend or cousin; they take him to the activities because he is unable to drive. He is unable to cook but his cousin helps him do that.

Mr. Welch has a bachelor's degree in criminal chronology and criminal justice. He states that prior to this medical event he was employed as a security officer, but he has not been cleared to return to work yet.

Mr. Welch notes that he used to do martial arts and now cannot do so. He also used to enjoy video gaming but cannot do so currently. He used to enjoy walking regularly but now cannot go for a walk alone because his legs get weak. Again, Mr. Welch has a driver's license, but he does not use it, as he is concerned about spatial cognition. He lives in a house with three floors with his cousin Marvin.

Mr. Welch notes that he has undergone neuropsychological testing with Dr. Gorter which he understands suggested difficulties with spatial recognition with recommendation that he does not drive. All his medications are preinjury medications. He is not taking any antidepressant medications; Mr. Welch describes his mood as "apathy." He states that he saw a psychiatrist, but no psychotropic medications were recommended.

During the telemedicine visit, Mr. Welch appeared to have a gait within normal limits of at least for short distances within the room. Mental status examination was 28/32. He had a somewhat depressed affect.

## **MEDICATIONS:**

- Losartan 25mg 1 tab BID
- Hydralazine 50mg 2 tabs TID
- Labetalol 200mg 4 tabs TID
- Clonidine hydrochloride 0.3mg TID
- Atorvastatin 40mg 1 tab daily
- Aspirin 81mg
- Folic Acid 1mg

## **CLAIMANT'S PHYSICIANS**

- Dr. Bethany Gorter, neuropsychologist
- Dr. Aroti Hegde, kidney specialist Every 3-4 months
  Keep taking losartan and monitor.
  He has no kidney symptoms.
- Dr. Kavita Tripathi, PCP prn

## SUMMARY OF RECORDS REVIEWED

- Mr. Welch was evaluated at Washington Hospital Center on 06/14/2022. He was noted to have initially presented to another facility due to chest discomfort and was found to have a Type A aortic hematoma/dissection. Therefore, he was transferred to Washington Medical Center for an emergent repair of that condition.

- The medical records clarify that the claimant had a fairly unremarkable medical history prior to this event including mild post Covid symptoms and childhood asthma. He had presented with sudden onset of substernal chest pain feeling like a cramp progressing to a squeezing severe chest and back pain with associated palpation and diaphoresis.

- On 06/14/2022, Dr. Alassar performed an emergent repair of the aortic dissection. The claimant was extubated on the following day.

- By 06/16/2022, the claimant was noted to have confusion although to move all extremities.

- On 06/17/2022, the claimant was noted to have a new onset of weakness in his left lower extremity. Given a combination of confusion and weakness, Neurologist Dr. Cia and Dr. Lin were concerned about the possibility of a stroke versus spinal cord infarction. He was noted to have strength of apparently 2/5 grossly in the right lower extremity and 0/5 in the left lower extremity.

- On 06/22/2022, MRI imaging of the lumbar spine demonstrated hyperintensity at T5 consistent with a cord infarct.

- On 06/22/2022, MRI imaging of the brain demonstrated recent bilateral cerebellar and cerebral infarcts particularly affecting the bilateral basal ganglia which was felt to be consistent with a cardioembolic etiology and a hypoxic/anoxic event.

- On 02/29/2024, Neurosurgeon Dr. Elakil submitted an opinion letter. Dr. Elakil offered the opinion that delays in evaluation and initial treatment of the claimant's condition led to the claimant's severe neurological outcome.

**IMPRESSION AND CONCLUSIONS**

I reviewed extremely extensive medical records in this case (almost 10,000 pages) and met with the claimant via telemedicine.

This report is regarding damages but not regarding standard of care or causation. I will defer to Dr. Elakil or other experts involved in the case regarding any opinions regarding liability, causation, or standard of care.

This life care plan specifically considers Mr. Welch's diagnoses of a spinal cord infarct and cerebral cardioembolic/anoxic event resulting in a stroke particularly involving the bilateral cerebellum and basal ganglia.

This life care plan is preliminary and based upon the available information outlined above.  It may be helpful to particularly revise this report after I have had the opportunity to examine Mr. Welch in person and after I have had the opportunity to review neuropsychology reports from Dr. Gorter and current speech therapy notes in greater detail.

From the standpoint of basic medical care, the medical records suggest that Mr. Welch will continue to require ongoing physical medicine rehabilitation, neurology, speech therapy, and neuropsychology follow-up for an indefinite timeframe.

Aside from these basic medical care needs, the most profound impact of this event involves the claimant's functional abilities:

- Wage loss and/or the need for intensive vocational rehabilitation is a profound need in this case. This appears to be a young, motivated, previously very active claimant who now has deficits involving higher order balance and spatial perception which preclude his ability to drive or to perform any type of sustained gait or sustained physical activity. I would defer be glad to collaborate with a vocational consultant to outline the specific economic implications of wage loss more clearly in this case.

- Mr. Welch is likely to require long-term care or attendant care to a substantially greater degree and at a far earlier age than would otherwise be required. Currently, Mr. Welch is independent in his basic activities of daily living. However, he requires assistance with instrumental activities of daily living or community level activities of daily living including but not limited to driving and longer distance walking. Given his relatively good health previously and his young age, at present he has been able to compensate to a large extent of these impairments. However, to a reasonable degree of medical certainty, the combination of spatial deficits and coordination deficits indicated by his neurological impairment is likely to result in a profound degree of future neurological impairments/disability. This is reflected, again, in the likelihood that he will require substantial long-term care/attendant care into the future.

Please see the attached spreadsheet outlining the claimant's future treatment needs in this regard. Again, I reserve the opportunity to revise this report as additional details become available.


**Estimated Future Medical Costs in Today's Dollars –**

**Basic Future Medical Expenses:  $469,402**
**Probable Additional Apportioned Future Long-Term Care Needs –**
**(Differential Diagnosis of Impairment)**

| Impairment-Based Diagnosis | Ranked Likelihood | Cost |
|---|---|---|
| **Moderate Gait Deficit / Requires Assistance for Most LE ADLs** | 1 | **$2,890,800** |
| **Moderate-Severe Gait Deficit / Requires Assistance for Most UE and LE ADLs** | 2 | **$3,613,500** |
| **Mild Antalgic Gait / Requires Assistance for Bathing/Dressing** | 3 | **$1,445,400** |

See also this link: https://docs.google.com/spreadsheets/d/1xhlx0hKBwo_AkLqOvX8RspHyCz8dABJvjl7gJgiEii4/edit

Sincerely,

**Richard S. Kaplan, M.D.**
Board Certified / American Board of Physical Medicine and Rehabilitation
Certified Life Care Planner
RSK/lw

## REFERENCES:

1: Wong A, Elderkamp-de Groot R, Polder J, van Exel J. Predictors of long-term care utilization by Dutch hospital patients aged 65+. BMC Health Serv Res. 2010 May 6;10:110. doi: 10.1186/1472-6963-10-110. PMID: 20459603; PMCID: PMC2881916.

2: Olivares-Tirado P, Tamiya N, Kashiwagi M, Kashiwagi K. Predictors of the highest long-term care expenditures in Japan. BMC Health Serv Res. 2011 May 17;11:103. doi: 10.1186/1472-6963-11-103. PMID: 21575260; PMCID: PMC3119177.

3: Salmoni AW, Sahai V, Heard S, Pong R, Lewko J. Predicting future long-term-care needs in a community. Can J Public Health. 1996 Nov-Dec;87(6):418-21. PMID: 9009403.

4: Kauppi M, Raitanen J, Stenholm S, Aaltonen M, Enroth L, Jylhä M. Predictors of long-term care among nonagenarians: the Vitality 90 + Study with linked data of the care registers. Aging Clin Exp Res. 2018 Aug;30(8):913-919. doi: 10.1007/s40520-017-0869-6. Epub 2017 Dec 8. PMID: 29222731.

5: Taş U, Steyerberg EW, Bierma-Zeinstra SM, Hofman A, Koes BW, Verhagen AP. Age, gender, and disability predict future disability in older people: the Rotterdam Study. BMC Geriatr. 2011 May 10;11:22. doi: 10.1186/1471-2318-11-22. PMID: 21569279; PMCID: PMC3224098.

6: Burnett J, Dyer CB, Naik AD. Convergent validation of the Kohlman Evaluation of Living Skills as a screening tool of older adults' ability to live safely and independently in the community. Arch Phys Med Rehabil. 2009 Nov;90(11):1948-52. doi: 10.1016/j.apmr.2009.05.021. PMID: 19887222; PMCID: PMC2855551.

7: Stuck AE, Aronow HU, Steiner A, Alessi CA, Büla CJ, Gold MN, Yuhas KE, Nisenbaum R, Rubenstein LZ, Beck JC. A trial of annual in-home comprehensive geriatric assessments for elderly people living in the community. N Engl J Med. 1995 Nov 2;333(18):1184-9. doi: 10.1056/NEJM199511023331805. PMID: 7565974.

8: Gaugler JE, Duval S, Anderson KA, Kane RL. Predicting nursing home admission in the U.S: a meta-analysis. BMC Geriatr. 2007 Jun 19;7:13. doi: 10.1186/1471-2318-7-13. PMID: 17578574; PMCID: PMC1914346.

9: Takagi K, Matsugaki R, Fujimoto K, Mine Y, Muramatsu K, Fujino Y, Matsuda S. Analysis of the risk factors of mortality in elderly patients with hip fracture using a combined database of medical and long-term care insurance claims data. J Orthop Sci. 2022 Feb 2:S0949-2658(22)00022-7. doi: 10.1016/j.jos.2022.01.009. Epub ahead of print. PMID: 35123843.

10: Moriya S, Murata A, Kimura S, Inoue N, Miura H. Predictors of eligibility for long-term care funding for older people in Japan. Australas J Ageing. 2013

Jun;32(2):79-85. doi: 10.1111/j.1741-6612.2012.00601.x. Epub 2012 May 18. PMID: 23773245.

11: Teraoka E, Kunisawa S, Imanaka Y. Trajectories of end-of-life medical and long-term care expenditures for older adults in Japan: retrospective longitudinal study using a large-scale linked database of medical and long-term care claims. BMC Geriatr. 2021 Jun 30;21(1):403. doi: 10.1186/s12877-021-02215-9. PMID: 34193081; PMCID: PMC8243899.

12: Greenberg JN, Ginn A. A multivariate analysis of the predictors of long-term care placement. Home Health Care Serv Q. 1979 Spring;1(1):75-99. doi: 10.1300/J027v01n01_04. PMID: 10309056.

13: Li IC, Fann SL, Kuo HT. Predictors of the utilization of long-term care (LTC) services among residents in community based LTC facilities in Taiwan. Arch Gerontol Geriatr. 2011 Nov-Dec;53(3):303-8. doi: 10.1016/j.archger.2010.11.009. Epub 2010 Dec 4. PMID: 21131067.

14. Kreuscher, Wayne (2010). Rationale Life Care Planning. Journal of Life Care Planning 9,1:3, 14.

15. U.S. Department of Health and Services (2021). Projections of risk of needing long term services and supports at ages 65 and older.

16. American Medical Association (2009), Guides to the Evaluation of Permanent Impairment, 6th Edition.

17. Elliott by and Through Elliott v. United States, 877 F. Supp. 1569 (M.D. Ga. 1992). https://law.justia.com/cases/federal/district-courts/FSupp/877/1569/1397012/

18. Hamil v. Bashline, 481 Pa. 256 (1978) 392 A.2d 1280

**Kaplan**
Life Care Planning

Richard S. Kaplan, M.D., CLCP

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant Name: | Kevin Welch | | | | | | | | |
| Date of Loss | 06/14/2023 | | | | | | | | |
| Date of Birth | 3/4/80 | | | | | | | | |
| Date of Report | 3/26/24 | | | | | | | | |
| Age: | 44 Years 0 Months | | | | | | | | |
| Life Expectancy / Total | 81.7 Years | | | | | | | | |
| Life Expectancy / Remaining (SSA Life Table) | 37.7 Years | | | | | | | | |
| Life Expectancy / Remaining (Adjusted) | 37.7 Years | | | | | | | | |
| Zip Code | 20613 | | | | | | | | |
| PFR Cost Multiplier | | 1.042 | | | | | | | |

| Item | | Years | Frequency (Per Year) | # Times in Remaining Life | CPT | | Cost Per Item | Geographic Cost | Lifetime Total | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| **Physician Visits** | | | | | | | | | | |
| PM&R | | 37.7 | 3 | 113.1 | 99214 | | $266.00 | $277.17 | **$31,346.15** | PFR 2023 |
| Cardiac Sureon | | 37.7 | 1 | 37.7 | 99214 | | $266.00 | $277.17 | **$10,449.38** | PFR 2023 |
| Primary Care - Ongoing management/assessment | | 37.7 | 1 | 37.7 | 99213 | | $177.00 | $184.43 | **$6,953.16** | PFR 2023 |
| Neuropsychology Re-Evaluation | | | | 5 | | | | $5,100.00 | **$25,500.00** | FairHealth |
| PT/OT/ST | | | 30 (10 visits/ 3 Units per Visit) | 35 | 97110 | | $76.00 | $79.19 | **$83,151.60** | PFR 2023 |
| **Procedures** | | | | | | | | | | |
| Home Accessibility Allowance | | | | 3 | | | | $104,000.00 | **$312,000.00** | Per VAMC |
| **Total** (in Nominal 2024 Dollars) | | | | | | | | | **$469,402.30** | |

| Additional Probable Apportioned Long-Term Care Expenses | (in Nominal 2024 Dollars) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (Differential Diagnosis of Impairment) | | | | | | | | | |
| Zip Code 20613 HHA Cost Per Hour | $33.00 | | | | | | | | |

| Impairment-Based Diagnosis | | Hours/Day | Hours/Year | Years | Apportionment Percentage | | Ranked Likelihood | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Moderate Gait Deficit / Requires Assistance for Most LE ADLs | | 12 | 4380 | 20 | 100% | | 1 | **$2,890,800** | |
| Moderate-Severe Deficit involving both Gait and UE/LE ADLs | | 24 | 8760 | 25 | 50% | | 2 | **$3,613,500** | |
| Mild Antalgic Gait / Requires Assistance for Bathing/Dressing | | 8 | 2920 | 15 | 100% | | 3 | **$1,445,400** | |

**Sources:**
PFR - Physicians Fee Reference 2023
www.goodrx.com
https://www.fairhealthconsumer.org/
https://www.genworth.com/aging-and-you/finances/cost-of-care.html
https://www.healthcarebluebook.com/ui/proceduredetails/23?directsearch=true&tab=ShopForCare
https://costestimator.mayoclinic.org/
https://clearhealthcosts.com/
https://www.newchoicehealth.com/

# Expert Report of

# Mr. Robert N. Carter, MS, CPA/CFF/ABV, CVA, CFE, CEPA

# With Exhibits





### ROBERT W. CARTER, MS, CPA/CFF/ABV, CVA, CFE, CEPA

Managing Member
Paradigm Forensics, LLC
20 Liberty St, #1
Westminster, MD 21157
(443) 244-0474
rcarter@paradigmforensics.com

#### AREAS OF CONCENTRATION

• Individual Damages • Business Valuations • Forensic Accounting
• Business Lost Profits • Fraud Investigations • Stockholder Disputes
• Marital Dissolutions • Litigation Consulting • Construction Claims

One of the mid-Atlantic regions premier forensic and business consulting firms, Paradigm Forensics, LLC provides business services to clients in construction, manufacturing, real estate, government contracting, healthcare, distribution, retail, computer services and other industries.

Areas of responsibility include:

- **Business valuation consulting** for a diverse clientele in numerous industries for divorce, stockholder actions, economic damages, buy-sell agreements, and other purposes. Work includes planning, client interviews, industry and economic research, financial analysis, determination of value, report writing and review.

- **Litigation consulting and expert witness services** in arbitration, mediation, collaborative and other litigation contexts. Work includes writing expert witness reports, supporting counsel in the development of interrogatories and document requests, reviewing opposing expert reports, assisting with cross examination of opposing experts and providing expert testimony.

- **Forensic accounting/fraud investigation services** for marital dissolution and asset dissipation matters, employee embezzlements and other white-collar crimes, litigation support, and the development of fraud prevention and internal control procedures. Work includes planning the investigation, interviewing and information gathering, analyzing relevant information, and preparing a report of findings.



- **Exit/Transition planning services** for business owners looking to sell or transition their company. Work includes assessing the client's business, understanding value drivers, preparing plans to improve marketability, and evaluating buyer types.

PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2023-Present | **Managing Member, Forensics and Valuation Services**<br>Paradigm Forensics, LLC |
| 2022 - 2023 | **Director, Forensics, Valuation and Disputes**<br>Vallit Advisors, LLC |
| 2022 - Present | **Faculty Instructor, Business Valuation Certification and Training Center**<br>National Association of Certified Valuators and Analysts |
| 2020 - 2022 | **Partner, Forensic Investigations and Litigation Support Services Group**<br>BDO USA, LLP |
| 2018 - Present | **Adjunct Professor, Forensic Accounting Program**<br>University of Baltimore Merrick School of Business |
| 2015 - Present | **Adjunct Instructor, Graduate Forensic Accounting Program**<br>Stevenson University (formerly Villa Julie College) |
| 2007 - 2020 | **Partner, Business Valuation and Litigation Consulting Group**<br>Intern-Senior Manager (2007-2018)<br>Hertzbach & Company, P.A. (Member BDO Alliance USA) |

FORMAL EDUCATION

| | |
|---|---|
| 2015 | **Master of Science, Accounting and Business Advisory Services**<br>University of Baltimore Merrick School of Business |
| 2008 | **Bachelor of Science, Business Administration**<br>Stevenson University (formerly Villa Julie College) |



## CERTIFICATIONS/TRAINING

| 2023 | **Accredited in Business Valuation** |
| | American of Institute of Certified Public Accountants |

| 2018 | **Certified in Financial Forensics** |
| | American of Institute of Certified Public Accountants |

| 2016 | **Collaborative Training** |
| | Maryland Collaborative Practice Council |

| 2016 | **Certified Exit Planning Advisor** |
| | Exit Planning Institute |

| 2013 | **Certified Fraud Examiner** |
| | Association of Certified Fraud Examiners |

| 2012 | **Certified Public Accountant** |
| | State of Maryland |

| 2008 | **Certified Valuation Analyst** |
| | National Association of Certified Valuators and Analysts |

## INSTRUCTOR ROLES

Instructor, CVA Certification Training Program, **Internal Revenue Service**

Presenter, **American College of Business Court Judges**

Faculty, CVA Certification Training Program, **National Association of Certified Valuators and Analysts**

Presenter, **Maryland State Bar Association**

Presenter, **Maryland Association Certified Public Accountants**

Adjunct Instructor, Forensic Accounting Program, **University of Baltimore**

Adjunct Instructor, Graduate Forensic Accounting Program, **Stevenson University**

Presenter, **Maryland Construction Network**

Presenter, **M&T Bank** and **First National Bank**

Presenter, **Maryland Association for Justice**

Presenter, **Howard County Chamber of Commerce**

Presenter, **Maryland Association of Accounting and Tax Professionals**

Guest Lecturer, **University of Baltimore Merrick School of Business**

Guest Lecturer, **University of Baltimore School of Law**

Instructor, **National Business Institute**



## COMMITTEES & ASSOCIATIONS

Member, Executive Advisory Board, **National Association of Certified Valuators and Analysts**

Liaison, Ethics Oversight Board, **National Association of Certified Valuators and Analysts**

Liaison, Standards Board, **National Association of Certified Valuators and Analysts**

Past Chairman, Forensic and Valuation Services Committee, **Maryland Association of CPAs**

Past Chair, Standards Board, **National Association of Certified Valuators and Analysts**

Member, Litigation Standards Subcommittee, **National Association of Certified Valuators and Analysts**

Past President, Maryland/DC Chapter of **National Association of Certified Valuators and Analysts**

Board Member, **Stevenson University Alumni Association**

Member, Accounting Advisory Board, **University of Baltimore**

Member, Advisory Council, **Association of Certified Fraud Examiners**

Contributing Writer, **CPA Practice Advisor**

Contributing Writer, **The Daily Record**

Contributing Writer, **The Value Examiner**

Contributing Writer, **University of Baltimore School of Law, Law Review**

Contributing Writer, **Maryland Family Law Update**

Contributing Writer, **National Business Institute**


## AWARDS AND HONORS

2020 Second Quarter Outstanding Member, **National Association of Certified Valuators and Analysts**

2019 "Five Star Professional" by **Five Star Professional** and B**altimore Magazine**

2018 "FVS Standing Ovation Award" by the **American Institute of Certified Public Accountants**

2017/2018 "State Chapter Presidents' Leadership Award" by the **National Association of Certified Valuators and Analysts**

2016 Awarded "40 Under Forty" by **CPA Practice Advisor**

2016 Awarded "40 Under Forty" by the **National Association of Certified Valuators and Analysts**

2015 Awarded Maryland's "Top 10 Public Accounting Professional Rising Stars" by the **National Academy of Public Accounting Professionals**

2015 Awarded "Maryland's Finest" designation by the **Cystic Fibrosis Foundation of Maryland**

2014 **CFA Institute** Baltimore/Washington Regional Equity Research Challenge Winner



PROFESSIONAL AFFILIATIONS

Member, **Maryland Chapter of Exit Planning Exchange**
Member, **National Association of Certified Valuators and Analysts**
Member, **Maryland/DC Chapter of National Association of Certified Valuators and Analysts**
Member, **American of Institute of Certified Public Accountants**
Member, **Maryland Association of Certified Public Accountants**
Member, **Association of Certified Fraud Examiners**

RECENT COURSES TAUGHT

**PPP Fraud and SBA Challenge Engagements**, 2.0 hour seminar, July 13, 2023 and November 15, 2023
**Business Valuation Considerations for Tax Professionals**, 1.5 hour seminar, September 19, 2023
**BV Considerations for Estate, Gift, and Transactions**, 0.5 hour seminar, August 10, 2023
**How Financial Experts Determine Damage Measurements in Litigation**, 1.0 hour seminar, June 7, 2023
**Standards, Objectivity, Assumptions and Professional Standards**, 1.5 hour seminar, April 20, 2023
**Demystifying Complex Compensation and Equity**, 3.0 hour seminar, February 20, 2023
**Standards and Ethics Update**, 2.0 hour seminar, Various Dates
**Practice management Panel Q&A Session**, 1.0 hour seminar, May 13, 2022
**Managing Business Interruptions and Lost Profits Engagements**, 1.0 hour seminar, May 14, 2021
**Managing Business Interruptions and Lost Profits Engagements**, 2.0 hour seminar, November 17, 2020
**Accounting for the Cannabis Industry**, 2.0 hour seminar, October 22, 2020
**Embezzlement in Small Businesses**, 1.0 hour seminar, May 17, 2020
**Impact of COVID-19 to Business Interruptions and Lost Profits**, 2.0 hour seminar, Various dates
**Business Valuation Topics in Settlement and Negotiations**, 1.0 hour seminar, February 20, 2020
**Fraud Topics Business Owners Need to Know**, 0.5 hour seminar, August 21, 2019
**Business Interruption Opportunities**, 2.0 hour seminar, Various dates
**Period of Restoration and Damage Theory**, 2.0 hour seminar, Various dates
**Common Business Interruption Coverage Terms & Contract Language**, 2.0 hour seminar, Various dates
**Collaborative Divorce: How is it Different & Why Should I Care?,** 2.0 hour seminar, October 26, 2018
**First National Bank, Business Succession Planning**, 1.0 hour seminar, September 26, 2018
**Maryland Construction Network, Transitioning Your Construction Business: What Owners Need to Know**, 1.0 hour seminar, September 20, 2018
**Business Valuations – The Basics**, 2.0 hour seminar, November 16, 2017



**Maryland Association for Justice Family Law Panel: How Financial Experts Can Help You Help Your Divorce Clients**, 1.0 hour seminar, November 17, 2017

**UB Law Financial Foundations for Family Lawyers Course Guest Lecturer: Business Valuation Issues**, 3.0 hour seminar, November 15, 2017

**UB Law Litigation Process Course, Guest Lecturer: Mock Deposition and How to Utilize Financial Experts**, 3.0 hour seminar, November 8, 2017

**Valuation Topics Attorneys Need to Know to Effectively Serve Their Clients**, 2.0 hour seminar, October 5, 2017

**Small Business Seminar - Passing the Baton: Preparing for the Next Phase of Life and Business,** 2.0 hour seminar, May 10, 2017

**An Attorney's Guide to Reading Tax Returns and Financial Statements**, 2.0 hour seminar, May 9, 2017

**Advanced Family Law: Navigating Complex Asset Cases**, 1.0 hour seminar, April 27, 2017

**Potential Changes to IRS Valuations: Proposed IRC 2704 Regulations,** 1.0 hour seminar, December 16, 2016

**An Attorney's Guide to Reading Tax Returns and Financial Statements,** 1.0 hour seminar, November 15, 2016

**Use of LLCs in Asset Protection and Estate Planning: Transferring LLC Interests During Life and at Estate Administration,** 0.5 hour seminar, November 4, 2016

**Use of LLCs in Asset Protection and Estate Planning: Potential Changes in Estate Planning for IRC §2704,** 0.5 hour seminar, November 4, 2016

**Use of LLCs in Asset Protection and Estate Planning: Initial Client Considerations**, 0.5 hour seminar, November 4, 2016

**Stevenson University Panel Series: Forensic Career Fair**, 1.5 hour seminar, October 25, 2016

**Introduction to Internal Fraud Concepts,** 1.0 hour seminar, September 22, 2016

**The New Challenges in Trust and Estate Valuation,** 1.5 hour seminar, September 20, 2016

**Hot Topics in ESOP Valuations,** 1.0 hour seminar, December 29, 2015

**Occupational Fraud Detection and Responses,** 1.0 hour seminar, December 22, 2014

**Case Law Update,** 1.5 hour seminar, July 18, 2014

**Helping Your Client Buy or Sell a Small-to-Medium Sized Business: Business Valuation Methods,** 1.0 hour seminar, June 20, 2014

**Helping Your Client Buy or Sell a Small-to-Medium Sized Business: Tax Saving Strategies During Acquisitions,** 1.0 hour seminar, June 20, 2014

**Estimating the Cost of Capital,** 1.0 hour seminar, December 13, 2013

**Introduction to Business Valuation,** 1.0 hour seminar, November 15, 2011

**Business Valuation, Forensics, and Litigation Support**, 1.0 hour seminar, August 31, 2011

**Use of the Market Approach,** 2.0 hour seminar, January 30, 2010

**Uses and Applicability of the Black-Scholes Formula,** 1.0 hour seminar, August 3, 2009

**Discount for Lack of Marketability,** 1.0 hour seminar, August 3, 2009

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

SHANA HARGROVE AS POWER OF ATTORNEY

FOR KEVIN WELCH

v.                                                    Case Number: 1:23-CV-03381-RJL

MEDSTAR WASHINGTON HOSPITAL CENTER

## Preliminary Expert Report

_____
Robert W. Carter, MS, CPA/CFF/ABV, CVA, CFE, CEPA
March 30, 2024

### Expert Report of Robert W. Carter, MS, CPA/CFF/ABV, CVA, CFE, CEPA

I am the Managing Member of Paradigm Forensics, LLC, regional forensic accounting, business valuation, and litigation consulting firm. I am a Certified Public Accountant (Maryland) with additional credentials such as Certified in Financial Forensics, Certified Valuation Analyst, Accredited in Business Valuation, Certified Fraud Examiner, and Certified Exit Planning Advisor. My professional memberships include the American Institute of Certified Public Accountants, the Association of Certified Fraud Examiners, the Maryland Association of Certified Public Accountants, the National Association of Certified Valuators and Analysts, and the Exit Planning Institute. I have been qualified to testify as an expert witness by report or testimony in numerous state and federal courts in Maryland and throughout the country, including jurisdictions in Alaska, Colorado, North Carolina, Puerto Rico, Virginia, and Washington D.C. My resume is attached as **Appendix A**. For my services related to this matter, Paradigm Forensics, LLC is being compensated for time incurred by me at $475 per hour. Neither I nor Paradigm Forensics, LLC have any present or future interest in the entities and/or individuals that are the subject of this report, and my fees are not contingent upon the offering of any opinions I express or the outcome of this litigation.

### Anticipated Testimony

If called as an expert witness in this action, I will testify that the net economic loss to Mr. Welch which includes the net present value of lost wages and benefits (collectively "Earnings"), the present value of lost household services and the present value of the Life Care Plan (the "Plan") is delineated under three (3) scenarios which are explained below. These scenarios are in accordance with the Plan and relate to the Impairment Based Diagnosis. The net economic loss to Mr. Welch using scenarios 1, 2, and 3 are $4,587,189, $6,055,223, and $9,632,017, respectively.  Additionally, pre-judgement interest has been estimated to be $4,351 assuming a trial date of April 1, 2025. These damages are predicated on the determination that the Defendants were the cause of the incident that occurred on or about June 22, 2022, which allegedly caused Mr. Welch's injuries.

I hold these opinions to a reasonable degree of professional certainty in my field and make no legal or medical determinations.

### Introduction

Based on my review of the First Amended Complaint and Jury Trial Prayer (the "Complaint") and discussions with Ms. Hargrove and counsel, my understanding of the facts are as follows:

Shana Hargrove, (the "Plaintiff" or "Ms. Hargrove") has been designated as the Power of Attorney ("POA") for Kevin G. Welch ("Mr. Welch"). On June 14, 2022, Mr. Welch returned to Maryland from a trip to Atlanta when he began to feel extreme chest pains. After calling 9-1-1, an ambulance arrived and took him to Southern Maryland Hospital Center where he was subsequently transferred to MedStar Washington Hospital Center ("MedStar" or "Defendant"). Later that day, Mr. Welch had surgery and included six (6) procedures which were all performed without any complications.  After the surgery, Mr. Welch was moved into the Intensive Care Unit ("ICU") in critical but stable condition. On June 16, 2022, Dr. Stephen M. Luczycki and Dr. Kaitlyn Marie Dunphy, who were acting as agents of the Defendant, made an assessment and a medical plan based on his neurological condition and were concerned about the onset of encephalopathy, however, they failed to have any concern about the possibility of a stroke.  On June 17, 2022, a neurology consultation was performed by Dr. Robert Cai with the recommendation for an MRI. On June 18, 2022, and June 19, 2022, Dr. Luczycki noted in the medical chart that an MRI was not done for safety reasons but was to be performed on June 19, 2022, although Mr. Welch's blood pressure was of concern. Dr. Maxwell Hockstein, also an agent of the Defendant, noted on June 21, 2022, that an MRI was to be done. On June 22, 2022, an MRI was completed and indicated a stroke and the stroke team was consulted on June 23, 2022, and confirmed a stroke noting in the medical chart "…a

hypoxic-ischemic injury of basal ganglia and a stoke in the multiple vascular territories related to dissection and recommended obtaining physical therapy and occupational therapy when able." Mr. Welch's chart noted "…at no time prior to June 21, 2022, were any actions taken to increase his blood pressure to mitigate the risk of neurological insult, nor was there any consideration by the Defendants prior to June 22, 2022, of the placement of a lumbar drain to mitigate the risk of neurological insult." On July 8, 2022, Mr. Welch was transferred to MedStar National Rehabilitation Hospital for comprehensive, inpatient, acute, medical rehabilitation and was discharged on September 16, 2022.

Prior to the stroke, Mr. Welch was a Security Specialist at the Department of Defense, and regularly enjoyed martial arts training. He lived independently without the need for assistance in any daily life activities. Further, he is unable to return to work and based on the advice of his primary care physician and neurologist, he should seek disability retirement.  Finally, Mr. Welch now suffers from visual/spatial issues, apathy, and executive functioning which refers to the combining of motor, sensory, communication and cognitive skills enabling an individual to accomplish daily activities.  He must also give up driving.

## Analysis

As part of this litigation, I was asked by legal counsel, Governor E. Jackson III, Esq. and Kim Parker, Esq., to calculate three (3) types of damages and are as follows. First, damages related to lost wages and benefits. Second, damages associated with the lost value of household services, and third, the present value of the medical expenses to be incurred by Mr. Welch throughout his remaining life.

Damages for lost wages and benefits have been calculated using the "Before and After" method of determining damages. This method calculates what Mr. Welch could reasonably expect to receive in terms of wages and benefits over the damage period (the "But-For") earnings which is then compared to the wages and benefits after the incident during that same damage period (the "After Incident") earnings.

Additional damage includes the value of lost household services, which are services related to the household and to Mr. Welch on a personal level which can no longer be performed by him.

The final damage category is the medical expenses that Mr. Welch will incur over his life allegedly as a result of the incident.

### *Earnings: But-For Earnings*

I have reviewed the financial data provided to me.  It is my understanding that the damage period is from June 22, 2022, through February 22, 2058, which is Mr. Welch's life expectancy.

Under this scenario, I calculate the wages and benefits that would have existed but-for the incident. These damages encompass two (2) main areas, wages, and benefits, both of which are associated with Mr. Welch's employment. Wages refers to the recurring salary earned every two weeks and wages related to his pension to be received upon retirement which is estimated to be on February 23, 2043. Benefits are those that are paid by the government, his employer, and include FEGLI (life insurance), Thrift Savings Plan (TSP) basic and matching and Federal Employee Health Benefits (FEHB).

Schedule 3 shows the calculation of the forecasted wages and benefits that Mr. Welch would receive had it not been for the incident.  The first component is the annual wages from his employment at the Department of Defense. For 2022 and 2023, I utilized his actual earned wages.  The paystub for the period ended February 24, 2024, shows his 2024 annual salary to be $160,143 which I used for that year and then increased them at the annual wage growth rate shown on Table V.B1 in the 2023 Annual Report of the Board of Trustees of the

Federal Old-Age and Survivors Insurance and Federal Disability Insurance Trust Funds. These wages cease at retirement.  The other component of wages is his pension income which begins at retirement. Since no documentation relating to his after-retirement pension income has been provided to me, I used the monthly amount of $6,858 that is stated on the FERS Benefit Estimate Report associated with the Disability Retirement Annuity growing this amount by the Consumer Price Index ("CPI") rate stated in Table V.B1 continuing through his life expectancy.  Benefits which are included in the but-for damage calculation were calculated to be 9.4% of his wages and are assumed to stop at retirement.  The net wages and benefits were then present valued using a 30-year Treasury Bond (risk free) rate of 4.5%.  The present value of his But-For wages and benefits is $4,127,092, see **Schedule 3**.

*Earnings: After Incident Earnings*

**Schedule 4** shows the calculation of the actual wages and benefits for the period January 1, 2022-through June 30, 2024, and disability retirement wages from that date through his life expectancy which is February 22, 2058.  2022 wages consist of actual wages through June 15, 2022, which is the date he became ill and accrued vacation/sick pay for the remainder of the 2022 year. In addition to the balance of vacation/sick pay, he received about 700 hours from the voluntary leave bank which provided him with wages through August 2023. After this date, he received leave donations and Ms. Hargrove was then able to secure additional hours from the leave bank which will enable Mr. Welch to receive his normal salary through June 2024. Commencing July 2024, Mr. Welch will receive monthly disability retirement payments in the amounts of $6,858, $4,572, and $4,453 for the first 12 months, from months 13 to retirement and after retirement, respectively. Regarding benefits, I calculated the amount in benefits using the same 9.4% of wages which will cease on June 30, 2024, since his disability retirement pay will then start. The net wages and benefits were then present valued using a 30-year Treasury Bond (risk free) rate of 4.5%.  The present value of his After-Incident wages and benefits is $1,697,829, see **Schedule 4**.

*Value of Lost Household Services*

It is my understanding that Mr. Welch can perform daily functions related to the household and his personal needs.  As such, he will likely pay for these services at some point in time and therefore, these services have a value.  Utilizing the expectancy data in "The Dollar Value of a Day for 2020," I used Table 291 to derive the annual values and then increased them by CPI to arrive at their 2034 values for the various services which are detailed on **Schedule 5**. I developed three (3) scenarios which correlate to the same three scenarios described in the Life Care Plan in the following paragraphs.  The difference between the scenarios is 5 years in duration. In other words, scenario 1 values start 5 years after scenario 2 which starts 5 years after scenario 3.  After each scenario commences, the values for each year are grown by the CPI rate listed in Table V.B1 and then totaled for each year. Next, each year's value was present valued using the same 30-year risk free rate, 4.5%.  The present value for each year is then totaled through Mr. Welch's life expectancy and is represented by the amounts shown on **Schedules 6, 7** and **8**.

*Life Care Plan*

Mentioned previously, allegedly because of the incident, Mr. Welch is forced to incur certain medical costs including, but not limited to, doctor's visits, physical therapy, lab tests, equipment, and aides. Utilizing the Life Care Plan prepared by Dr. Richard S. Kaplan, I listed all the medical costs shown in the Plan which are in 2024 dollars, see **Schedule 9**. I then grew each cost by the proper growth rate, see **Schedule 10**.  Since each expense will not be incurred at the same frequency, I prepared **Schedules 11** and **12** in accordance with the Plan to depict when each expense will be reasonably incurred.  **Schedule 11** details costs such as physician visits, physical therapy, and home improvements.  **Schedule 12** relates to the long-term care costs (differential diagnosis of impairment) which exhibits a range utilizing three (3) different duration scenarios. Based on

correspondence with Dr. Kaplan, Scenarios in the Life Care Plan are used because as time goes on, his condition will likely worsen, and he will be unable to perform basic tasks. At this time, the duration cannot be determined.  As such, scenario 1 assumes he will need help for the last 15 years of his life.  Scenarios 2 and 3 assume help will be needed in the last 20 years and 25 years of his life, respectively.  Amounts for each year were then present valued through Mr. Welch's life expectancy using the same 30-year risk-free rate of 4.5%. The detailed calculations are shown on **Schedules 11** and **12.**

## Conclusion

If called as an expert witness in this action, I will testify that the net economic loss to Mr. Welch which includes the net present value of lost wages and benefits (collectively "Earnings"), the present value of lost household services and the present value of the Life Care Plan is delineated under three (3) scenarios. These scenarios are in accordance with the Plan and relate to the Impairment Based Diagnosis. The net economic loss to Mr. Welch using scenarios 1, 2, and 3 are $4,587,189, $6,055,223, and $9,632,017, respectively.  Additionally, pre-judgement interest has been estimated to be $4,351 assuming a trial date of April 1, 2025. These damages are predicated on the determination that the Defendants were the cause of the incident that occurred on or about June 22, 2022, which allegedly caused Mr. Welch's injuries.

I hold these opinions to a reasonable degree of professional certainty.

## Reservation of Right to Amend

In the event additional documents and/or other discovery material are made available to me after the submission of this report, I respectfully reserve my right to amend this report, as appropriate.

## Rebuttal Testimony

In addition to the substance of the foregoing discussion, my testimony may also include additional rebuttal testimony, if necessary.

## Exhibits

Selected information from this report may be incorporated in demonstrative exhibits for the purposes of illuminating testimony.

## Use of this Report

This report has been prepared for the specific purpose of the above-captioned case. It is not to be copied or made available to any person not involved in this case without the express written consent of Paradigm Forensics, LLC. I express no legal opinions on the rights or liabilities of any of the parties in this action.

## APPENDIX A: QUALIFICATIONS OF THE VALUATION ANALYST



### ROBERT W. CARTER, MS, CPA/CFF/ABV, CVA, CFE, CEPA

Managing Member
Paradigm Forensics, LLC
20 Liberty St, #1
Westminster, MD 21157
(443) 244-0474
rcarter@paradigmforensics.com

#### AREAS OF CONCENTRATION

• Individual Damages  • Business Valuations  • Forensic Accounting
• Business Lost Profits • Fraud Investigations • Stockholder Disputes
• Marital Dissolutions • Litigation Consulting • Construction Claims

One of the mid-Atlantic regions premier forensic and business consulting firms, Paradigm Forensics, LLC provides business services to clients in construction, manufacturing, real estate, government contracting, healthcare, distribution, retail, computer services and other industries.

Areas of responsibility include:

- **Business valuation consulting** for a diverse clientele in numerous industries for divorce, stockholder actions, economic damages, buy-sell agreements, and other purposes. Work includes planning, client interviews, industry and economic research, financial analysis, determination of value, report writing and review.

- **Litigation consulting and expert witness services** in arbitration, mediation, collaborative and other litigation contexts. Work includes writing expert witness reports, supporting counsel in the development of interrogatories and document requests, reviewing opposing expert reports, assisting with cross examination of opposing experts and providing expert testimony.

- **Forensic accounting/fraud investigation services** for marital dissolution and asset dissipation matters, employee embezzlements and other white-collar crimes, litigation support, and the development of fraud prevention and internal control procedures. Work includes planning the investigation, interviewing and information gathering, analyzing relevant information, and preparing a report of findings.

- **Exit/Transition planning services** for business owners looking to sell or transition their company. Work includes assessing the client's business, understanding value drivers, preparing plans to improve marketability, and evaluating buyer types.

PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2023-Present | **Managing Member, Forensics and Valuation Services**<br>Paradigm Forensics, LLC |
| 2022 - 2023 | **Director, Forensics, Valuation and Disputes**<br>Vallit Advisors, LLC |
| 2022 - Present | **Faculty Instructor, Business Valuation Certification and Training Center**<br>National Association of Certified Valuators and Analysts |
| 2020 - 2022 | **Partner, Forensic Investigations and Litigation Support Services Group**<br>BDO USA, LLP |
| 2018 - Present | **Adjunct Professor, Forensic Accounting Program**<br>University of Baltimore Merrick School of Business |
| 2015 - Present | **Adjunct Instructor, Graduate Forensic Accounting Program**<br>Stevenson University (formerly Villa Julie College) |
| 2007 - 2020 | **Partner, Business Valuation and Litigation Consulting Group**<br>Intern-Senior Manager (2007-2018)<br>Hertzbach & Company, P.A. (Member BDO Alliance USA) |

FORMAL EDUCATION

| | |
|---|---|
| 2015 | **Master of Science, Accounting and Business Advisory Services**<br>University of Baltimore Merrick School of Business |
| 2008 | **Bachelor of Science, Business Administration**<br>Stevenson University (formerly Villa Julie College) |

CERTIFICATIONS/TRAINING

| | | |
|---|---|---|
| 2023 | **Accredited in Business Valuation** | |
| | American of Institute of Certified Public Accountants | |
| 2018 | **Certified in Financial Forensics** | |
| | American of Institute of Certified Public Accountants | |
| 2016 | **Collaborative Training** | |
| | Maryland Collaborative Practice Council | |
| 2016 | **Certified Exit Planning Advisor** | |
| | Exit Planning Institute | |
| 2013 | **Certified Fraud Examiner** | |
| | Association of Certified Fraud Examiners | |
| 2012 | **Certified Public Accountant** | |
| | State of Maryland | |
| 2008 | **Certified Valuation Analyst** | |
| | National Association of Certified Valuators and Analysts | |

INSTRUCTOR ROLES

Instructor, CVA Certification Training Program, **Internal Revenue Service**

Presenter, **American College of Business Court Judges**

Faculty, CVA Certification Training Program, **National Association of Certified Valuators and Analysts**

Presenter, **Maryland State Bar Association**

Presenter, **Maryland Association Certified Public Accountants**

Adjunct Instructor, Forensic Accounting Program, **University of Baltimore**

Adjunct Instructor, Graduate Forensic Accounting Program, **Stevenson University**

Presenter, **Maryland Construction Network**

Presenter, **M&T Bank** and **First National Bank**

Presenter, **Maryland Association for Justice**

Presenter, **Howard County Chamber of Commerce**

Presenter, **Maryland Association of Accounting and Tax Professionals**

Guest Lecturer, **University of Baltimore Merrick School of Business**

Guest Lecturer, **University of Baltimore School of Law**

Instructor, **National Business Institute**

COMMITTEES & ASSOCIATIONS

Member, Executive Advisory Board, **National Association of Certified Valuators and Analysts**

Liaison, Ethics Oversight Board, **National Association of Certified Valuators and Analysts**

Liaison, Standards Board, **National Association of Certified Valuators and Analysts**

Past Chairman, Forensic and Valuation Services Committee, **Maryland Association of CPAs**

Past Chair, Standards Board, **National Association of Certified Valuators and Analysts**

Member, Litigation Standards Subcommittee, **National Association of Certified Valuators and Analysts**

Past President, Maryland/DC Chapter of **National Association of Certified Valuators and Analysts**

Board Member, **Stevenson University Alumni Association**

Member, Accounting Advisory Board, **University of Baltimore**

Member, Advisory Council, **Association of Certified Fraud Examiners**

Contributing Writer, **CPA Practice Advisor**

Contributing Writer, **The Daily Record**

Contributing Writer, **The Value Examiner**

Contributing Writer, **University of Baltimore School of Law, Law Review**

Contributing Writer, **Maryland Family Law Update**

Contributing Writer, **National Business Institute**


AWARDS AND HONORS

2020 Second Quarter Outstanding Member, **National Association of Certified Valuators and Analysts**

2019 "Five Star Professional" by **Five Star Professional** and B**altimore Magazine**

2018 "FVS Standing Ovation Award" by the **American Institute of Certified Public Accountants**

2017/2018 "State Chapter Presidents' Leadership Award" by the **National Association of Certified Valuators and Analysts**

2016 Awarded "40 Under Forty" by **CPA Practice Advisor**

2016 Awarded "40 Under Forty" by the **National Association of Certified Valuators and Analysts**

2015 Awarded Maryland's "Top 10 Public Accounting Professional Rising Stars" by the **National Academy of Public Accounting Professionals**

2015 Awarded "Maryland's Finest" designation by the **Cystic Fibrosis Foundation of Maryland**

2014 **CFA Institute** Baltimore/Washington Regional Equity Research Challenge Winner

PROFESSIONAL AFFILIATIONS

Member, Maryland Chapter of Exit Planning Exchange
Member, National Association of Certified Valuators and Analysts
Member, Maryland/DC Chapter of National Association of Certified Valuators and Analysts
Member, American of Institute of Certified Public Accountants
Member, Maryland Association of Certified Public Accountants
Member, Association of Certified Fraud Examiners

RECENT COURSES TAUGHT

Business Valuation Considerations for Tax Professionals, 1.5 hour seminar, September 19, 2023
BV Considerations for Estate, Gift, and Transactions, 0.5 hour seminar, August 10, 2023
How Financial Experts Determine Damage Measurements in Litigation, 1.0 hour seminar, June 7, 2023
Standards, Objectivity, Assumptions and Professional Standards, 1.5 hour seminar, April 20, 2023
Demystifying Complex Compensation and Equity, 3.0 hour seminar, February 20, 2023
Standards and Ethics Update, 2.0 hour seminar, Various Dates
Practice management Panel Q&A Session, 1.0 hour seminar, May 13, 2022
Managing Business Interruptions and Lost Profits Engagements, 1.0 hour seminar, May 14, 2021
Managing Business Interruptions and Lost Profits Engagements, 2.0 hour seminar, November 17, 2020
Accounting for the Cannabis Industry, 2.0 hour seminar, October 22, 2020
Embezzlement in Small Businesses, 1.0 hour seminar, May 17, 2020
Impact of COVID-19 to Business Interruptions and Lost Profits, 2.0 hour seminar, Various dates
Business Valuation Topics in Settlement and Negotiations, 1.0 hour seminar, February 20, 2020
Fraud Topics Business Owners Need to Know, 0.5 hour seminar, August 21, 2019
Business Interruption Opportunities, 2.0 hour seminar, Various dates
Period of Restoration and Damage Theory, 2.0 hour seminar, Various dates
Common Business Interruption Coverage Terms & Contract Language, 2.0 hour seminar, Various dates
Collaborative Divorce: How is it Different & Why Should I Care?, 2.0 hour seminar, October 26, 2018
First National Bank, Business Succession Planning, 1.0 hour seminar, September 26, 2018
Maryland Construction Network, Transitioning Your Construction Business: What Owners Need to Know, 1.0 hour seminar, September 20, 2018
Maryland Association for Justice Family Law Panel: How Financial Experts Can Help You Help Your Divorce Clients, 1.0 hour seminar, November 17, 2017
Business Valuations – The Basics, 2.0 hour seminar, November 16, 2017

**UB Law Financial Foundations for Family Lawyers Course Guest Lecturer: Business Valuation Issues**, 3.0 hour seminar, November 15, 2017

**UB Law Litigation Process Course, Guest Lecturer: Mock Deposition and How to Utilize Financial Experts**, 3.0 hour seminar, November 8, 2017

**Valuation Topics Attorneys Need to Know to Effectively Serve Their Clients**, 2.0 hour seminar, October 5, 2017

**Small Business Seminar - Passing the Baton: Preparing for the Next Phase of Life and Business,** 2.0 hour seminar, May 10, 2017

**An Attorney's Guide to Reading Tax Returns and Financial Statements**, 2.0 hour seminar, May 9, 2017

**Advanced Family Law: Navigating Complex Asset Cases**, 1.0 hour seminar, April 27, 2017

ROBERT W. CARTER
DEPOSITIONS AND EXPERT TESTIMONY

2024        Gerardo Sanchez v. Jose Joaquin Morales
            Baltimore City Circuit Court, Maryland

2024        Patricia O'Hora v. James Hecht
            American Arbitration Association

2023        Sophie Fernando, LLC, et. al. v. Daniel Midvidy, Esq., et. al.
            Baltimore City Circuit Court, Maryland

2023        Pamela Calce v. Matthew Calce
            Circuit Court for Anne Arundel County, Maryland

2023        Bonnie Rothell vs. Danny Rothell
            Charles County Circuit Court, Maryland

2022        Book Hill Park, LLC v. Travelers Property Casualty Company of America
            United States District Court of Puerto Rico

2022        Huldine Vaughns v. Doctors Community Hospital
            Circuit Court for Prince George's County, Maryland

2022        Alexander Shushan v. Tracey Resnick
            Circuit Court for Anne Arundel County, Maryland

2022        Robert Reed v. Jacqueline Reed
            Circuit Court for Howard County, Maryland

2022        Denise Kirkby v. Robert Woodward
            Judicial Arbiter Group, Inc., Denver Colorado

2022        Nneka Chisholm-Edwards v. James Edwards
            Circuit Court for Howard County, Maryland

2021        Brawner Builders, Inc. v. Maryland Highway Administration
            Maryland State Board of Contract Appeals

2021        Krunchcash, LLC v. LB Pharma Services, LLC, et. al.
            Circuit Court for Baltimore County, Maryland

2021        Founding Flounders, LLC v. 54 Riccio, LLC
            Circuit Court for Worchester County, Maryland

2021        Immersion Consulting, LLC v. Mary Ahern Synder
            Arbitration

2021        Cem A. Ari v. Murat Mercan, et. al.

Circuit Court for Baltimore City, Maryland

2021   Randall Sullivan v. Rebecca Chojnacki
    Circuit Court for Baltimore City, Maryland

2021   Harold Green v. Chamberlain Contractors, Inc.
    American Arbitration Association

2021   Ying-Chai Chen et. al. v. Union Markets Apartments LLC et. al.
    Superior Court of the District of Columbia Civil Division

2020   Taiwo Okusami, M.D. v. Maryland Department of Health and Mental Hygiene Thomas B.
    Finan Center
    Circuit Court for Allegany County, Maryland

2020   Eileen Coelus v. Michael Auerbach
    Circuit Court for Baltimore County, Maryland

PUBLICATIONS

Robert W. Carter, MS, CPA/CFF, CVA, CFE, CEPA

1. BV Basics: A Business Owner's Guide to Business Valuation, published by Robert Carter, July 21, 2017.

2. *Advanced Family Law* – "Navigating Complex Asset Cases" published by National Business Institute, April 27, 2017.

3. *Use of LLCs in Asset Protection and Estate Planning* – "Initial Client Considerations" published by National Business Institute, November 4, 2016.

4. *Use of LLCs in Asset Protection and Estate Planning* – "Transferring LLC Interest During Life and at Estate Administration" published by National Business Institute, November 4, 2016.

5. "What to do When Necessary Information is not Provided in Divorce Proceedings" published by the Maryland Family Law Update, October 2016.

6. "Does the S-Corp Premium Really Exist" published by CPA Practice Advisor, August 22, 2016.

7. "What to do when you suspect employee embezzlement" published by The Daily Record, May 5, 2016.

8. "What to know when selling your business" published by The Daily Record, March 24, 2016.

9. "Practitioner Series: Valuation 101" published by the University of Baltimore Law Review, November 6, 2014

10. "Practitioner Series: How to Choose Your Economic Expert" published by the University of Baltimore Law Review, September 15, 2014.

11. "Practitioner Series: When Should You Retain an Economic Witness?" published by the University of Baltimore Law Review, September 2, 2014.

12. "Business Valuation Considerations in Divorce" published by The Daily Record, August 8, 2014.

13. "Business Valuation Considerations in Divorce" published by the Maryland Family Law Update, August 2014.

14. *Helping Your Client Buy or Sell a Small-to-Medium Sized Business* – "Business Valuation Methods" published by National Business Institute, June 20, 2014.

15.  "How to Boost the Value of Your Business" published by The Daily Record, June 13, 2014.

16. Various Hertzbach & Company, P.A. blogs related to business valuation, forensic accounting, and litigation support.

## APPENDIX B: SOURCES OF INFORMATION

### INFORMATION RELIED UPON

1. Thrift Savings Plan statement as of February 28, 2024
2. IRS Wage and Income Transcripts for 2019-2022
3. Kevin G. Welch W-2 Statement for 2023
4. Kevin G. Welch paystub for the period ended February 24, 2024
5. FERS Benefit Estimate Report-Disability Retirement Annuity
6. Risk free treasury rates. www.federalreserve.gov
7. Expectancy Data, The Dollar Value of a Day, 2020
8. The 2023 Annual Report of the Board of Trustees of the Federal Old-Age and Survivors Insurance and Federal Disability Insurance Trust Funds
9. First Amended Complaint and Jury Trial Prayer
10. Life and Worklife Expectancies by Hugh Richards, M.S. and Michael Donaldson, PhD.
11. Correspondence with Shana Hargrove and counsel
12. Lifecare Plan prepared Dr. Richard S. Kaplan, dated March 26, 2024

## APPENDIX C: SCHEDULES

SEE FOLLOWING PAGES
Damage Schedules

Shana Hargrove as POA for Kevin Welch v. Medstar Washington Hospital Center

Schedule 1

Damage Summary

| Approach | Information | Age at Specific Date | Notes |
|----------|-------------|----------------------|-------|
| **General Data** | | | |
| Name | Kevin G. Welch | | |
| Date of Birth | 3/14/80 | | [1] |
| Date of Incident | 6/15/22 | 42.3 | [2] |
| Date of Report | 3/31/24 | 44.0 | |
| Expected Date of Retirement | 2/23/43 | 62.9 | [3] |
| Expected Date of Death | 2/22/58 | 77.9 | [3] |
| Race | African American | | [1] |
| Education Level | College | | [1] |
| **Analysis Data** | | | |
| Benefits Percentage | 9.4% | | [4] |
| 30-year Risk-Free Rate | 4.5% | | [5] |

**Notes:**

[1] Information obtained from Shana Hargrove, the POA for Kevin G. Welch.

[2] Per First Amended Complaint and Jury Trial Prayer.

[3] Life and Worklife Expectancies, Hugh Richards, M.S. and Michael Donaldson, Ph.D.

[4] Obtained from the February 24, 2024 paystub with a check date of March 1, 2024.

[5] Rate obtained from the Federal Reserve, www.federalreserve.gov.

Shana Hargrove as POA for Kevin Welch v. Medstar Washington Hospital Center
Schedule 2
Damage Summary

| Approach | Schedule Reference | Scenario 1 Damage[1] | Scenario 2 Damage[1] | Scenario 3 Damage[1] |
|---|---|---|---|---|
| Present Value of But-For Wages and Benefits | Schedule 3 | 4,127,092 | 4,127,092 | 4,127,092 |
| Present Value of Lost Household Services | Schedules 6,7, 8 | 715,575 | 1,004,418 | 1,257,557 |
| Present Value of the Life Care Plan (Medical Costs) | Schedule 11 | 355,045 | 355,045 | 355,045 |
| Present Value of the Life Care Plan (Impairment Based Diagnosis) | Schedule 12[1] | 1,087,306 | 2,266,497 | 5,590,152 |
| Less: Present Value of Actual Earnings and Benefits | Schedule 4 | (1,697,829) | (1,697,829) | (1,697,829) |
| **Initial Calculated Damage** | | **4,587,189** | **6,055,223** | **9,632,017** |

**Breakdown of Past and Future Damages**

**Past Damages**

| | | | | |
|---|---|---|---|---|
| Present Value of But-For Wages and Benefits | | 303,197 | 303,197 | 303,197 |
| Less: Present Value of Actual Wages and Benefits | | (303,197) | (303,197) | (303,197) |
| **Initial Calculated Past Damage** | | **-** | **-** | **-** |

**Future Damages**

| | | | | |
|---|---|---|---|---|
| Present Value of But-For Wages and Benefits | | 3,823,895 | 3,823,895 | 3,823,895 |
| Present Value of Lost Household Services | | 715,575 | 1,004,418 | 1,257,557 |
| Present Value of the Life Care Plan (Medical Costs) | | 355,045 | 355,045 | 355,045 |
| Present Value of the Life Care Plan (Impairment Based Diagnosis) | | 1,087,306 | 2,266,497 | 5,590,152 |
| Less: Present Value of Actual Wages and Benefits | | (1,394,632) | (1,394,632) | (1,394,632) |
| **Initial Calculated Future Damage** | | **4,587,189** | **6,055,223** | **9,632,017** |
| Prejudgment Interest at 6%[2] | | 4,351 | 4,351 | 4,351 |
| **Final Damage Amount** | | **4,591,540** | **6,059,574** | **9,636,368** |

Notes:

[1] The Life Care Plan calculates long-term costs (differential diagnosis of impairment) under 3 different duration scenarios. The low, mid-range, and high scenarios assumes a 15 year duration, a 20 year duration and a 25 year duration, respectively.

[2] The calculation is based on a 6% rate to the date of trial estimated to be April 1, 2025. The interest is calculated by multiplying 6% by the damage amount related to the wages for the period July 1, 2024 through March 31, 2025 which is $72,511.

Shana Hargrove as POA for Kevin Welch v. Medstar Washington Hospital Center
Schedule 3
But-For Earnings and Benefits

| Date | Age | Growth[1] | Wages[2] | Benefits[3] | Net Wages and Benefits | Present Value Factor[4] | PV of Net Wages and Benefits | Cumulative |
|---|---|---|---|---|---|---|---|---|
| 12/31/22 | 42.8 | | 134,620 | 9.4% 12,654 | 147,274 | 4.5% 1.00000 | 147,274 | 147,274 |
| 12/31/23 | 43.8 | 4.2% | 142,526 | 13,397 | 155,923 | 1.00000 | 155,923 | 303,197 |
| 12/31/24 | 44.8 | 3.8% | 160,143 | 15,053 | 175,196 | 0.97823 | 171,382 | 474,579 |
| 12/31/25 | 45.8 | 4.1% | 166,709 | 15,671 | 182,380 | 0.93611 | 170,728 | 645,307 |
| 12/31/26 | 46.8 | 4.1% | 173,544 | 16,313 | 189,857 | 0.89580 | 170,074 | 815,381 |
| 12/31/27 | 47.8 | 4.1% | 180,659 | 16,982 | 197,641 | 0.85722 | 169,422 | 984,803 |
| 12/31/28 | 48.8 | 4.0% | 187,885 | 17,661 | 205,546 | 0.82031 | 168,611 | 1,153,414 |
| 12/31/29 | 49.8 | 4.0% | 195,400 | 18,368 | 213,768 | 0.78498 | 167,804 | 1,321,218 |
| 12/31/30 | 50.8 | 4.0% | 203,216 | 19,102 | 222,318 | 0.75118 | 167,001 | 1,488,219 |
| 12/31/31 | 51.8 | 4.0% | 211,345 | 19,866 | 231,211 | 0.71883 | 166,201 | 1,654,420 |
| 12/31/32 | 52.8 | 3.8% | 219,376 | 20,621 | 239,997 | 0.68788 | 165,089 | 1,819,509 |
| 12/31/33 | 53.8 | 3.6% | 227,274 | 21,364 | 248,638 | 0.65826 | 163,668 | 1,983,177 |
| 12/31/34 | 54.8 | 3.6% | 235,456 | 22,133 | 257,589 | 0.62991 | 162,258 | 2,145,435 |
| 12/31/35 | 55.8 | 3.6% | 243,932 | 22,930 | 266,862 | 0.60279 | 160,862 | 2,306,297 |
| 12/31/36 | 56.8 | 3.6% | 252,714 | 23,755 | 276,469 | 0.57683 | 159,476 | 2,465,773 |
| 12/31/37 | 57.8 | 3.6% | 261,812 | 24,610 | 286,422 | 0.55199 | 158,102 | 2,623,875 |
| 12/31/38 | 58.8 | 3.6% | 271,237 | 25,496 | 296,733 | 0.52822 | 156,740 | 2,780,615 |
| 12/31/39 | 59.8 | 3.6% | 281,002 | 26,414 | 307,416 | 0.50547 | 155,390 | 2,936,005 |
| 12/31/40 | 60.8 | 3.6% | 291,118 | 27,365 | 318,483 | 0.48371 | 154,053 | 3,090,058 |
| 12/31/41 | 61.8 | 3.6% | 301,598 | 28,350 | 329,948 | 0.46288 | 152,726 | 3,242,784 |
| 12/31/42 | 62.8 | 3.6% | 312,456 | 29,371 | 341,827 | 0.44294 | 151,409 | 3,394,193 |
| 12/31/43 | 63.8 | 3.6% | 155,252 | 2,116 | 157,368 | 0.42387 | 66,704 | 3,460,897 |
| 12/31/44 | 64.8 | 2.4% | 132,244 | - | 132,244 | 0.40562 | 53,641 | 3,514,538 |
| 12/31/45 | 65.8 | 2.4% | 135,418 | - | 135,418 | 0.38815 | 52,562 | 3,567,100 |
| 12/31/46 | 66.8 | 2.4% | 138,668 | - | 138,668 | 0.37144 | 51,507 | 3,618,607 |
| 12/31/47 | 67.8 | 2.4% | 141,996 | - | 141,996 | 0.35544 | 50,471 | 3,669,078 |
| 12/31/48 | 68.8 | 2.4% | 145,404 | - | 145,404 | 0.34013 | 49,456 | 3,718,534 |
| 12/31/49 | 69.8 | 2.4% | 148,894 | - | 148,894 | 0.32549 | 48,464 | 3,766,998 |
| 12/31/50 | 70.8 | 2.4% | 152,467 | - | 152,467 | 0.31147 | 47,489 | 3,814,487 |
| 12/31/51 | 71.8 | 2.4% | 156,126 | - | 156,126 | 0.29806 | 46,535 | 3,861,022 |
| 12/31/52 | 72.8 | 2.4% | 159,873 | - | 159,873 | 0.28522 | 45,599 | 3,906,621 |
| 12/31/53 | 73.8 | 2.4% | 163,710 | - | 163,710 | 0.27294 | 44,683 | 3,951,304 |
| 12/31/54 | 74.8 | 2.4% | 167,639 | - | 167,639 | 0.26119 | 43,786 | 3,995,090 |
| 12/31/55 | 75.8 | 2.4% | 171,662 | - | 171,662 | 0.24994 | 42,905 | 4,037,995 |
| 12/31/56 | 76.8 | 2.4% | 175,782 | - | 175,782 | 0.23918 | 42,044 | 4,080,039 |
| 12/31/57 | 77.8 | 2.4% | 180,001 | - | 180,001 | 0.22888 | 41,199 | 4,121,238 |
| 2/22/58 | 77.9 | 2.4% | 26,727 | - | 26,727 | 0.21902 | 5,854 | 4,127,092 |
| **Totals** | | | **7,005,885** | **439,592** | **7,445,477** | | **4,127,092** | |

**Notes:**

[1] Growth rates were obtained from the 2023 Annual Report of the Board of Trustees of the Federal Old-Age and Survivors Insurance and Federal Disability Insurance Trust Funds, Table V.B1. Wage rate increases were assumed until retirement and after retirement, CPI increases were utilized.

[2] Wages for 2022 and 2023 have been obtained from the Internal Revenue Service Wage and Income Transcript and the W-2, respectively. Wages for 2024 were obtained from the paystub for the February 24, 2024 period end. Wages change due to retirement effective February 23, 2043. Retirement benefits of $6,858 per month starting on February 23, 2043 were obtained from the FERS Benefit Estimate Report since the retirement documents were not available.

[3] Benefits were obtained from the paystub for the February 24, 2024 period end and include FEGLI, TSP basic, TSP match and FEHB.

[4] Rate was received from the Federal Reserve, www.federalreserve.gov. and is the 30-year Treasury rate.

Shana Hargrove as POA for Kevin Welch v. Medstar Washington Hospital Center
Schedule 4
Actual Earnings and Benefits

| Date | Age | Growth[1] | Wages[2] | Benefits[3] | Net Wages and Benefits | Present Value Factor[4] | PV of Net Wages and Benefits | Cumulative |
|---|---|---|---|---|---|---|---|---|
| | | | | 9.4% | | 4.5% | | |
| 12/31/22 | 42.8 | 0.0% | 134,620 | 12,654.28 | 147,274 | 1.00000 | 147,274 | 147,274 |
| 12/31/23 | 43.8 | 4.2% | 142,526 | 13,397.44 | 155,923 | 1.00000 | 155,923 | 303,197 |
| 1/1/24-6/30/24 | 44.3 | 3.8% | 80,072 | 7,526.77 | 87,599 | 0.98906 | 86,641 | 389,838 |
| 7/1/24-12/31/24 | 44.8 | 4.1% | 41,148 | - | 41,148 | 0.96753 | 39,812 | 429,650 |
| 12/31/25 | 45.8 | 2.4% | 68,580 | - | 68,580 | 0.93611 | 64,198 | 493,848 |
| 12/31/26 | 46.8 | 2.4% | 56,181 | - | 56,181 | 0.89580 | 50,327 | 544,175 |
| 12/31/27 | 47.8 | 2.4% | 57,529 | - | 57,529 | 0.85722 | 49,315 | 593,490 |
| 12/31/28 | 48.8 | 2.4% | 58,910 | - | 58,910 | 0.82031 | 48,324 | 641,814 |
| 12/31/29 | 49.8 | 2.4% | 60,324 | - | 60,324 | 0.78498 | 47,353 | 689,167 |
| 12/31/30 | 50.8 | 2.4% | 61,772 | - | 61,772 | 0.75118 | 46,402 | 735,569 |
| 12/31/31 | 51.8 | 2.4% | 63,255 | - | 63,255 | 0.71883 | 45,470 | 781,039 |
| 12/31/32 | 52.8 | 2.4% | 64,773 | - | 64,773 | 0.68788 | 44,556 | 825,595 |
| 12/31/33 | 53.8 | 2.4% | 66,328 | - | 66,328 | 0.65826 | 43,661 | 869,256 |
| 12/31/34 | 54.8 | 2.4% | 67,920 | - | 67,920 | 0.62991 | 42,783 | 912,039 |
| 12/31/35 | 55.8 | 2.4% | 69,550 | - | 69,550 | 0.60279 | 41,924 | 953,963 |
| 12/31/36 | 56.8 | 2.4% | 71,219 | - | 71,219 | 0.57683 | 41,081 | 995,044 |
| 12/31/37 | 57.8 | 2.4% | 72,928 | - | 72,928 | 0.55199 | 40,256 | 1,035,300 |
| 12/31/38 | 58.8 | 2.4% | 74,678 | - | 74,678 | 0.52822 | 39,446 | 1,074,746 |
| 12/31/39 | 59.8 | 2.4% | 76,470 | - | 76,470 | 0.50547 | 38,653 | 1,113,399 |
| 12/31/40 | 60.8 | 2.4% | 78,305 | - | 78,305 | 0.48371 | 37,877 | 1,151,276 |
| 12/31/41 | 61.8 | 2.4% | 80,184 | - | 80,184 | 0.46288 | 37,116 | 1,188,392 |
| 12/31/42 | 62.8 | 2.4% | 82,108 | - | 82,108 | 0.44294 | 36,369 | 1,224,761 |
| 12/31/43 | 63.8 | 2.4% | 84,742 | - | 84,742 | 0.42387 | 35,920 | 1,260,681 |
| 12/31/44 | 64.8 | 2.4% | 86,776 | - | 86,776 | 0.40562 | 35,198 | 1,295,879 |
| 12/31/45 | 65.8 | 2.4% | 88,859 | - | 88,859 | 0.38815 | 34,491 | 1,330,370 |
| 12/31/46 | 66.8 | 2.4% | 90,992 | - | 90,992 | 0.37144 | 33,798 | 1,364,168 |
| 12/31/47 | 67.8 | 2.4% | 93,176 | - | 93,176 | 0.35544 | 33,118 | 1,397,286 |
| 12/31/48 | 68.8 | 2.4% | 95,412 | - | 95,412 | 0.34013 | 32,452 | 1,429,738 |
| 12/31/49 | 69.8 | 2.4% | 97,702 | - | 97,702 | 0.32549 | 31,801 | 1,461,539 |
| 12/31/50 | 70.8 | 2.4% | 100,047 | - | 100,047 | 0.31147 | 31,162 | 1,492,701 |
| 12/31/51 | 71.8 | 2.4% | 102,448 | - | 102,448 | 0.29806 | 30,536 | 1,523,237 |
| 12/31/52 | 72.8 | 2.4% | 104,907 | - | 104,907 | 0.28522 | 29,922 | 1,553,159 |
| 12/31/53 | 73.8 | 2.4% | 107,425 | - | 107,425 | 0.27294 | 29,321 | 1,582,480 |
| 12/31/54 | 74.8 | 2.4% | 110,003 | - | 110,003 | 0.26119 | 28,732 | 1,611,212 |
| 12/31/55 | 75.8 | 2.4% | 112,643 | - | 112,643 | 0.24994 | 28,154 | 1,639,366 |
| 12/31/56 | 76.8 | 2.4% | 115,346 | - | 115,346 | 0.23918 | 27,588 | 1,666,954 |
| 12/31/57 | 77.8 | 2.4% | 118,114 | - | 118,114 | 0.22888 | 27,034 | 1,693,988 |
| 2/22/58 | 77.9 | 2.4% | 17,538 | - | 17,538 | 0.21902 | 3,841 | 1,697,829 |
| **Totals** | | | **3,155,510** | **33,578** | **3,189,088** | | **1,697,829** | |

**Notes:**
[1] Growth rates were obtained from the 2023 Annual Report of the Board of Trustees of the Federal Old-Age and Survivors Insurance and Federal Disability Insurance Trust Funds, Table V.B1. Wage rate increases were assumed until retirement and after retirement, CPI increases were utilized.
[2] Wages for 2022 and 2023 have been obtained from the Internal Revenue Service Wage and Income Transcript and the W-2, respectively. Wages for 2023 were obtained from the paystub for the February 24, 2024 period end. Starting on July 1, 2024, wages of $6,858 are based on the FERS Benefit Estimate Report are in affect for 12 months at which time they decrease to $4,572 and are in effect until the estimated date of retirement, February 23, 2043.  Effective with retirement, the monthly benefit is $4,453.

[3] Benefits were obtained from the paystub for the February 24, 2024 period end and include FEGLI, TSP basic, TSP match and FEHB.
[4] Rate was received from the Federal Reserve, www.federalreserve.gov and is the 30-year Treasury rate.

Shana Hargrove as POA for Kevin Welch v. Medstar Washington Hospital Center
Schedule 5
Calculation of Lost Household Services

| Forecasted Lost Household Services | [1] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Services | Weekly Hours | | Hourly Value | | Dollar Value Weekly | | Number of Annual Occurrences | | Annual Value of Household Services | |

Table 291- Single men, Disabled and unable to work, All ages, Living alone

**Household Production**

| Services | Weekly Hours | | Hourly Value | | | Dollar Value Weekly | | | Number of Annual Occurrences | | | Annual Value of Household Services |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inside Housework | 2.81 | x | $ | 23.40 | = | $ | 65.75 | x | 52.0 | = | $ | 3,419.00 |
| Food Cooking & Clean-up | 3.15 | x | $ | 23.11 | = | $ | 72.80 | x | 52.0 | = | $ | 3,785.60 |
| Household Management | 0.87 | x | $ | 33.37 | = | $ | 29.03 | x | 52.0 | = | $ | 1,509.56 |
| Shopping | 1.61 | x | $ | 23.95 | = | $ | 38.56 | x | 52.0 | = | $ | 2,005.12 |
| Obtaining Services | 0.13 | x | $ | 29.03 | = | $ | 3.77 | x | 52.0 | = | $ | 196.04 |
| Travel for Household Activity | 1.69 | x | $ | 28.75 | = | $ | 48.59 | x | 52.0 | = | $ | 2,526.68 |
| Total | 10.26 | | | | | | 259 | | | | $ | 13,442.00 |

**Personal Time**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eating & Drinking | 6.27 | x | $ | 9.69 | = | $ | 61.00 | x | 52.0 | = | $ | 3,172.00 |
| Personal Health Care | 3.38 | x | $ | 5.21 | = | $ | 18.00 | x | 52.0 | = | $ | 936.00 |
| Grooming | 3.15 | x | $ | 4.85 | = | $ | 15.00 | x | 52.0 | = | $ | 780.00 |
| Total | 12.80 | | | | | $ | 94.00 | | | | $ | 4,888.00 |

**Leisure**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Socializing | 5.85 | x | $ | 27.11 | = | $ | 158.59 | x | 52.0 | = | $ | 8,246.68 |
| Passive Leisure | 57.09 | x | $ | 23.80 | = | $ | 1,358.74 | x | 52.0 | = | $ | 70,654.48 |
| Active Leisure | 1.87 | x | $ | 23.80 | = | $ | 44.51 | x | 52.0 | = | $ | 2,314.52 |
| Attendance Leisure | 0.49 | x | $ | 23.80 | = | $ | 11.66 | x | 52.0 | = | $ | 606.32 |
| Travel Related to Leisure | 2.27 | x | $ | 28.75 | = | $ | 65.26 | x | 52.0 | = | $ | 3,393.52 |
| Total | 67.57 | | | | | $ | 1,638.76 | | | | $ | 85,215.52 |

**Notes:**

[1] Amounts were obtained from the Expectancy Data "Dollar Value of a Day", 2020 and then increased by CPI using Table V.B1. for 2021 - 2034. This table was utilized for Schedule 8. To obtain values for Schedules 6 and 7, we reduced the growth by 5 years for each since there is a 5 year differential between the schedules.

Shana Hargrove as POA for Kevin Welch v. Medstar Washington Hospital Center

**Schedule 6**
**Present Value of Lost Household Services**

| Date | Age | Growth[1] | Household Production[2] | Personal Time[2] | Leisure Time[2] | Total Value of Services | Present Value Factor[3] | Present Value of Lost Household Services |
|------|-----|--------|------------|----------|---------|-----------|---------------|-----------|
| | | | | | | | Scenario 1 | |
| 12/31/22 | 42.8 | | | | | | 4.5% | |
| | | | | | | | 1.00000 | |
| 12/31/23 | 43.8 | 2.4% | - | - | - | - | 1.00000 | - |
| 12/31/24 | 44.8 | 2.4% | - | - | - | - | 0.97823 | - |
| 12/31/25 | 45.8 | 2.4% | - | - | - | - | 0.93611 | - |
| 12/31/26 | 46.8 | 2.4% | - | - | - | - | 0.89580 | - |
| 12/31/27 | 47.8 | 2.4% | - | - | - | - | 0.85722 | - |
| 12/31/28 | 48.8 | 2.4% | - | - | - | - | 0.82031 | - |
| 12/31/29 | 49.8 | 2.4% | - | - | - | - | 0.78498 | - |
| 12/31/30 | 50.8 | 2.4% | - | - | - | - | 0.75118 | - |
| 12/31/31 | 51.8 | 2.4% | - | - | - | - | 0.71883 | - |
| 12/31/32 | 52.8 | 2.4% | - | - | - | - | 0.68788 | - |
| 12/31/33 | 53.8 | 2.4% | - | - | - | - | 0.65826 | - |
| 12/31/34 | 54.8 | 2.4% | - | - | - | - | 0.62991 | - |
| 12/31/35 | 55.8 | 2.4% | - | - | - | - | 0.60279 | - |
| 12/31/36 | 56.8 | 2.4% | - | - | - | - | 0.57683 | - |
| 12/31/37 | 57.8 | 2.4% | - | - | - | - | 0.55199 | - |
| 12/31/38 | 58.8 | 2.4% | - | - | - | - | 0.52822 | - |
| 12/31/39 | 59.8 | 2.4% | - | - | - | - | 0.50547 | - |
| 12/31/40 | 60.8 | 2.4% | - | - | - | - | 0.48371 | - |
| 12/31/41 | 61.8 | 2.4% | - | - | - | - | 0.46288 | - |
| 12/31/42 | 62.8 | 2.4% | - | - | - | - | 0.44294 | - |
| 12/31/43 | 63.8 | 2.4% | 16,640 | 6,050 | 105,494 | 128,184 | 0.42387 | 54,333 |
| 12/31/44 | 64.8 | 2.4% | 17,039 | 6,195 | 108,026 | 131,260 | 0.40562 | 53,242 |
| 12/31/45 | 65.8 | 2.4% | 17,448 | 6,344 | 110,619 | 134,411 | 0.38815 | 52,172 |
| 12/31/46 | 66.8 | 2.4% | 17,867 | 6,496 | 113,274 | 137,637 | 0.37144 | 51,124 |
| 12/31/47 | 67.8 | 2.4% | 18,296 | 6,652 | 115,993 | 140,941 | 0.35544 | 50,096 |
| 12/31/48 | 68.8 | 2.4% | 18,735 | 6,812 | 118,777 | 144,324 | 0.34013 | 49,089 |
| 12/31/49 | 69.8 | 2.4% | 19,185 | 6,975 | 121,628 | 147,788 | 0.32549 | 48,104 |
| 12/31/50 | 70.8 | 2.4% | 19,645 | 7,142 | 124,547 | 151,334 | 0.31147 | 47,136 |
| 12/31/51 | 71.8 | 2.4% | 20,116 | 7,313 | 127,536 | 154,965 | 0.29806 | 46,189 |
| 12/31/52 | 72.8 | 2.4% | 20,599 | 7,489 | 130,597 | 158,685 | 0.28522 | 45,260 |
| 12/31/53 | 73.8 | 2.4% | 21,093 | 7,669 | 133,731 | 162,493 | 0.27294 | 44,351 |
| 12/31/54 | 74.8 | 2.4% | 21,599 | 7,853 | 136,941 | 166,393 | 0.26119 | 43,460 |
| 12/31/55 | 75.8 | 2.4% | 22,117 | 8,041 | 140,228 | 170,386 | 0.24994 | 42,586 |
| 12/31/56 | 76.8 | 2.4% | 22,648 | 8,234 | 143,593 | 174,475 | 0.23918 | 41,731 |
| 12/31/57 | 77.8 | 2.4% | 23,192 | 8,432 | 147,039 | 178,663 | 0.22888 | 40,892 |
| 2/22/58 | 77.9 | 2.4% | 3,444 | 1,252 | 21,832 | 26,528 | 0.21902 | 5,810 |
| **Totals** | | | | | | | | **715,575** |

**Notes:**

[1] Growth rates were obtained from the 2023 Annual Report of the Board of Trustees of the Federal Old-Age and Survivors Insurance and Federal Disability Insurance Trust Funds, Table V.B1. CPI.

[2] See Schedule 5.

[3] Rate was received from the Federal Reserve, www.federalreserve.gov. and is the 30-year Treasury rate.

Shana Hargrove as POA for Kevin Welch v. Medstar Washington Hospital Center
Schedule 7
Present Value of Lost Household Services

| | | | | | | | | Scenario 2 |
| Date | Age | Growth[1] | Household Production[2] | Personal Time[2] | Leisure Time[2] | Total Value of Services | Present Value Factor[3] | Present Value of Lost Household Services |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 4.5% | |
| 12/31/22 | 42.8 | | - | - | - | - | 1.00000 | - |
| 12/31/23 | 43.8 | 2.4% | - | - | - | - | 1.00000 | - |
| 12/31/24 | 44.8 | 2.4% | - | - | - | - | 0.97823 | - |
| 12/31/25 | 45.8 | 2.4% | - | - | - | - | 0.93611 | - |
| 12/31/26 | 46.8 | 2.4% | - | - | - | - | 0.89580 | - |
| 12/31/27 | 47.8 | 2.4% | - | - | - | - | 0.85722 | - |
| 12/31/28 | 48.8 | 2.4% | - | - | - | - | 0.82031 | - |
| 12/31/29 | 49.8 | 2.4% | - | - | - | - | 0.78498 | - |
| 12/31/30 | 50.8 | 2.4% | - | - | - | - | 0.75118 | - |
| 12/31/31 | 51.8 | 2.4% | - | - | - | - | 0.71883 | - |
| 12/31/32 | 52.8 | 2.4% | - | - | - | - | 0.68788 | - |
| 12/31/33 | 53.8 | 2.4% | - | - | - | - | 0.65826 | - |
| 12/31/34 | 54.8 | 2.4% | - | - | - | - | 0.62991 | - |
| 12/31/35 | 55.8 | 2.4% | - | - | - | - | 0.60279 | - |
| 12/31/36 | 56.8 | 2.4% | - | - | - | - | 0.57683 | - |
| 12/31/37 | 57.8 | 2.4% | - | - | - | - | 0.55199 | - |
| 12/31/38 | 58.8 | 2.4% | 14,779 | 5,374 | 93,696 | 113,849 | 0.52822 | 60,137 |
| 12/31/39 | 59.8 | 2.4% | 15,134 | 5,503 | 95,945 | 116,582 | 0.50547 | 58,929 |
| 12/31/40 | 60.8 | 2.4% | 15,497 | 5,635 | 98,248 | 119,380 | 0.48371 | 57,745 |
| 12/31/41 | 61.8 | 2.4% | 15,869 | 5,770 | 100,606 | 122,245 | 0.46288 | 56,585 |
| 12/31/42 | 62.8 | 2.4% | 16,250 | 5,908 | 103,021 | 125,179 | 0.44294 | 55,447 |
| 12/31/43 | 63.8 | 2.4% | 16,640 | 6,050 | 105,494 | 128,184 | 0.42387 | 54,333 |
| 12/31/44 | 64.8 | 2.4% | 17,039 | 6,195 | 108,026 | 131,260 | 0.40562 | 53,242 |
| 12/31/45 | 65.8 | 2.4% | 17,448 | 6,344 | 110,619 | 134,411 | 0.38815 | 52,172 |
| 12/31/46 | 66.8 | 2.4% | 17,867 | 6,496 | 113,274 | 137,637 | 0.37144 | 51,124 |
| 12/31/47 | 67.8 | 2.4% | 18,296 | 6,652 | 115,993 | 140,941 | 0.35544 | 50,096 |
| 12/31/48 | 68.8 | 2.4% | 18,735 | 6,812 | 118,777 | 144,324 | 0.34013 | 49,089 |
| 12/31/49 | 69.8 | 2.4% | 19,185 | 6,975 | 121,628 | 147,788 | 0.32549 | 48,104 |
| 12/31/50 | 70.8 | 2.4% | 19,645 | 7,142 | 124,547 | 151,334 | 0.31147 | 47,136 |
| 12/31/51 | 71.8 | 2.4% | 20,116 | 7,313 | 127,536 | 154,965 | 0.29806 | 46,189 |
| 12/31/52 | 72.8 | 2.4% | 20,599 | 7,489 | 130,597 | 158,685 | 0.28522 | 45,260 |
| 12/31/53 | 73.8 | 2.4% | 21,093 | 7,669 | 133,731 | 162,493 | 0.27294 | 44,351 |
| 12/31/54 | 74.8 | 2.4% | 21,599 | 7,853 | 136,941 | 166,393 | 0.26119 | 43,460 |
| 12/31/55 | 75.8 | 2.4% | 22,117 | 8,041 | 140,228 | 170,386 | 0.24994 | 42,586 |
| 12/31/56 | 76.8 | 2.4% | 22,648 | 8,234 | 143,593 | 174,475 | 0.23918 | 41,731 |
| 12/31/57 | 77.8 | 2.4% | 23,192 | 8,432 | 147,039 | 178,663 | 0.22888 | 40,892 |
| 2/22/58 | 77.9 | 2.4% | 3,444 | 1,252 | 21,832 | 26,528 | 0.21902 | 5,810 |
| Totals | | | | | | | | 1,004,418 |

Notes:

[1] Growth rates were obtained from the 2023 Annual Report of the Board of Trustees of the Federal Old-Age and Survivors Insurance and Federal Disability Insurance Trust Funds, Table V.B1. CPI.

[2] See Schedule 5.

[3] Rate was received from the Federal Reserve, www.federalreserve.gov. and is the 30-year Treasury rate.

Shana Hargrove as POA for Kevin Welch v. Medstar Washington Hospital Center
Schedule 8
Present Value of Lost Household Services

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Scenario 3 | | | |
| Date | Age | Growth[1] | Household Production[2] | Personal Time[2] | Leisure Time[2] | Total Value of Services | Present Value Factor[3] | Present Value of Lost Household Services |
| 12/31/22 | 42.8 | | | | | | 4.5% | |
| 12/31/22 | 42.8 | | - | - | - | - | 1.00000 | - |
| 12/31/23 | 43.8 | 2.4% | - | - | - | - | 1.00000 | - |
| 12/31/24 | 44.8 | 2.4% | - | - | - | - | 0.97823 | - |
| 12/31/25 | 45.8 | 2.4% | - | - | - | - | 0.93611 | - |
| 12/31/26 | 46.8 | 2.4% | - | - | - | - | 0.89580 | - |
| 12/31/27 | 47.8 | 2.4% | - | - | - | - | 0.85722 | - |
| 12/31/28 | 48.8 | 2.4% | - | - | - | - | 0.82031 | - |
| 12/31/29 | 49.8 | 2.4% | - | - | - | - | 0.78498 | - |
| 12/31/30 | 50.8 | 2.4% | - | - | - | - | 0.75118 | - |
| 12/31/31 | 51.8 | 2.4% | - | - | - | - | 0.71883 | - |
| 12/31/32 | 52.8 | 2.4% | - | - | - | - | 0.68788 | - |
| 12/31/33 | 53.8 | 2.4% | - | - | - | - | 0.65826 | - |
| 12/31/34 | 54.8 | 2.4% | 13,442 | 4,888 | 85,216 | 103,546 | 0.62991 | 65,225 |
| 12/31/35 | 55.8 | 2.4% | 13,765 | 5,005 | 87,261 | 106,031 | 0.60279 | 63,914 |
| 12/31/36 | 56.8 | 2.4% | 14,095 | 5,125 | 89,355 | 108,575 | 0.57683 | 62,629 |
| 12/31/37 | 57.8 | 2.4% | 14,433 | 5,248 | 91,500 | 111,181 | 0.55199 | 61,371 |
| 12/31/38 | 58.8 | 2.4% | 14,779 | 5,374 | 93,696 | 113,849 | 0.52822 | 60,137 |
| 12/31/39 | 59.8 | 2.4% | 15,134 | 5,503 | 95,945 | 116,582 | 0.50547 | 58,929 |
| 12/31/40 | 60.8 | 2.4% | 15,497 | 5,635 | 98,248 | 119,380 | 0.48371 | 57,745 |
| 12/31/41 | 61.8 | 2.4% | 15,869 | 5,770 | 100,606 | 122,245 | 0.46288 | 56,585 |
| 12/31/42 | 62.8 | 2.4% | 16,250 | 5,908 | 103,021 | 125,179 | 0.44294 | 55,447 |
| 12/31/43 | 63.8 | 2.4% | 16,640 | 6,050 | 105,494 | 128,184 | 0.42387 | 54,333 |
| 12/31/44 | 64.8 | 2.4% | 17,039 | 6,195 | 108,026 | 131,260 | 0.40562 | 53,242 |
| 12/31/45 | 65.8 | 2.4% | 17,448 | 6,344 | 110,619 | 134,411 | 0.38815 | 52,172 |
| 12/31/46 | 66.8 | 2.4% | 17,867 | 6,496 | 113,274 | 137,637 | 0.37144 | 51,124 |
| 12/31/47 | 67.8 | 2.4% | 18,296 | 6,652 | 115,993 | 140,941 | 0.35544 | 50,096 |
| 12/31/48 | 68.8 | 2.4% | 18,735 | 6,812 | 118,777 | 144,324 | 0.34013 | 49,089 |
| 12/31/49 | 69.8 | 2.4% | 19,185 | 6,975 | 121,628 | 147,788 | 0.32549 | 48,104 |
| 12/31/50 | 70.8 | 2.4% | 19,645 | 7,142 | 124,547 | 151,334 | 0.31147 | 47,136 |
| 12/31/51 | 71.8 | 2.4% | 20,116 | 7,313 | 127,536 | 154,965 | 0.29806 | 46,189 |
| 12/31/52 | 72.8 | 2.4% | 20,599 | 7,489 | 130,597 | 158,685 | 0.28522 | 45,260 |
| 12/31/53 | 73.8 | 2.4% | 21,093 | 7,669 | 133,731 | 162,493 | 0.27294 | 44,351 |
| 12/31/54 | 74.8 | 2.4% | 21,599 | 7,853 | 136,941 | 166,393 | 0.26119 | 43,460 |
| 12/31/55 | 75.8 | 2.4% | 22,117 | 8,041 | 140,228 | 170,386 | 0.24994 | 42,586 |
| 12/31/56 | 76.8 | 2.4% | 22,648 | 8,234 | 143,593 | 174,475 | 0.23918 | 41,731 |
| 12/31/57 | 77.8 | 2.4% | 23,192 | 8,432 | 147,039 | 178,663 | 0.22888 | 40,892 |
| 2/22/58 | 77.9 | 2.4% | 3,444 | 1,252 | 21,832 | 26,528 | 0.21902 | 5,810 |
| **Totals** | | | | | | | | **1,257,557** |

**Notes:**

[1] Growth rates were obtained from the 2023 Annual Report of the Board of Trustees of the Federal Old-Age and Survivors Insurance and Federal Disability Insurance Trust Funds, Table V.B1. CPI.

[2] See Schedule 5.

[3] Rate was received from the Federal Reserve, www.federalreserve.gov. and is the 30-year Treasury rate.

Shana Hargrove as POA for Kevin Welch v. Medstar Washington Hospital Center
Schedule 9
Life Care Plan Costs

## Life Care Plan Costs[1]

| Category | Cost[2] | Number of Annual Occurrences | Number of Times In Remaining Life | Total Cost |
|---|---|---|---|---|
| **Physician Visits** | | | | |
| PM&R | 277 | 3.0 | 113.1 | 31,329 |
| Cardiac Surgeon | 277 | 1.0 | 37.7 | 10,443 |
| Primary Care-Ongoing Management | 185 | 1.0 | 37.7 | 6,975 |
| Neuropsychology Re-Evaluation | 5,100 | N/A | 5.0 | 25,500 |
| PT/OT/ST | 79 | 30.0 | 35.0 | 82,950 |
| | | | | |
| **Home Accessibility Allowance** | | | | |
| Home Improvements | 104,000 | N/A | 3.0 | 312,000 |

| Category | Hourly Rate | Hours / Day | Number of Years | Total Cost |
|---|---|---|---|---|
| **Impairment-Based Diagnosis** | | | | |
| Scenario 1: Mild Antalgic Gait  / Requires Assistance for Bathing and Dressing | 33.00 | 8.0 | 15.0 | 1,445,400 |
| Scenario 2:Moderate Gait Deficit / Requires Assistance for Most LE ADLs | 33.00 | 12.0 | 20.0 | 2,890,800 |
| Scenario 3: Moderate-Severe Gait Deficit Involving Both Gait and UE/LE ADLs | 33.00 | 24.0 | 25.0 | 3,613,500 |

**Notes:**
[1] Amounts were obtained from the Life Care Plan prepared by Dr. Richard S. Kaplan, MD, CLCP, dated March 26, 2024.
[2] Costs are in 2024 dollars.

Shana Hargrove as POA for Kevin Welch v. Medstar Washington Hospital Center
Schedule 10
Medical Costs (All) Increased By Growth Rates

| Date | Age | Growth (CPI)[1] | Growth[1] | PM&R | Cardiac Surgeon | Primary Care-Ongoing Management | Neuropsychology Re-Evaluation | PT/OT/ST | Home Improvements | Scenario 1: Mild Antalgic Gait / Requires Assistance for Bathing and Dressing | Scenario 2:Moderate Gait Deficit / Requires Assistance for Most LE ADLs | Scenario 3: Moderate-Severe Gait Deficit Involving Both Gait and UE/LE ADLs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base Cost-2024 Dollars (Annual)[2] | | | | 831 | 277 | 185 | 5,100 | 2,370 | 104,000 | 96,360 | 144,540 | 289,080 |
| 12/31/24 | 44.8 | 2.4% | 3.8% | 831 | 277 | 185 | 5,100 | 2,370 | 104,000 | 96,360 | 144,540 | 289,080 |
| 12/31/25 | 45.8 | 2.4% | 4.1% | 865 | 288 | 193 | 5,309 | 2,467 | 106,496 | 100,311 | 150,466 | 300,932 |
| 12/31/26 | 46.8 | 2.4% | 4.1% | 900 | 300 | 201 | 5,527 | 2,568 | 109,052 | 104,424 | 156,635 | 313,270 |
| 12/31/27 | 47.8 | 2.4% | 4.1% | 937 | 312 | 209 | 5,754 | 2,673 | 111,669 | 108,705 | 163,057 | 326,114 |
| 12/31/28 | 48.8 | 2.4% | 4.0% | 974 | 324 | 217 | 5,984 | 2,780 | 114,349 | 113,053 | 169,579 | 339,159 |
| 12/31/29 | 49.8 | 2.4% | 4.0% | 1,013 | 337 | 226 | 6,223 | 2,891 | 117,093 | 117,575 | 176,362 | 352,725 |
| 12/31/30 | 50.8 | 2.4% | 4.0% | 1,054 | 350 | 235 | 6,472 | 3,007 | 119,903 | 122,278 | 183,416 | 366,834 |
| 12/31/31 | 51.8 | 2.4% | 4.0% | 1,096 | 364 | 244 | 6,731 | 3,127 | 122,781 | 127,169 | 190,753 | 381,507 |
| 12/31/32 | 52.8 | 2.4% | 3.8% | 1,138 | 378 | 253 | 6,987 | 3,246 | 125,728 | 132,001 | 198,002 | 396,004 |
| 12/31/33 | 53.8 | 2.4% | 3.6% | 1,179 | 392 | 262 | 7,239 | 3,363 | 128,745 | 136,753 | 205,130 | 410,260 |
| 12/31/34 | 54.8 | 2.4% | 3.6% | 1,221 | 406 | 271 | 7,500 | 3,484 | 131,835 | 141,676 | 212,515 | 425,029 |
| 12/31/35 | 55.8 | 2.4% | 3.6% | 1,265 | 421 | 281 | 7,770 | 3,609 | 134,999 | 146,776 | 220,166 | 440,330 |
| 12/31/36 | 56.8 | 2.4% | 3.6% | 1,311 | 436 | 291 | 8,050 | 3,739 | 138,239 | 152,060 | 228,092 | 456,182 |
| 12/31/37 | 57.8 | 2.4% | 3.6% | 1,358 | 452 | 301 | 8,340 | 3,874 | 141,557 | 157,534 | 236,303 | 472,605 |
| 12/31/38 | 58.8 | 2.4% | 3.6% | 1,407 | 468 | 312 | 8,640 | 4,013 | 144,954 | 163,205 | 244,810 | 489,619 |
| 12/31/39 | 59.8 | 2.4% | 3.6% | 1,458 | 485 | 323 | 8,951 | 4,157 | 148,433 | 169,080 | 253,623 | 507,245 |
| 12/31/40 | 60.8 | 2.4% | 3.6% | 1,510 | 502 | 335 | 9,273 | 4,307 | 151,995 | 175,167 | 262,753 | 525,506 |
| 12/31/41 | 61.8 | 2.4% | 3.6% | 1,564 | 520 | 347 | 9,607 | 4,462 | 155,643 | 181,473 | 272,212 | 544,424 |
| 12/31/42 | 62.8 | 2.4% | 3.6% | 1,620 | 539 | 359 | 9,953 | 4,623 | 159,378 | 188,006 | 282,012 | 564,023 |
| 12/31/43 | 63.8 | 2.4% | 3.6% | 1,678 | 558 | 372 | 10,311 | 4,789 | 163,203 | 194,774 | 292,164 | 584,328 |
| 12/31/44 | 64.8 | 2.4% | 2.4% | 1,718 | 571 | 381 | 10,558 | 4,904 | 167,120 | 199,449 | 299,176 | 598,352 |
| 12/31/45 | 65.8 | 2.4% | 2.4% | 1,759 | 585 | 390 | 10,811 | 5,022 | 171,131 | 204,236 | 306,356 | 612,712 |
| 12/31/46 | 66.8 | 2.4% | 2.4% | 1,801 | 599 | 399 | 11,070 | 5,143 | 175,238 | 209,138 | 313,709 | 627,417 |
| 12/31/47 | 67.8 | 2.4% | 2.4% | 1,844 | 613 | 409 | 11,336 | 5,266 | 179,444 | 214,157 | 321,238 | 642,475 |
| 12/31/48 | 68.8 | 2.4% | 2.4% | 1,888 | 628 | 419 | 11,608 | 5,392 | 183,751 | 219,297 | 328,948 | 657,894 |
| 12/31/49 | 69.8 | 2.4% | 2.4% | 1,933 | 643 | 429 | 11,887 | 5,521 | 188,161 | 224,560 | 336,843 | 673,683 |
| 12/31/50 | 70.8 | 2.4% | 2.4% | 1,979 | 658 | 439 | 12,172 | 5,654 | 192,677 | 229,949 | 344,927 | 689,851 |
| 12/31/51 | 71.8 | 2.4% | 2.4% | 2,026 | 674 | 450 | 12,464 | 5,790 | 197,301 | 235,468 | 353,205 | 706,407 |
| 12/31/52 | 72.8 | 2.4% | 2.4% | 2,075 | 690 | 461 | 12,763 | 5,929 | 202,036 | 241,119 | 361,682 | 723,361 |
| 12/31/53 | 73.8 | 2.4% | 2.4% | 2,125 | 707 | 472 | 13,069 | 6,071 | 206,885 | 246,906 | 370,362 | 740,722 |
| 12/31/54 | 74.8 | 2.4% | 2.4% | 2,176 | 724 | 483 | 13,383 | 6,217 | 211,850 | 252,832 | 379,251 | 758,499 |
| 12/31/55 | 75.8 | 2.4% | 2.4% | 2,228 | 741 | 495 | 13,704 | 6,366 | 216,934 | 258,900 | 388,353 | 776,703 |
| 12/31/56 | 76.8 | 2.4% | 2.4% | 2,281 | 759 | 507 | 14,033 | 6,519 | 222,140 | 265,114 | 397,673 | 795,344 |
| 12/31/57 | 77.8 | 2.4% | 2.4% | 2,336 | 777 | 519 | 14,370 | 6,675 | 227,471 | 271,477 | 407,217 | 814,432 |
| 2/22/58 | 77.9 | 2.4% | 2.4% | 347 | 115 | 77 | 2,134 | 991 | 33,775 | 40,309 | 60,464 | 120,927 |

**Totals**

Notes:

[1] Growth rates were obtained from the 2023 Annual Report of the Board of Trustees of the Fedral Old-Age and Survivors Insurnace and Survivors Insurance and Federal Disability Insurance Trust Funds, Table V.B1.

[2] See Schedule 11.

Shana Hargrove as POA for Kevin Welch v. Medstar Washington Hospital Center
Schedule 11
Present Value of Medical Costs (Physician Visits, Physical Therapy, Home Accessibilty)

| Date | Age | PM&R [2] | Cardiac Surgeon [2] | Primary Care-Ongoing Management [2] | Neuropsychology Re-Evaluation [2] | PT/OT/ST [2] | Home Improvements [2] | Annual Totals | Present Value Factor[1] | Present Value |
|---|---|---|---|---|---|---|---|---|---|---|
| **Annual Base Cost-2024 Dollars[3]** | | **831** | **277** | **185** | **5,100** | **2,370** | **104,000** | **-** | **4.5%** | |
| 12/31/24 | 44.8 | 831 | 277 | 185 | - | 2,370 | - | 3,663 | 0.97823 | 3,583 |
| 12/31/25 | 45.8 | 865 | 288 | 193 | - | 2,467 | - | 3,813 | 0.93611 | 3,569 |
| 12/31/26 | 46.8 | 900 | 300 | 201 | - | 2,568 | - | 3,969 | 0.89580 | 3,555 |
| 12/31/27 | 47.8 | 937 | 312 | 209 | - | 2,673 | - | 4,131 | 0.85722 | 3,541 |
| 12/31/28 | 48.8 | 974 | 324 | 217 | - | 2,780 | - | 4,295 | 0.82031 | 3,523 |
| 12/31/29 | 49.8 | 1,013 | 337 | 226 | 6,223 | 2,891 | 117,093 | 127,783 | 0.78498 | 100,307 |
| 12/31/30 | 50.8 | 1,054 | 350 | 235 | - | 3,007 | - | 4,646 | 0.75118 | 3,490 |
| 12/31/31 | 51.8 | 1,096 | 364 | 244 | - | 3,127 | - | 4,831 | 0.71883 | 3,473 |
| 12/31/32 | 52.8 | 1,138 | 378 | 253 | - | 3,246 | - | 5,015 | 0.68788 | 3,450 |
| 12/31/33 | 53.8 | 1,179 | 392 | 262 | - | 3,363 | - | 5,196 | 0.65826 | 3,420 |
| 12/31/34 | 54.8 | 1,221 | 406 | 271 | - | 3,484 | - | 5,382 | 0.62991 | 3,390 |
| 12/31/35 | 55.8 | 1,265 | 421 | 281 | - | 3,609 | - | 5,576 | 0.60279 | 3,361 |
| 12/31/36 | 56.8 | 1,311 | 436 | 291 | 8,050 | 3,739 | - | 13,827 | 0.57683 | 7,976 |
| 12/31/37 | 57.8 | 1,358 | 452 | 301 | - | 3,874 | - | 5,985 | 0.55199 | 3,304 |
| 12/31/38 | 58.8 | 1,407 | 468 | 312 | - | 4,013 | - | 6,200 | 0.52822 | 3,275 |
| 12/31/39 | 59.8 | 1,458 | 485 | 323 | - | 4,157 | 148,433 | 154,856 | 0.50547 | 78,275 |
| 12/31/40 | 60.8 | 1,510 | 502 | 335 | - | 4,307 | - | 6,654 | 0.48371 | 3,219 |
| 12/31/41 | 61.8 | 1,564 | 520 | 347 | - | 4,462 | - | 6,893 | 0.46288 | 3,191 |
| 12/31/42 | 62.8 | 1,620 | 539 | 359 | - | 4,623 | - | 7,141 | 0.44294 | 3,163 |
| 12/31/43 | 63.8 | 1,678 | 558 | 372 | 10,311 | 4,789 | - | 17,708 | 0.42387 | 7,506 |
| 12/31/44 | 64.8 | 1,718 | 571 | 381 | - | 4,904 | - | 7,574 | 0.40562 | 3,072 |
| 12/31/45 | 65.8 | 1,759 | 585 | 390 | - | 5,022 | - | 7,756 | 0.38815 | 3,010 |
| 12/31/46 | 66.8 | 1,801 | 599 | 399 | - | 5,143 | - | 7,942 | 0.37144 | 2,950 |
| 12/31/47 | 67.8 | 1,844 | 613 | 409 | - | 5,266 | - | 8,132 | 0.35544 | 2,890 |
| 12/31/48 | 68.8 | 1,888 | 628 | 419 | - | 5,392 | - | 8,327 | 0.34013 | 2,832 |
| 12/31/49 | 69.8 | 1,933 | 643 | 429 | - | 5,521 | 188,161 | 196,687 | 0.32549 | 64,020 |
| 12/31/50 | 70.8 | 1,979 | 658 | 439 | 12,172 | 5,654 | - | 20,902 | 0.31147 | 6,510 |
| 12/31/51 | 71.8 | 2,026 | 674 | 450 | - | 5,790 | - | 8,940 | 0.29806 | 2,665 |
| 12/31/52 | 72.8 | 2,075 | 690 | 461 | - | 5,929 | - | 9,155 | 0.28522 | 2,611 |
| 12/31/53 | 73.8 | 2,125 | 707 | 472 | - | 6,071 | - | 9,375 | 0.27294 | 2,559 |
| 12/31/54 | 74.8 | 2,176 | 724 | 483 | - | 6,217 | - | 9,600 | 0.26119 | 2,507 |
| 12/31/55 | 75.8 | 2,228 | 741 | 495 | - | 6,366 | - | 9,830 | 0.24994 | 2,457 |
| 12/31/56 | 76.8 | 2,281 | 759 | 507 | - | 6,519 | - | 10,066 | 0.23918 | 2,408 |
| 12/31/57 | 77.8 | 2,336 | 777 | 519 | 14,370 | 6,675 | - | 24,677 | 0.22888 | 5,648 |
| 2/22/58 | 77.9 | 347 | 115 | 77 | - | 991 | - | 1,530 | 0.21902 | 335 |
| **Totals** | | | | | | | | | | **355,045** |

**Notes:**

[1] Rate was received from the Federal Reserve, www.federalreserve.gov and is the 30-year Treasury rate.

[2] See Schedule 11.

[3] See Schedule 12.

Shana Hargrove as POA for Kevin Welch v. Medstar Washington Hospital Center
Schedule 12
Present Value of Medical Costs (Impairment Based Diagnosis)

| Date | Age | Scenario 3: Mild Antalgic Gait / Requires Assistance for Bathing and Dressing [2] | Scenario 1: Moderate Gait Deficit / Requires Assistance for Most LE ADLs [2] | Scenario 2: Moderate-Severe Gait Deficit Involving Both Gait and UE/LE ADLs [2] | Present Value Factor[1] | Scenario 1: Present Value Mild Antalgic Gait / Requires Assistance for Bathing and Dressing | Scenario 2: Present Value Moderate Gait Deficit / Requires Assistance for Most LE ADLs | Scenario 3: Present Value Moderate-Severe Gait Deficit Involving Both Gait and UE/LE ADLs |
|---|---|---|---|---|---|---|---|---|
| Annual Base Cost-2024 Dollars[3] | | 96,360 | 144,540 | 289,080 | 4.5% | | | |
| 12/31/24 | 44.8 | - | - | - | 0.97823 | - | - | - |
| 12/31/25 | 45.8 | - | - | - | 0.93611 | - | - | - |
| 12/31/26 | 46.8 | - | - | - | 0.89580 | - | - | - |
| 12/31/27 | 47.8 | - | - | - | 0.85722 | - | - | - |
| 12/31/28 | 48.8 | - | - | - | 0.82031 | - | - | - |
| 12/31/29 | 49.8 | - | - | - | 0.78498 | - | - | - |
| 12/31/30 | 50.8 | - | - | - | 0.75118 | - | - | - |
| 12/31/31 | 51.8 | - | - | - | 0.71883 | - | - | - |
| 12/31/32 | 52.8 | - | - | - | 0.68788 | - | - | - |
| 12/31/33 | 53.8 | - | - | - | 0.65826 | - | - | - |
| 12/31/34 | 54.8 | - | - | 425,029 | 0.62991 | - | - | 267,730 |
| 12/31/35 | 55.8 | - | - | 440,330 | 0.60279 | - | - | 265,427 |
| 12/31/36 | 56.8 | - | - | 456,182 | 0.57683 | - | - | 263,139 |
| 12/31/37 | 57.8 | - | - | 472,605 | 0.55199 | - | - | 260,873 |
| 12/31/38 | 58.8 | - | 244,810 | 489,619 | 0.52822 | - | 129,314 | 258,627 |
| 12/31/39 | 59.8 | - | 253,623 | 507,245 | 0.50547 | - | 128,199 | 256,397 |
| 12/31/40 | 60.8 | - | 262,753 | 525,506 | 0.48371 | - | 127,096 | 254,193 |
| 12/31/41 | 61.8 | - | 272,212 | 544,424 | 0.46288 | - | 126,001 | 252,003 |
| 12/31/42 | 62.8 | - | 282,012 | 564,023 | 0.44294 | - | 124,914 | 249,828 |
| 12/31/43 | 63.8 | 194,774 | 292,164 | 584,328 | 0.42387 | 82,559 | 123,840 | 247,679 |
| 12/31/44 | 64.8 | 199,449 | 299,176 | 598,352 | 0.40562 | 80,901 | 121,352 | 242,704 |
| 12/31/45 | 65.8 | 204,236 | 306,356 | 612,712 | 0.38815 | 79,274 | 118,912 | 237,824 |
| 12/31/46 | 66.8 | 209,138 | 313,709 | 627,417 | 0.37144 | 77,682 | 116,524 | 233,048 |
| 12/31/47 | 67.8 | 214,157 | 321,238 | 642,475 | 0.35544 | 76,120 | 114,181 | 228,361 |
| 12/31/48 | 68.8 | 219,297 | 328,948 | 657,894 | 0.34013 | 74,589 | 111,885 | 223,769 |
| 12/31/49 | 69.8 | 224,560 | 336,843 | 673,683 | 0.32549 | 73,092 | 109,639 | 219,277 |
| 12/31/50 | 70.8 | 229,949 | 344,927 | 689,851 | 0.31147 | 71,622 | 107,434 | 214,868 |
| 12/31/51 | 71.8 | 235,468 | 353,205 | 706,407 | 0.29806 | 70,184 | 105,276 | 210,552 |
| 12/31/52 | 72.8 | 241,119 | 361,682 | 723,361 | 0.28522 | 68,772 | 103,159 | 206,317 |
| 12/31/53 | 73.8 | 246,906 | 370,362 | 740,722 | 0.27294 | 67,391 | 101,087 | 202,173 |
| 12/31/54 | 74.8 | 252,832 | 379,251 | 758,499 | 0.26119 | 66,037 | 99,057 | 198,112 |
| 12/31/55 | 75.8 | 258,900 | 388,353 | 776,703 | 0.24994 | 64,709 | 97,065 | 194,129 |
| 12/31/56 | 76.8 | 265,114 | 397,673 | 795,344 | 0.23918 | 63,410 | 95,115 | 190,230 |
| 12/31/57 | 77.8 | 271,477 | 407,217 | 814,432 | 0.22888 | 62,136 | 93,204 | 186,407 |
| 2/22/58 | 77.9 | 40,309 | 60,464 | 120,927 | 0.21902 | 8,828 | 13,243 | 26,485 |
| Totals | | | | | | 1,087,306 | 2,266,497 | 5,590,152 |

**Notes:**
[1] Rate was received from the Federal Reserve, www.federalreserve.gov and is the 30-year Treasury rate.
[2] See Schedule 11.
[3] See Schedule 12.

Valuation
Advisors
And
Expert
Witnesses



www.paradigmforensics.com