IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
Civil Division

SHANA HARGROVE                              *
AS POWER OF ATTORNEY
FOR KEVIN WELCH,                            *    Civil Action No.:  1:23-cv-3381 (RJL)

    Plaintiff,                              *

v.                                          *

MEDSTAR WASHINGTON HOSPITAL                 *
CENTER, *ET AL.*,
                                            *
    Defendants.
                                            *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER**

Upon consideration of Defendants' Motion to Exclude Testimony of Plaintiff's Proposed Expert Ahmad Elakil Regarding Proximate Causation and Damages, the Opposition thereto, the applicable law and the record in this case, it is this _____ day of _____, 2024, hereby

    **ORDERED,** that Defendants' Motion to Exclude, is **GRANTED**; and it is further

    **ORDERED** that the testimony of Ahmad Elakil on proximate causation and damages is **EXCLUDED.**

                                _____
                                Honorable Richard J. Leon
                                Judge, United States District Court for the District
                                of Columbia

cc:  All counsel of record