# EXHIBIT A

**DEFENDANTS' MOTION EXHIBIT A PAGE 1**

WELCH, KEVIN

3/14/1980
* Consent Forms - Auth (Verified)



## MedStar Washington Hospital Center

**CON 0553 Repair Aortic Dissection (Type 1)**



WELCH, KEVIN
ADM: 06/14/2022 13:39    EE#:046596572
PT:51030872              A/S: 42/M

I hereby authorize Dr(s) *(the primary surgeon(s) or practitioner(s)* __Alassar__ _____ *and whomever he/she may designate as his/her assistant(s))* to perform upon __Kevin Welch__ _____ *(patient name)* the following surgical, medical or diagnostic procedure(s): Repair Aortic Dissection (Type 1)

I also authorize the administration of anesthetics by or under the direction of the physician that has been trained to perform the required local anesthetic or moderate or deep sedation.

1. **The nature of the condition that led to the need for the procedure/test is:** due to the tear of the wall/ lining of the aorta

2. **The likely result without this procedure/test is:** sudden death, increased shortness of breath or increased pain

3. **Brief summary of procedure/test:** Replace the torn aorta wall with a man-made graft. Possible: Intraoperative Transesophageal Echocardiogram (TEE) under general anesthesia performed by an anesthesiologist or cardiologist.

4. **Reasonable risks (but not limited to) of the procedure/test:**

   - Bleeding, which could require a blood transfusion and/ or return to the OR
   - Infection
   - Stroke
   - Heart attack
   - Congestive heart failure
   - Return to OR to remove a temporary device or sternal chest closure
   - Return to OR to remove fluid around the heart and or lung(s)
   - Kidney failure
   - Allergic reaction
   - Death

5. **Potential benefits of the procedure/test are:**

   - Improve blood flow to the heart
   - Improve shortness of breath

6. **Potential alternatives to the procedure/test are:** 1) no treatment

7. My physician, the responsible physician, will be present for all critical parts of the procedure, even in the event of overlapping procedures [See page 2 if applicable] although other medical professionals may perform some non-critical aspects of the procedure as my responsible physician deems appropriate. I understand that MedStar is a teaching organization. This means that resident doctors, doctors in medical fellowship (fellows) and students in medical, nursing and related health care professions receive training here, and may take part in my procedure, under the oversight and supervision of the responsible physician.

8. My physician has advised me about reasonable treatment alternatives and their potential complications, the expected course of recuperation and risks that may occur during recuperation, and the possible consequences of refusing treatment.

F 2424-Rev February 2019        CON 0553 Created: 11/16/2015 / Revised: 2/25/2019



Page 1 of 2

**MedStar Washington Hospital Center- 000037**

**DEFENDANTS' MOTION EXHIBIT A PAGE 2**

WELCH, KEVIN

3/14/1980                                      * Consent Forms - Auth (Verified) *



# MedStar Washington Hospital Center



WELCH, KEVIN
ADM: 06/14/2022 13:39        EE#:046596672
PT:51030872                  A/S: 42/M

**CON 0553 Repair Aortic Dissection (Type 1)**

## Additional Information for Patients Undergoing Overlapping Procedures

**What is an Overlapping Procedure?**
An overlapping procedure is the practice of the surgical team preparing one patient for a procedure in one room while at the same time other team members finish another patient's procedure in a separate room. National studies have found no difference in complications from procedures where overlapping occurs. There are very strict rules that apply during an overlapping procedure. The responsible physician must complete the key portions of any overlapping procedure.

**What to Expect for Your Surgery or Procedure**
Your care team is led by your "Responsible Physician". This is the surgeon responsible for your procedure. Your Responsible physician:

* Will be in the procedure room for the critical portions of your procedure.
* Might not be in the room with your care team for noncritical portions of your procedure.
* Will be immediately available to return to the room and assist your care team if needed.
* Will ensure the team members performing the noncritical portions are qualified and capable of performing their part.
* May begin to be involved in the care of another patient before and after the critical portions of your procedure are completed. In this situation, another physician is identified in advance to assist the care team-in the rare circumstance in which help is needed.
* Will not perform critical portions of a procedure on another patient in another room at the same time as critical portions of your procedure are being completed, except in the case of an emergent or life threatening situation with another patient.

## Patient's Consent
I voluntarily give authorization and consent for the procedure/test as described above, unless otherwise indicated; to be performed by my physician or other qualified health professionals. I have had an opportunity to ask questions of my physician and have had my questions answered to my satisfaction.

X _____       6/14/22   13:45    _____
Signature of Patient or Designee/Substitute        Date    Time        Designee/Substitute Relationship

_____       6/14/22   13:45
Signature of Witness                     Date    Time

## Treating Practitioner's Statement
I or my designee *(print name of designee)* _____ have explained to the patient and/or other decision-makers the nature of the procedure/test, benefits, alternatives, risks, and likely result without this procedure/test. Answers to questions have been provided.

If applicable, the above information has been communicated through a qualified interpreter.

☐ In-person   ☐ Phone   ☐ Video   _____
                                    Interpreter Name or ID#                  Date        Time

_____                                          6/14/22      13:45
Signature of Treating Practitioner                                          Date         Time

Print Name: _____ Aiman Alossan _____

F 2424-Rev February 2019               CON 0553 Created: 11/16/2015 / Revised: 2/25/2019

Page 2 of 2

DEFENDANTS' MOTION EXHIBIT A PAGE 3

## MedStar Washington Hospital Center

**Patient:**    **WELCH, KEVIN**
Med Rec #: ███████████
Account #: ███████████
Date of Birth: ███████  Age: 42 years    Sex: Male
Location:    WHC 3NE

Admit/Discharge:  6/14/2022       / 7/8/2022
Admitting Doctor:  Alassar,MD PhD,Aiman
Ordering Doctor:   n/a

---

| *Consultation Notes* |
|---|

okay to add the ARB as discussed with Dr Hockstein with monitoring of his GFR.

Thank you for the consult.

I have discussed and explained to the patient.
Discussed with primary team.

I have reviewed lab results independently.
I have reviewed radiological studies independently.
I have reviewed old records/lab data.

Aroti Hegde, M.D.
Nephrology
Pager 202 801 7184

H 11.24 ---------- L 142
/ L 26.0 \

Magnesium Lvl: 2.2 mg/dL (06/24/22 03:35:00)
Phosphorus Lvl: 4.6 mg/dL (06/24/22 03:35:00)
Calcium Lvl: 8.6 mg/dL Low (06/24/22 03:35:00)

**Last 7 Creatinine Results**
Creatinine:2.64 mg/dL  HI (06/24/22 03:35)
Creatinine:2.47 mg/dL  HI (06/23/22 14:36)
Creatinine:2.72 mg/dL  HI (06/23/22 03:19)
Creatinine:2.76 mg/dL  HI (06/23/22 00:19)
Creatinine:2.65 mg/dL  HI (06/22/22 18:22)
Creatinine:2.57 mg/dL  HI (06/22/22 11:09)
Creatinine:2.58 mg/dL  HI (06/22/22 05:06)

*Electronically signed by:*

---
*Hegde, MD, Aroti on: 06.24.2022 14:53 EDT*

---

DOCUMENT NAME:
PERFORM INFORMATION:
RESULT STATUS:
SERVICE DATE/TIME:
SIGN INFORMATION:

Neurology Consultation
Cai,MD,Robert (6/17/2022 14:11 EDT)
Auth (Verified)
6/17/2022 13:09 EDT
Lin,MD,Mark (6/17/2022 18:41 EDT); Cai,MD,Robert (6/17/2022 15:23 EDT)

**Chief Complaint**
Aortic dissection

**Reason for Consultation**
BLE weakness (LLE weaker than RLE)

**Consulting Attending Physician**
Dr. Lin

**Requesting Practitioner**
Miller, PA-C, Jacob S.

**History of Present Illness**
42 yo M PMH mildly symptomatic COVID19 (5/2022), resolved childhood asthma, who initially presented to OSH (SoMD) on 6/14 for chest discomfort, found to have type A

**Problem List/Past Medical History**
Ongoing
  At risk for falls
  At risk of venous thromboembolus
  Difficult airway for intubation
  Obesity
Historical
  No qualifying data

**Procedure/Surgical History**
  • Repair

---

Print Date/Time:     3/9/2023 07:40 EST
Report Request ID:   476286355

**DEFENDANTS' MOTION EXHIBIT A PAGE 4**

## MedStar Washington Hospital Center

**Patient:**  **WELCH, KEVIN**
Med Rec #:  ███████████
Account #:  ███████████

Date of Birth: ███████████ Age: 42 years  Sex: Male
Location:  WHC 3NE

Admit/Discharge:  6/14/2022      / 7/8/2022
Admitting Doctor:  Alassar,MD PhD,Aiman
Ordering Doctor:  n/a

---

### Consultation Notes

aortic hematoma/ dissection on imaging, then transferred to MWHC for emergent repair requiring intubation and sedation on 6/14. Patient underwent extubation on 6/15, and has weaned off sedation as of 6/17 ~noon. Neuro c/s'd on 6/17 for newly seen BLE weakness (LLE weaker than RLE; LKN sometime in afternoon on 6/16).

History is per primary team, chart review, given that patient is too altered to provide history. At baseline, patient is AOx4, normally conversant, independently able to walk, independent w/ ADLs. Of note, patient has history of non radiating midsternal chest discomfort that feels like cramp that occurs occasionally after strenuous activity w/ no other associated sx. Patient had recent trip w/ friends to Atlanta, then drove back home on 6/13am. Patient had been sleep deprived during this time, so he drank multiple energy drinks (espresso shot, Pepsi, 5 hour energy drink) to stay awake. When patient arrived home on 6/13, while running upstairs to get ready for work, he felt sudden onset substernal chest pain that felt like cramp that progressed to squeezing severe chest and back pain w/ associated palpitations and diaphoresis and L calf tingling. For above sx, patient called EMS who gave patient ASA 324mg PO x1, then transported patient to OSH (SoMD). At SoMD, they performed U/S LLE that was negative for DVT, and CT chest PE protocol that showed type A aortic hematoma/ dissection, for which patient transferred to MWHC for emergent repair w/ Dr. Alassar.

At MWHC, initial vitals were notable for SBP 160s for which primary team started esmolol gtt, nicardipine gtt, labetalol gtt. Otherwise initial vitals were stable. Subsequent vitals were stable (recent SBP 120s-140s on nicardipine gtt only). Labs notable for elevated troponin up to 32K then down trended, INR 1.5, TSH WNL, Na 152, Cr 2.46 (unknown baseline but no known CKD), AST 200s, ALT 300s, WBC 10 (down from 18), Hgb 7.0 (baseline 13), Plt 84 (baseline ?120s), COVID19 negative, hepatitis panel all negative, A1c 4.3. Diagnostics notable as above, and 6/14 intraoperative TEE LVEF 50-55% and unremarkable. Initially upon arrival, patient had mild chest pain that was treated w/ fentanyl IV. Patient underwent aortic hematoma/ dissection repair on 6/14 requiring intubation and sedation for procedure. As above, patient underwent extubation on 6/15, and has weaned off sedation (dexmedetomidine, ketamine) as of 6/17 ~noon. LKN was sometime in afternoon on 6/16, when primary team last saw patient moving all extremities. Then on 6/17am, nurse documented newly seen LLE weakness.

Location: BLE (LLE worse than RLE)
Quality: Weakness
Severity: Severe
Duration: LKN sometime in afternoon on 6/16
Timing: constant
Context: as above
Modifying factors: as above
Associated signs/ symptoms: as above

Histories:
PMH: as above
Meds: no known

**Medications**

Inpatient
  albuterol 2.5 mg/3 mL (0.083%) NEB, 2.5
    mg= 3 mL, Neb, q2h, PRN
  aspirin, 81 mg= 1 tab, PO, Daily
  bisacodyl, 10 mg= 1 supp, PR, Daily
  docusate-senna 50 mg-8.6 mg oral tablet,
    2 tab, PO, 2x/day
  esmolol, 51.1 mg= 5.11 mL, 0.5 mg/kg, IV
    Push, One Time
  FLUSH BAG: Sodium Chloride 0.9% 250
    mL, 250 mL, IVPB
  heparin (for subcutaneous injection), 5000
    units= 1 mL, Subcut, q8h
  hydrALAZINE, 10 mg= 0.5 mL, IV Push,
    q2h, PRN
  lidocaine 5% topical film/patch, 1 patch,
    TransDERMAL, Daily
  lidocaine patch removal, 1 ea, TOP, Nightly
  niCARdipine additive 50 mg [3 mg/hr] +
    Sodium Chloride 0.9% 250 mL
  Normal Saline Flush, 5 mL, IV Push, As
    Indicated, PRN
  ondansetron IV, 4 mg= 2 mL, IV Push,
    q8h, PRN
  Tylenol, 1000 mg= 2 tab, PO, q8h, PRN
  vancomycin - Pharmacy to Manage, 1 ea,
    Misc, Daily
  Zosyn
Home
  No active home medications

**Allergies**
No Known Medication Allergies

**Social History**
  Smoking Status
    Unknown if ever smoked
Alcohol
  Use: Denies.
Home/Environment
  Marital Status: Single. Lives with cousin-
  Marvin Holland. Living situation:
  Home/Independent. Home Equipment:
  None.
Substance Use
  Use: Denies.

---

Print Date/Time:  3/9/2023 07:40 EST
Report Request ID:  476286355

## MedStar Washington Hospital Center

**Patient:**    <u>WELCH, KEVIN</u>
Med Rec #:    ███████
Account #:    ███████
Date of Birth:    ███████    Age: 42 years    Sex: Male
Location:    WHC 3NE

Admit/Discharge:    6/14/2022    / 7/8/2022
Admitting Doctor:    Alassar,MD PhD,Aiman
Ordering Doctor:    n/a

---

## *Consultation Notes*

PSH: type A aortic hematoma/ dissection repair (6/14/2022)
FH:
**Grandfather-Maternal:** Heart disease
SH: alcohol no, smoking no, illicit drug no, work martial arts instructor, lives at home
Allergies: no known

### Review of Systems
UTA d/t mental status.

### Physical Exam

Vitals & Measurements
**T:** 37.8 °C (Oral)  **TMIN:** 37.3 °C (Oral)  **TMAX:** 38.2 °C (Oral)  **HR:** 92(Monitored)
**RR:** 30  **BP:** 135/64  **BP:** 144/58(Line)  **BP:** 145/73(A-Line 2)  **SpO2:** 93%
Oxygen Delivery Device: Heated high flow nasal cannula (06/17/22 12:00:00)
FIO2: 60 % (06/17/22 12:00:00)
Oxygen Flow Rate: 60 L/min (06/17/22 12:00:00)

Pain Assessment
Primary:    Non-Verbal Pain Scale: Score: 0 (06/17/22 12:00:00)
Pain Present: No actual or suspected pain (06/17/22 12:00:00)

**General Exam**
**General Appearance**: Well developed, in no acute distress.
**Eyes**: Anicteric, no inflammation, see cranial nerves exam below.
**Ears, nose, mouth, throat**: No vesicular lesions or rash in the ears, nose, or lips, see cranial nerves exam below.
**Lungs:** No increased work of breathing, symmetric chest rise, no wheezes.
**Cardiovascular**: Regular rate, all extremities warm and well perfused. UTA carotid bruit d/t acute setting.
**Abdomen**: Soft, non distended.
**Musculoskeletal**: No joint tenderness, no knee swelling, see motor and gait examinations below.
**Skin**: No rash or palpable lesions in face, hands, and feet.
**Psychiatry**: No evident depression or agitation, see mental status exam below.

**Neurological Exam**
**Mental Status**: Opens eyes to light touch. Oriented x1 (self). Not oriented to place, time, US president. Registers 3/3 words with 0/3 recall at 5 minutes, 0/3 recall at 5 minutes. Able to spell MONEY forward. Unable to spell MONEY backward. Unable to calculate $1.00.
**Language and Speech**: Able to follow 1 step appendicular commands (thumbs up to command). Partially able to repeat phrases. Unable to name objects. (+) Dysarthria.
**Cranial Nerves**:
    **II, III**: Pupils 3->2mm OD, 3->2mm OS, no RAPD, blinked to threat b/l (UTA visual fields d/t encephalopathy). UTA fundus exam d/t acute setting and environmental brightness.
    **III, IV, VI**: Extraocular movements intact, no nystagmus, no ptosis.

Tobacco/Nicotine
  Use: Denies.

**Family History**
**Grandfather-Maternal:** Heart disease

**Immunizations**
Noncontributory.

**Lab Results**
**CBC**
WBC: 10.81 k/uL High (06/17/22 03:09:00)
Hgb: 7 gm/dL Low (06/17/22 03:09:00)
Hct: 21.1 % Low (06/17/22 03:09:00)
Platelet: 84 k/uL Low (06/17/22 03:09:00)

**BMP**
Sodium Lvl: 152 mmol/L High (06/17/22 03:09:00)
Potassium Lvl: 4 mmol/L (06/17/22 03:09:00)
Chloride: 117 mmol/L High (06/17/22 03:09:00)
CO2: 30 mmol/L (06/17/22 03:09:00)
BUN: 39 mg/dL High (06/17/22 03:09:00)
Creatinine: 2.46 mg/dL High (06/17/22 03:09:00)
Glucose Lvl Random: 130 mg/dL (06/17/22 03:09:00)

**Electrolytes**
Magnesium Lvl: 2.6 mg/dL (06/17/22 03:09:00)
Phosphorus Lvl: 2.3 mg/dL Low (06/17/22 03:09:00)
Calcium Lvl: 8.3 mg/dL Low (06/17/22 03:09:00)

**LFTs (latest in last 72H):**
06/17/2022 03:09
    **Total Protein:** 5.2 gm/dL LOW
    **Albumin Lvl:** 3.2 gm/dL
    **AST:** 213 units/L HI
    **ALT:** 383 units/L HI
    **Bili Total:** 1.0 mg/dL
06/16/2022 10:53
    **Bili Direct:** 0.77 mg/dL HI
06/17/2022 03:09
    **Alk Phos:** 40 units/L LOW

---

Print Date/Time:    3/9/2023 07:40 EST
Report Request ID:    476286355

**DEFENDANTS' MOTION EXHIBIT A PAGE 6**

## MedStar Washington Hospital Center

**Patient:**    **WELCH, KEVIN**

| | | | | |
|---|---|---|---|---|
| Med Rec #: | | | Admit/Discharge: | 6/14/2022    / 7/8/2022 |
| Account #: | | | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth: | Age: 42 years | Sex: Male | Ordering Doctor: | n/a |
| Location: | WHC 3NE | | | |

---

### *Consultation Notes*

**V**: Corneal reflexes present OD and OS. UTA sensation to fine touch d/t encephalopathy.
  **VII**: Symmetrical face and expression. No weakness noted.
  **VIII**: Hearing intact to finger rub bilaterally.
  **IX, X:** Palate elevates symmetrically.
  **XI**: 5/5 shoulder shrug bilaterally.
  **XII**: Tongue is midline with symmetric movement. No atrophy or fasciculations.
**Motor**: Normal bulk in BUE and BLE. Normal tone in BUE and BLE. No pronator drift. No extraneous movements or fasciculations. At least 4+/5 in BUE but encephalopathy limits segmental muscle group testing. At least spontaneously 2/5 in RLE. 0/5 w/ WD in LLE.
**Sensation**: Grimaces to pain in BUE and BLE.
**Coordination**: No gross dysmetria or tremor. UTA finger to nose or heel to shin d/t encephalopathy.
**Reflexes**:

| DTR | Biceps | Brachioradialis | Triceps | Patellar | Achilles | Plantar |
|---|---|---|---|---|---|---|
| Right | 2+ | 2+ | 2+ | 2+ | 2+ | WD |
| Left | 2+ | 2+ | 2+ | 2+ | 2+ | WD |

**Gait**: UTA d/t weakness and encephalopathy.

**Coag Panel**
Platelet: 84 k/uL Low (06/17/22 03:09:00)
PT: 17.9 sec High (06/17/22 03:09:00)
INR: 1.5 High (06/17/22 03:09:00)

**Diagnostic Results**
6/14 OSH (SoMD) CT chest PE:
IMPRESSION:
Type A aortic intramural hematoma/dissection.
No pulmonary embolism.

### Assessment/Plan
42 yo M PMH mildly symptomatic COVID19 (5/2022), resolved childhood asthma, who initially presented to OSH (SoMD) on 6/14 for chest discomfort, found to have type A aortic hematoma/ dissection on imaging, then transferred to MWHC for emergent repair requiring intubation and sedation on 6/14. Patient underwent extubation on 6/15, and has weaned off sedation as of 6/17 ~noon. Neuro c/s'd on 6/17 for newly seen BLE weakness (LLE weaker than RLE; LKN sometime in afternoon on 6/16). Etiology of BLE weakness: higher c/f thoracic (watershed region) infarct; medium c/f ACA infarct; lower c/f cervical infarct.

**#Acute BLE weakness (LLE weaker than RLE) in the setting of aortic dissection**
Baseline motor status: 5/5 in BUE and BLE, independently able to walk.
Etiology of BLE weakness: higher c/f thoracic (watershed region) infarct; medium c/f ACA infarct; lower c/f cervical infarct.
Recommendations:
-Order MRI cervical and thoracic spine w/o contrast w/ "include DWI" in comments
-Agree w/ CTH w/o contrast
-If CTH shows signs of infarct such as hypodensity, then order MRI brain w/o contrast
- Continue ICU care

**#Acute encephalopathy**
Baseline mental status: AOx4, normally conversant, independent w/ ADLs.
Etiology of encephalopathy: c/f acute infarct (higher risk given recent cardiac surgery) +/- contribution of sedation side effect.
Recommendations:
-CTH as above

---

**DEFENDANTS' MOTION EXHIBIT A PAGE 7**

## MedStar Washington Hospital Center

**Patient:**   **WELCH, KEVIN**

| | |
|---|---|
| Med Rec #: ▮ | Admit/Discharge:   6/14/2022    / 7/8/2022 |
| Account #: ▮ | Admitting Doctor:   Alassar,MD PhD,Aiman |
| Date of Birth: ▮   Age: 42 years   Sex: Male | Ordering Doctor:   n/a |
| Location:   WHC 3NE | |

---

### *Consultation Notes*

---

<mark>Rest of care per primary team.</mark>

Patient seen and examined with Dr. Lin, neurology attending physician.

Robert Cai, MD
Georgetown/ WHC Neurology PGY-2

**Attending Attestation**
ATTENDING DOCUMENTATION
Patient seen and examined with Dr. Cai MD
I have seen and examined patient with Dr.Cai. Briefly, 42 year-old M with h/o mildly symptomatic COVID19 (5/2022), resolved childhood asthma, who initially presented to OSH (SoMD) on 6/14 for chest discomfort, found to have type A aortic hematoma/ dissection on imaging is consulted for evaluation of leg weakness.  Examination shows nno spontaneous movement of the left leg, right leg at least 2/5. Labs reviewed, see above. I have discussed with Dr.Cai and agree with his other findings, assessment, and plan as documented above for encephalopathy, left>right leg leg weakness, aortic dissection. Please see the note for further detail.

Neurology Attending
Mark Lin, MD

*Electronically signed by:*

_____
*Cai, MD, Robert on: 06.17.2022 15:23 EDT*

*Electronically signed by:*

_____
*Lin, MD, Mark on: 06.17.2022 18:41 EDT*

---

DOCUMENT NAME:
PERFORM INFORMATION:
RESULT STATUS:
SERVICE DATE/TIME:
SIGN INFORMATION:

Physical Medicine & Rehab Consult Note
Ciolino,MD,Irim F.(6/28/2022 17:13 EDT)
Auth (Verified)
6/28/2022 17:00 EDT
Ciolino,MD,Irim F.(6/28/2022 17:13 EDT)

**Chief Complaint**
Aortic dissection

**Reason for Consultation**
Consult to Physical Medicine/Rehabilitation Physician - Completed
 -- Reason: Stroke

**Problem List/Past Medical History**
Ongoing
  At risk for falls
  At risk of venous thromboembolus
  Benign hypertension
  COVID-19 virus infection

---

Print Date/Time:    3/9/2023 07:40 EST
Report Request ID:    476286355

**DEFENDANTS' MOTION EXHIBIT A PAGE 8**

## MedStar Washington Hospital Center

**Patient:**  **WELCH, KEVIN**

Med Rec #:

Account #:

Date of Birth: Age: 42 years   Sex: Male

Location:   WHC 3NE

Admit/Discharge:   6/14/2022   / 7/8/2022

Admitting Doctor:   Alassar,MD PhD,Aiman

Ordering Doctor:   n/a

---

### *Consultation Notes*

[3] MRI Brain wo Contrast; Huang, MD, Lynn F. 06/22/2022 04:13 EDT

*Electronically signed by:*

*Gustafson, DO, Mary Kathryn on: 06.23.2022 11:00 EDT*

*Electronically signed by:*

*Milani, MD, Fatemeh on: 06.23.2022 13:43 EDT*

DOCUMENT NAME:                     Stroke Service Consultation

PERFORM INFORMATION:           Osbourn,Spencer (6/23/2022 12:14 EDT)

RESULT STATUS:                         Auth (Verified)

SERVICE DATE/TIME:                  6/23/2022 12:12 EDT

SIGN INFORMATION:                   Merino-Juarez,MD,Jose (6/23/2022 13:28 EDT); Upadhyaya,
                                              DO,Parth (6/23/2022 13:26 EDT); Osbourn,Spencer
                                              (6/23/2022 12:14 EDT)

**Chief Complaint**
Aortic dissection

**Subjective**
Kevin Welch is a 42yoM admitted to WHC on 14JUN22 for substernal chest pain found
to have a type A aortic dissection s/p repair on 14JUN22 with subsequent b/l (L>R)
lower extremity weakness and altered mentation following extubation on 15JUN22, with
persistent cognitive and motor impairment found to have multiple infarcts of brain MRI
including b/l BG, rt occipital, lt thalamus, rt cerebellum and b/l R>L frontal ACA
distribution infarcts. General neurology was initially consults.

O/N: pt received 50mg of Seroquel last evening and has been more somnolent since
then. initially this morning he was not arousable to repeated painful stimuli, upon
reevaluation he was still drowsy but more responsive

**Review of Systems**
unable to obtain

**Objective** Vital Signs
Temperature        36.9   (10:37)
Systolic Blood Pressure      150   (11:06)
Diastolic Blood Pressure      70   (11:06)
Pulse      72   (11:06)
SpO2      92   (11:06)
Respiratory Rate      22   (11:06)

**Allergies**
No Known Medication Allergies

**Problem List**
Ongoing
   At risk for falls
   At risk of venous thromboembolus
   Difficult airway for intubation
   Imbalanced nutrition
   Obesity
Historical
   No qualifying data
At risk of venous thromboembolus
At risk for falls
Difficult airway for intubation
Imbalanced nutrition
Obesity

**Past Medical History**
Ongoing
   At risk for falls
   At risk of venous thromboembolus
   Difficult airway for intubation
   Imbalanced nutrition
   Obesity
Historical
   No qualifying data

Print Date/Time:      3/9/2023 07:40 EST
Report Request ID:      476286355

**DEFENDANTS' MOTION EXHIBIT A PAGE 9**

## MedStar Washington Hospital Center

**Patient:**    **WELCH, KEVIN**
Med Rec #: ▓▓▓▓▓▓▓▓                                    Admit/Discharge:    6/14/2022       / 7/8/2022
Account #: ▓▓▓▓▓▓▓▓                                     Admitting Doctor:    Alassar,MD PhD,Aiman
Date of Birth: ▓▓▓▓▓  Age: 42 years    Sex: Male        Ordering Doctor:    n/a
Location:    WHC 3NE

---

| *Consultation Notes* |
|:---:|

**Constitutional**: Well developed, somulent but arpusable
**Eyes**: No ptosis, anicteric, see cranial nerves exam below.
**Respiratory**:  non-labored breathing.
**Musculoskeletal**: See motor and gait examinations below.
**Skin**: No rash or palpable lesions in face, hands, and feet.

*Neurological Exam*
**Mental Status**: awake, but drowsy
**Language and Speech**: Spontaneous & fluent with good comprehension, able to repeat phrases, name objects, and follow simple commands mild dysarthria
**Cranial Nerves**:
  **II, III**: PERRL,  visual fields full to finger count in all 4 quadrants of each eye.
  **III, IV, VI**: Extraocular movements intact, no saccadic pursuit, no nystagmus, no ptosis.
  **V**: Intact V1-V3 bilaterally to fine touch
  **VII**: rt lower facial droop
  **VIII**: Hearing intact to conversation
  **IX, X**: UTA
  **XI**: UTA
  **XII**: UTA

**Motor Exam**: rt pronation and drift
          LUE: able to hold against gravity fully
          RUE; some effort against gravity
          LLE: no proximal movement against gravity, some distal
          RLE: some effort against gravity
**Sensation**: intact symmetrically to fine touch,bilaterally. extinction to DSS in LLE
**Coordination**: UTA
**Reflexes**:

| DTR | Biceps | Brachioradialis | Triceps | Patellar | Achilles | Plantar |
|------|--------|-----------------|---------|----------|----------|---------|
| Right | 2 | 2 | 2 | 2 | 2 | down |
| Left | 2 | 2 | 2 | 3 | 3 | EQ |

**Gait**: deferred

**NIH Stroke Scale**
**Level of Consciousness:** 1=Not alert; arouses with minor stimulation
**Response Month/Age:** 2=Both incorrect
**Open/Close Eyes:** 0=Obeys both correctly
**Best Gaze:** 0=Normal
**Visual Field Testing:** 0=No visual field loss
**Facial Paresis:** 1=Minor paralysis
**Motor Function Left Arm:** 1=Drift
**Motor Function Rt Arm:** 2=Some effort against gravity
**Motor Function Left Leg:** 3=No effort against gravity
**Motor Function Rt Leg:** 2=Some effort against gravity

At risk of venous thromboembolus
Difficult airway for intubation
Obesity

**Medications**
**Medications (27) Active**
  **Scheduled (15)**
    amLODIPine 10 mg, PO, Daily
    aspirin 81 mg, PO, Daily
    bisacodyl 10 mg, PR, Daily
    cloNIDine 0.3 mg, PO, 2x/day
    docusate-senna, PO, 2x/day
    folic acid 1 mg, PO, Daily
    heparin 5,000 units, Subcut, q8h
    hydrALAZINE 100 mg, PO, 3x/day
    insulin lispro see correction scale, Subcut, q4h
    labetalol 800 mg, PO, 3x/day
    lidocaine topical, TransDERMAL, Daily
    lidocaine patch removal, TOP, Nightly
    melatonin 6 mg, PO, Nightly
    polyethylene glycol 3350 17 gm, PO, Daily
    thiamine 100 mg, PO, Daily

  **Continuous (3)**
    Dextrose 5% in Water 1000 mL[Dextrose 5% in Water],125 mL/hr
    niCARdipine 50 mg[15 mg/hr] + Dextrose 5% in Water 250 mL[Dextrose 5% in Water],75 mL/hr
    Sodium Chloride 0.9% 250 mL, IVPB

  **PRN (9)**
    acetaminophen 1,000 mg, PO, q8h
    albuterol 2.5 mg, Neb, q2h
    Dextrose 50% in Water 12.5 gm, IV Push, As Indicated
    glucagon 1 mg, IM, As Indicated
    labetalol 10 mg, IV Push, q1h
    naloxone 0.1 mg, IV Push, q2min
    ondansetron 4 mg, IV Push, q8h
    oxyCODONE 5 mg, PO, q4h
    sodium chloride, IV Push, As Indicated

  **Unscheduled (0)**

---

Print Date/Time:        3/9/2023 07:40 EST
Report Request ID:      476286355

DEFENDANTS' MOTION EXHIBIT A PAGE 10

## MedStar Washington Hospital Center

**Patient:**    WELCH, KEVIN
Med Rec #:    [REDACTED]
Account #:    [REDACTED]
Date of Birth: [REDACTED]    Age: 42 years    Sex: Male
Location:    WHC 3NE

Admit/Discharge:    6/14/2022    / 7/8/2022
Admitting Doctor:    Alassar,MD PhD,Aiman
Ordering Doctor:    n/a

---

### *Consultation Notes*

**Limb Ataxia:** 0=No ataxia
**Sensory:** 0=Normal
**Best Language:** 0=No aphasia
**Dysarthria:** 1=Mild to moderate slurring of words
**Extinction/Inattention:** 0=Normal
**NIH Stroke Score:** 13
**performed by Osbourn, Spencer(06/23/2022 11:00)**

**Assessment**
42yoM s/p aortic dissection repair on 14JUN22 with subsequent multiple infarcts of brain MRI including rt occipital, lt thalamus, rt cerebellum and b/l R>L frontal ACA distribution infarcts and anoxic injury to the b/l BG additionally there is a questionable cord infarct at T5. etiology is cardioembolic and anoxic 2/2 to aortic dissection and subsequent repair. no further evaluation required. Not indicated at this time. We recommend continuing ASA 81mg daily and engaging PT/OT.

- Presentation: 15JUN22
- Etiology: cardioembolic and anoxic in setting of procedure
- Risk Factors:aortic dissection and aortic arch repair
- Stroke Quality Measures: NIHSS13: ; pre-mRS:0

**Plan**
#multiple b/l embolic infarcts
#anoxic BF injury

- Interventions: Not a candidate for tPA or EVT as pt presented outside of the window for treatment
- BP Goal:  <130/80
-lower BP by 10-15% daily

Imaging:
no further imaging needed

Laboratory Workup:
no further lab work required

Secondary Stroke Prevention:
-Antiplatelet: ASA 81mg daily
-Anticoagulation: Not indicated at this time
-Statin: Not indicated at this time

Consults:
- Cons PT/OT/SLP
-Pt can work with PT/OT

**Home Medications**
No qualifying data available

**Social History**
  Smoking Status
    Unknown if ever smoked
Alcohol
  Use: Denies.
Home/Environment
  Marital Status: Single. Lives with cousin-
  Marvin Holland. Living situation:
  Home/Independent. Home Equipment:
  None.
Substance Use
  Use: Denies.
Tobacco/Nicotine
  Use: Denies.
**Alcohol**
Details: Use: Denies.
**Home/Environment**
Details: Marital Status: Single.  Lives with
cousin- Marvin Holland.  Living situation:
Home/Independent.  Home Equipment:
None.
**Substance Abuse**
Details: Use: Denies.
**Tobacco**
Details: Use: Denies.

**Family History**
Heart disease: Grandfather-Maternal.
Grandfather-Maternal: Heart disease

**Labs**
**CBC**
WBC: 9.04 k/uL (06/23/22 03:19:00)
Hgb: 7.9 gm/dL Low (06/23/22 03:19:00)
Hct: 26.7 % Low (06/23/22 03:19:00)
Platelet: 130 k/uL Low (06/23/22 03:19:00)
**BMP**
Sodium Lvl: 150 mmol/L High (06/23/22
03:19:00)
Potassium Lvl: 3.2 mmol/L Low (06/23/22
03:19:00)
Chloride: 118 mmol/L High (06/23/22
03:19:00)

---

Print Date/Time:    3/9/2023 07:40 EST
Report Request ID:    476286355

DEFENDANTS' MOTION EXHIBIT A PAGE 11

## MedStar Washington Hospital Center

**Patient:**     WELCH, KEVIN

Med Rec #:                                                    Admit/Discharge:     6/14/2022          / 7/8/2022
Account #:                                                    Admitting Doctor:     Alassar,MD PhD,Aiman
Date of Birth:              Age: 42 years     Sex: Male        Ordering Doctor:     n/a
Location:       WHC 3NE

---

### *Consultation Notes*

Spencer Osbourn, MD
PGY2 Neurology
WRNMMC

Stroke will sign off, please page 202-801-7616 with questions.


Agree with assessment as above.
- Hypoxic-Ischemic injury of basal ganglia
- Stroke in multiple vascular territories related to dissection
- Target BP <130/80, ASA 81mg
- PT and OT when able
- No further diagnostic evaluation from stroke standpoint

Parth Upadhyaya, DO PGY 5
Vascular Neurology Fellow


Research Eligibility

**Attending Attestation**
I saw and evaluated the patient. I discussed the patient with the resident and agree with the resident's findings, assessment and plan as documented in the resident's note.
Jose Merino, MD

CO2: 23 mmol/L (06/23/22 03:19:00)
BUN: 28 mg/dL High (06/23/22 03:19:00)
Creatinine: 2.72 mg/dL High (06/23/22 03:19:00)
Glucose Lvl Random: 130 mg/dL (06/23/22 03:19:00)

Lipids
Cholesterol: 133 mg/dL (06/23/22 02:39:00)
HDL: 24 mg/dL Low (06/23/22 02:39:00)
LDL Calculated: 76 mg/dL (06/23/22 02:39:00)
NonHDL Chol: 109 mg/dL (06/23/22 02:39:00)
Triglyceride: 163 mg/dL High (06/23/22 02:39:00)

A1C
Hgb A1C Glycosylated: 4.3 % (06/14/22 13:46:00)

**Initial Imaging Findings**
No qualifying data available.

**Diagnostics**
(06/22/2022 04:13 EDT MRI Brain wo Contrast)

**Reason For Exam**
Stroke/TIA

**REPORT**
EXAM: MRI Brain without contrast:

INDICATION:  Stroke, TAAD repair

COMPARISON STUDY:  CT performed on 6/18/2022

TECHNIQUE:

   Sagittal T1
Axial FLAIR
   Axial diffusion
Axial T2 FSE
Axial GRE
Axial T1

---

Print Date/Time:        3/9/2023 07:40 EST
Report Request ID:      476286355

DEFENDANTS' MOTION EXHIBIT A PAGE 12

## MedStar Washington Hospital Center

**Patient:**    **WELCH, KEVIN**
Med Rec #:
Account #:
Date of Birth:            Age: 42 years    Sex: Male
Location:    WHC 3NE

Admit/Discharge:    6/14/2022        / 7/8/2022
Admitting Doctor:    Alassar,MD PhD,Aiman
Ordering Doctor:    n/a

---

| *Consultation Notes* |
| --- |

FINDINGS:

The examination is limited by motion artifact. The ventricles and sulci are appropriate for patient's age. DWI hyperintensities with low signal intensity on the ADC maps are present in the bilateral cerebellum and cerebral hemispheres with bilateral basal ganglia predominance. There is no midline shift. No microhemorrhages are identified. The midline structures are within normal limit. The mastoid air cells and paranasal sinuses are unremarkable.

IMPRESSION:
Limited due to motion artifact. Recent bilateral cerebellar and cerebral infarcts with bilateral basal ganglia predominance which is consistent with cardioembolic etiology and hypoxic anoxic event.

[1] (06/22/2022 04:14 EDT MRI Spine Cervical wo Contrast)
**Document Contains Addenda**

**Reason For Exam**
Weakness

**ADDENDUM**
Upon further review with Dr. Barry, there is DWI hyperintensity of the cord at the level of T5 consistent with cord infarct.

Reading Location: ESRVACL1A

**Signature Line**
***** Final *****

Dictated by: Huang, MD, Lynn F.
Dictated at: 06/22/2022 10:11 am
This Imaging Study Was Reviewed and Its Interpretation Verified by: Huang, MD, Lynn F.
Electronically Signed: 06/22/2022 10:11 am

---

Print Date/Time:    3/9/2023 07:40 EST
Report Request ID:    476286355

DEFENDANTS' MOTION EXHIBIT A PAGE 13

## MedStar Washington Hospital Center

| | | | |
|---|---|---|---|
| **Patient:** | **WELCH, KEVIN** | | |
| Med Rec #: | | Admit/Discharge: | 6/14/2022          / 7/8/2022 |
| Account #: | | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth: | Age: 42 years     Sex: Male | Ordering Doctor: | n/a |
| Location: | WHC 3NE | | |

---

### Consultation Notes

**REPORT**
EXAM: MRI CERVICAL WITHOUT CONTRAST
EXAM: MRI THORACIC WITHOUT CONTRAST
EXAM: MRI LUMBAR WITHOUT CONTRAST

INDICATION:  Left lower extremity weakness, TAAD repair

COMPARISON STUDY:  None

TECHNIQUE:

SAGITTAL T1
SAGITTAL T2
SAGITTAL STIR
AXIAL GRE
AXIAL T2
SAGITTAL DWI

FINDINGS:

Cervical: The examination is limited by motion artifact. Alignment is normal. There is no cord compression or abnormal signal intensity of the cord. No definite infarct is identified.

Thoracic: There is a dextrocurvature. Vertebral body heights are maintained. There is no cord compression. On the sagittal images, there is questionable hyperintensity within the cord at the level of T5 versus artifact. No definite infarct is identified.

Lumbar: For the purposes of dictation, last complete disc space will be labeled L5-S1. The conus medullaris appears at the level of L1 which is within normal limits. There is straightening of normal lumbar lordosis. There are moderate disc bulges at L4-5 and L5-S1 with moderate bilateral foraminal narrowing.

---

Print Date/Time:        3/9/2023 07:40 EST
Report Request ID:      476286355

## MedStar Washington Hospital Center

**Patient:**    **WELCH, KEVIN**

| | | | |
|---|---|---|---|
| Med Rec #: | | Admit/Discharge: | 6/14/2022    / 7/8/2022 |
| Account #: | | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth:    Age: 42 years    Sex: Male | | Ordering Doctor: | n/a |
| Location:    WHC 3NE | | | |

---

### *Discharge Documentation*

6. Aortic dissection I71.00

---

## Hospitalization Summary

**Chief Complaint**
Aortic dissection

**Presentation and Hospital Course**

The patient is a 42-year-old male with PMH of COVID + May 2022 (mild symptoms), and childhood asthma (no attack in 20 years) but otherwise no significant medical history who was BIBA to the Southern Maryland emergency department today with chest discomfort. He states that he has a history of non-radiating midsternal chest discomfort occasionally after strenuous activity that feels like a cramp in the middle of his chest that is nonradiating, not associated with other symptoms. He had a recent trip with friends to Atlanta and drove back on Monday morning and has not slept since then. He had drank multiple energy drinks (espresso shot, Pepsi, 5-hour energy drink) to stay awake. When he arrived home today, he was running up the stairs to get things ready before work when he suddenly felt a substernal chest pain that he describes as a cramping. squeezing 10/10 pain in his chest and back, associated with palpitations and diaphoresis. He also had some tingling in his left calf that felt like a charley horse. He called EMS and was given ASA 324mg and was brought to Southern Maryland. At OSH they performed a LE duplex due to recent immobilization in the car, which was negative for DVT. CT chest PE protocol showed Type A aortic hematoma/dissection.
He underwent a type A aortic dissection repair, hemi-arch replacement, ascending aortic replacement, resuspension of the aortic valve, STJ reconstruction on 6/14/22.
Post-operative course was been complicated by encephalopathy, hypoxic respiratory failure, recalcitrant hypertension, AKI /CKD and LLE paresis in the setting of new cerebellar and cerebral infarcts. Stroke team, PMR and Nephrology were consulted. Na remained high 147-150s s/p IVF and PO fluid intake per Nephrology rec. PT/OT recommended 3x therapy per week - pt was approved for NRH.

DEFENDANTS' MOTION EXHIBIT A PAGE 15

## MedStar Washington Hospital Center

**Patient:**   **WELCH, KEVIN**
Med Rec #:
Account #:
Date of Birth:                Age: 42 years      Sex: Male
Location:      WHC 3NE

Admit/Discharge:    6/14/2022         / 7/8/2022
Admitting Doctor:   Alassar,MD PhD,Aiman
Ordering Doctor:    n/a

---

### *Discharge Documentation*

**Procedures**
Type A aortic dissection repair, Hemi-arch replacement,
Ascending aorta replacement, Aortic valve resuspension
and Reconstruction of sinotubular junction: 06/14/22

**Consults**
Consult to Cardiac Rehabilitation WHC - Ordered
-- 06/26/22 18:50:00 EDT, CABG, Number of Sessions
Intake and follow up plus 3 sessions, More than 24 hours,
Exercise, Education, and Mobility, Referral Statement I am
also referring my patient to 36 sessions of Outpatient
Cardiac Rehab
Consult to Physical Medicine/Rehabilitation Physician -
Completed
-- Reason: Stroke
Consult to Physical Medicine/Rehabilitation Physician -
Completed
-- Reason: dissection s/p cva and t5 infarct ? anoxic brain,
Service Notified

## Medications

**Discharge Medications**

**Allergies**
No Known Medication Allergies

**Medications at Time of Discharge (15) as of 07/08/2022 12:07**
* indicates a medication that was prescribed. All other listed
medications are being continued.

**(1) amLODIPine (amLODIPine 10 mg oral tablet):**
10 mg = 1 tab PO Daily

**(2) aspirin (aspirin 81 mg oral tablet, chewable):**
81 mg = 1 tab PO Daily

**(3) bisacodyl (bisacodyl 10 mg rectal suppository):**
10 mg = 1 supp PR Daily PRN constipation

**(4) cloNIDine (cloNIDine 0.2 mg oral tablet):**
0.4 mg = 2 tab PO 3x/day

**(5) docusate-senna (docusate-senna 50 mg-8.6 mg oral
tablet):**
2 tab PO 2x/day

**(6) folic acid (folic acid 1 mg oral tablet):**
1 mg = 1 tab PO Daily

---

DEFENDANTS' MOTION EXHIBIT A PAGE 16

## MedStar Washington Hospital Center

**Patient:**   **WELCH, KEVIN**
Med Rec #: █████████
Account #: █████████
Date of Birth █████████ Age: 42 years    Sex: Male
Location:   WHC 3NE

Admit/Discharge:   6/14/2022        / 7/8/2022
Admitting Doctor:   Alassar,MD PhD,Aiman
Ordering Doctor:    n/a

---

| *Discharge Documentation* |
| --- |

**(7) heparin (heparin 5000 units/mL injectable solution):**
    5,000 units = 1 mL Subcut q8h

**(8) hydrALAZINE (hydrALAZINE 100 mg oral tablet):**
    100 mg = 1 tab PO 3x/day

**(9) labetalol (labetalol 200 mg oral tablet):**
    800 mg = 4 tab PO 3x/day

**(10) lisinopril (lisinopril 20 mg oral tablet):**
    20 mg = 1 tab PO Daily with lunch

**(11) modafinil (modafinil 200 mg oral tablet):**
    200 mg = 1 tab PO Daily

**(12) ondansetron (ondansetron 2 mg/mL injectable solution):**
    4 mg = 2 mL IV Push q8h PRN nausea and/or vomiting

**(13) sorbitol (sorbitol 70% oral liquid):**
    21 gm = 30 mL PO Daily

**(14) spironolactone (spironolactone 25 mg oral tablet):**
    25 mg = 1 tab PO Daily

**(15) thiamine (thiamine 100 mg oral tablet):**
    100 mg = 1 tab PO Daily

**Reconciliation History**
Lee, NP, Chang Shannon at 07-08-2022 12:07 (Complete)
Knauer-Miller, CRNP, Stacey E. at 07-07-2022 11:59 (Complete)

---

# Key Results

**Lab Results**
JUL 08 05:36

H 150  |  H 118  |  H 53     /
_____ 113

4.3   |  22   |  H 2.58        \

JUL 07 06:45

---

DEFENDANTS' MOTION EXHIBIT A PAGE 17

## MedStar Washington Hospital Center

**Patient:**  **WELCH, KEVIN**
Med Rec #:
Account #:
Date of Birth:                    Age: 42 years    Sex: Male
Location:       WHC 3NE

Admit/Discharge:    6/14/2022       / 7/8/2022
Admitting Doctor:    Alassar,MD PhD,Aiman
Ordering Doctor:    n/a

---

### *Discharge Documentation*

```
  \  L 8.6   /
5.78 ---------- 156
  /  L 29.3   \
```

**Liver Panel (last 3):**
07/08/2022 05:36
    **Total Protein:**7.2 gm/dL
    **Albumin Lvl:**3.9 gm/dL
    **AST:**56 units/L HI
    **ALT:**134 units/L HI
    **Bili Total:**0.5 mg/dL
    **Alk Phos:**102 units/L
07/07/2022 06:45
    **Total Protein:**6.9 gm/dL
    **Albumin Lvl:**3.9 gm/dL
    **AST:**49 units/L HI
    **ALT:**109 units/L HI
    **Bili Total:**0.5 mg/dL
    **Alk Phos:**94 units/L
07/03/2022 07:10
    **Total Protein:**6.8 gm/dL
    **Albumin Lvl:**3.8 gm/dL
    **AST:**66 units/L HI
    **ALT:**87 units/L HI
    **Bili Total:**0.6 mg/dL
    **Alk Phos:**80 units/L

**Glucose (Last 48 Hours):**
  GLUCOMETER: 119 mg/dL  (07/08/22 07:35)
  Glucose Lvl Random: 113 mg/dL  (07/08/22 05:36)
  GLUCOMETER: 128 mg/dL  (07/07/22 22:00)
  Glucose Lvl Random: 105 mg/dL  (07/07/22 06:45)

**Imaging and Diagnostic Results**
**(07/03/2022 10:17 EDT XR Chest 1 View Portable)**
FINDINGS:

Median sternotomy wires. Unchanged cardiac silhouette. No
new airspace disease, enlarging pleural effusion, or
pneumothorax.

No acute osseous abnormality is demonstrated.

IMPRESSION:
No acute pulmonary process.

---

Print Date/Time:       3/9/2023 07:40 EST
Report Request ID:     476286355

DEFENDANTS' MOTION EXHIBIT A PAGE 18

## MedStar Washington Hospital Center

**Patient:**   **WELCH, KEVIN**

| | | |
|---|---|---|
| Med Rec #: | | Admit/Discharge:  6/14/2022        / 7/8/2022 |
| Account #: | | Admitting Doctor:  Alassar,MD PhD,Aiman |
| Date of Birth: | Age: 42 years    Sex: Male | Ordering Doctor:    n/a |
| Location:    WHC 3NE | | |

---

### *Discharge Documentation*

Cardiomegaly. [1]

**(07/02/2022 19:19 EDT XR Abdomen 1 View Portable)**
Findings: Proximal colonic fecal hoarding from cecum to mid transverse colon. No other fecal hoarding

IMPRESSION: PROXIMAL HALF COLONIC FECAL HOARDING


**(06/27/2022 07:53 EDT US Retroperitoneal Complete)**
FINDINGS: The kidneys are within normal limits in size, the right measuring 10.7 cm and the left 10 cm. Thickness of cortex is normal on both sides, but echogenicity is increased, consistent with medical renal disease.  There are no stones, hydronephrosis, cysts or masses in either kidney.

The bladder is unremarkable, wall thickness is normal, there is no mass or diverticulum.

The abdominal aorta and IVC were obscured by bowel and not visualized well.

IMPRESSION: Medical renal disease. [1]

---

## Discharge Condition

**Physical Exam at Discharge**
Vitals & Measurements
**T:** 37.1 °C (Oral)  **TMIN:** 36.5 °C (Oral)  **TMAX:** 37.1 °C (Oral)
**HR:** 74(Peripheral)  **RR:** 18  **BP:** 133/71  **SpO2:** 96%
**WT:** 90.1 kg

Oxygen Delivery Device: Room Air (07/08/22 01:43:33)

Pain Assessment
Primary:   Numeric Pain Score: 0 (07/08/22 08:00:00)
Pain Present: No actual or suspected pain (07/08/22 08:00:00)

General/Psych: No acute distress. Cooperative
HEENT: Normocephalic, Atraumatic
Neck: Trachea midline. No JVD.
Neuro: Alert and oriented x3. Forgetful. Speech is clear. Facial movements symmetric.
Cardiovascular: Regular rate and rhythm, S1S2, no murmur, no

**Patient Discharge Condition and Location**
No qualifying data available.

**Code Status**
Code Status Full Code - Ordered

---

| | |
|---|---|
| Print Date/Time: | 3/9/2023 07:40 EST |
| Report Request ID: | 476286355 |

DEFENDANTS' MOTION EXHIBIT A PAGE 19

## MedStar Washington Hospital Center

**Patient:**    **WELCH, KEVIN**

Med Rec #:                                                 Admit/Discharge:   6/14/2022        / 7/8/2022
Account #:                                                 Admitting Doctor:  Alassar,MD PhD,Aiman
Date of Birth:              Age: 42 years    Sex: Male     Ordering Doctor:   n/a
Location:    WHC 3NE

---

### *Discharge Documentation*

gallop or rub.
Peripheral Extremities: No edema. Radial pulses 2+ bilaterally.
DP/PT palpable bilaterally.
Pulmonary: Unlabored, regular. Upper clear to auscultation
bilaterally; lower lobes diminished.
Gastrointestinal: +distended. Abdomen soft, non-tender. No
masses. Bowel sounds hypoactive in 4 quadrants.
Genitourinary: +external cath; urine clear to yellow color
Skin: Warm and dry. Sternotomy incision is clean, dry, and
well-approximated. Sacrum: Not assessed.
Motor/Musculoskeletal: 4/5 BUE strength, 2/5 LLE strength, 4/5
RLE strength.

Telemetry: SR, PVCs HR:70's

I have reviewed all pertinent labs and imaging

1. **Primary Diagnosis**: Aortic Dissection
   **POD# 24**
   **Procedure:** Type A aortic dissection repair, Hemi-arch
replacement, Ascending aorta replacement, Aortic valve
resuspension and Reconstruction of sinotubular junction
   **MI History:** No
   Last EKG Date: 6/15/22  Result: no periop MI per STS criteria
   Plan:  Continue ASA indefinitely. Continue Beta blocker. SBP
goal <130

2. **Normal LV function**: 55 % obtained from OR note

3. **Atherosclerotic Cardiovascular disease (ASCVD) :**  stable
   Treatment/ Plan:  LFT's > 2x normal, Continue to hold statin
until LFTs <2x normal. Will trend LFTs

4. **Chronic kidney disease Stage III  ( Preop GFR 42) with
post operative AKI :  Improving.**
   **Creat**: 2.5 (07/08) / 1.9
Baseline   **Weight**: 90.1kg (07/08)   / 110 kg
Baseline
   **Fluid Status:**  Euvolemic.
   Treatment/ Plan:  Improved. Nephrology (Dr Hegde)
following. Peak Cr 3.07 on 6/26/22 now Cr remains 2.5. Renal
ultrasound 06/27 showed medical renal disease w/o any
anatomical asymmetry. Continue strict I&O, continue to monitor
daily weights, continue to trend BUN/Cr. Avoid Nephrotoxins.

5. **Atrial Fibrillation/ Flutter**:

---

DEFENDANTS' MOTION EXHIBIT A PAGE 20

## MedStar Washington Hospital Center

**Patient:**     **WELCH, KEVIN**

Med Rec #: ▆▆▆▆▆▆▆▆                                  Admit/Discharge:   6/14/2022        / 7/8/2022
Account #: ▆▆▆▆▆▆▆▆                                  Admitting Doctor:   Alassar,MD PhD,Aiman
Date of Birth: ▆▆▆▆▆  Age: 42 years    Sex: Male     Ordering Doctor:    n/a
Location:     WHC 3NE

---

### *Discharge Documentation*

Preop History of Afib/Aflutter: No
Post operative Afib/Flutter: No
Treatment: None indicated

6. **Pain Type**: Acute surgical
   Pain rating last 24 hours > 3:  No
   Treatment: Well controlled. Continue PRN Tylenol and
oxycodone as needed- monitor w/ recent delirium

7. **DVT Prophylaxis**:  Heparin Subcut

8. **Stress Ulcer Prophylaxis**:  None indicated

9. **Hypertension**:  SBP 120-130s. Goal SBP for problem#1 <130,
for embolic infarcts per stroke team <130/80. Titrate
medications for goal SBP. Renal following and assisting with BP
meds.

Patient on max dose of PO Labetolol, Hydralazine, Norvasc.
 - Lisinopril at 20 mg
 - Clonidine to 0.4 mg TID on 6/30/22
 - Aldactone started 7/1/22- per Renal hold on changing
antihypertensives and monitor.
 - Continue PRN IV medications as needed

9. **Cerebellar, basal ganglia, T5 infarctions per MRI** :  stable
Stroke and PMR following. BP goal <130/80. No further imaging
needed
Continue ASA 81 mg daily. A/c not indicated at this time. Statin
not indicated at this time (from neuro perspective)
**Per Dr. Alassar,  Continue <u>Normal sternal precautions for 4
weeks from date of surgery/binder w/ activity; END DATE :
07/12/22</u>**
Multi Podus boot ordered by rehab.
Of note,  Per stroke team multiple bilat. embolic infarcts and
anoxic BF injury- r/t dissection; Not a candidate for tPA or EVT-
patient outside window

10. **Hypernatremia**- Persistent. Na remains 150s. No seizures; no
symptoms. Per Dr. Hegde (Nephrology) rec, D5W 1L
given. Encourage PO fluid intake. Per Dr. Hegde, OK to
discharge with Na 150s -- pt needs to have more PO fluid intake.
Continue Low sodium diet. Will continue to monitor.

11. **Constipation**- abdominal XR with heavy stool burden - pt
given laxatives with good effect.  Will order lactulose. Continue

---

DEFENDANTS' MOTION EXHIBIT A PAGE 21

## MedStar Washington Hospital Center

**Patient:**   **WELCH, KEVIN**

Med Rec #:

Account #:

Date of Birth:                    Age: 42 years    Sex: Male

Location:    WHC 3NE

Admit/Discharge:   6/14/2022       / 7/8/2022

Admitting Doctor:   Alassar,MD PhD,Aiman

Ordering Doctor:    n/a

---

### *Discharge Documentation*

laxative regimen. monitor.

Medical Decision Making:
[ ] Ordered Labs [ ] Ordered Images [ x] I reviewed pertinent labs
[x ] I reviewed pertinent Reports
[ ] I reviewed pertinent Images [ x]  I reviewed EKG tracing, [ ]
Spoke with consulting provider,
[ ] Discussed diagnostic study with interpreting MD,  [ ] Obtained
and reviewed old records/data from source other than patient

Patient Education: plan of care - Encourage PO intake, IVF for Na,
Mobilization
Disposition:  NRH
**PT Discharge Recommendation:** 3 hours/day of continued
therapy (07/05/2022 15:17)
**OT Discharge Recommendation:** 3 hours/day of continued
therapy (07/06/2022 10:30)
     Family Point of Contact: #1 Shania ( niece) 202-489-8452, # 3
Anthony Holland: (uncle) 301-297-8514.   # 2 Marvin Holland (
cousin)
Anticipated date of D/C: 07/08

Chang Shannon Lee, NP, AGACNP-BC
Pager : 202 801 0534 (For day of this note)
CV Surgery On Call Pager: p. 0851 (Please page from 5pm -
7am)

---

# Discharge Instructions
**Aiman Alassar**
Address: 110 Irving Street NW Washington DC 20010
Phone: (202)877-0333

**Follow up with Cardiac Rehab**

**Follow up with Cardiologist**

**Future MedStar Appointments**

**MedStar Heart Institute Cardiac Surg at Washington Hosp Cntr**
   110 Irving St NW Washington, DC 20010
**Scheduled Provider:** Alassar, MD PhD, Aiman
   **Appt. Date:**    July 27, 2022 12:00 pm

---

**DEFENDANTS' MOTION EXHIBIT A PAGE 22**

## MedStar Washington Hospital Center

**Patient:** **WELCH, KEVIN**
Med Rec #: ████████████
Account #: ████████████
Date of Birth: ████████ Age: 42 years   Sex: Male
Location:   WHC 3NE

Admit/Discharge:   6/14/2022     / 7/8/2022
Admitting Doctor:   Alassar,MD PhD,Aiman
Ordering Doctor:   n/a

---

### *Procedure/Operative Documentation*

DOCUMENT NAME:
PERFORM INFORMATION:
RESULT STATUS:
SERVICE DATE/TIME:
SIGN INFORMATION:

Operative Report
Alassar,MD PhD,Aiman (6/14/2022 20:56 EDT)
Modified
6/14/2022 20:44 EDT
Alassar,MD PhD,Aiman (6/14/2022 21:24 EDT); Alassar,MD
PhD,Aiman (6/14/2022 21:02 EDT); Alassar,MD PhD,Aiman
(6/14/2022 20:56 EDT)

DATE OF SURGERY: 06/14/2022

OPERATION: Type A aortic dissection repair
Hemi-arch replacement
Ascending aorta replacement
Aortic valve resuspension
Reconstruction of sinotubular junction
Circulatory arrest with RCP

Right femoral artery cannulation. Closure with 2 proglides
TTE
Insertion of left femoral arterial line

SURGEON: Aiman Alassar, MD, PhD

ASSISTANT: Carillo, A
 D Salazar, J Block
ANESTHESIA: General endotracheal.

PREOP DIAGNOSIS: Acute Type A Dissection, _

POSTOP DIAGNOSIS: Same

SPECIMENS REMOVED: Ascending aorta

URINE OUTPUT/IV FLUIDS/ESTIMATED BLOOD LOSS:  Per anesthesia record.

COMPLICATIONS:  None.

OPERATIVE FINDINGS:

PRE-BYPASS LVEF: %55
POST-BYPASS LVEF: %55

PRE-BYPASS RV:good
POST-BYPASS RV:good

---

DEFENDANTS' MOTION EXHIBIT A PAGE 23

## MedStar Washington Hospital Center

**Patient:**     **WELCH, KEVIN**

| | | | | |
|---|---|---|---|---|
| Med Rec #: | | | Admit/Discharge: | 6/14/2022       / 7/8/2022 |
| Account #: | | | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth: | Age: 42 years | Sex: Male | Ordering Doctor: | n/a |
| Location: | WHC 3NE | | | |

### *Procedure/Operative Documentation*

CPB TIME: 182 minutes

CROSS CLAMP TIME: 112minutes

CIRCULATION ARREST TIME: 22 minutes (RCP at 28 degree)

PROCEDURE:  The patient was correctly identified and brought to the operating room.  A preinduction pause was performed in accordance with hospital regulations.  General anesthesia was induced and appropriate lines were placed.  The chest was prepped and draped in standard surgical fashion. Median sternotomy was performed.The heart suspended in a pericardial well. The ascending aorta and arch were dissected free.

The patient was fully heparinized. The right atrial appendage was cannulated for venous drainge. The right femoral artery was cannulated with 17fr cannula using seldinger technique. A retrograde coronary sinus catheter was placed along with an LV vent via the right superior pulmonary vein. CPB was initiated with cooling to 28 degrees C. The cross clamp was applied and retrograde cardioplegia administered. Ice was applied and arrest achieved. The aorta was transected and resected down to the STJ. The root intima remained intact with a normal appearing valve which was resuspended. When appropriately cool, circulatory arrest with RCP was initiated. A neo-media was created with teflon strip to reconstruct the aorta and the hemiarch replacement was performed with the 30mm Gelweave graft. The sidearm was connected to the CPB arterial circuit, the head placed down, and the system de-aired before resuming whole body CPB. Rewarming was initiated after 10 minutes. The graft was cut to length and the proximal anastamosis was performed. A root vent was then placed.

The patient was placed in Trendelenburg position and de-airing manuevers performed. The cross clamp was removed. After adequate reperfusion the patient weaned from CPB. TEE demonstrated good biventricular  function, a competent aortic valve, and all air evacuated. The patient was therefore decannulated and protamine administered. Hemostasis was achieved. The side arm of the aortic graft was clipped and tied. Right femoral artery was closed using 2 proglides.

Atrial and ventricular pacing wires were placed along with chest drains. The sternum and incision were closed in the standard fashion.

The patient was transported to the ICU in critical but stable condition.

I was present for the critical portions of the procedure as described.

**STS Data**
1. STS Risk score was discussed with patient: Yes
2. PA Systolic:
3. Status: Emergent
4. Reason for urgent / emergent: Aortic Dissection
5. Coronary disease
   a. Left main_
   b. LAD _
   c. Circumflex _
   d. Ramus_
   e. RCA_
6. Condition of aorta altered plan: No

| | |
|---|---|
| Print Date/Time: | 3/9/2023 07:40 EST |
| Report Request ID: | 476286355 |

**DEFENDANTS' MOTION EXHIBIT A PAGE 24**

## MedStar Washington Hospital Center

**Patient:**   **WELCH, KEVIN**
Med Rec #:                                                        Admit/Discharge:   6/14/2022        / 7/8/2022
Account #:                                                         Admitting Doctor:   Alassar,MD PhD,Aiman
Date of Birth:                  Age: 42 years    Sex: Male     Ordering Doctor:    n/a
Location:      WHC 3NE

---

### *Procedure/Operative Documentation*

7. Preop diagnosis: Other

<u>AORTIC VALVE</u>

Aortic stenosis: _
Degree of stenosis: _
Valve area:
Mean gradient:
Velocity:

Aortic insufficiency: _

Aortic disease etiology

_

Replacement or Repair technique

_

<u>MITRAL VALVE</u>

Stenosis: _
Valve area:
Mean Gradient:

Regurgitation: _
Mitral disease lesion: _

<u>If Repair</u>

_
If leaflet resection: _

If surgical prosthetic valve intervetnion: _

<u>If Replacement</u>

_

<u>TRICUSPID VALVE</u>

Insufficiency: _
Stenosis: _
Annular Diameter:

Disease etiology: _

Procedure performed if repair: _

---

Print Date/Time:    3/9/2023 07:40 EST
Report Request ID:    476286355

DEFENDANTS' MOTION EXHIBIT A PAGE 25

## MedStar Washington Hospital Center

**Patient:**    **WELCH, KEVIN**

| | |
|---|---|
| Med Rec #: | |
| Account #: | |
| Date of Birth: | Age: 42 years   Sex: Male |
| Location:    WHC 3NE | |

| | |
|---|---|
| Admit/Discharge: | 6/14/2022      / 7/8/2022 |
| Admitting Doctor: | Alassar,MD PhD,Aiman |
| Ordering Doctor: | n/a |

---

### *Procedure/Operative Documentation*

PULMONIC VALVE

Insufficiency: _
Stenosis: _
Mean Gradient:

Disease etiology: _

AORTIC SURGERY

ANEURYSM

Etiology: _
Type: _
Rupture: _
Location: _
Asymmetric root dilation: _
SOV Aneurysm: _
Ascending asymmetry: _

DISSECTION

Timing:Acute
Date of onset:06/14/22
Primary tear location: STJ to Midascending
Distal extension:
LE Motor function: No deficit
LE Sensory Deficit: No
Malperfusion: _

Diameter of treated segments
Annulus:25
Sinus:3.5
STJ:3.5
Midascending:4
Distal Zone 0:
Zone 1:
Zone 2:

ARRYTHMIA SURGERY

Ablation Device: _
LAA Amputation: _
Left atrial territory:
Right atrial territory:

---

| | |
|---|---|
| Print Date/Time: | 3/9/2023 07:40 EST |
| Report Request ID: | 476286355 |

**DEFENDANTS' MOTION EXHIBIT A PAGE 26**

## MedStar Washington Hospital Center

**Patient:**   **WELCH, KEVIN**
Med Rec #: ⬛
Account #: ⬛
Date of Birth: ⬛   Age: 42 years   Sex: Male
Location:   WHC 3NE

Admit/Discharge:   6/14/2022   / 7/8/2022
Admitting Doctor:   Alassar,MD PhD,Aiman
Ordering Doctor:   n/a

---

### *Procedure/Operative Documentation*

Rhythm at completion:_

*Electronically signed by:*

*Alassar, MD PhD, Aiman on: 06.14.2022 20:56 EDT*

*Electronically signed by:*

*Alassar, MD PhD, Aiman on: 06.14.2022 21:02 EDT*

*Electronically signed by:*

*Alassar, MD PhD, Aiman on: 06.14.2022 21:24 EDT*

DOCUMENT NAME:
PERFORM INFORMATION:
RESULT STATUS:
SERVICE DATE/TIME:
SIGN INFORMATION:

Procedure Note
Turner,NP-C,Lauren K (6/18/2022 09:49 EDT)
Auth (Verified)
6/18/2022 09:43 EDT
Psota,CRNP,Lauren M (6/18/2022 10:04 EDT); Turner,NP-C,
Lauren K (6/18/2022 09:49 EDT)

**Arterial Line Insertion**
   **Date/Time of Procedure:** 6/18/2022 @ 0930AM

   **Indication(s):** Hypertensive urgency s/p dissection
   repair

   **Performed by:** Lauren Turner, ACNP

   **Supervised by:** Lauren Psota, ACNP

   **Consent:** Informed, written consent was obtained prior
   to the procedure; risks, benefits, & alternatives were
   discussed.

   **Universal Protocol/Time Out:** A Time Out with
   checklist was performed prior to the procedure to
   ensure correct identification of the patient, procedure
   and site.

---

DEFENDANTS' MOTION EXHIBIT A PAGE 27

## MedStar Washington Hospital Center

**Patient:**   **WELCH, KEVIN**

| | | | |
|---|---|---|---|
| Med Rec #: | ▮▮▮▮▮▮▮ | Admit/Discharge: | 6/14/2022    / 7/8/2022 |
| Account #: | ▮▮▮▮▮▮▮ | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth: | ▮▮▮▮▮  Age: 42 years   Sex: Male | Ordering Doctor: | n/a |
| Location: | WHC 3NE | | |

---

### *Progress Notes*

**Restraints**
  None

**Indwelling Urinary Catheter**
Urinary Catheter:  6 Days

**Skin**
  Intact

 **Family/Social/Disposition:**

Family updated by phone

**Global Assessment**
  Will d'c arterial line and IJ. Optimizing blood pressure prior to stepping down to the
  floor.

**Attestation:**
  Seen with Dr. Glousman, agree with above. Mr. Welch is making improvements.
  Blood pressure is under better control. Awaiting MRI to aid in diagnosis of LLE
  paresis, though, anticipate spinal cord trespass. Approaching floor readiness.  CC
  Time: 35 minutes.

*Electronically signed by:*

---
*Glousman, MD, Brandon N. on: 06.21.2022 15:08 EDT*

*Electronically signed by:*

---
*Hockstein, MD, Maxwell A on: 06.21.2022 16:55 EDT*

---

| | |
|---|---|
| DOCUMENT NAME: | Critical Care Progress Note |
| PERFORM INFORMATION: | Miller,PA-C,Jacob S.(6/20/2022 15:07 EDT) |
| RESULT STATUS: | Auth (Verified) |
| SERVICE DATE/TIME: | 6/20/2022 15:06 EDT |
| SIGN INFORMATION: | Miller,PA-C,Jacob S.(6/20/2022 15:07 EDT) |

**2NW CVICU PA Procedure Note - Wire and Drain Removal**

Pt has not required pacing in >24hrs. I individually removed A-wires and V-wires. Each wire was removed with minimal resistance.

Pt drains had <200mL of serosanguineous output in 12hrs for each drain. The drains were removed as pt performed a valsalva maneuver without complication and was well tolerated by the patient. Occlusive dressing applied.

A CXR is ordered for 4 hours after pleural drains were pulled to evaluate lung fields.

---

DEFENDANTS' MOTION EXHIBIT A PAGE 28

## MedStar Washington Hospital Center

**Patient:**   **WELCH, KEVIN**

| | | | | |
|---|---|---|---|---|
| Med Rec #: | ███████ | | Admit/Discharge: | 6/14/2022    / 7/8/2022 |
| Account #: | ███████ | | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth: | ████ | Age: 42 years    Sex: Male | Ordering Doctor: | n/a |
| Location: | WHC 3NE | | | |

---

### *Progress Notes*

Procedure was well-tolerated by the patient. The patient remains hemodynamically stable following the procedure.

ICU Supervising Physician: Dr. Max Hockstein

Jacob Miller, PA-C
Surgical Critical Care
78411

*Electronically signed by:*

---

*Miller, PA-C, Jacob S. on: 06.20.2022 15:07 EDT*

---

DOCUMENT NAME:                         Critical Care Progress Note
PERFORM INFORMATION:          Hockstein,MD,Maxwell A (6/20/2022 06:26 EDT)
RESULT STATUS:                           Auth (Verified)
SERVICE DATE/TIME:                    6/20/2022 06:25 EDT
SIGN INFORMATION:                     Hockstein,MD,Maxwell A (6/20/2022 15:29 EDT)

### CVICU Attending Note

I have seen and examined the patient with ICU team. I have personally reviewed the images and diagnostic results and a summary of my interpretation is documented below.  The patient is critically ill and requires management as described.  The A-F bundle was reviewed during rounds.  Critical care time, exclusive of billable procedures: 35 minutes.

42M admitted to CVICU after undergoing a type A aortic dissection repair, hemi-arch replacement, ascending aortic replacement, resuspension of the aortic valve, STJ reconstruction on 6/14/22. Post-operative course has been complicated by encephalopathy, LLE paresis, hypoxic respiratory failure, recalcitrant hypertension. There were no overnight events.

**Neuro**: Encephalopathic. RASS Score: -1, CAM-ICU Result: Positive. Knows his name, he is unsure of his location, did not know the identity of his cousin at bedside today. Analgosedation is being accomplished with  fentanyl PCA (transition to PO oxycodone), lidocaine patches. On no sedation. LLE remains 1/5 strength. RLE 3/5. MRI is pending, ordered for today. OOBC.
**Pulm**: Post-operative respiratory insufficiency.  Nasal cannula at2L. IS 750. Continue pip-tazo for presumed HAP to end 6/22/22.
**Cor/Vasc**: Type A repair - continue ASA. Normal sinus rhythm. 65< Goal MAP < 85 mmHg. PO antihypertensives have been started - amlodipine, hydralazine, labetalol. To consider ACEi.
**GI**:  Abdomen is soft and non-tender.  Diet: General diet. Needs to have a BM, has had miralax, will add magnesium citrate today.
**Renal**: Acute kidney injury. Unclear if creatinine value is reflective of AKI vs CKD. Value seems to
have plateaued.  Intake/Output:4220.31mL / 3050mL, Fluid Balance:1170.31mL.  Goal fluid balance is (-) 0-1L over the next 24 hours.
**ID**: Afebrile.  No leukocytosis.  Culture data below.
**LDA**: Drains and wires out today. PIV. R IJ MAC.
**Heme**: Acute blood loss anemia. Transfuse single pRBC today. Thrombocytopenia, anticipate reflective of recent cardiopulmonary bypass run.  On no anticoagulant infusions.
**Endo**: Goal blood sugar <180 mg/dL.  Correctional insulin.
**Skin**: Intact.
**PPx**: subcutaneous heparin; stress ulcer prophylaxis is not indicated; both physical therapy and occupational therapy have been

---

DEFENDANTS' MOTION EXHIBIT A PAGE 29

## MedStar Washington Hospital Center

**Patient:**    **WELCH, KEVIN**
Med Rec #: ▮
Account #: ▮
Date of Birth: ▮    Age: 42 years    Sex: Male
Location:    WHC 3NE

Admit/Discharge:    6/14/2022    / 7/8/2022
Admitting Doctor:    Alassar,MD PhD,Aiman
Ordering Doctor:    n/a

---

| *Progress Notes* |
| --- |

Procedure was well-tolerated by the patient. The patient remains hemodynamically stable following the procedure.

ICU Supervising Physician: Dr. Max Hockstein

Jacob Miller, PA-C
Surgical Critical Care
78411

*Electronically signed by:*

*Miller, PA-C, Jacob S. on: 06.20.2022 15:07 EDT*

---

DOCUMENT NAME:                              Critical Care Progress Note
PERFORM INFORMATION:                     Hockstein,MD,Maxwell A (6/20/2022 06:26 EDT)
RESULT STATUS:                              Auth (Verified)
SERVICE DATE/TIME:                         6/20/2022 06:25 EDT
SIGN INFORMATION:                          Hockstein,MD,Maxwell A (6/20/2022 15:29 EDT)

### CVICU Attending Note

I have seen and examined the patient with ICU team. I have personally reviewed the images and diagnostic results and a summary of my interpretation is documented below.  The patient is critically ill and requires management as described.  The A-F bundle was reviewed during rounds.  Critical care time, exclusive of billable procedures: 35 minutes.

42M admitted to CVICU after undergoing a type A aortic dissection repair, hemi-arch replacement, ascending aortic replacement, resuspension of the aortic valve, STJ reconstruction on 6/14/22. Post-operative course has been complicated by encephalopathy, LLE paresis, hypoxic respiratory failure, recalcitrant hypertension. There were no overnight events.

**Neuro**: Encephalopathic. RASS Score: -1, CAM-ICU Result: Positive. Knows his name, he is unsure of his location, did not know the identity of his cousin at bedside today. Analgosedation is being accomplished with  fentanyl PCA (transition to PO oxycodone), lidocaine patches. On no sedation. LLE remains 1/5 strength. RLE 3/5. MRI is pending, ordered for today. OOBC.
**Pulm**: Post-operative respiratory insufficiency.  Nasal cannula at2L. IS 750. Continue pip-tazo for presumed HAP to end 6/22/22.
**Cor/Vasc**: Type A repair - continue ASA. Normal sinus rhythm. 65< Goal MAP < 85 mmHg. PO antihypertensives have been started - amlodipine, hydralazine, labetalol. To consider ACEi.
**GI**:  Abdomen is soft and non-tender.  Diet: General diet. Needs to have a BM, has had miralax, will add magnesium citrate today.
**Renal**: Acute kidney injury. Unclear if creatinine value is reflective of AKI vs CKD. Value seems to
have plateaued.  Intake/Output:4220.31mL / 3050mL, Fluid Balance:1170.31mL.  Goal fluid balance is (-) 0-1L over the next 24 hours.
**ID**: Afebrile.  No leukocytosis.  Culture data below.
**LDA**: Drains and wires out today. PIV. R IJ MAC.
**Heme**: Acute blood loss anemia. Transfuse single pRBC today. Thrombocytopenia, anticipate reflective of recent cardiopulmonary bypass run.  On no anticoagulant infusions.
**Endo**: Goal blood sugar <180 mg/dL.  Correctional insulin.
**Skin**: Intact.
**PPx**: subcutaneous heparin; stress ulcer prophylaxis is not indicated; both physical therapy and occupational therapy have been

---

DEFENDANTS' MOTION EXHIBIT A PAGE 30

## MedStar Washington Hospital Center

**Patient:** **WELCH, KEVIN**
Med Rec #:
Account #:
Date of Birth:                Age: 42 years     Sex: Male
Location:     WHC 3NE

Admit/Discharge:    6/14/2022          / 7/8/2022
Admitting Doctor:   Alassar,MD PhD,Aiman
Ordering Doctor:    n/a

---

### Progress Notes

consulted.
**Dispo:** Requires additional stay in the intensive care unit for ongoing management of critical illness.

| Laboratory studies of relevance |
| --- |
| **BMP**<br>Sodium Lvl: 155 mmol/L High (06/20/22 03:07:00)<br>Potassium Lvl: 3.2 mmol/L Low (06/20/22 03:07:00)<br>Chloride: 123 mmol/L High (06/20/22 03:07:00)<br>CO2: 24 mmol/L (06/20/22 03:07:00)<br>BUN: 24 mg/dL High (06/20/22 03:07:00)<br>Creatinine: 2.11 mg/dL High (06/20/22 03:07:00)<br>Glucose Lvl Random: 130 mg/dL (06/20/22 03:07:00)<br><br>**CBC**<br>WBC: 9.71 k/uL (06/20/22 03:07:00)<br>Hgb: 7.3 gm/dL Low (06/20/22 03:07:00)<br>Hct: 23.3 % Low (06/20/22 03:07:00)<br>Platelet: 118 k/uL Low (06/20/22 03:07:00)<br><br>**Microbiology (last 14 days):**<br>[06/17/2022 02:22] **Culture, Bact, Blood** - Vein,<br>peripheral (Arm Left) - **Preliminary**<br>Preliminary Report: No growth at 3 days. (06/20/2022 04:01)<br><br>[06/17/2022 02:22] **Culture, Bact, Blood** - Vein,<br>peripheral (Arm Right) - **Preliminary**<br>Preliminary Report: No growth at 3 days. (06/20/2022 04:01)<br><br>[06/17/2022 02:22] **Culture, MRSA** -<br>Nasal (Nose) - **Completed**<br>Final Report: No Methicillin resistant Staphylococcus aureus<br>isolated (06/18/2022 17:17) |

Max Hockstein, MD
Surgical Critical Care
#2186

*Electronically signed by:*

---

*Hockstein, MD, Maxwell A on: 06.20.2022 15:29 EDT*

DEFENDANTS' MOTION EXHIBIT A PAGE 31

## MedStar Washington Hospital Center

**Patient:**  **WELCH, KEVIN**
Med Rec #:
Account #:
Date of Birth:        Age: 42 years    Sex: Male
Location:  WHC 3NE

Admit/Discharge:  6/14/2022     / 7/8/2022
Admitting Doctor:  Alassar,MD PhD,Aiman
Ordering Doctor:  n/a

---

### *Progress Notes*

DOCUMENT NAME:
PERFORM INFORMATION:
RESULT STATUS:
SERVICE DATE/TIME:
SIGN INFORMATION:

Critical Care Progress Note
Luczycki,MD,Stephen M.(6/19/2022 18:44 EDT)
Auth (Verified)
6/19/2022 09:33 EDT
Luczycki,MD,Stephen M.(6/21/2022 09:05 EDT)

**Critical Care Attending Note:**
I have seen and examined this critically ill patient and communicated the assessment and plan to the ICU team.
**Procedures:** 6/14:repair of type a aortic dissection; hemiarch replacement, ascending aorta replacement, aortic valve resuspension, reconstruction of sinotubular junction, circulatory arrest with retrograde cerebral perfusion, right femoral artery cannulation, left femoral arterial line; XC: 112', circulatory arrest: 22', CPB: 182', LVEF = 55%, RV normal
**24 hour Events:** Less agitated, more alert today, left lower extremity exam variable
**PMHx:** Uncontrolled hypertension, recent COVID, childhood asthma
A-F Bundle Reviewed with the ICU Team.
**Neurologic:** Still confused but follows commands and now moves left lower extremity; initial head CT negative; use dexmedetomidine to control agitation and symptomatic delirium, use multimodal analgesia to limit opioids; patient admits to 5-7 alcoholic drinks per day prior to admission --May need additional symptomatic control for any withdrawal symptoms; normalize sleep-wake cycles to the extent that we can; continue to correct hypernatremia of 156 with additional enteral water repletion --sodium goal 150; MRI not done for safety reasons--I think this can be deferred for now with much improved exam(D/W Dr. Alassar)

**Cardiovascular:** Thoracic aortic dissection --ascending component repaired, descending component unsecured --- poorly controlled hypertension --MAP goal <80(d/w Dr. Alassar)wean nicardipine as p.o. drugs titrated; continue hydralazine, amlodipine, labetalol, may consider ACE/ARB now that creatinine appears to have stabilized; no signs of ischemia, appears to be warm and well-perfused

**Respiratory:** Acute respiratory failure with hypoxia --chest x-ray improved, minimal secretion burden, continue high flow nasal cannula to provide some positive pressure and facilitate lung opening; keep head of bed up, mobilize out of bed if feasible

**GI/Nutrition:** mild protein calorie malnutrition and increased BEE secondary to wound burden --continue enteral feeding via nasogastric tube; bowel regimen to mitigate constipation, mild transaminitis improving

**GU/Renal/Electrolytes:** Acute kidney injury/ATN --may be some element of chronic kidney disease but baseline is unknown, creatinine unchanged today at 2.1 (from 1.9); continue to maintain strict I/O with daily weights and foley; replete hypophosphatemia, hypomagnesemia and hypokalemia; 24-hour urine output = 3395ml, continue diuresis for total body fluid overload

**Hematologic:** Acute posthemorrhagic anemia --hemoglobin =7.4 from 7.5, platelet count = 118 (up from 111) surgical drain output = 155ml/24h(down from 450ml/24 hours), continue drains for another 24 hours --ideally would like to mobilize him out of bed prior to discontinuation

**ID:** Continue empiric antibiotics for possible pneumonia, mild leukocytosis improved at 10.3 from 11, afebrile; 6/17 blood cultures with no growth to date; 6/17 MRSA swab negative

**Endocrine:** Continue to maintain normoglycemia with insulin

**Musculoskeletal:** PT/OT as appropriate

---

Print Date/Time:     3/9/2023 07:40 EST
Report Request ID:     476286355

DEFENDANTS' MOTION EXHIBIT A PAGE 32

## MedStar Washington Hospital Center

**Patient:**   **WELCH, KEVIN**

Med Rec #: [redacted]                                Admit/Discharge:   6/14/2022        / 7/8/2022
Account #: [redacted]                                Admitting Doctor:   Alassar,MD PhD,Aiman
Date of Birth: [redacted]    Age: 42 years    Sex: Male    Ordering Doctor:   n/a
Location:    WHC 3NE

---

| *Progress Notes* |
|---|

**Skin:** Wounds appear to be clean, skin intact

**Advanced Directives/Goals of Care:** full code
Family present on rounds: not immediately available
**Disposition/Placement:** evaluation for placement needs ongoing
**Prophylaxis:**
**VAP**: Remains extubated
**GI Bleed**: not indicated
**VTE**: SCD's/SC Heparin
**Pressure Ulcer**: low air-loss mattress, frequent repositioning
**Medical Device Review:**
**NG:**placed: 6/17 right nare-continue
**CVC:**placed: 6/14, RIJ continue
**Arterial:**placed: 6/14 right radial
**Foley:**placed: 6/14, continue
**Drains:**  placed 6/14 continue --reeval in 24h
**Pacing Wires:**placed: 6/14
Plan Discussed with: ICU Nurse/ICU Team/Respiratory Therapy/Primary Team
*Critical Care Time:* [60] minutes, exclusive of separately documented procedures.
Stephen Luczycki, MD
pager#: (202)801-0631

*Electronically signed by:*

---
*Luczycki, MD, Stephen M. on: 06.21.2022 09:05 EDT*

---

DOCUMENT NAME:                         Critical Care Progress Note
PERFORM INFORMATION:                   Milano,PA-C,Alexa M.(6/18/2022 12:38 EDT)
RESULT STATUS:                         Auth (Verified)
SERVICE DATE/TIME:                     6/18/2022 12:38 EDT
SIGN INFORMATION:                      Milano,PA-C,Alexa M.(6/18/2022 12:38 EDT)

SICU APP Restraint Note

I have seen and evaluated this patient at the request of the RN. After an evaluation of the immediate situation, the patient requires restraints due to agitation. Behavioral conditions leading to the use of restraints include pulling at lines/tubes/drains. The patient has medical devices which if pulled out may injure the patient and/or interfere with appropriate medical care.  For the patient's safety, Soft limb restraints have been applied to bilateral upper extremities. Based on my review and observation of patient's presentation, immediate situation, and review of medical history including current medications, systems assessment, and laboratory findings there is evidence of underlying medical conditions. Underlying medical conditions includes: encephalopathy.  Restraints have been properly applied and should be continued at this time. The patient tolerated restraint placement well.  The continued need for restraints will be reevaluated per hospital protocol and will be discontinued when appropriate.

This order will automatically expire in 24 hours.

---

DEFENDANTS' MOTION EXHIBIT A PAGE 33

**MedStar Washington Hospital Center**

**Patient:    WELCH, KEVIN**

| | | | |
|---|---|---|---|
| Med Rec #: | | Admit/Discharge: | 6/14/2022    / 7/8/2022 |
| Account #: | | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth: | Age: 42 years    Sex: Male | Ordering Doctor: | n/a |
| Location:    WHC 3NE | | | |

---

| *Progress Notes* |
|:---:|

Alexa Milano PA-C
Surgical Critical Care Service
Pager # 202-801-2155

Seen/Discussed/Evaluated with Dr. Luczycki SICU attending and supervising physician

*Electronically signed by:*

---

*Milano, PA-C, Alexa M. on: 06.18.2022 12:38 EDT*

---

DOCUMENT NAME:              Critical Care Progress Note
PERFORM INFORMATION:        Luczycki,MD,Stephen M.(6/18/2022 07:49 EDT)
RESULT STATUS:              Auth (Verified)
SERVICE DATE/TIME:          6/18/2022 07:43 EDT
SIGN INFORMATION:           Luczycki,MD,Stephen M.(6/21/2022 09:06 EDT)

**Critical Care Attending Note:**
I have seen and examined this critically ill patient and communicated the assessment and plan to the ICU team.
**Procedures:** 6/14:repair of type a aortic dissection; hemiarch replacement, ascending aorta replacement, aortic valve resuspension, reconstruction of sinotubular junction, circulatory arrest with retrograde cerebral perfusion, right femoral artery cannulation, left femoral arterial line; XC: 112', circulatory arrest: 22', CPB: 182', LVEF = 55%, RV normal
**24 hour Events:** Follows commands this morning, now moves left lower extremity
**PMHx:** Uncontrolled hypertension, recent COVID, childhood asthma
A-F Bundle Reviewed with the ICU Team.
**Neurologic:** Still confused but follows commands and now moves left lower extremity; initial head CT negative; use dexmedetomidine to control agitation and symptomatic delirium; patient admits to 5-7 alcoholic drinks per day prior to admission --May need additional symptomatic control for any withdrawal symptoms; normalize sleep-wake cycles to the extent that we can; correct hypernatremia of 158 with additional water repletion --recheck sodium later in the day, if remains elevated may need IV D5W; MRI not done for safety reasons--I think this can be deferred for now with much improved exam

**Cardiovascular:** Poorly controlled hypertension --use nicardipine, add p.o. hydralazine 3 times daily, may consider ACE/ARB once creatinine stabilizes; no signs of ischemia, appears to be warm and well-perfused

**Respiratory:** Acute respiratory failure with hypoxia --chest x-ray improved, minimal secretion burden, continue high flow nasal cannula to provide some positive pressure and facilitate lung opening; keep head of bed up, mobilize out of bed if feasible

**GI/Nutrition:** mild protein calorie malnutrition and increased BEE secondary to wound burden --start enteral feeding via nasogastric tube; bowel regimen to mitigate constipation, mild transaminitis improving

**GU/Renal/Electrolytes:** Acute kidney injury/ATN  --may be some element of chronic kidney disease but baseline is unknown, creatinine improved today from 2.5-1.9; continue to maintain strict I/O with daily weights and foley; replete hypophosphatemia and hypokalemia; 24-hour urine output = 3175ml

---

DEFENDANTS' MOTION EXHIBIT A PAGE 34

## MedStar Washington Hospital Center

**Patient:** WELCH, KEVIN

| | | | | |
|---|---|---|---|---|
| Med Rec #: | ▉ | | Admit/Discharge: | 6/14/2022    / 7/8/2022 |
| Account #: | ▉ | | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth: | ▉ | Age: 42 years    Sex: Male | Ordering Doctor: | n/a |
| Location: | WHC 3NE | | | |

---

### *Progress Notes*

**Hematologic:** Acute posthemorrhagic anemia --hemoglobin = 7.5, platelet count = 111 (up from 84) surgical drain output = 450ml/24 hours, continue drains for another 24 hours --ideally would like to mobilize him out of bed prior to discontinuation

**ID:** Continue empiric antibiotics, mild leukocytosis at 11, T-max = 38.1; 6/17 blood cultures with no growth to date; MRSA swab pending

**Endocrine:** Continue to maintain normoglycemia with insulin

**Musculoskeletal:** PT/OT as appropriate

**Skin:** Wounds appear to be clean, skin intact

**Advanced Directives/Goals of Care:** full code
Family present on rounds: not immediately available
**Disposition/Placement:** evaluation for placement needs ongoing
**Prophylaxis:**
**VAP:** Remains extubated
**GI Bleed:** not indicated
**VTE:** SCD's/SC Heparin
**Pressure Ulcer:** low air-loss mattress, frequent repositioning
**Medical Device Review:**
**NG:** placed: 6/17 right nare-continue
**CVC:** placed: 6/14, RIJ continue
**Arterial:** placed: 6/14 right radial
**Foley:** placed: 6/14, continue
**Drains:** placed 6/14 continue
**Pacing Wires:** placed: 6/14
Plan Discussed with: ICU Nurse/ICU Team/Respiratory Therapy/Primary Team
*Critical Care Time:* [60] minutes, exclusive of separately documented procedures.
Stephen Luczycki, MD
pager#: (202)801-0631

*Electronically signed by:*

*Luczycki, MD, Stephen M. on: 06.21.2022 09:06 EDT*

---

| | |
|---|---|
| DOCUMENT NAME: | Critical Care Progress Note |
| PERFORM INFORMATION: | Dunphy,MD,Kaitlyn Marie (6/17/2022 15:09 EDT) |
| RESULT STATUS: | Auth (Verified) |
| SERVICE DATE/TIME: | 6/17/2022 14:18 EDT |
| SIGN INFORMATION: | Luczycki,MD,Stephen M.(6/18/2022 19:00 EDT); Dunphy, MD,Kaitlyn Marie (6/17/2022 15:27 EDT) |

Brief History/HPI: 42M with no significant PMH who was BIBA to SoMd hospital 6/14 w/ CP and SOB in the setting of recent long car trip and drinking multiple energy drinks. CT PE at OSH was negative but showed TAAD. He underwent Type A repair w/ hemi-arch, ascending replacement, AV resuspension, STJ reconstruction on 6/14.

---

DEFENDANTS' MOTION EXHIBIT A PAGE 35

## MedStar Washington Hospital Center

**Patient:**     WELCH, KEVIN
Med Rec #:                                                    Admit/Discharge:     6/14/2022        / 7/8/2022
Account #:                                                    Admitting Doctor:     Alassar,MD PhD,Aiman
Date of Birth:              Age: 42 years      Sex: Male      Ordering Doctor:     n/a
Location:      WHC 3NE

---

### *Progress Notes*

POST-BYPASS LVEF: 55%, POST-BYPASS RV:good. CPB TIME: 182 minutes, CROSS CLAMP TIME: 112minutes, CIRCULATION ARREST TIME: 22 minutes (RCP at 28 degree). EBL 2L, UOP 900ml. Admitted to ICU intubated; on dobut @5, Precedex, insulin gtt @6U.

**24 hr events: remains encephalopathic, not moving his LLE**
A-F Bundle/IMOC: Pain controlled. CAM ICU positive. PT/OT passive range of motion, will consult when appropriate. Family updated daily.

Assessment & Plan:
Neuro: Exam GCS 13, intermittently follows commands, **BL UE moving equally, RLE 3/5 weakness and withdraws to pain, LLE no withdrawal or movement,** face symmetry equal
Sedatives: **dex 0.2-0.8 for agitation/delirium, discontinued ketamine**
Acute post-operative pain: Fentanyl PCA 0/20/6; holding PO meds until more awake, **restarted tylenol,** lido patch for sternal incision pain
**#encephalopathy: unclear etiology --> will consult neuro and get CTH and MRI brain today.** Metabolic encephalopathy w/u wnl.
#post-operative delirium: frequent re-orientation, dex as needed
# Rehabilitation post-surgery: Passive range of motion, will consult PT/OT when appropriate
# Positioning: can sit up, requiring restraints for safety of self and staff

Pulmonary: HFNC 60L and 60%
CXR: **shows clear fields but decrease in size bilaterally, planning to increase flow to 60L to give additional PEEP**
#respiratory insufficiency due to atelectasis and pulmonary venous congestion
#possible PTX: small apical, does not appear to be contributing to current clinical picture, **daily CXR**

Cardiovascular: Warm and well-perfused. No significant edema. MSI c/d/i. Palp pedal pulses. HR 90s, NSR w/ inferolateral TWIs, **HR 90s, SBP 160s**
Chest tube #1 (A/P mediastinal): 40 ccs o/n
Chest tube #2 (R pleura): 60 ccs o/n
Anti-HTN agents: nicardipine 5-15, uptitrating for strict SBP goal <130
Inotropes: none
#postop cardiac insufficiency: remains off inotropes, resolved
#TAAD: daily asa started --> **switched to PO now that NGT in place** MAP goal 70-90, SBP goal <130; **will discuss possible chest tube removal on POD3 (6/17)**
**#hypertension: SBP goals as above**
#Postop troponinemia 2/2 cardiac surgery: 23K --> 32K--> 24K, will stop trending

GI/Nutrition: Abdomen soft, no BM
Diet/Nutrition: NPO, **NGT placed, will start TFs once back from all imaging**
#Constipation prevention: daily bisacodyl PR
#transaminitis: significant elevation today, AST/ALT downtrending will add am INR, abd US + doppler wnl

Renal: **+774 mL/24 hrs,** UOP 80-100 ccs/hr
#post-operative ATN causing AKI on CKD 2/2 hypertensive nephropathy
**#hypernatremia: 1L FWD, 250 q6h FWFs**

ID: WBC 19 --> 11

---

Print Date/Time:     3/9/2023 07:40 EST
Report Request ID:     476286355

DEFENDANTS' MOTION EXHIBIT A PAGE 36

## MedStar Washington Hospital Center

**Patient:** WELCH, KEVIN

| | | | | |
|---|---|---|---|---|
| Med Rec #: | [redacted] | | Admit/Discharge: | 6/14/2022 / 7/8/2022 |
| Account #: | [redacted] | | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth: | [redacted] Age: 42 years | Sex: Male | Ordering Doctor: | n/a |
| Location: | WHC 3NE | | | |

---

### *Progress Notes*

**#c/f possible sepsis: BCx sent 6/16, NGTD**
Lines/tubes/drains: Foley, RIJ,  R radial a line, CTx2

Heme:
# acute post-operative Anemia: Hb 7
DVT prophylaxis: sqh
Anti-platelet: asa for his TAAD

Endo:
**stress hyperglycemia: resolved, insulin gtt now off**

MSK:
# Pressure ulcer prophylaxis: low air-loss mattress, frequent re-positioning
No acute concerns

Disposition: ICU
Code Status/Social: Full code.

K Dunphy MD
SICU rotating resident
x2677

CCM Attending:
I have seen and evaluated this critically ill patient and agree with the above assessment and plan as outlined by the ICU resident.
POD #2 repair of type B aortic dissection, hemiarch
Neuro: Confused, lower extremity weakness observed with sedation wean this morning--differential stroke, spinal cord infarction minimize sedation, will ask stroke team to evaluate
CV: Warm and well-perfused, no signs of ischemia, hypertension --use nicardipine to keep SBP <130
Pulm: Acute respiratory failure with hypoxia --chest x-ray with reduced lung volumes and poor pulmonary toilet secondary to encephalopathy; continue high flow nasal cannula to provide some positive pressure, consider BiPAP if not effective
GI: Mild transaminitis improving, may need nasogastric tube for enteral feeding if his mental status does not improve
Renal: Chronic kidney disease, unknown baseline but perhaps 2.0, continue Foley for strict I/O, +500 fluid balance last 24 hours, may consider some diuresis later today
Heme: Acute posthemorrhagic anemia/thrombocytopenia --no obvious source of ongoing blood loss; continue to monitor surgical drains, repeat hemoglobin this afternoon, no current indication for blood transfusion
CCTime: 75'

Stephen Luczycki, MD
Critical Care Medicine
pager:(202)801-0631

DEFENDANTS' MOTION EXHIBIT A PAGE 37

## MedStar Washington Hospital Center

**Patient:**   **WELCH, KEVIN**

| | | |
|---|---|---|
| Med Rec #: | | Admit/Discharge: 6/14/2022 / 7/8/2022 |
| Account #: | | Admitting Doctor: Alassar,MD PhD,Aiman |
| Date of Birth: | Age: 42 years    Sex: Male | Ordering Doctor: n/a |
| Location: | WHC 3NE | |

---

### Progress Notes

*Electronically signed by:*

---
*Dunphy, MD, Kaitlyn Marie on: 06.17.2022 15:27 EDT*

*Electronically signed by:*

---
*Luczycki, MD, Stephen M. on: 06.18.2022 19:00 EDT*

---

DOCUMENT NAME:                    Critical Care Progress Note
PERFORM INFORMATION:        Miller,PA-C,Jacob S.(6/17/2022 07:55 EDT)
RESULT STATUS:                      Auth (Verified)
SERVICE DATE/TIME:               6/17/2022 07:54 EDT
SIGN INFORMATION:                 Miller,PA-C,Jacob S.(6/17/2022 07:55 EDT)

**SICU APP Restraint Note**

I have seen and evaluated this patient at the request of the RN. After an evaluation of the immediate situation, the patient requires restraints due to agitation. Behavioral conditions leading to the use of restraints include pulling at lines/tubes/drains. The patient has medical devices which if pulled out may injure the patient and/or interfere with appropriate medical care.  For the patient's safety, Soft limb restraints have been applied to bilateral upper extremities. Based on my review and observation of patient's presentation, immediate situation, and review of medical history including current medications, systems assessment, and laboratory findings there is evidence of underlying medical conditions.   Underlying medical conditions include: Cardiogenic shock and acute hypoxic respiratory failure. Restraints have been properly applied and should be continued at this time. The patient tolerated restraint placement well.  The continued need for restraints will be reevaluated per hospital protocol and will be discontinued when appropriate.

This order will automatically expire in 24 hours.

ICU Supervising Attending: Dr. Max Hockstein

Jacob Miller, PA-C
pager: x 78411
Critical Care Medicine

*Electronically signed by:*

---
*Miller, PA-C, Jacob S. on: 06.17.2022 07:55 EDT*

---

DOCUMENT NAME:                    Critical Care Progress Note
PERFORM INFORMATION:        Dunphy,MD,Kaitlyn Marie (6/16/2022 12:59 EDT)
RESULT STATUS:                      Auth (Verified)
SERVICE DATE/TIME:               6/16/2022 12:26 EDT
SIGN INFORMATION:                 Luczycki,MD,Stephen M.(6/18/2022 19:01 EDT); Dunphy, MD,Kaitlyn Marie (6/16/2022 12:59 EDT)

---

Print Date/Time:      3/9/2023 07:40 EST
Report Request ID:    476286355

**DEFENDANTS' MOTION EXHIBIT A PAGE 38**

## MedStar Washington Hospital Center

**Patient:**
Med Rec #:
Account #:
Date of Birth:                     Age: 42 years    Sex: Male
Location:        WHC 3NE

Admit/Discharge:    6/14/2022        / 7/8/2022
Admitting Doctor:    Alassar,MD PhD,Aiman
Ordering Doctor:    n/a

---

### *Progress Notes*

Brief History/HPI: 42M with no significant PMH who was BIBA to SoMd hospital 6/14 w/ CP and SOB in the setting of recent long car trip and drinking multiple energy drinks. CT PE at OSH was negative but showed TAAD. He underwent Type A repair w/ hemi-arch, ascending replacement, AV resuspension, STJ reconstruction on 6/14.
POST-BYPASS LVEF: 55%, POST-BYPASS RV:good. CPB TIME: 182 minutes, CROSS CLAMP TIME: 112minutes, CIRCULATION ARREST TIME: 22 minutes (RCP at 28 degree). EBL 2L, UOP 900ml. Admitted to ICU intubated; on dobut @5, Precedex, insulin gtt @6U.

**24 hr events: dex turned on due to agitation and attempting to injure bedside RN, PA cath removed**
A-F Bundle/IMOC: Pain controlled. CAM ICU positive. PT/OT passive range of motion, will consult when appropriate. Family updated daily.

Assessment & Plan:
Neuro: Exam GCS 10, intermittently follows commands but moves all extremities equally, face symmetry equal, **concern for possible encephalopathy given lack of improvement in delirium**
Sedatives: **dex 0.2-0.8 for agitation/delirium, added ketamine 10 to assist w/ agitation and pain**
Acute post-operative pain: Fentanyl PCA 0/20/6; holding PO meds until more awake, **dc tylenol due to transaminitis,** lido patch for sternal incision pain
**#encephalopathy: unclear etiology** toxic metabolic vs relative hypotension in s/o strict BP control in a hypertensive **pt. No concern for stroke given non-focal exam**. Will send ammonia, HIV, TSH, hepatitis panel
**#post-operative delirium: frequent re-orientation, dex as needed**
# Rehabilitation post-surgery: Passive range of motion, will consult PT/OT whe appropriate
# Positioning: can sit up, requiring restraints for safety of self and staff

Pulmonary: clear to auscultation, was on 2L NC during change of shift --> **now on 12L OM, ABG 7.4/38/77/1.6, will obtain repeat ABG at 130 pm to reassess**
CXR: **shows clear lung fields with some pulm venous congestion**
#respiratory insufficiency due to atelectasis and pulmonary venous congestion: **oxymask w/ SpO2 goal >92%, albuterol nebulizers**

Cardiovascular: Warm and well-perfused. No significant edema. MSI c/d/i. Palp pedal pulses. HR 90s, NSR w/ inferolateral TWIs, **MAP 90s, SBP 160s**
Chest tube #1 (A/P mediastinal): 224 ccs o/n
Chest tube #2 (R pleura): 160 ccs o/n
Anti-HTN agents: **nicardipine 5-15, uptitrating for strict SBP goal <130**
Inotropes: none
#postop cardiac insufficiency: remains off inotropes, resolved
#TAAD: daily asa started --> **switched to PR due to mental status**, MAP goal 70-90, SBP goal <130; **will discuss possible chest tube removal on POD3 (6/17)**
**#hypertension: SBP goals as above**
#Postop troponinemia 2/2 cardiac surgery: 23K --> 32K--> 24K, will stop trending

GI/Nutrition: Abdomen soft, no BM
Diet/Nutrition: NPO until resolution of encephalopathy
#Constipation prevention: daily bisacodyl PR
**#transaminitis: significant elevation today, AST/ALT now in 400s, will add am INR, abd US + dopplers, repeat LFTs today, daily LFTs**

---

Print Date/Time:        3/9/2023 07:40 EST
Report Request ID:     476286355

DEFENDANTS' MOTION EXHIBIT A PAGE 39

## MedStar Washington Hospital Center

**Patient:**    **WELCH, KEVIN**

Med Rec #:                                         Admit/Discharge:   6/14/2022        / 7/8/2022
Account #:                                          Admitting Doctor:   Alassar,MD PhD,Aiman
Date of Birth:              Age: 42 years    Sex: Male        Ordering Doctor:    n/a
Location:      WHC 3NE

---

| *Progress Notes* |
|---|

Renal: -1.7 L **/24 hrs, UOP 70-80 ccs/hr**
**#post-operative ATN causing AKI on CKD 2/2 hypertensive nephropathy: will give 500 bolus normosol, start D51/2 NS @ 75 ccs/hr for mIVF**

ID: WBC 15 --> 11
#post-operative abx ppx: dc ancef
Lines/tubes/drains: Foley, RIJ,  R radial a line, CTx2

Heme:
# acute post-operative Anemia: Hb 6.5 this am, received 1u PRBC, f/u 1500 CBC
DVT prophylaxis: sqh
Anti-platelet: asa for his TAAD

Endo:
stress hyperglycemia: insulin gtt at 0.5, A1c 4.3

MSK:
# Pressure ulcer prophylaxis: low air-loss mattress, frequent re-positioning
No acute concerns

Disposition: ICU
Code Status/Social: Full code.

K Dunphy MD
SICU rotating resident
x2677

**CCM Attending**:
I have seen and evaluated this critically ill patient and agree with the above assessment and plan as outlined by Dr. Dunphy, additions and modifications are noted below.
POD #2 repair of type a aortic dissection; hemiarch replacement, ascending aorta replacement, aortic valve
resuspension, reconstruction of sinotubular junction, circulatory arrest with retrograde cerebral perfusion, right femoral artery cannulation, left femoral arterial line; XC: 112', circulatory arrest: 22', CPB: 182', LVEF = 55%, RV normal
dobutamine weaned to off, remains confused
A-F Bundle reviewed with ICU team
Neuro: remains extubated, no focal motor deficit, remains confused, can use low-dose dexmedetomidine for analgesia/agitation --start low dose ketamine for analgesia @ 10mg/hr; continue fentanyl PCA, normalize sleep-wake
CV: cardiac insufficiency following emergent aortic dissection repair --dobutamine off, he is warm and well-perfused without mottling, MAP goal 70–90, keep SBP <130, no signs of ischemia; hypertension: Nicardipine infusion for acute control, reevaluate for p.o. medications in 24 hours
Pulm: acute respiratory failure with hypoxia -- CXR with reduced lung volumes; continue to encourage pulmonary toilet with incentive spirometry --may need some +pressure support if mental status limits this, mobilize out of bed
GI: CXR reveals resolved gastric dilation; continue bowel regimen to mitigate constipation, advance diet as tolerated; mild transaminitis -- repeat in 12hrs
Renal: Mild hypernatremia, creatinine at 2.5 from 2 , continue strict I/O with daily weights and Foley --24hr UO=1820ml, replete hypokalemia, start some dextrose containing maintenance fluid, check CVP and consider additional fluid if <10
Heme: Acute posthemorrhagic anemia --total surgical drain output =740ml overnight, hgb=6.5---transfused one unit PRBC --hgb now

---

DEFENDANTS' MOTION EXHIBIT A PAGE 39A

## MedStar Washington Hospital Center

**Patient:**   WELCH, KEVIN

| | | | |
|---|---|---|---|
| Med Rec #: | | Admit/Discharge: | 6/14/2022      / 7/8/2022 |
| Account #: | | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth: | Age: 42 years   Sex: Male | Ordering Doctor: | n/a |
| Location:   WHC 3NE | | | |

---

### *Progress Notes*

DOCUMENT NAME:      Critical Care Progress Note
PERFORM INFORMATION:      Dunphy,MD,Kaitlyn Marie (6/15/2022 13:22 EDT)
RESULT STATUS:      Auth (Verified)
SERVICE DATE/TIME:      6/15/2022 13:02 EDT
SIGN INFORMATION:      Luczycki,MD,Stephen M.(6/16/2022 07:18 EDT); Dunphy, MD,Kaitlyn Marie (6/15/2022 14:27 EDT)

Brief History/HPI: 42M with no significant PMH who was BIBA to SoMd hospital 6/14 w/ CP and SOB in the setting of recent long car trip and drinking multiple energy drinks. CT PE at OSH was negative but showed TAAD. He underwent Type A repair w/ hemi-arch, ascending replacement, AV resuspension, STJ reconstruction on 6/14.
POST-BYPASS LVEF: 55%, POST-BYPASS RV:good. CPB TIME: 182 minutes, CROSS CLAMP TIME: 112minutes, CIRCULATION ARREST TIME: 22 minutes (RCP at 28 degree). EBL 2L, UOP 900ml. Admitted to ICU intubated; on dobut @5, Precedex, insulin gtt @6U.

24 hr events: extubated to OM, lactic acid downtrended from 5.2 to 1.7 with 1L crystalloid, dobutamine weaned off this am
A-F Bundle/IMOC: Pain controlled. CAM ICU positive. PT/OT passive range of motion, will consult when appropriate. Family updated daily at bedside by Dr. Alassar

Assessment & Plan:
Neuro: Exam GCS 14, follows commands, delirious
Sedatives: **all sedation turned off this am**
Pain control: **Fentanyl PCA 0/20/6; holding PO meds until more awake, PR tylenol PRN, lido patch for sternal incision pain**
# Rehab: Passive range of motion, **will consult PT/OT tomorrow 6/16**
# Positioning: **Flat until L fem sheath removed**

Pulmonary: clear to auscultation, OM 8L weaned to 4L
CXR: **clear lung fields, no significant pulm edema, large gastric bubble**
#respiratory insufficiency: continue respiratory support as above
**#concern for possible PTX --> not seen on repeat done this am, will repeat CXR this afternoon to ensure that it is not present given radiology read of immediate postop CXR**

Cardiovascular: Warm and well-perfused. No significant edema. MSI c/d/i. Palp pedal pulses. HR 90s, NSR w/ inferolateral TWIs, MAP 80-85, PAPs 20s/7-10, CI 3.2
Chest tube #1 (A/P mediastinal): 200 ccs o/n
Chest tube #2 (R pleura): 130 ccs o/n
Anti-HTN agents: nicardipine 5, plan to wean off
Inotropes: dobutamine weaning off
#postop cardiac insufficiency: weaning off dobutamine, q1h CI until dobutamine off
#TAAD: daily asa started, MAP goal 70-90, SBP goal <130
#Postop troponinemia: 23K --> 32K, will check q6h until peak

GI/Nutrition: Abdomen distended, gastric bubble on CXR
Diet/Nutrition: NPO until more awake
#Gastric bubble: will give ginger ale this afternoon once more awake, will place NGT if no improvement
#Constipation prevention: daily bisacodyl, BID miralax
#transaminitis: slight elevation, recheck level in am

---

| | |
|---|---|
| Print Date/Time: | 3/9/2023 07:40 EST |
| Report Request ID: | 476286355 |

DEFENDANTS' MOTION EXHIBIT A PAGE 39B

## MedStar Washington Hospital Center

| | | | | |
|---|---|---|---|---|
| **Patient:** | **WELCH, KEVIN** | | | |
| Med Rec #: | ▓▓▓▓▓▓▓▓ | | Admit/Discharge: | 6/14/2022    / 7/8/2022 |
| Account #: | ▓▓▓▓▓▓▓▓ | | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth: | ▓▓▓▓  Age: 42 years | Sex: Male | Ordering Doctor: | n/a |
| Location: | WHC 3NE | | | |

---

### *Progress Notes*

---

Renal: **+5400/24 hrs, UOP ~120 ccs/hr**
#AKI on CKD: allow autoregulation
#hypokalemia: 20 mEq this am, K check 1400
**#hypokalemia: 20 mEq given this am, PM K check was 3.8, will given an additional 20 mEq**

ID: **WBC 13 --> 12**
**Ancef x24 hrs**
**#L fem sheath removal: Plt 70, will repeat--> needs to be above 75 to remove**
Lines/tubes/drains: Foley, RIJ+ Swan, L fem sheath, R radial a line, CTx2

Heme:
# Anemia: H/H above transfusion threshold.
DVT prophylaxis: sqh
Anti-platelet: asa for his TAAD

Endo:
BG goal <160 x24 hrs for SCIP window
insulin gtt at 0.5

MSK:
# Pressure ulcer prophylaxis: low air-loss mattress, frequent re-positioning
No acute concerns

Disposition: ICU
Code Status/Social: Full code.

K Dunphy MD
SICU rotating resident
x2677

**CCM Attending**:
I have seen and evaluated this critically ill patient and agree with the above assessment and plan as outlined by Dr. Dunphy, additions and modifications are noted below.
POD #1 repair of type a aortic dissection; hemiarch replacement, ascending aorta replacement, aortic valve resuspension, reconstruction of sinotubular junction, circulatory arrest with retrograde cerebral perfusion, right femoral artery cannulation, left femoral arterial line; XC: 112', circulatory arrest: 22', CPB: 182', LVEF = 55%, RV normal
A-F Bundle reviewed with ICU team
Neuro: Extubated this morning, no focal deficit, somewhat confused, can use low-dose dexmedetomidine for analgesia/agitation, fentanyl PCA, normalize sleep-wake
CV: cardiac insufficiency following emergent aortic dissection repair --wean dobutamine as tolerated, he is warm and well-perfused without mottling, remove left femoral A-line, remove PA catheter later if tolerates being off dobutamine, MAP goal 70–85, keep SBP <130, no signs of ischemia; hypertension: Nicardipine infusion for acute control, reevaluate for p.o. medications in 24 hours
Pulm: Encourage pulmonary toilet with incentive spirometry, sit up as soon as he is able
GI: CXR reveals gastric dilation--may need nasogastric decompression if this does not resolve with more conservative measures, bowel regimen to mitigate constipation, advance diet as tolerated

---

| | |
|---|---|
| Print Date/Time: | 3/9/2023 07:40 EST |
| Report Request ID: | 476286355 |

**DEFENDANTS' MOTION EXHIBIT A PAGE 39C**

## MedStar Washington Hospital Center

| | | | | |
|---|---|---|---|---|
| **Patient:** | **WELCH, KEVIN** | | | |
| Med Rec #: | ███████████ | | Admit/Discharge: | 6/14/2022        / 7/8/2022 |
| Account #: | ███████████ | | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth: | ████████  Age: 42 years  Sex: Male | | Ordering Doctor: | n/a |
| Location: | WHC 3NE | | | |

---

### *Progress Notes*

Renal: Mild hyponatremia, creatinine at 2 (this may be his baseline), continue strict I/O with daily weights and Foley, replete hypokalemia
Heme: Acute posthemorrhagic anemia --total surgical drain output = 284 overnight, no evidence of ongoing blood loss, no need for blood transfusion currently
CCtime:60'
A/P discussed with ICU team, Dr. Alassar
Stephen Luczycki, MD
Critical Care Medicine
pager:(202)801-0631


*Electronically signed by:*

_____
*Dunphy, MD, Kaitlyn Marie on: 06.15.2022 14:27 EDT*

*Electronically signed by:*

_____
*Luczycki, MD, Stephen M. on: 06.16.2022 07:18 EDT*

---

DOCUMENT NAME:                        Critical Care Progress Note
PERFORM INFORMATION:                  Stenz,PA-C,Sara A.(6/15/2022 03:24 EDT); Stenz,PA-C,Sara
                                      A.(6/14/2022 21:52 EDT)
RESULT STATUS:                        Modified
SERVICE DATE/TIME:                    6/14/2022 21:50 EDT
SIGN INFORMATION:                     Stenz,PA-C,Sara A.(6/15/2022 03:24 EDT); Stenz,PA-C,Sara
                                      A.(6/15/2022 02:00 EDT)

**Addendum by Stenz, PA-C, Sara A. on June 15, 2022 03:23:56 EDT**
I was requested by RN to evaluate the patient for restraint use. I have seen and evaluated this patient. The patient has medical devices which, if pulled out, may injure the patient or interfere with appropriate care. Due to the patient having attempted pulling invasive lines/tubes, the patient is a risk for self-injury. For the patient's safety, soft limb restraints have been applied to bilateral upper extremities. Restraints properly applied. No evidence of adverse effects or injury related to restraint. Continued need for restraints will be frequently reevaluated and discontinued when appropriate. Restraint monitoring per hospital protocol. This order will automatically expire in 24 hours.

Sara Stenz, PA-C #0070

---

*Electronically signed by:*

_____
*Stenz, PA-C, Sara A. on: 06.15.2022 03:24 EDT*

---

## MedStar Washington Hospital Center

**Patient:**    WELCH, KEVIN
Med Rec #:                                                    Admit/Discharge:    6/14/2022        / 7/8/2022
Account #:                                                     Admitting Doctor:    Alassar,MD PhD,Aiman
Date of Birth:              Age: 42 years    Sex: Male    Ordering Doctor:    n/a
Location:    WHC 3NE

---

| *Progress Notes* |
|---|

### Assessment/Plan

Acute kidney injury versus acute presentation of chronic kidney disease in a gentleman with hypertension, now s/p aortic surgery.
**Renal indices are fairly comparable to the recent few days.  He is hypernatremic, indicating lack of adequate water intake.**
**Urinalysis shows isosthenuria without dipstick protein or blood.  He does not have any significant albuminuria either.  Imaging studies related to his kidneys are still pending.**
**Plasma renin activity has been sent out but not an aldosterone level.**
**Please send both an aldosterone and renin level simultaneously.**

Continue with present antihtn meds given marked improvement in bp readings
Maybe able to cut back on clonidine dose given neurocognitive side effects of the latter

Aroti Hegde, M.D.
Nephrology
Pager 202 801 7184

*Electronically signed by:*

---

*Hegde, MD, Aroti on: 06.25.2022 15:34 EDT*

---

DOCUMENT NAME:                          Neurology Progress Note
PERFORM INFORMATION:              Kitani,MD,Takashi (6/22/2022 11:50 EDT)
RESULT STATUS:                            Auth (Verified)
SERVICE DATE/TIME:                      6/22/2022 11:43 EDT
SIGN INFORMATION:                        Barry,MD,Brian D.(6/22/2022 14:19 EDT); Kitani,MD,Takashi
                                                        (6/22/2022 11:50 EDT)

### Pertinent 24 Hour Events
   MRI - diffuse strokes in brain, as well as small stroke on T-spine

### Subjective
limited 2/2 AMS

   Review of Systems
as above, no new complaints

### Medications
Scheduled
   MiraLax, 17 gm, Daily, PO
   cloNIDine, 0.2 mg, 1 tab, 2x/day, PO
   amLODIPine, 10 mg, 1 tab, Daily, PO
   hydrALAZINE, 100 mg, 1 tab, 3x/day, PO
   aspirin, 81 mg, 1 tab, Daily, PO
   docusate-senna 50 mg-8.6 mg oral tablet, 2 tab, 2x/day, PO

---

DEFENDANTS' MOTION EXHIBIT A PAGE 41

## MedStar Washington Hospital Center

**Patient:**    WELCH, KEVIN
Med Rec #:
Account #:
Date of Birth:                Age: 42 years    Sex: Male
Location:    WHC 3NE

Admit/Discharge:    6/14/2022        / 7/8/2022
Admitting Doctor:    Alassar,MD PhD,Aiman
Ordering Doctor:    n/a

---

### *Progress Notes*

#### Objective

Vitals & Measurements
T: 36.8 °C (Oral)  **TMIN:** 36.4 °C (Oral)  **TMAX:** 36.9 °C (Oral)  **HR:** 63(Monitored)
**RR:** 21  **BP:** 129/59  **BP:** 155/67(A-Line 2)  **SpO2:** 98%
Oxygen Delivery Device: Nasal cannula (06/22/22 11:00:00)
Oxygen Flow Rate: 2 L/min (06/22/22 11:00:00)

Pain Assessment
Primary:   Numeric Pain Score: 0 (06/22/22 04:00:00)
Pain Present: No actual or suspected pain (06/22/22 04:00:00)

Physical Exam
**General Exam**
Constitutional: Well developed, no acute distress. Looks stated age
Eyes: Anicteric, no inflammation, see cranial nerves exam below.
Ears, nose, mouth, throat: No vesicular lesions or rash in the ears, nose, or lips, see
cranial nerves exam below.
Cardiovascular: normal rate, warm to touch
Respiratory: Breathing comfortably on NC, no increased WOB
Gastrointestinal: No abdominal mass or organomegaly.
Musculoskeletal: No joint tenderness, no knee swelling, See motor and gait
examinations below.
Skin: No rash or palpable lesions in face, hands, and feet.
Psychiatry: No evident agitation, minimally interactive, see mental status exam below.

**Neurological Exam**
**Mental Status**: Awake and alert. Oriented to self
**Language and Speech**: Minimal speech output. Following commands appropriately
(lifts left upper extremity up and holds it up) after prompting
**Cranial Nerves**:
  **II, III**: PERRL
  **III, IV, VI**: Extraocular movements intact, no nystagmus, no ptosis.
  **V**: did not assess
  **VII**: Symmetrical face and expression. No weakness noted.
  **VIII**: Hearing intact grossly to conversation
  **IX, X:** Palate elevates symmetrically.
  **XI**: No shoulder droop
  **XII**: Tongue is midline with symmetric movement. No atrophy or fasciculations.
**Motor**:
RUE: raises distally antigravity
LUE: raises antigravity, easily drifts and hits chair
RLE: knee extensor antigravity
LLE: slightly antigravity on knee extensor
**Sensation**: intact to fine touch grossly throughout
**Gait**: deferred

Melatonin, 6 mg, 2 tab, Nightly, PO
folic acid, 1 mg, 1 tab, Daily, PO
labetalol, 800 mg, 4 tab, 3x/day, PO
heparin (for subcutaneous injection),
   5000 units, 1 mL, q8h, Subcut
bisacodyl, 10 mg, 1 supp, Daily, PR
SEROquel, 50 mg, 2 tab, Nightly, PO
insulin lispro correctional scale - Low,
   see correction scale, q4h, Subcut
Vitamin B1, 100 mg, 1 tab, Daily, PO
lidocaine 5% topical film/patch, 1 patch,
   Daily, TransDERMAL
lidocaine patch removal, 1 ea, Nightly,
   TOP
Continuous
   FLUSH BAG: Sodium Chloride 0.9%
   250 mL, 250 mL, IVPB
   Dextrose 5% in Water 1,000 mL, 1000
   mL, IV
   niCARdipine additive 50 mg [3 mg/hr] +
   Dextrose 5% in Water 250 mL
PRN
   albuterol 2.5 mg/3 mL (0.083%) NEB,
   2.5 mg, 3 mL, q2h, Neb, PRN
   hydrALAZINE, 10 mg, 0.5 mL, q2h, IV
   Push, PRN
   oxyCODONE, 5 mg, 1 tab, q4h, PO,
   PRN
   Tylenol, 1000 mg, 2 tab, q8h, PO, PRN
   ondansetron IV, 4 mg, 2 mL, q8h, IV
   Push, PRN
   Normal Saline Flush, 5 mL, As
   Indicated, IV Push, PRN
   Dextrose 50% in Water, 12.5 gm, 25 mL,
   As Indicated, IV Push, PRN
   glucagon, 1 mg, As Indicated, IM, PRN
   labetalol, 20 mg, 4 mL, q1h, IV Push,
   PRN
   naloxone, 0.1 mg, 0.25 mL, q2min, IV
   Push, PRN

---

## MedStar Washington Hospital Center

**Patient:**      WELCH, KEVIN
Med Rec #:        ███████████
Account #:        ███████████                                    Admit/Discharge:    6/14/2022         / 7/8/2022
Date of Birth     ███████     Age: 42 years    Sex: Male         Admitting Doctor:    Alassar,MD PhD,Aiman
Location:         WHC 3NE                                        Ordering Doctor:     n/a

---

## *Progress Notes*

Lab Results
**CBC**
WBC: 10.28 k/uL (06/22/22 05:06:00)
Hgb: 8.1 gm/dL Low (06/22/22 05:06:00)
Hct: 26.1 % Low (06/22/22 05:06:00)
Platelet: 136 k/uL Low (06/22/22 05:06:00)

**BMP**
Sodium Lvl: 156 mmol/L High (06/22/22 05:06:00)
Potassium Lvl: 3.4 mmol/L (06/22/22 05:06:00)
Chloride: 123 mmol/L High (06/22/22 05:06:00)
CO2: 22 mmol/L (06/22/22 05:06:00)
BUN: 20 mg/dL (06/22/22 05:06:00)
Creatinine: 2.58 mg/dL High (06/22/22 05:06:00)
Glucose Lvl Random: 127 mg/dL (06/22/22 05:06:00)

**Electrolytes**
Magnesium Lvl: 2.4 mg/dL (06/22/22 05:06:00)
Phosphorus Lvl: 4.4 mg/dL (06/22/22 05:06:00)
Calcium Lvl: 8.5 mg/dL Low (06/22/22 05:06:00)

**LFTs (latest in last 72H):**
06/22/2022 05:06
        **Total Protein:** 5.2 gm/dL LOW
        **Albumin Lvl:** 3.2 gm/dL
        **AST:** 71 units/L HI
        **ALT:** 126 units/L HI
        **Bili Total:** 1.1 mg/dL
        **Bili Direct:** 0.53 mg/dL HI
        **Alk Phos:** 53 units/L

**Coag Panel**
Platelet: 136 k/uL Low (06/22/22 05:06:00)

Diagnostic Results
(06/22/2022 04:16 EDT MRI Spine Lumbar wo Contrast)
IMPRESSION:
Limited due to motion artifact. No definite cord infarct identified. [1]

(06/22/2022 04:14 EDT MRI Spine Thoracic wo Contrast)
**ADDENDUM**
Upon further review with Dr. Barry, there is DWI hyperintensity of the cord at the level
of T5 consistent with cord infarct. [2]

(06/22/2022 04:14 EDT MRI Spine Cervical wo Contrast)
IMPRESSION:

---

DEFENDANTS' MOTION EXHIBIT A PAGE 43

## MedStar Washington Hospital Center

**Patient:** **WELCH, KEVIN**

Med Rec #: ███████                                    Admit/Discharge:    6/14/2022           / 7/8/2022
Account #: ███████                                     Admitting Doctor:   Alassar,MD PhD,Aiman
Date of Birth: ███████  Age: 42 years    Sex: Male     Ordering Doctor:    n/a
Location:    WHC 3NE

---

### *Progress Notes*

Limited due to motion artifact. No definite cord infarct identified. [3]

(06/22/2022 04:13 EDT MRI Brain wo Contrast)
IMPRESSION:
Limited due to motion artifact.  Recent bilateral cerebellar and cerebral infarcts with
bilateral basal ganglia predominance which is consistent with cardioembolic etiology
and hypoxic anoxic event.  [4]

### Assessment/Plan
42 yo M PMH mildly symptomatic COVID19 (5/2022), resolved childhood asthma, who
initially presented to OSH (SoMD) on 6/14 for chest discomfort, found to have type A
aortic hematoma/ dissection on imaging, then transferred to MWHC for emergent repair
requiring intubation and sedation on 6/14. Patient underwent extubation on 6/15, and
has weaned off sedation as of 6/17 ~noon. Neuro consulted on 6/17 for newly
seen BLE weakness (LLE weaker than RLE; LKN sometime in afternoon on 6/16).
MRI demonstrated cord infarct in T-spine that would explain the weakness BLE>BUE;
and also has diffuse stroke c/f shower embolus from procedure as well as metabolic in
origin.

**#scattered bl acute ischemic strokes**
**#Acute spinal cord infarct**
**#type A aortic dissection**
Baseline motor status: 5/5 in BUE and BLE, independently able to walk.
Etiology of BLE weakness: Concern for spinal cord infarct involving thoracic spine
*Workup:*
- CTH: no acute abnormalities
- MRI: cord infarct at T-spine
*Recommendations:*
- ASA 81
- PT/OT

**#Acute encephalopathy, improving**
Baseline mental status: AOx4, normally conversant, independent w/ ADLs.
Etiology of encephalopathy: likely multifactorial given mild improved
hepatorenal/metabolic disturbances, sedation side effect. Also with MRI evidence of
possible hypoxic event in context of aortic dissection.

pt seen discussed examined w Dr Barry
Takashi Kitani MD
PGy-2 Neurology

### Attending Attestation
I saw and examined the patient with the resident, Dr. Kitani and agree with the history,
exam findings, and assessment as documented above.
Critically ill patient with type a aortic dissection and repair with persistent
encephalopathy and paraparesis.

---

**DEFENDANTS' MOTION EXHIBIT A PAGE 44**

## MedStar Washington Hospital Center

| | |
|---|---|
| **Patient:** **WELCH, KEVIN** | |

Med Rec #: ▬▬▬▬▬▬         Admit/Discharge:  6/14/2022     / 7/8/2022
Account #: ▬▬▬▬▬▬▬▬      Admitting Doctor:  Alassar,MD PhD,Aiman
Date of Birth: ▬▬▬▬ Age: 42 years   Sex: Male      Ordering Doctor:   n/a
Location:     WHC 3NE

---

### *Progress Notes*

I reviewed labs and MRI brain images with impression of scattered embolic appearing
infarcts and bilateral basal ganglia diffusion changes that are suggestive of
cerebral hypoxic event in context of aortic dissection.  There is also a small mid thoracic
spinal cord infarct seen on spinal cord DWI images also due to aortic dissection.
Recommend ASA for now and PT.

Brian Barry MD
Neurology Attending

[1] MRI Spine Lumbar wo Contrast; CONTRIBUTOR_SYSTEM, POWERSCRIBE 06/22/2022 04:16 EDT
[2] MRI Spine Thoracic wo Contrast; CONTRIBUTOR_SYSTEM, POWERSCRIBE 06/22/2022 04:14 EDT
[3] MRI Spine Cervical wo Contrast; CONTRIBUTOR_SYSTEM, POWERSCRIBE 06/22/2022 04:14 EDT
[4] MRI Brain wo Contrast; Huang, MD, Lynn F. 06/22/2022 04:13 EDT

*Electronically signed by:*

_____
*Kitani, MD, Takashi on: 06.22.2022 11:50 EDT*

*Electronically signed by:*

_____
*Barry, MD, Brian D. on: 06.22.2022 14:19 EDT*

---

| | |
|---|---|
| DOCUMENT NAME: | Neurology Progress Note |
| PERFORM INFORMATION: | Shah,MD,Tulsi Shailesh (6/18/2022 12:16 EDT) |
| RESULT STATUS: | Auth (Verified) |
| SERVICE DATE/TIME: | 6/18/2022 12:03 EDT |
| SIGN INFORMATION: | Barry,MD,Brian D.(6/18/2022 13:01 EDT); Shah,MD,Tulsi Shailesh (6/18/2022 12:16 EDT) |

**Pertinent 24 Hour Events**
   CT head w/o contrast: no acute abnormalities

**Subjective**
Unable to obtain full history due to AMS. States he feels fine, denies pain but appears
somewhat uncomfortable. Still feels weakness in his lower extremities.

   Review of Systems
Gen: denies pain
Neuro: + weakness

**Objective**
   Vitals & Measurements
**T:** 37.9 °C (Axillary)  **TMIN:** 37 °C (Oral)  **TMAX:** 37.9 °C (Axillary)
**HR:** 84(Monitored)  **RR:** 26  **BP:** 156/77  **BP:** 181/67(A-Line 2)  **SpO2:** 78%

**Medications**
Scheduled
   potassium chloride, 20 mEq, 100 mL,
     One Time, IVPB
   potassium phosphate-sodium phosphate
     250 mg-45 mg-298 mg oral tablet, 250
     mg, 1 tab, 3x/day, PO
   docusate-senna 50 mg-8.6 mg oral
     tablet, 2 tab, 2x/day, PO
   Zosyn
   vancomycin - Pharmacy to Manage, 1
     ea, Daily, Misc
   heparin (for subcutaneous injection),
     5000 units, 1 mL, q8h, Subcut
   bisacodyl, 10 mg, 1 supp, Daily, PR

---

| | |
|---|---|
| Print Date/Time: | 3/9/2023 07:40 EST |
| Report Request ID: | 476286355 |

DEFENDANTS' MOTION EXHIBIT A PAGE 45

## MedStar Washington Hospital Center

**Patient:**    WELCH, KEVIN
Med Rec #:
Account #:
Date of Birth:                Age: 42 years    Sex: Male
Location:    WHC 3NE

Admit/Discharge:   6/14/2022        / 7/8/2022
Admitting Doctor:   Alassar,MD PhD,Aiman
Ordering Doctor:    n/a

---

### *Progress Notes*

Oxygen Delivery Device: Heated high flow nasal cannula (06/18/22 08:00:00)
FIO2: 60 % (06/18/22 08:06:00)
Oxygen Flow Rate: 60 L/min (06/18/22 08:06:00)

Pain Assessment
Primary:    Non-Verbal Pain Scale: Score: 0 (06/17/22 17:00:00)
Pain Present: No actual or suspected pain (06/17/22 17:00:00)

Physical Exam
**General Exam**
**General Appearance**: Well developed, in no acute distress.
**Eyes**: Anicteric, no inflammation, see cranial nerves exam below.
**Lungs:** No increased work of breathing, symmetric chest rise, no wheezes.
**Cardiovascular**: extremities warm and well perfused
**Psychiatry**: No evident depression or agitation, see mental status exam below.

**Neurological Exam**
**Mental Status**: Awake and alert. Oriented to self and 2022. States location is "earth."
**Language and Speech**: Minimal speech output, no clear dysarthria. Following commands appropriately (lifts left upper extremity up and holds it up)
**Cranial Nerves**:
    II, III: PERRL
    III, IV, VI: Extraocular movements intact, no nystagmus, no ptosis.
    V: did not assess
    VII: Symmetrical face and expression. No weakness noted.
    VIII: Hearing intact grossly to conversation
    IX, X: Palate elevates symmetrically.
    XI: No shoulder droop
    XII: Tongue is midline with symmetric movement. No atrophy or fasciculations.
**Motor**: Lifts upper extremities antigravity. RLE: 3/5 hip flexion and knee flexion/extension (withdraws with some mild stimuli), LLE: 1/5 with hip flexion/knee extension with noxious stimuli but no withdrawal.
**Sensation**: intact to fine touch grossly throughout
**Coordination**: deferred
**Reflexes**: deferred
**Gait**: deferred

Lab Results
**CBC**
WBC: 11.74 k/uL High (06/18/22 03:31:00)
Hgb: 7.5 gm/dL Low (06/18/22 03:31:00)
Hct: 23.6 % Low (06/18/22 03:31:00)
Platelet: 111 k/uL Low (06/18/22 03:31:00)

**BMP**
Sodium Lvl: 158 mmol/L High (06/18/22 03:31:00)

vancomycin in 0.9% NaCl, 1 gm, 250 mL, q12h, IVPB
aspirin, 81 mg, 1 tab, Daily, PO
lidocaine 5% topical film/patch, 1 patch, Daily, TransDERMAL
lidocaine patch removal, 1 ea, Nightly, TOP
Continuous
  niCARdipine additive 50 mg [3 mg/hr] + Sodium Chloride 0.9% 250 mL
  FLUSH BAG: Sodium Chloride 0.9% 250 mL, 250 mL, IVPB
  dexmedetomidine 1,000 mcg [0.1 mcg/kg/hr] + Sodium Chloride 0.9% 250 mL
PRN
  Tylenol, 1000 mg, 2 tab, q8h, PO, PRN
  albuterol 2.5 mg/3 mL (0.083%) NEB, 2.5 mg, 3 mL, q2h, Neb, PRN
  hydrALAZINE, 10 mg, 0.5 mL, q2h, IV Push, PRN
  ondansetron IV, 4 mg, 2 mL, q8h, IV Push, PRN
  Normal Saline Flush, 5 mL, As Indicated, IV Push, PRN

---

Print Date/Time:        3/9/2023 07:40 EST
Report Request ID:     476286355

DEFENDANTS' MOTION EXHIBIT A PAGE 46

## MedStar Washington Hospital Center

**Patient:**    WELCH, KEVIN

| | | | |
|---|---|---|---|
| Med Rec #: | ██████ | Admit/Discharge: | 6/14/2022    / 7/8/2022 |
| Account #: | ██████ | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth: | ██████  Age: 42 years  Sex: Male | Ordering Doctor: | n/a |
| Location: | WHC 3NE | | |

---

### *Progress Notes*

Potassium Lvl: 3.6 mmol/L (06/18/22 03:31:00)
Chloride: 123 mmol/L High (06/18/22 03:31:00)
CO2: 25 mmol/L (06/18/22 03:31:00)
BUN: 32 mg/dL High (06/18/22 03:31:00)
Creatinine: 1.9 mg/dL High (06/18/22 03:31:00)
Glucose Lvl Random: 120 mg/dL (06/18/22 03:31:00)

**Electrolytes**
Magnesium Lvl: 2.4 mg/dL (06/18/22 03:31:00)
Phosphorus Lvl: 1.4 mg/dL Low (06/18/22 03:31:00)
Calcium Lvl: 8.6 mg/dL Low (06/18/22 03:31:00)

**LFTs (latest in last 72H):**
06/18/2022 03:31
    **Total Protein:** 5.7 gm/dL
    **Albumin Lvl:** 3.5 gm/dL
    **AST:** 127 units/L HI
    **ALT:** 308 units/L HI
    **Bili Total:** 1.1 mg/dL
    **Bili Direct:** 0.46 mg/dL HI
    **Alk Phos:** 47 units/L

**Coag Panel**
Platelet: 111 k/uL Low (06/18/22 03:31:00)

**Assessment/Plan**
42 yo M PMH mildly symptomatic COVID19 (5/2022), resolved childhood asthma, who initially presented to OSH (SoMD) on 6/14 for chest discomfort, found to have type A aortic hematoma/ dissection on imaging, then transferred to MWHC for emergent repair requiring intubation and sedation on 6/15, and has weaned off sedation as of 6/17 ~noon. Neuro consulted on 6/17 for newly seen BLE weakness (LLE weaker than RLE; LKN sometime in afternoon on 6/16). Differentials of BLE weakness include thoracic infarct (watershed region), cervical infarct, or ACA infarct (ruled out with CTH that was normal).

**#Acute BLE weakness (LLE weaker than RLE) in the setting of aortic dissection**
Baseline motor status: 5/5 in BUE and BLE, independently able to walk.
Etiology of BLE weakness: Concern for spinal cord infarct involving thoracic spine

*Workup:*
- CTH: no acute abnormalities

*Recommendations:*
-MRI cervical and thoracic spine w/o contrast ("include DWI" in comments), pending
-No indication for further head imaging at this time

**#Acute encephalopathy, improving**

---

| | |
|---|---|
| Print Date/Time: | 3/9/2023 07:40 EST |
| Report Request ID: | 476286355 |

DEFENDANTS' MOTION EXHIBIT A PAGE 47

## MedStar Washington Hospital Center

**Patient:** WELCH, KEVIN

Med Rec #: ███████████
Account #: ███████████
Date of Birth: ██████  Age: 42 years   Sex: Male
Location: WHC 3NE

Admit/Discharge:  6/14/2022         / 7/8/2022
Admitting Doctor:  Alassar,MD PhD,Aiman
Ordering Doctor:  n/a

---

### *Progress Notes*

Baseline mental status: AOx4, normally conversant, independent w/ ADLs.
Etiology of encephalopathy: likely multifactorial given mild improved
hepatorenal/metabolic disturbances, sedation side effect, on dex gtt and getting fentanyl
pushes

*Recommendations:*
-Continue to monitor, anticipate improvement once completely off sedation

Patient seen, examined, and discussed with attending on service, Dr. Barry.

Tulsi Shah, MD
MGUH Neurology Resident | PGY-2
WHC Neuro Consult Pager: 202-801-9697

**Attending Attestation**
I saw and examined the patient with the resident, Dr. Shah and agree with the history,
exam findings, and assessment as documented above.  New patient to me.
Critically ill patient with aortic dissection s/p repair with postoperative left more than
right lower extremity weakness concerning for possible spinal cord infarct.
I reviewed labs and CT head images with impression of no acute intracranial
abnormality.

Brian Barry MD
Neurology Attending

*Electronically signed by:*

*Shah, MD, Tulsi Shailesh on: 06.18.2022 12:16 EDT*

*Electronically signed by:*

*Barry, MD, Brian D. on: 06.18.2022 13:01 EDT*

---

DOCUMENT NAME:
PERFORM INFORMATION:
RESULT STATUS:
SERVICE DATE/TIME:
SIGN INFORMATION:

Resident Progress Note - No Cosign
Glousman,MD,Brandon N.(6/22/2022 14:21 EDT)
Auth (Verified)
6/22/2022 14:19 EDT
Glousman,MD,Brandon N.(6/22/2022 14:21 EDT)

**Family Update Note:**

Updated Shana Hargrove (POA) on patient's MRI findings including recent cerebellar/cerebral strokes and T5 spinal stroke. In addition, updated her on patient's progress with conversion from IV antihypertensives to PO. All questions were answered to her satisfaction.

---

Print Date/Time:       3/9/2023 07:40 EST
Report Request ID:     476286355

**DEFENDANTS' MOTION EXHIBIT A PAGE 48**

WELCH, KEVIN

3/14/1980        Attachment(s): 6/16/2022 13:35 EDT 51030872WHC3324570TransportDocuments20220616133543.PDF

Patient Record 76324478 Generated 06/16/22 01:31PM EST Page: 1 of 3



| PRID: 76324478 | Flight Number: 22-03544 | WHC Unit: 22-03544 |
|---|---|---|

Service: MedSTAR Transport
Base: MedSTAR 02
Unit: N 138 MH
Shift: Day
Dispatched As: Vascular Problem
Mass Casualty: Not Recorded
Vehc. Disp. GPS: 34.215383,-77.926183
Type of Svc: Hospital-to-Hospital Transfer Unscheduled
Dispatch Priority: Emergent
Response Mode: Non-Emergent
Mode Descriptors: Not Applicable
Disposition: Treated, Transported by MedSTAR
Amb. Transport Code: Transfer Trip

Date: June 14, 2022
Flight Plan: VFR
Team: Critical Care
Crew 1: Gay, Jordan
    EMT-P
Crew 2: Primary Caregiver – Transport
    Shaw, John
    Nurse
Crew 3: Driver/Pilot – Transport
    Allen, Bryan
    Non
Transport Mode: Non-Emergent
Mode Descriptors: Not Applicable
Pt. Condition: Improved
Final Acuity: Critical (Red)

Referring / Scene: MedStar Southern Maryland Hospital (343) – Emergency Department
7503 Surratts Rd.
Clinton, MD 20735-3358
Prince Georges County
(301) 868-8000
Ref. Zip: 20735-3358
Ref County: Prince Georges
Ref. GPS: 38.748,-76.87683
Ref. MD: PATRICK FINAN

Receiving /Hospital Destination: MedStar Washington Hospital Center
Trauma Unit
110 Irving St. N. W.
Washington, DC 20010
(202) 877-7000
Dest. GPS: 38.92883,-77.0165
Rec. MD: Ammar Bafi
Destination Basis: Specialty Resource Center

Hospital MRN: 2139078

Last Name: Welch  First:  Kevin

DOB: 03/14/1980
Age: 42y    Sex: M    Weight: 102 kg
Height:
Subscriber: No
Race: Black, non-Hispanic

| Odometer | Times |
|---|---|
| Ld Miles: 14.7 | Received: 12:49 |
| | Notified: 12:49 |
| | Dispatch: 12:52 |
| | EnRoute: 13:04 |
| | At Ref: 13:14 |
| | At Patient: 13:16 |
| | Leave w/ Pt: 13:25 |
| | Leave Ref: 13:27 |
| | At Rec: 13:35 |
| | Transfer Care Dest: 13:37 |
| | Available: 13:48 |
| | In Qtrs: 13:48 |

### Scene Information
Patient Belongings: Pt had cell phone and some clothing on, and transported with patient and left at bedside at WHC>

### Chief Complaint (Category: Vascular Problem)
Type A aoritic dissection

    Duration: 5 Hours
Anatomic Location: Chest, Abdomen
    ALS Assessment: Completed for Suspected Illness

### History of Present Illness
Pt was driving from Atlanta all night, took a energy drink then began having CP this AM. To ED with noted HTN. CT shows Type A Aortic Dissection. Rec'd multiple doses of Labetolol IVP with return of SBP to 200's. Upon arrival pt cont to have some chest discomfort and HTN with nicardipine infusion being started. HR 70's. For transfer to WHC for emergent CV eval and surgical services not available at sending.

| Medical History | Current Medications | Allergies |
|---|---|---|
| Pediatric Asthma, no other PMH<br>Obtained From: Not Recorded | None Listed | None |

### Neurological Exam

Level of Consciousness: Alert    Loss of Consciousness: No

Chemically Paralyzed: No

| Glasgow Coma Scale | | | |
|---|---|---|---|
| | E | V | M | Tot |
| Int: | 4 | 5 | 6 | = 15 |

| Pupils | Left | Right |
|---|---|---|
| Size: | Normal | Normal |
| React: | Reactive | Reactive |
| Comments: | | |

| | Motor | Sensory |
|---|---|---|
| LA: | Normal | Normal |
| RA: | Normal | Normal |
| LL: | Normal | Normal |
| RL: | Normal | Normal |

**MedStar Washington Hospital Center- 000473**
Page 473 of 4,074

WELCH, KEVIN

3/14/1980       Attachment(s): 6/16/2022 13:35 EDT 51030872WHC3324570TransportDocuments20220616133543.PDF

Patient Record 76324478 Generated 06/16/22 01:31PM EST Page: 2 of 3

| Airway | Respiratory |
|---|---|
| Status: Patent | Effort: Normal<br>Sounds: L: Clear    R: Clear |

**Cardiovascular**

| JVD: Not Appreciated    Cap. Refill: Less than 2 Seconds<br>Edema: Not Appreciated | | Pulses | |
|---|---|---|---|
| | | Left | Right |
| | Carotid: | | |
| | Radial: | Normal | Normal |
| | Femoral: | Normal | Normal |

**Injury Details**

**Initial Physical Findings**

Assessment

Head Findings: Normocephalic

Neck Findings: Supple

Chest Findings: Normal

Abdominal Appearance: Round
Abdominal Palpation: deferred
Abdominal Bowel Sounds: deferred

Pelvis Findings: Deferred

Back Findings: Deferred

Extremity Findings: Moves all extremities with purpose

Skin Findings: warm and dry

| Fluids Before & During Transport | | | | IVs Prior to Assessment | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| INTAKE | | OUTPUT | | IV# | Gauge | Site | Solution | Rate | Performed By | Outcome |
| Before During | | Before During | | 1 | 18 | R FA | NSS | | Other Healthcare Provider | Unchanged |
| CRYS: Unk mL 26 mL | | | | | | | | | |
| | | UO: Unk mL 0 mL | | | | | | | | |

**Medications / Infusions Prior to Assessment**

| Time | IV# / Other Route | Medication | Concentration | Dose | Performed By | Outcome | Drip? |
|---|---|---|---|---|---|---|---|
| PTA | IV#1 | Labetalol | | 30mg | Other Healthcare Provider | Unchanged | No |

**Impression / Diagnosis**

System:  Cardiovascular
Symptoms:  Pain - Cardiac
Impression:  Vascular - Aortic Dissection
Initial Patient Acuity: Critical (Red)

**Activity**

| Time | H.R. | B.P. | MAP | RA SaO2 | Resp | Rhythm | GCS | ECG Method | Pain | Sed |
|---|---|---|---|---|---|---|---|---|---|---|
| | H.R. Method | Method | LOC | | Resp Effort | | | GCS Qual | Cabin Temp | |
| Action | Comment | | | | | | | | | |
| 13:16 | | | | | | | 4/5/6 | | 3 | Richmond (RASS) 0 |
| | | | | | | | | Legitimate values w/o interventions such as intubation and sedation | | |
| | At bedside. Chart received. Report received. Sedation Scale Score: Richmond (RASS) score values are Agitation-Sedation: Alert and Calm; . | | | | | | | | | |
| 13:17 | 77 | 209 / 111 | 144 | 99 | 12 | Normal Sinus Rhythm (REG) | 4/5/6 | Manual Interp | 0 | Richmond (RASS) 0 |
| | Electric Monitor - Cardiac | Auto. Cuff | Alert | | Normal | | | Legitimate values w/o interventions such as | | |

DEFENDANTS' MOTION EXHIBIT A PAGE 50

WELCH, KEVIN

3/14/1980          Attachment(s): 6/16/2022 13:35 EDT 51030872WHC3324570TransportDocuments20220616133543.PDF

Patient Record 76324478 Generated 06/16/22 01:31PM EST Page: 3 of 3

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | intubation and sedation | |
| Operations | Sedation Scale Score: Richmond (RASS) score values are Agitation-Sedation: Alert and Calm; .Richmond (RASS) score values are Agitation-Sedation: Alert and Calm. Operations: Patient Monitoring by John Shaw. | | | | | | | | | |
| 13:20 | | | | | | | | | | |
| | Med | Nicardipine, 5 MG/HR via IV – Drip given by Jordan Gay. Authorization: Via Protocol. Pt. Response: Unchanged. | | | | | | | | |
| 13:25 | | | | | | | | | 78 | |
| | Operations | Operations: Environmental Controls, Safety Restraints, Seizure Precautions, Patient Loaded – Hot by Jordan Gay. | | | | | | | | |
| 13:28 | | | | | | | | | | |
| | Med | Fentanyl, 100 MCG via IV – Push given by John Shaw. Authorization: Via Protocol. Pt. Response: Improved. | | | | | | | | |
| 13:33 | 91 | 211 / 116 | 148 | 95 | 15 | | | 4/5/6 | 0 | Richmond (RASS) 0 |
| | Electric Monitor – Cardiac | Auto. Cuff | Alert | | Normal | | | Legitimate values w/o interventions such as intubation and sedation | 78 | |
| | Med | Sedation Scale Score: Richmond (RASS) score values are Agitation-Sedation: Alert and Calm; .Richmond (RASS) score values are Agitation-Sedation: Alert and Calm. Labetalol, 2 MG/MIN via IV – Drip given by Jordan Gay. Authorization: Via Protocol. Pt. Response: Unchanged. | | | | | | | | |
| 13:35 | | | | | | | | 4/5/6 | 0 | Richmond (RASS) 0 |
| | | | | | | | | Legitimate values w/o interventions such as intubation and sedation | | |
| | Operations | Report given to receiving. No questions. Chart and short form given to receiving. Sedation Scale Score: Richmond (RASS) score values are Agitation-Sedation: Alert and Calm; .Richmond (RASS) score values are Agitation-Sedation: Alert and Calm. Operations: Patient Offload – Hot by Jordan Gay. | | | | | | | | |

Paperwork from Referring: Disks, Patient Chart, Personal Belongings
Paperwork to Receiving:    Disks, Patient Chart, Personal Belongings


Gay, Jordan:          Electronically Signed on 06/14/2022 14:46:46 EST
MD ID: 1955430


Shaw, John:           Electronically Signed on 06/14/2022 21:03:03 EST
MD ID: 2151587


Medical Director:     _____

## MedStar Washington Hospital Center

**Patient:**    **WELCH, KEVIN**
Med Rec #:
Account #:
Date of Birth:              Age: 42 years    Sex: Male
Location:        WHC 3NE

Admit/Discharge:    6/14/2022       / 7/8/2022
Admitting Doctor:    Alassar,MD PhD,Aiman
Ordering Doctor:    n/a

---

### *Vascular*

```
Renal          Patent
Hilum 1        Flow Present        14        6
Medulla        Flow Present        14        6
Hilum 3        Flow Present        17        8
Kidney         Normal                                10.49
```

Electronically Signed by: Steven D. Abramowitz on 2022-06-27 07:06:30 AM
End of Report

---

### *Computed Tomography*

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| CT-22-1140571 | 6/18/2022 01:53 EDT | CT Head wo Contrast | Cai,MD,Robert | Auth (Verified) |

**Reason For Exam**
(CT Head wo Contrast) Altered Mental Status

## MedStar Washington Hospital Center

| | | |
|---|---|---|
| **Patient:** | **WELCH, KEVIN** | |
| Med Rec #: | ▉ | |
| Account #: | ▉ | |
| Date of Birth: | ▉ Age: 42 years   Sex: Male | |
| Location: | WHC 3NE | |

Admit/Discharge:   6/14/2022      / 7/8/2022
Admitting Doctor:   Alassar,MD PhD,Aiman
Ordering Doctor:   n/a

---

### *Computed Tomography*

**Report**
EXAM: Non-contrast head CT.

INDICATION: Altered Mental Status

COMPARISON: None

TECHNIQUE: Non-contrast head CT. All MedStar CT scans are performed using one of these three dose reduction techniques: automated exposure control, adjustment of the mA and/or kV according to patient size, or use of iterative reconstruction techniques.

FINDINGS: Mild paranasal sinus mucosal changes. No acute intracranial hemorrhage, mass, extra-axial collection or acute territorial infarction.

IMPRESSION: No acute intracranial pathology or traumatic injury.

Reading Location:  MGRHUPACSDT062

***** *Final* *****

*Dictated by:  Paydar, MD, Amir*
*Dictated at:  06/18/2022 2:30 am*
*This Imaging Study Was Reviewed and Its Interpretation Verified by:  Paydar, MD, Amir*
*Electronically Signed:  06/18/2022 2:30 am*

---

### *Diagnostic Radiology*

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| XR-22-1365919 | 7/3/2022 10:17 EDT | XR Chest 1 View Portable | Sullivan,CRNP,ElizabethAuth (Verified) C. | |

**Reason For Exam**
(XR Chest 1 View Portable) Shortness of Breath

**Report**
EXAM: XR Chest 1 View Portable

INDICATION: Shortness of Breath, s/p Aortic dissection

---

DEFENDANTS' MOTION EXHIBIT A PAGE 53

## MedStar Washington Hospital Center

| | | | |
|---|---|---|---|
| **Patient:** | **WELCH, KEVIN** | | |
| Med Rec #: | | Admit/Discharge: | 6/14/2022        / 7/8/2022 |
| Account #: | | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth | Age: 42 years   Sex: Male | Ordering Doctor: | n/a |
| Location: | WHC 3NE | | |

---

## *Diagnostic Radiology*

**Report**
Endotracheal tube tip is 6.8 cm above the carina and should be advanced.

Interval postsurgical changes in the chest.

Reading Location:  MGRHUPACSDT073

***** *Final* *****

*Dictated by:  Sosnoski, MD, Emily R.*
*Dictated at:  06/15/2022 8:07 am*
*This Imaging Study Was Reviewed and Its Interpretation Verified by:  Sosnoski, MD, Emily R.*
*Electronically Signed:  06/15/2022 8:07 am*

---

## *Magnetic Resonance Imaging*

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| MR-22-1049644 | 6/22/2022 04:16 EDT | MRI Spine Lumbar wo Contrast | Glousman,MD,Brandon N. | Modified |

**Reason For Exam**
(MRI Spine Lumbar wo Contrast) Other (Specify)

**Addendum**
Upon further review with Dr. Barry, there is DWI hyperintensity of the cord at the level of T5 consistent with cord infarct.

Reading Location:  ESRVACL1A

***** *Final* *****

*Dictated by:  Huang, MD, Lynn F.*
*Dictated at:  06/22/2022 10:11 am*
*This Imaging Study Was Reviewed and Its Interpretation Verified by:  Huang, MD, Lynn F.*
*Electronically Signed:  06/22/2022 10:11 am*

**Report**
EXAM: MRI CERVICAL WITHOUT CONTRAST
EXAM: MRI THORACIC WITHOUT CONTRAST
EXAM: MRI LUMBAR WITHOUT CONTRAST

INDICATION:  Left lower extremity weakness, TAAD repair

---

## MedStar Washington Hospital Center

| | | | | |
|---|---|---|---|---|
| **Patient:** | **WELCH, KEVIN** | | | |
| Med Rec #: | | Admit/Discharge: | 6/14/2022 | / 7/8/2022 |
| Account #: | | Admitting Doctor: | Alassar,MD PhD,Aiman | |
| Date of Birth: | Age: 42 years    Sex: Male | Ordering Doctor: | n/a | |
| Location: | WHC 3NE | | | |

### *Magnetic Resonance Imaging*

**Report**

COMPARISON STUDY:  None

TECHNIQUE:

SAGITTAL T1
SAGITTAL T2
SAGITTAL STIR
AXIAL GRE
AXIAL T2
SAGITTAL DWI

FINDINGS:

Cervical: The examination is limited by motion artifact. Alignment is normal. There is no cord compression or abnormal signal intensity of the cord. No definite infarct is identified.

Thoracic: There is a dextrocurvature. Vertebral body heights are maintained. There is no cord compression. On the sagittal images, there is questionable hyperintensity within the cord at the level of T5 versus artifact. No definite infarct is identified.

Lumbar: For the purposes of dictation, last complete disc space will be labeled L5-S1. The conus medullaris appears at the level of L1 which is within normal limits. There is straightening of normal lumbar lordosis. There are moderate disc bulges at L4-5 and L5-S1 with moderate bilateral foraminal narrowing.

IMPRESSION:

Limited due to motion artifact. No definite cord infarct identified.

Reading Location:  ESRVACL1A

***** *Final* *****

*Dictated by:  Huang, MD, Lynn F.*
*Dictated at:  06/22/2022 9:15 am*
*This Imaging Study Was Reviewed and Its Interpretation Verified by:  Huang, MD, Lynn F.*
*Electronically Signed:  06/22/2022 9:15 am*
Report last revised on 6/22/2022 10:11 EDT by Huang,MD,Lynn F.

## MedStar Washington Hospital Center

**Patient:    WELCH, KEVIN**

| | | | |
|---|---|---|---|
| Med Rec #: | | Admit/Discharge: | 6/14/2022      / 7/8/2022 |
| Account #: | | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth:    Age: 42 years    Sex: Male | | Ordering Doctor: | n/a |
| Location:    WHC 3NE | | | |

---

### *Magnetic Resonance Imaging*

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| MR-22-1048556 | 6/22/2022 04:14 EDT | MRI Spine Thoracic wo Contrast | Dunphy,MD,Kaitlyn Marie | Modified |

**Reason For Exam**
(MRI Spine Thoracic wo Contrast) Weakness

**Addendum**
Upon further review with Dr. Barry, there is DWI hyperintensity of the cord at the level of T5 consistent with cord infarct.

Reading Location:  ESRVACL1A

***** *Final* *****

*Dictated by:  Huang, MD, Lynn F.*
*Dictated at:  06/22/2022 10:11 am*
*This Imaging Study Was Reviewed and Its Interpretation Verified by:  Huang, MD, Lynn F.*
*Electronically Signed:  06/22/2022 10:11 am*

**Report**
EXAM: MRI CERVICAL WITHOUT CONTRAST
EXAM: MRI THORACIC WITHOUT CONTRAST
EXAM: MRI LUMBAR WITHOUT CONTRAST

INDICATION:  Left lower extremity weakness, TAAD repair

COMPARISON STUDY:  None

TECHNIQUE:

  SAGITTAL T1
  SAGITTAL T2
  SAGITTAL STIR
  AXIAL GRE
  AXIAL T2
SAGITTAL DWI

FINDINGS:

Cervical: The examination is limited by motion artifact. Alignment is normal. There is no cord compression or abnormal signal intensity of the cord. No definite infarct is identified.

Thoracic: There is a dextrocurvature. Vertebral body heights are maintained. There is no cord compression. On the

---

DEFENDANTS' MOTION EXHIBIT A PAGE 55A

## MedStar Washington Hospital Center

**Patient:**    **WELCH, KEVIN**

| | | |
|---|---|---|
| Med Rec #: | | Admit/Discharge: 6/14/2022 / 7/8/2022 |
| Account #: | | Admitting Doctor: Alassar,MD PhD,Aiman |
| Date of Birth: | Age: 42 years    Sex: Male | Ordering Doctor: n/a |
| Location: WHC 3NE | | |

---

### *Magnetic Resonance Imaging*

Report last revised on 6/22/2022 10:11 EDT by Huang,MD,Lynn F.

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| MR-22-1049643 | 6/22/2022 04:13 EDT | MRI Brain wo Contrast | Glousman,MD,Brandon N. | Auth (Verified) |

**Reason For Exam**
(MRI Brain wo Contrast) Stroke/TIA

**Report**
EXAM: MRI Brain without contrast:

INDICATION:  Stroke, TAAD repair

COMPARISON STUDY:  CT performed on 6/18/2022

TECHNIQUE:

    Sagittal T1
Axial FLAIR
    Axial diffusion
Axial T2 FSE
Axial GRE
Axial T1


FINDINGS:

The examination is limited by motion artifact.  The ventricles and sulci are appropriate for patient's age.  DWI hyperintensities with low signal intensity on the ADC maps are present in the bilateral cerebellum and cerebral hemispheres with bilateral basal ganglia predominance.   There is no midline shift.  No microhemorrhages are identified. The midline structures are within normal limit. The mastoid air cells and paranasal sinuses are unremarkable.

IMPRESSION:
Limited due to motion artifact.  Recent bilateral cerebellar and cerebral infarcts with bilateral basal ganglia predominance which is consistent with cardioembolic etiology and hypoxic anoxic event.


Reading Location:  ESRVACL1A

---

DEFENDANTS' MOTION EXHIBIT A PAGE 56

## MedStar Washington Hospital Center

**Patient:**   WELCH, KEVIN

| | | | | | |
|---|---|---|---|---|---|
| Med Rec # | ▇▇▇▇▇▇ | | Admit/Discharge: | 6/14/2022 | / 7/8/2022 |
| Account #: | ▇▇▇▇▇ | | Admitting Doctor: | Alassar,MD PhD,Aiman | |
| Date of Birth: | ▇▇▇▇ Age: 42 years | Sex: Male | Ordering Doctor: | n/a | |
| Location: | WHC 3NE | | | | |

---

| *Orders* |
|---|

| Order: **aspirin** |
|---|
| Entry Authenticated On: 6/14/2022 23:00 EDT |
| Activity Type: Pharmacy |
| Authenticator: Porter,PA-C,Claire E. |
| Entered by: Pang,CRNP,Chi wing (jeffrey) on 6/14/2022 22:56 EDT |
| Order Details: 81 mg = 1 tab, Tab Chew, PO, As Indicated, Indication: Antiplatelet therapy, Routine, 6/14/22 11:00:00 PM EDT 1 Dose(s), 06/14/22 22:56:00 EDT |
| Order Comment: Administer 6 hours after arrival, or as soon as drain output LESS than 100 mL/hr x 2 hours. HOLD for platelet count LESS than 50,000. |

| Action Type: Discontinue | Action Date/Time: 6/15/2022 09:24 EDT |
|---|---|
| Review Information:<br>Nurse Review: Electronically Signed, Broffitt,RN,Cassandra M on 6/15/2022 09:53 EDT<br>Pharmacist Verify: Electronically Signed, Pickmans,RPh,Lisa M on 6/15/2022 09:31 EDT<br>Doctor Cosign: Not Required | |
| Action Type: Order | Action Date/Time: 6/14/2022 22:57 EDT |
| Review Information:<br>Nurse Review: Electronically Signed, Austell,RN,Crystal L on 6/15/2022 00:26 EDT<br>Pharmacist Verify: Electronically Signed, Swygert,RPh,Samori on 6/14/2022 23:55 EDT<br>Doctor Cosign: Not Required | |

| Order: **Assist During High Fall Risk Activities** |
|---|
| Entry Authenticated On: 6/16/2022 12:36 EDT |
| Activity Type: Care Freq No Cosign |
| Authenticator: |
| Entered by: Page,Ashlea A on 6/16/2022 12:36 EDT |
| Order Details: Continuous Order, Patient at risk for falls, 6/16/22 12:36:00 PM EDT |
| Order Comment: |

| Action Type: Discontinue | Action Date/Time: 7/9/2022 01:02 EDT |
|---|---|
| Review Information:<br>Doctor Cosign: Not Required | |
| Action Type: Order | Action Date/Time: 6/16/2022 12:36 EDT |
| Review Information:<br>Doctor Cosign: Not Required | |

---