DEFENDANTS' MOTION EXHIBIT A PAGE 57

## MedStar Washington Hospital Center

**Patient:**  **WELCH, KEVIN**

| | | | |
|---|---|---|---|
| Med Rec #: | | Admit/Discharge: | 6/14/2022   / 7/8/2022 |
| Account #: | | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth: | Age: 42 years   Sex: Male | Ordering Doctor: | n/a |
| Location: | WHC 3NE | | |

---

### *Orders*

---

**Order: Blood Glucose Check at Bedside (Blood Sugar Monitoring at Bedside)**

Entry Authenticated On: 6/14/2022 22:56 EDT

Activity Type: Asmt/Tx/Monitoring

Authenticator: Pang,CRNP,Chi wing (jeffrey)

Entered by: Pang,CRNP,Chi wing (jeffrey) on 6/14/2022 22:56 EDT

Order Details: As Indicated, Stat, Start: 6/14/22 10:56:00 PM EDT

Order Comment:

| Action Type: Complete | Action Date/Time: 6/15/2022 01:13 EDT |
|---|---|

Review Information:

Doctor Cosign: Not Required

| Action Type: Order | Action Date/Time: 6/14/2022 22:57 EDT |
|---|---|

Review Information:

Nurse Review: Electronically Signed, Austell,RN,Crystal L on 6/15/2022 00:26 EDT

Doctor Cosign: Not Required

---

**Order: Blood Pressure**

Entry Authenticated On: 6/15/2022 02:56 EDT

Activity Type: Basic Care

Authenticator: Jumper,CRNP,Janet Elizabeth

Entered by: Pang,CRNP,Chi wing (jeffrey) on 6/14/2022 22:56 EDT

Order Details: Stop Date 6/23/22 3:15:00 PM EDT, MAP Goal Target Range AFTER 4 hours: If bleeding has been less than 100 mL/hr for the last 2 hours and cardiac performance is stable off of all vasoactive medications, change MAP goal target to: minimum of 70 mm Hg and maximum of 110 mm Hg., 6/15/22 2:56:00 AM EDT

Order Comment: Notify provider if BP is out of target range.

| Action Type: Discontinue | Action Date/Time: 6/23/2022 15:20 EDT |
|---|---|

Review Information:

Nurse Review: Electronically Signed, Peterson,Naomi G on 6/23/2022 15:24 EDT

Doctor Cosign: Not Required

| Action Type: Order | Action Date/Time: 6/14/2022 22:57 EDT |
|---|---|

Review Information:

Nurse Review: Electronically Signed, Austell,RN,Crystal L on 6/15/2022 00:26 EDT

Doctor Cosign: Not Required

---

**DEFENDANTS' MOTION EXHIBIT A PAGE 58**

## MedStar Washington Hospital Center

| | | | | |
|---|---|---|---|---|
| **Patient:** | WELCH, KEVIN | | | |
| Med Rec #: | ███████ | | Admit/Discharge: | 6/14/2022     / 7/8/2022 |
| Account #: | ███████ | | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth: | ███████ Age: 42 years | Sex: Male | Ordering Doctor: | n/a |
| Location: | WHC 3NE | | | |

---

| *Orders* |
|---|

| Order: **Blood Pressure** | |
|---|---|
| Entry Authenticated On: 6/14/2022 22:56 EDT | |
| Activity Type: Basic Care | |
| Authenticator: Pang,CRNP,Chi wing (jeffrey) | |
| Entered by: Pang,CRNP,Chi wing (jeffrey) on 6/14/2022 22:56 EDT | |
| Order Details: for 4 Hr(s), Stop Date 6/15/22 2:55:00 AM EDT, Continuous Order, MAP Goal Target Range Initial: minimum of 70 mm Hg to maximum of 90 mm Hg for the initial 4 hours ., 6/14/22 10:56:00 PM EDT | |
| Order Comment: Notify provider if BP is out of target range. | |
| Action Type: Status Change | Action Date/Time: 6/15/2022 03:01 EDT |
| Review Information: | |
| Doctor Cosign: Not Required | |
| Action Type: Order | Action Date/Time: 6/14/2022 22:57 EDT |
| Review Information: | |
| Nurse Review: Electronically Signed, Austell,RN,Crystal L on 6/15/2022 00:26 EDT | |
| Doctor Cosign: Not Required | |

| Order: **Blood Pressure** | |
|---|---|
| Entry Authenticated On: 6/14/2022 13:47 EDT | |
| Activity Type: Basic Care | |
| Authenticator: Pang,CRNP,Chi wing (jeffrey) | |
| Entered by: Cargill,CRNP,Crystal D.on 6/14/2022 13:47 EDT | |
| Order Details: Stop Date 6/14/22 10:57:00 PM EDT, Take BP in first arm and then the second arm immediately after if not already done. Notify provider if there is greater than 20 mm Hg difference in systolic pressure., 6/14/22 1:47:00 PM EDT, Stat | |
| Order Comment: | |
| Action Type: Discontinue | Action Date/Time: 6/14/2022 22:58 EDT |
| Review Information: | |
| Nurse Review: Electronically Signed, Austell,RN,Crystal L on 6/15/2022 00:26 EDT | |
| Doctor Cosign: Not Required | |
| Action Type: Order | Action Date/Time: 6/14/2022 13:48 EDT |
| Review Information: | |
| Nurse Review: Electronically Signed, Austell,RN,Crystal L on 6/15/2022 00:26 EDT | |
| Doctor Cosign: Not Required | |

---

DEFENDANTS' MOTION EXHIBIT A PAGE 58A

## MedStar Washington Hospital Center

**Patient:**   **WELCH, KEVIN**

| | | | |
|---|---|---|---|
| Med Rec #: | ██████████ | Admit/Discharge: | 6/14/2022 / 7/8/2022 |
| Account #: | ██████████ | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth: | ██████ Age: 42 years   Sex: Male | Ordering Doctor: | n/a |
| Location: | WHC 3NE | | |

---

### *Orders*

| Order: **MRI Spine Thoracic wo Contrast** |
|---|
| Entry Authenticated On: 6/17/2022 15:16 EDT |
| Activity Type: Radiology |
| Authenticator: Dunphy,MD,Kaitlyn Marie |
| Entered by: Dunphy,MD,Kaitlyn Marie on 6/17/2022 15:16 EDT |
| Order Details: 6/17/22 3:16:00 PM EDT, Routine, Indication: Weakness, **please add DWI, c/f spinal cord infarct, LLE weakness, recent TAAD repair, Contact #: 78411, Yes, N/A, No, Transport Mode: Patient Bed, Patient has IV, Patient on O2, Stop Date 6/22/22 9:16:49 AM EDT |
| Order Comment: 06/20/2022 09:52:31 EDT RN unavailable. No MRI screening form please fax to 7-5335- LL 06/19/2022 17:47:53 EDT Not ready pt has paces wires and have not been removed yet GR |

| Action Type: Complete | Action Date/Time: 6/22/2022 09:16 EDT |
|---|---|
| Review Information: Doctor Cosign: Not Required | |
| Action Type: Status Change | Action Date/Time: 6/22/2022 04:14 EDT |
| Review Information: Doctor Cosign: Not Required | |
| Action Type: Order | Action Date/Time: 6/17/2022 15:17 EDT |
| Review Information: Nurse Review: Electronically Signed, Forbes,RN,Lindsey M on 6/17/2022 16:11 EDT Doctor Cosign: Not Required | |

| Order: **Multipodus Boot Patient Care** |
|---|
| Entry Authenticated On: 7/9/2022 10:00 EDT |
| Activity Type: Patient Care |
| Authenticator: SYSTEM,SYSTEM |
| Entered by: SYSTEM,SYSTEM on 6/29/2022 13:58 EDT |
| Order Details: MP Boot Indication: Immobility, Laterality: Left, Wearing Schedule: 2 Hours ON / 2 Hours OFF, Assess Skin of Extremity EACH TIME MP Boot is TAKEN OFF (per schedule) but AT LEAST q12h & PRN. |
| Order Comment: CONTACT Physical Therapy (if applicable) if Multipodus Boot has not yet been been received. REMOVE Boot and NOTIFY Provider of the following: *New or increased redness *Skin breakdown *Increased swelling *Increased pain *Loss of sensation *Change in capillary refill *Decrease in range of motion POSITIONING Details: *Ensure that the heel is completely suspended in the open curve of the splint and that the foot is flat against the liner of the splint. *When Multipodus Boot(s) not being worn, float heels with pillows and ensure that feet are not pressed against bed footboard. KEEP Boot: Do NOT discard boot if order is discontinued. Keep/Send boot with patient for potential future use. |

| Action Type: Cancel | Action Date/Time: 7/9/2022 01:02 EDT |
|---|---|
| Review Information: Doctor Cosign: Not Required | |
| Action Type: Order | Action Date/Time: 7/8/2022 18:22 EDT |
| Review Information: Doctor Cosign: Not Required | |

| | |
|---|---|
| Print Date/Time: | 3/9/2023 07:40 EST |
| Report Request ID: | 476286355 |

DEFENDANTS' MOTION EXHIBIT A PAGE 59

## MedStar Washington Hospital Center

**Patient:** **WELCH, KEVIN**

Med Rec #: ▮▮▮▮▮

Account #: ▮▮▮▮▮

Date of Birth: ▮▮▮▮▮    Age: 42 years    Sex: Male

Location:    WHC 3NE

Admit/Discharge:    6/14/2022    / 7/8/2022

Admitting Doctor:    Alassar,MD PhD,Aiman

Ordering Doctor:    n/a

---

### *Hemodialysis-Apheresis Band*

#### *Vital Signs*

| | 6/20/2022 02:00 EDT Greco,Kameron N | 6/20/2022 01:48 EDT Allwood,RRT,Rhonda J. | 6/20/2022 01:00 EDT Greco,Kameron N |
|---|---|---|---|
| **Recorded Date / Recorded Time / Charted By:** | | | |
| Procedure | | | |
| MAP,A-Line 2 | - | - | 79 |
| SpO2 | 97 | 98 | 96 |

| | 6/20/2022 00:00 EDT Greco,Kameron N | 6/19/2022 23:45 EDT Greco,Kameron N | 6/19/2022 23:00 EDT Greco,Kameron N |
|---|---|---|---|
| **Recorded Date / Recorded Time / Charted By:** | | | |
| Procedure | | | |
| Temperature Oral | 37.4 | - | - |
| Heart Rate Monitored | 82 | 84 | 89 |
| Cardiac Rhythm | Normal sinus rhythm | - | Normal sinus rhythm |
| Respiratory Rate | 28 H | 32 CRITICAL\\\ | 32 CRITICAL\\\ |
| Systolic BP,Automated | 143 H | - | - |
| Diastolic BP,Automated | 72 | - | - |
| MAP,Automated | 101 | - | - |
| Systolic Blood Pressure A-Line 2 | 161 | 163 | 190 |
| Diastolic Blood Pressure A-Line 2 | 64 | 57 | 72 |
| MAP,A-Line 2 | 84 | 81 | 94 |
| A-Line 2 Source | Left, Radial | - | - |
| SpO2 | 97 | 96 | 97 |

| | 6/19/2022 22:28 EDT Allwood,RRT,Rhonda J. | 6/19/2022 22:00 EDT Greco,Kameron N | 6/19/2022 21:25 EDT Greco,Kameron N |
|---|---|---|---|
| **Recorded Date / Recorded Time / Charted By:** | | | |
| Procedure | | | |
| Heart Rate Monitored | - | 93 | - |
| Cardiac Rhythm | - | Normal sinus rhythm | - |
| Respiratory Rate | - | 32 CRITICAL\\\ | - |
| Systolic BP,Automated | - | 160 H | - |
| Diastolic BP,Automated | - | 81 | - |
| MAP,Automated | - | 114 | - |
| Systolic Blood Pressure A-Line 2 | - | 196 | 194 |
| Diastolic Blood Pressure A-Line 2 | - | 71 | 61 |
| MAP,A-Line 2 | - | 100 | 92 |
| SpO2 | 95 | 96 | - |

---

DEFENDANTS' MOTION EXHIBIT A PAGE 60

## MedStar Washington Hospital Center

**Patient:**   **WELCH, KEVIN**

| | | | | |
|---|---|---|---|---|
| Med Rec #: | ████████████ | | Admit/Discharge: | 6/14/2022 / 7/8/2022 |
| Account #: | ████████████ | | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth: | ████ Age: 42 years | Sex: Male | Ordering Doctor: | n/a |
| Location: | WHC 3NE | | | |

### *Hemodialysis-Apheresis Band*

*Vital Signs*

| Recorded Date | 6/19/2022 | 6/19/2022 | 6/19/2022 |
|---|---|---|---|
| Recorded Time | 21:00 EDT | 20:47 EDT | 20:40 EDT |
| Charted By: | Greco,Kameron N | Greco,Kameron N | Greco,Kameron N |
| Procedure | | | |
| Heart Rate Monitored | 87 | - | - |
| Cardiac Rhythm | Normal sinus rhythm | - | - |
| Respiratory Rate | 33 CRITICAL\\\ | - | - |
| Systolic BP,Automated | 159 H | - | 165 H |
| Diastolic BP,Automated | 74 | - | 79 |
| MAP,Automated | 106 | - | 113 |
| Systolic Blood Pressure A-Line 2 | - | 202 | - |
| Diastolic Blood Pressure A-Line 2 | - | 63 | - |
| MAP,A-Line 2 | - | 96 | - |
| SpO2 | 96 | - | - |

| Recorded Date | 6/19/2022 | 6/19/2022 | 6/19/2022 |
|---|---|---|---|
| Recorded Time | 20:00 EDT | 19:00 EDT | 18:00 EDT |
| Charted By: | Greco,Kameron N | Cole,RN,Nadia D | Cole,RN,Nadia D |
| Procedure | | | |
| Temperature Oral | 37.4 | - | - |
| Heart Rate Monitored | 91 | 91 | 87 |
| Cardiac Rhythm | Normal sinus rhythm | Normal sinus rhythm | Normal sinus rhythm |
| Respiratory Rate | 31 CRITICAL\\\ | 20 | 20 |
| Systolic BP,Automated | - | 158 H | 149 H |
| Diastolic BP,Automated | - | 75 | 75 |
| MAP,Automated | - | 106 | 105 |
| Systolic Blood Pressure A-Line 2 | - | 83 | 160 |
| Diastolic Blood Pressure A-Line 2 | - | 75 | 65 |
| MAP,A-Line 2 | - | 78 | 85 |
| A-Line 2 Source | Left, Radial | - | - |
| SpO2 | 96 | 97 | 98 |

| Recorded Date | 6/19/2022 | 6/19/2022 | 6/19/2022 |
|---|---|---|---|
| Recorded Time | 17:00 EDT | 16:40 EDT | 16:20 EDT |
| Charted By: | Cole,RN,Nadia D | Cole,RN,Nadia D | Cole,RN,Nadia D |
| Procedure | | | |
| Heart Rate Monitored | 97 | - | 92 |
| Cardiac Rhythm | Normal sinus rhythm | - | - |

**DEFENDANTS' MOTION EXHIBIT A PAGE 61**

## MedStar Washington Hospital Center

**Patient:**    **WELCH, KEVIN**

| | | |
|---|---|---|
| Med Rec #: | | Admit/Discharge: 6/14/2022    / 7/8/2022 |
| Account #: | | Admitting Doctor: Alassar,MD PhD,Aiman |
| Date of Birth: | Age: 42 years    Sex: Male | Ordering Doctor: n/a |
| Location: | WHC 3NE | |

---

### *Hemodialysis-Apheresis Band*

### *Vital Signs*

| Recorded Date<br>Recorded Time<br>Charted By: | 6/19/2022<br>17:00 EDT<br>Cole,RN,Nadia D | 6/19/2022<br>16:40 EDT<br>Cole,RN,Nadia D | 6/19/2022<br>16:20 EDT<br>Cole,RN,Nadia D |
|---|---|---|---|
| **Procedure** | | | |
| Respiratory Rate | 18 | - | 18 |
| Systolic BP,Automated | 173 H | - | 172 H |
| Diastolic BP,Automated | 81 | - | 80 |
| MAP,Automated | 117 | - | 115 |
| Systolic Blood Pressure A-Line 2 | 180 | 116 | 171 |
| Diastolic Blood Pressure A-Line 2 | 90 | 76 | 68 |
| MAP,A-Line 2 | 105 | 85 | 96 |
| SpO2 | 96 | - | 97 |

| Recorded Date<br>Recorded Time<br>Charted By: | 6/19/2022<br>16:00 EDT<br>Cole,RN,Nadia D | 6/19/2022<br>15:46 EDT<br>Cole,RN,Nadia D | 6/19/2022<br>15:00 EDT<br>Cole,RN,Nadia D | 6/19/2022<br>14:21 EDT<br>Cole,RN,Nadia D |
|---|---|---|---|---|
| **Procedure** | | | | |
| Heart Rate Monitored | - | - | 104 H | - |
| Cardiac Rhythm | Sinus tachycardia | - | Sinus tachycardia | - |
| Respiratory Rate | - | - | 20 | - |
| Systolic BP,Automated | - | - | 135 | - |
| Diastolic BP,Automated | - | - | 76 | - |
| MAP,Automated | - | - | 97 | - |
| Systolic Blood Pressure A-Line 2 | - | 165 | - | 180 |
| Diastolic Blood Pressure A-Line 2 | - | 61 | - | 52 |
| MAP,A-Line 2 | - | 89 | - | 84 |
| A-Line 2 Source | Left, Radial | - | - | - |
| SpO2 | - | - | 97 | - |

| Recorded Date<br>Recorded Time<br>Charted By: | 6/19/2022<br>14:00 EDT<br>Cole,RN,Nadia D | 6/19/2022<br>13:00 EDT<br>Cole,RN,Nadia D | 6/19/2022<br>12:00 EDT<br>Cole,RN,Nadia D | 6/19/2022<br>11:00 EDT<br>Cole,RN,Nadia D |
|---|---|---|---|---|
| **Procedure** | | | | |
| Heart Rate Monitored | 109 H | 106 H | 102 H | 108 H |
| Cardiac Rhythm | Sinus tachycardia | Sinus tachycardia | Sinus tachycardia | Sinus tachycardia |
| Respiratory Rate | 18 | 20 | 18 | 20 c27 |
| Systolic BP,Automated | 217 CRITICAL\\\ | 216 CRITICAL\\\ | 146 H | 122 |
| Diastolic BP,Automated | 97 H | 98 H | 68 | 64 |

**DEFENDANTS' MOTION EXHIBIT A PAGE 62**

## MedStar Washington Hospital Center

**Patient:**    **WELCH, KEVIN**
Med Rec #:    ▉▉▉▉▉▉                          Admit/Discharge:    6/14/2022          / 7/8/2022
Account #:    ▉▉▉▉▉▉                          Admitting Doctor:    Alassar,MD PhD,Aiman
Date of Birth: ▉▉▉▉  Age: 42 years   Sex: Male    Ordering Doctor:    n/a
Location:    WHC 3NE

---

### *Hemodialysis-Apheresis Band*

*Vital Signs*

| Recorded Date | 6/19/2022 | 6/19/2022 | 6/19/2022 | 6/19/2022 |
|---|---|---|---|---|
| Recorded Time | 14:00 EDT | 13:00 EDT | 12:00 EDT | 11:00 EDT |
| Charted By: | Cole,RN,Nadia D | Cole,RN,Nadia D | Cole,RN,Nadia D | Cole,RN,Nadia D |
| Procedure | | | | |
| MAP,Automated | 139 | 140 | 96 | 85 |
| Systolic Blood Pressure A-Line 2 | - | 196 | 201 | 198 |
| Diastolic Blood Pressure A-Line 2 | - | 60 | 56 | 78 |
| MAP,A-Line 2 | - | 93 | 89 | 105 |
| A-Line 2 Source | - | - | Left, Radial | - |
| SpO2 | 94 | 97 | 97 | 100 |

Corrected
c27:    Respiratory Rate
          Corrected from 39 on 6/19/2022 13:32 EDT by Cole, RN, Nadia D

| Recorded Date | 6/19/2022 | 6/19/2022 | 6/19/2022 |
|---|---|---|---|
| Recorded Time | 10:05 EDT | 10:00 EDT | 09:20 EDT |
| Charted By: | Hinsta,RRT,Solomon | Cole,RN,Nadia D | Cole,RN,Nadia D |
| Procedure | | | |
| Heart Rate Monitored | - | 98 | - |
| Cardiac Rhythm | - | Normal sinus rhythm | - |
| Respiratory Rate | - | 18 c28 | - |
| Systolic BP,Automated | - | 191 H | 188 H |
| Diastolic BP,Automated | - | 81 | 81 |
| MAP,Automated | - | 116 | 116 |
| Systolic Blood Pressure A-Line 2 | - | 190 | - |
| Diastolic Blood Pressure A-Line 2 | - | 68 | - |
| MAP,A-Line 2 | - | 100 | - |
| SpO2 | 96 | 100 | - |

Corrected
c28:    Respiratory Rate
          Corrected from 35 on 6/19/2022 13:32 EDT by Cole, RN, Nadia D

| Recorded Date | 6/19/2022 | 6/19/2022 | 6/19/2022 |
|---|---|---|---|
| Recorded Time | 09:16 EDT | 09:13 EDT | 09:00 EDT |
| Charted By: | Cole,RN,Nadia D | Cole,RN,Nadia D | Cole,RN,Nadia D |
| Procedure | | | |
| Heart Rate Monitored | - | 90 | - |

---

DEFENDANTS' MOTION EXHIBIT A PAGE 63

## MedStar Washington Hospital Center

**Patient:**  **WELCH, KEVIN**

| | | | | |
|---|---|---|---|---|
| Med Rec #: | ███████████ | | Admit/Discharge: | 6/14/2022    / 7/8/2022 |
| Account #: | ███████████ | | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth: | ██████  Age: 42 years | Sex: Male | Ordering Doctor: | n/a |
| Location: | WHC 3NE | | | |

### *Hemodialysis-Apheresis Band*

#### *Vital Signs*

| Recorded Date Recorded Time Charted By: | 6/19/2022 09:16 EDT Cole,RN,Nadia D | 6/19/2022 09:13 EDT Cole,RN,Nadia D | 6/19/2022 09:00 EDT Cole,RN,Nadia D |
|---|---|---|---|
| Procedure | | | |
| Cardiac Rhythm | - | - | Normal sinus rhythm |
| Respiratory Rate | - | 20 | - |
| Systolic Blood Pressure A-Line 2 | 182 | - | - |
| Diastolic Blood Pressure A-Line 2 | 70 | - | - |
| MAP,A-Line 2 | 98 | - | - |
| SpO2 | - | 100 | - |

| Recorded Date Recorded Time Charted By: | 6/19/2022 08:00 EDT Cole,RN,Nadia D | 6/19/2022 07:10 EDT Greco,Kameron N | 6/19/2022 07:00 EDT Greco,Kameron N |
|---|---|---|---|
| Procedure | | | |
| Heart Rate Monitored | 86 | - | 89 |
| Cardiac Rhythm | Normal sinus rhythm | - | Normal sinus rhythm |
| Respiratory Rate | 18 | - | 25 H |
| Systolic BP,Automated | 151 H | 127 | - |
| Diastolic BP,Automated | 69 | 60 | - |
| MAP,Automated | 99 | 89 | - |
| Systolic Blood Pressure A-Line 2 | 168 | - | - |
| Diastolic Blood Pressure A-Line 2 | 61 | - | - |
| MAP,A-Line 2 | 87 | - | - |
| A-Line 2 Source | Left, Radial | - | - |
| SpO2 | 100 | - | 100 |

| Recorded Date Recorded Time Charted By: | 6/19/2022 06:00 EDT Greco,Kameron N | 6/19/2022 05:08 EDT Greco,Kameron N | 6/19/2022 05:00 EDT Greco,Kameron N |
|---|---|---|---|
| Procedure | | | |
| Heart Rate Monitored | 82 | - | 79 |
| Cardiac Rhythm | Normal sinus rhythm | - | Normal sinus rhythm |
| Respiratory Rate | 23 H | 22 H | - |
| Systolic BP,Automated | 138 | - | 139 |
| Diastolic BP,Automated | 64 | - | 63 |
| MAP,Automated | 92 | - | 91 |
| Systolic Blood Pressure A-Line 2 | 149 | - | 157 |

**DEFENDANTS' MOTION EXHIBIT A PAGE 64**

## MedStar Washington Hospital Center

**Patient:**    WELCH, KEVIN

| | | | | | |
|---|---|---|---|---|---|
| Med Rec #: | ▮ | | Admit/Discharge: | 6/14/2022 | / 7/8/2022 |
| Account #: | ▮ | | Admitting Doctor: | Alassar,MD PhD,Aiman | |
| Date of Birth: | ▮ Age: 42 years | Sex: Male | Ordering Doctor: | n/a | |
| Location: | WHC 3NE | | | | |

### *Hemodialysis-Apheresis Band*

*Vital Signs*

| Recorded Date | 6/18/2022 | 6/18/2022 | 6/18/2022 |
|---|---|---|---|
| Recorded Time | 20:00 EDT | 20:00 EDT | 19:00 EDT |
| Charted By: | Dwyer,RN,Matthew J | Ogir,RN,Tatyana | Ogir,RN,Tatyana |
| **Procedure** | | | |
| Temperature Axillary | 37.7 H | - | - |
| Heart Rate Monitored | 75 | - | - |
| Cardiac Rhythm | Normal sinus rhythm | - | Normal sinus rhythm |
| Respiratory Rate | 25 H | - | - |
| Systolic Blood Pressure A-Line 2 | - | 151 | - |
| Diastolic Blood Pressure A-Line 2 | - | 60 | - |
| MAP,A-Line 2 | - | 84 | - |
| SpO2 | 98 | - | - |

| Recorded Date | 6/18/2022 | 6/18/2022 | 6/18/2022 |
|---|---|---|---|
| Recorded Time | 19:00 EDT | 18:30 EDT | 18:00 EDT |
| Charted By: | Dwyer,RN,Matthew J | Ogir,RN,Tatyana | Ogir,RN,Tatyana |
| **Procedure** | | | |
| Heart Rate Monitored | 80 | 74 | 78 |
| Cardiac Rhythm | - | - | Normal sinus rhythm |
| Respiratory Rate | 25 H | 21 H | 26 H |
| Systolic BP,Automated | 151 H | 144 H | 147 H |
| Diastolic BP,Automated | 75 | 66 | 72 |
| MAP,Automated | 104 | 95 | 102 |
| Systolic Blood Pressure A-Line 2 | 159 | 135 | 145 |
| Diastolic Blood Pressure A-Line 2 | 61 | 54 | 58 |
| MAP,A-Line 2 | 87 | 76 | 82 |
| SpO2 | - | 95 | 97 |

| Recorded Date | 6/18/2022 | 6/18/2022 | 6/18/2022 |
|---|---|---|---|
| Recorded Time | 17:46 EDT | 17:30 EDT | 17:00 EDT |
| Charted By: | Tura,RRT,Suleyman H | Ogir,RN,Tatyana | Ogir,RN,Tatyana |
| **Procedure** | | | |
| Heart Rate Monitored | - | 75 | 77 |
| Cardiac Rhythm | - | - | Normal sinus rhythm |
| Respiratory Rate | 25 H | 25 H | 23 H |
| Systolic BP,Automated | - | 145 H | 147 H |
| Diastolic BP,Automated | - | 67 | 68 |
| MAP,Automated | - | 96 | 98 |

**DEFENDANTS' MOTION EXHIBIT A PAGE 65**

## MedStar Washington Hospital Center

**Patient:**    WELCH, KEVIN

Med Rec #: ▮▮▮▮▮▮▮▮▮▮

Account #: ▮▮▮▮▮▮▮▮▮▮

Date of Birth: ▮▮▮▮▮    Age: 42 years    Sex: Male

Location:    WHC 3NE

Admit/Discharge:    6/14/2022    / 7/8/2022

Admitting Doctor:    Alassar,MD PhD,Aiman

Ordering Doctor:    n/a

---

### *Hemodialysis-Apheresis Band*

#### *Vital Signs*

| Recorded Date<br>Recorded Time<br>Charted By: | 6/18/2022<br>17:46 EDT<br>Tura,RRT,Suleyman H | 6/18/2022<br>17:30 EDT<br>Ogir,RN,Tatyana | 6/18/2022<br>17:00 EDT<br>Ogir,RN,Tatyana |
|---|---|---|---|
| Procedure | | | |
| Systolic Blood Pressure A-Line 2 | - | 137 | 139 |
| Diastolic Blood Pressure A-Line 2 | - | 55 | 55 |
| MAP,A-Line 2 | - | 77 | 78 |
| SpO2 | 95 | 96 | 95 |

| Recorded Date<br>Recorded Time<br>Charted By: | 6/18/2022<br>16:30 EDT<br>Ogir,RN,Tatyana | 6/18/2022<br>16:00 EDT<br>Ogir,RN,Tatyana | 6/18/2022<br>15:31 EDT<br>Ogir,RN,Tatyana |
|---|---|---|---|
| Procedure | | | |
| Temperature Axillary | - | 36.9 | - |
| Heart Rate Monitored | 80 | 79 | 81 |
| Cardiac Rhythm | - | Normal sinus rhythm | - |
| Respiratory Rate | 27 H | 25 H | 25 H |
| Systolic BP,Automated | 137 | 150 H | 151 H |
| Diastolic BP,Automated | 76 | 72 | 77 |
| MAP,Automated | 100 | 103 | 106 |
| Systolic Blood Pressure A-Line 2 | 155 | 154 | 153 |
| Diastolic Blood Pressure A-Line 2 | 59 | 63 | 60 |
| MAP,A-Line 2 | 86 | 87 | 85 |
| SpO2 | 96 | 96 | 97 |

| Recorded Date<br>Recorded Time<br>Charted By: | 6/18/2022<br>15:30 EDT<br>Ogir,RN,Tatyana | 6/18/2022<br>15:00 EDT<br>Ogir,RN,Tatyana | 6/18/2022<br>14:30 EDT<br>Ogir,RN,Tatyana |
|---|---|---|---|
| Procedure | | | |
| Heart Rate Monitored | 80 | 77 | 77 |
| Cardiac Rhythm | - | Normal sinus rhythm | - |
| Respiratory Rate | 30 CRITICAL\\\ | 25 H | 22 H |
| Systolic BP,Automated | - | 150 H | 145 H |
| Diastolic BP,Automated | - | 70 | 71 |
| MAP,Automated | - | 101 | 100 |
| Systolic Blood Pressure A-Line 2 | 151 | 161 | 159 |
| Diastolic Blood Pressure A-Line 2 | 60 | 58 | 57 |
| MAP,A-Line 2 | 85 | 81 | 81 |

Print Date/Time:    3/9/2023 07:40 EST

Report Request ID:    476286355

DEFENDANTS' MOTION EXHIBIT A PAGE 66

## MedStar Washington Hospital Center

**Patient:** **WELCH, KEVIN**

| | |
|---|---|
| Med Rec #: | |
| Account #: | |
| Date of Birth:    Age: 42 years    Sex: Male | |
| Location:    WHC 3NE | |

Admit/Discharge:   6/14/2022    / 7/8/2022
Admitting Doctor:   Alassar,MD PhD,Aiman
Ordering Doctor:   n/a

---

### *Hemodialysis-Apheresis Band*

| *Vital Signs* |
|---|

| Recorded Date | 6/18/2022 | 6/18/2022 | 6/18/2022 |
|---|---|---|---|
| Recorded Time | 15:30 EDT | 15:00 EDT | 14:30 EDT |
| Charted By: | Ogir,RN,Tatyana | Ogir,RN,Tatyana | Ogir,RN,Tatyana |
| Procedure | | | |
| SpO2 | 96 | 97 | 97 |

| Recorded Date | 6/18/2022 | 6/18/2022 | 6/18/2022 |
|---|---|---|---|
| Recorded Time | 14:00 EDT | 13:30 EDT | 13:00 EDT |
| Charted By: | Ogir,RN,Tatyana | Ogir,RN,Tatyana | Ogir,RN,Tatyana |
| Procedure | | | |
| Heart Rate Monitored | 77 | 84 | 92 |
| Cardiac Rhythm | Normal sinus rhythm | - | Normal sinus rhythm |
| Respiratory Rate | 21 H | 25 H | 35 CRITICAL\\\ |
| Systolic BP,Automated | 156 H | 181 H | - |
| Diastolic BP,Automated | 72 | 80 | - |
| MAP,Automated | 103 | 115 | - |
| Systolic Blood Pressure A-Line 2 | 173 | 198 | 214 |
| Diastolic Blood Pressure A-Line 2 | 61 | 68 | 74 |
| MAP,A-Line 2 | 87 | 98 | 106 |
| SpO2 | 97 | 97 | 96 |

| Recorded Date | 6/18/2022 | 6/18/2022 | 6/18/2022 |
|---|---|---|---|
| Recorded Time | 12:30 EDT | 12:09 EDT | 12:04 EDT |
| Charted By: | Ogir,RN,Tatyana | Ogir,RN,Tatyana | Tura,RRT,Suleyman H |
| Procedure | | | |
| Heart Rate Monitored | 87 | 81 | - |
| Systolic Blood Pressure A-Line 2 | 186 | 182 | - |
| Diastolic Blood Pressure A-Line 2 | 65 | 62 | - |
| MAP,A-Line 2 | 95 | 89 | - |
| SpO2 | 98 | 97 | 95 |

| Recorded Date | 6/18/2022 | 6/18/2022 | 6/18/2022 |
|---|---|---|---|
| Recorded Time | 12:00 EDT | 11:30 EDT | 11:00 EDT |
| Charted By: | Ogir,RN,Tatyana | Ogir,RN,Tatyana | Ogir,RN,Tatyana |
| Procedure | | | |
| Temperature Axillary | 37.1 | - | - |
| Heart Rate Monitored | 93 | 77 | 78 |
| Cardiac Rhythm | Normal sinus rhythm | - | Normal sinus rhythm |

---

DEFENDANTS' MOTION EXHIBIT A PAGE 67

## MedStar Washington Hospital Center

**Patient:**  **WELCH, KEVIN**

| | | | | | |
|---|---|---|---|---|---|
| Med Rec #: | ████████ | | Admit/Discharge: | 6/14/2022 | / 7/8/2022 |
| Account #: | ████████ | | Admitting Doctor: | Alassar,MD PhD,Aiman | |
| Date of Birth: | ████ Age: 42 years | Sex: Male | Ordering Doctor: | n/a | |
| Location: | WHC 3NE | | | | |

### *Hemodialysis-Apheresis Band*

#### *Vital Signs*

| Recorded Date Recorded Time Charted By: | 6/18/2022 12:00 EDT Ogir,RN,Tatyana | 6/18/2022 11:30 EDT Ogir,RN,Tatyana | 6/18/2022 11:00 EDT Ogir,RN,Tatyana |
|---|---|---|---|
| Procedure | | | |
| Respiratory Rate | 38 CRITICAL\\\ | 23 H | 22 H |
| Systolic BP,Automated | 144 H | 148 H | 154 H |
| Diastolic BP,Automated | 87 | 74 | 72 |
| MAP,Automated | 107 | 102 | 103 |
| Systolic Blood Pressure A-Line 2 | 206 | 182 | 183 |
| Diastolic Blood Pressure A-Line 2 | 70 | 66 | 66 |
| MAP,A-Line 2 | 102 | 93 | 93 |
| SpO2 | 96 | 98 | 98 |

| Recorded Date Recorded Time Charted By: | 6/18/2022 10:30 EDT Ogir,RN,Tatyana | 6/18/2022 10:00 EDT Ogir,RN,Tatyana | 6/18/2022 09:31 EDT Ogir,RN,Tatyana |
|---|---|---|---|
| Procedure | | | |
| Heart Rate Monitored | 84 | 80 | 86 |
| Cardiac Rhythm | - | Normal sinus rhythm | - |
| Respiratory Rate | 26 H | 23 H | 33 CRITICAL\\\ |
| Systolic BP,Automated | 156 H | 150 H | 155 H |
| Diastolic BP,Automated | 77 | 72 | 96 H |
| MAP,Automated | 109 | 102 | 115 |
| Systolic Blood Pressure A-Line 2 | 181 | 187 | 187 |
| Diastolic Blood Pressure A-Line 2 | 67 | 63 | 70 |
| MAP,A-Line 2 | 95 | 92 | 106 |
| SpO2 | 78 CRITICAL\\\ | 82 CRITICAL\\\ | 98 |

| Recorded Date Recorded Time Charted By: | 6/18/2022 09:00 EDT Ogir,RN,Tatyana | 6/18/2022 08:30 EDT Ogir,RN,Tatyana | 6/18/2022 08:06 EDT Tura,RRT,Suleyman H |
|---|---|---|---|
| Procedure | | | |
| Heart Rate Monitored | 81 | 81 | - |
| Cardiac Rhythm | Normal sinus rhythm | - | - |
| Respiratory Rate | 24 H | 23 H | 28 H |
| Systolic BP,Automated | 155 H | 153 H | - |
| Diastolic BP,Automated | 80 | 82 | - |
| MAP,Automated | 109 | 110 | - |

| | |
|---|---|
| Print Date/Time: | 3/9/2023 07:40 EST |
| Report Request ID: | 476286355 |

DEFENDANTS' MOTION EXHIBIT A PAGE 68

## MedStar Washington Hospital Center

**Patient:**   WELCH, KEVIN

| | | |
|---|---|---|
| Med Rec #: | ██████████ | |
| Account #: | ██████████ | |
| Date of Birth: ████ | Age: 42 years | Sex: Male |
| Location: | WHC 3NE | |

| | |
|---|---|
| Admit/Discharge: | 6/14/2022   / 7/8/2022 |
| Admitting Doctor: | Alassar,MD PhD,Aiman |
| Ordering Doctor: | n/a |

---

### *Hemodialysis-Apheresis Band*

### *Vital Signs*

| Recorded Date | 6/18/2022 | 6/18/2022 | 6/18/2022 |
|---|---|---|---|
| Recorded Time | 09:00 EDT | 08:30 EDT | 08:06 EDT |
| Charted By: | Ogir,RN,Tatyana | Ogir,RN,Tatyana | Tura,RRT,Suleyman H |
| **Procedure** | | | |
| SpO2 | 98 | 100 | 99 |

| Recorded Date | 6/18/2022 | 6/18/2022 | 6/18/2022 |
|---|---|---|---|
| Recorded Time | 08:00 EDT | 07:30 EDT | 07:28 EDT |
| Charted By: | Ogir,RN,Tatyana | Ogir,RN,Tatyana | Cole,RN,Nadia D |
| **Procedure** | | | |
| Temperature Axillary | 37.9 H | - | - |
| Heart Rate Monitored | 87 | 82 | 84 |
| Cardiac Rhythm | Normal sinus rhythm | - | - |
| Respiratory Rate | 23 H | 28 H | 15 c29 |
| Systolic BP,Automated | - | 157 H | 117 |
| Diastolic BP,Automated | - | 76 | 63 |
| MAP,Automated | - | 109 | 84 |
| Systolic Blood Pressure A-Line 2 | - | 7 | 147 |
| Diastolic Blood Pressure A-Line 2 | - | 5 | 66 |
| MAP,A-Line 2 | - | 6 | 92 |
| SpO2 | 97 | 93 | 98 c34 |

Corrected
c29:  Respiratory Rate
      Corrected from 29 on 6/18/2022 07:37 EDT by Cole, RN, Nadia D
c34:  SpO2
      Corrected from 63 on 6/18/2022 07:37 EDT by Cole, RN, Nadia D

| Recorded Date | 6/18/2022 | 6/18/2022 | 6/18/2022 |
|---|---|---|---|
| Recorded Time | 07:00 EDT | 07:00 EDT | 06:37 EDT |
| Charted By: | Ogir,RN,Tatyana | Cole,RN,Nadia D | Cole,RN,Nadia D |
| **Procedure** | | | |
| Heart Rate Monitored | 84 | - | 79 |
| Cardiac Rhythm | - | Normal sinus rhythm | - |
| Respiratory Rate | 28 H | - | 21 H |
| Systolic Blood Pressure A-Line 2 | 272 | - | 121 |
| Diastolic Blood Pressure A-Line 2 | 271 | - | 63 |
| MAP,A-Line 2 | 262 | - | 84 |
| SpO2 | 95 | - | 99 |

---

**DEFENDANTS' MOTION EXHIBIT A PAGE 69**

## MedStar Washington Hospital Center

**Patient:**   **WELCH, KEVIN**
Med Rec #: ███████

Account #: ███████                                    Admit/Discharge:   6/14/2022        / 7/8/2022

Date of Birth: ███████   Age: 42 years   Sex: Male        Admitting Doctor:   Alassar,MD PhD,Aiman

Location:   WHC 3NE                                     Ordering Doctor:   n/a

---

### *Hemodialysis-Apheresis Band*

*Vital Signs*

| Recorded Date<br>Recorded Time<br>Charted By: | 6/18/2022<br>06:26 EDT<br>Cole,RN,Nadia D | 6/18/2022<br>06:00 EDT<br>Cole,RN,Nadia D | 6/18/2022<br>05:52 EDT<br>Peele,RRT,Katherine S |
|---|---|---|---|
| **Procedure** | | | |
| Heart Rate Monitored | 79 | - | - |
| Cardiac Rhythm | - | Normal sinus rhythm | - |
| Respiratory Rate | - | - | 20 |
| Systolic BP,Automated | 133 | - | - |
| Diastolic BP,Automated | 67 | - | - |
| MAP,Automated | 92 | - | - |
| Systolic Blood Pressure A-Line 2 | 138 | - | - |
| Diastolic Blood Pressure A-Line 2 | 134 | - | - |
| MAP,A-Line 2 | 136 | - | - |
| SpO2 | 93 | - | 98 |

| Recorded Date<br>Recorded Time<br>Charted By: | 6/18/2022<br>05:00 EDT<br>Cole,RN,Nadia D | 6/18/2022<br>04:00 EDT<br>Cole,RN,Nadia D | 6/18/2022<br>03:04 EDT<br>Cole,RN,Nadia D |
|---|---|---|---|
| **Procedure** | | | |
| Temperature Oral | - | 37.2 | - |
| Heart Rate Monitored | 86 | 80 | - |
| Cardiac Rhythm | Normal sinus rhythm | Normal sinus rhythm | - |
| Respiratory Rate | 20 | 22 H | - |
| Systolic Blood Pressure A-Line 2 | 136 | 122 | 133 |
| Diastolic Blood Pressure A-Line 2 | 69 | 62 | 70 |
| MAP,A-Line 2 | 94 | 86 | 94 |
| SpO2 | 96 | 99 | - |

| Recorded Date<br>Recorded Time<br>Charted By: | 6/18/2022<br>03:01 EDT<br>Peele,RRT,Katherine S | 6/18/2022<br>03:00 EDT<br>Cole,RN,Nadia D | 6/18/2022<br>02:19 EDT<br>Cole,RN,Nadia D |
|---|---|---|---|
| **Procedure** | | | |
| Heart Rate Monitored | - | 83 | 80 |
| Cardiac Rhythm | - | Normal sinus rhythm | - |
| Respiratory Rate | 25 H | 18 | 18 |
| Systolic Blood Pressure A-Line 2 | - | - | 133 |
| Diastolic Blood Pressure A-Line 2 | - | - | 71 |
| MAP,A-Line 2 | - | - | 93 |

---

**DEFENDANTS' MOTION EXHIBIT A PAGE 70**

## MedStar Washington Hospital Center

**Patient:**    **WELCH, KEVIN**

| | | |
|---|---|---|
| Med Rec #: | Admit/Discharge: | 6/14/2022    / 7/8/2022 |
| Account #: | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth:    Age: 42 years    Sex: Male | Ordering Doctor: | n/a |
| Location:    WHC 3NE | | |

---

### *Hemodialysis-Apheresis Band*

#### *Vital Signs*

| Recorded Date | 6/18/2022 | 6/18/2022 | 6/18/2022 |
|---|---|---|---|
| Recorded Time | 03:01 EDT | 03:00 EDT | 02:19 EDT |
| Charted By: | Peele,RRT,Katherine S | Cole,RN,Nadia D | Cole,RN,Nadia D |
| Procedure | | | |
| SpO2 | 97 | 97 | 100 |

| Recorded Date | 6/18/2022 | 6/18/2022 | 6/18/2022 |
|---|---|---|---|
| Recorded Time | 02:00 EDT | 01:44 EDT | 01:01 EDT |
| Charted By: | Cole,RN,Nadia D | Cole,RN,Nadia D | Cole,RN,Nadia D |
| Procedure | | | |
| Cardiac Rhythm | Normal sinus rhythm | - | - |
| Systolic BP,Automated | - | - | 123 |
| Diastolic BP,Automated | - | - | 59 L |
| MAP,Automated | - | - | 84 |
| Systolic Blood Pressure A-Line 2 | - | 125 | - |
| Diastolic Blood Pressure A-Line 2 | - | 75 | - |
| MAP,A-Line 2 | - | 97 | - |

| Recorded Date | 6/18/2022 | 6/18/2022 | 6/18/2022 |
|---|---|---|---|
| Recorded Time | 01:00 EDT | 00:01 EDT | 00:00 EDT |
| Charted By: | Cole,RN,Nadia D | Cole,RN,Nadia D | Cole,RN,Nadia D |
| Procedure | | | |
| Temperature Oral | - | - | 37.5 |
| Heart Rate Monitored | 79 | - | 82 |
| Cardiac Rhythm | Normal sinus rhythm | - | Normal sinus rhythm |
| Respiratory Rate | 18 | - | 28 H |
| Systolic BP,Automated | - | 123 | - |
| Diastolic BP,Automated | - | 60 | - |
| MAP,Automated | - | 86 | - |
| Systolic Blood Pressure A-Line 2 | - | - | 135 |
| Diastolic Blood Pressure A-Line 2 | - | - | 65 |
| MAP,A-Line 2 | - | - | 86 |
| SpO2 | 97 | - | 95 |

DEFENDANTS' MOTION EXHIBIT A PAGE 71

## MedStar Washington Hospital Center

**Patient:**    **WELCH, KEVIN**

| | |
|---|---|
| Med Rec #: | |
| Account #: | |
| Date of Birth:     Age: 42 years   Sex: Male | |
| Location:    WHC 3NE | |

Admit/Discharge:    6/14/2022    / 7/8/2022
Admitting Doctor:    Alassar,MD PhD,Aiman
Ordering Doctor:    n/a

### *Hemodialysis-Apheresis Band*

#### *Vital Signs*

| Recorded Date<br>Recorded Time<br>Charted By: | 6/17/2022<br>23:01 EDT<br>Cole,RN,Nadia D | 6/17/2022<br>23:00 EDT<br>Cole,RN,Nadia D | 6/17/2022<br>22:00 EDT<br>Cole,RN,Nadia D |
|---|---|---|---|
| Procedure | | | |
| Heart Rate Monitored | - | 83 | 78 |
| Cardiac Rhythm | - | Normal sinus rhythm | Normal sinus rhythm |
| Respiratory Rate | - | 23 H | 24 H |
| Systolic BP,Automated | 131 | - | 129 |
| Diastolic BP,Automated | 73 | - | 70 |
| MAP,Automated | 93 | - | 93 |
| Systolic Blood Pressure A-Line 2 | - | 139 | 134 |
| Diastolic Blood Pressure A-Line 2 | - | 92 | 70 |
| MAP,A-Line 2 | - | 106 | 86 |
| SpO2 | - | 95 | 98 |

| Recorded Date<br>Recorded Time<br>Charted By: | 6/17/2022<br>21:00 EDT<br>Cole,RN,Nadia D | 6/17/2022<br>20:00 EDT<br>Cole,RN,Nadia D | 6/17/2022<br>19:00 EDT<br>Ejigu,RN,Andargachew |
|---|---|---|---|
| Procedure | | | |
| Temperature Oral | - | 37 | - |
| Heart Rate Monitored | 80 | 76 | 82 |
| Cardiac Rhythm | Normal sinus rhythm | Normal sinus rhythm | - |
| Respiratory Rate | 23 H | 20 | 21 H |
| Systolic BP,Automated | 140 | 125 | 146 H |
| Diastolic BP,Automated | 76 | 66 | 74 |
| MAP,Automated | 102 | 90 | 103 |
| Systolic Blood Pressure A-Line 2 | 126 | 134 | 150 |
| Diastolic Blood Pressure A-Line 2 | 69 | 60 | 70 |
| MAP,A-Line 2 | 90 | 82 | 95 |
| SpO2 | 96 | 98 | 90 CRITICAL\\\ |

| Recorded Date<br>Recorded Time<br>Charted By: | 6/17/2022<br>18:00 EDT<br>Ejigu,RN,Andargachew | 6/17/2022<br>18:00 EDT<br>Cole,RN,Nadia D | 6/17/2022<br>17:04 EDT<br>Tura,RRT,Suleyman H |
|---|---|---|---|
| Procedure | | | |
| Heart Rate Monitored | 75 | - | - |
| Cardiac Rhythm | - | Normal sinus rhythm | - |
| Respiratory Rate | 21 H | - | 21 H |

DEFENDANTS' MOTION EXHIBIT A PAGE 72

## MedStar Washington Hospital Center

**Patient:**    **WELCH, KEVIN**

Med Rec #:                                              Admit/Discharge:    6/14/2022          / 7/8/2022
Account #:                                              Admitting Doctor:    Alassar,MD PhD,Aiman
Date of Birth:                Age: 42 years    Sex: Male    Ordering Doctor:    n/a
Location:      WHC 3NE

---

### *Hemodialysis-Apheresis Band*

*Vital Signs*

| Recorded Date | 6/17/2022 | 6/17/2022 | 6/17/2022 |
|---|---|---|---|
| Recorded Time | 18:00 EDT | 18:00 EDT | 17:04 EDT |
| Charted By: | Ejigu,RN,Andargachew | Cole,RN,Nadia D | Tura,RRT,Suleyman H |
| **Procedure** | | | |
| Systolic BP,Automated | 125 | - | - |
| Diastolic BP,Automated | 70 | - | - |
| MAP,Automated | 91 | - | - |
| Systolic Blood Pressure A-Line 2 | 136 | - | - |
| Diastolic Blood Pressure A-Line 2 | 65 | - | - |
| MAP,A-Line 2 | 84 | - | - |
| SpO2 | 97 | - | 98 |

| Recorded Date | 6/17/2022 | 6/17/2022 | 6/17/2022 |
|---|---|---|---|
| Recorded Time | 17:00 EDT | 16:00 EDT | 15:00 EDT |
| Charted By: | Forbes,RN,Lindsey M | Forbes,RN,Lindsey M | Forbes,RN,Lindsey M |
| **Procedure** | | | |
| Temperature Oral | - | 37.2 | - |
| Heart Rate Monitored | 77 | 80 | 83 |
| Cardiac Rhythm | Normal sinus rhythm | Normal sinus rhythm | Normal sinus rhythm |
| Respiratory Rate | 21 H | 22 H | 21 H |
| Systolic BP,Automated | 120 | 126 | 132 |
| Diastolic BP,Automated | 65 | 66 | 63 |
| MAP,Automated | 86 | 89 | 91 |
| BP Extremity,Automated | Right upper | Right upper | Right upper |
| Systolic Blood Pressure A-Line 2 | 135 | 140 | 146 |
| Diastolic Blood Pressure A-Line 2 | 62 | 59 | 73 |
| MAP,A-Line 2 | 80 | 82 | 88 |
| A-Line 2 Source | - | Right, Radial | - |
| SpO2 | 98 | 94 | 97 |

| Recorded Date | 6/17/2022 | 6/17/2022 | 6/17/2022 |
|---|---|---|---|
| Recorded Time | 14:04 EDT | 14:01 EDT | 14:00 EDT |
| Charted By: | Forbes,RN,Lindsey M | Forbes,RN,Lindsey M | Forbes,RN,Lindsey M |
| **Procedure** | | | |
| Heart Rate Monitored | - | - | 90 |
| Cardiac Rhythm | - | - | Normal sinus rhythm |
| Respiratory Rate | - | - | 25 H |
| Systolic BP,Automated | - | 144 H | - |

DEFENDANTS' MOTION EXHIBIT A PAGE 73

## MedStar Washington Hospital Center

**Patient:**    **WELCH, KEVIN**

| | |
|---|---|
| Med Rec #: | |
| Account #: | |
| Date of Birth:    Age: 42 years    Sex: Male | |
| Location:    WHC 3NE | |

Admit/Discharge:    6/14/2022      / 7/8/2022
Admitting Doctor:    Alassar,MD PhD,Aiman
Ordering Doctor:    n/a

---

### *Hemodialysis-Apheresis Band*

*Vital Signs*

| Recorded Date<br>Recorded Time<br>Charted By: | 6/17/2022<br>14:04 EDT<br>Forbes,RN,Lindsey M | 6/17/2022<br>14:01 EDT<br>Forbes,RN,Lindsey M | 6/17/2022<br>14:00 EDT<br>Forbes,RN,Lindsey M |
|---|---|---|---|
| **Procedure** | | | |
| Diastolic BP,Automated | - | 69 | - |
| MAP,Automated | - | 99 | - |
| BP Extremity,Automated | - | - | Right upper |
| Systolic Blood Pressure A-Line 2 | 140 | - | - |
| Diastolic Blood Pressure A-Line 2 | 67 | - | - |
| MAP,A-Line 2 | 91 | - | - |
| SpO2 | - | - | 98 |

| Recorded Date<br>Recorded Time<br>Charted By: | 6/17/2022<br>13:01 EDT<br>Forbes,RN,Lindsey M | 6/17/2022<br>13:00 EDT<br>Forbes,RN,Lindsey M | 6/17/2022<br>12:00 EDT<br>Forbes,RN,Lindsey M |
|---|---|---|---|
| **Procedure** | | | |
| Temperature Oral | - | - | 37.8 |
| Heart Rate Monitored | - | 92 | 92 |
| Cardiac Rhythm | - | Normal sinus rhythm | Normal sinus rhythm |
| Respiratory Rate | - | 26 H | 30 CRITICAL\\\ |
| Systolic BP,Automated | 145 H | - | 135 |
| Diastolic BP,Automated | 73 | - | 64 |
| MAP,Automated | 99 | - | 92 |
| BP Extremity,Automated | - | Right upper | Right upper |
| Systolic Blood Pressure A-Line 2 | - | 144 | 145 |
| Diastolic Blood Pressure A-Line 2 | - | 96 | 73 |
| MAP,A-Line 2 | - | 119 | 96 |
| A-Line 2 Source | - | - | Right, Radial |
| SpO2 | - | 96 | 93 c35 |

Corrected

c35:    SpO2
     Corrected from 92 on 6/17/2022 12:06 EDT by Forbes, RN, Lindsey M

---

**DEFENDANTS' MOTION EXHIBIT A PAGE 74**

## MedStar Washington Hospital Center

**Patient:**    **WELCH, KEVIN**

| | | |
|---|---|---|
| Med Rec #: | | Admit/Discharge: 6/14/2022 / 7/8/2022 |
| Account #: | | Admitting Doctor: Alassar,MD PhD,Aiman |
| Date of Birth: | Age: 42 years    Sex: Male | Ordering Doctor: n/a |
| Location: | WHC 3NE | |

### *Hemodialysis-Apheresis Band*

#### *Vital Signs*

| Recorded Date | 6/17/2022 | 6/17/2022 | 6/17/2022 |
|---|---|---|---|
| Recorded Time | 11:00 EDT | 10:09 EDT | 10:00 EDT |
| Charted By: | Forbes,RN,Lindsey M | Tura,RRT,Suleyman H | Forbes,RN,Lindsey M |
| Procedure | | | |
| Heart Rate Monitored | 99 | - | 99 |
| Cardiac Rhythm | Normal sinus rhythm | - | Normal sinus rhythm |
| Respiratory Rate | 21 H c30 | 30 CRITICAL\\\ | 30 CRITICAL\\\ |
| Systolic Blood Pressure A-Line 2 | 141 | - | 138 |
| Diastolic Blood Pressure A-Line 2 | 68 | - | 79 |
| MAP,A-Line 2 | 96 | - | 108 |
| SpO2 | 94 | 96 | 96 |

Corrected
c30:    Respiratory Rate
        Corrected from 37 on 6/17/2022 11:02 EDT by Forbes, RN, Lindsey M

| Recorded Date | 6/17/2022 | 6/17/2022 | 6/17/2022 |
|---|---|---|---|
| Recorded Time | 09:00 EDT | 08:00 EDT | 07:00 EDT |
| Charted By: | Forbes,RN,Lindsey M | Forbes,RN,Lindsey M | Forbes,RN,Lindsey M |
| Procedure | | | |
| Temperature Oral | 38.1 H | 37.3 | - |
| Heart Rate Monitored | 87 | 86 | 85 |
| Cardiac Rhythm | Normal sinus rhythm | Normal sinus rhythm | Normal sinus rhythm |
| Respiratory Rate | 19 | 20 | 21 H |
| Systolic BP,Automated | 122 | 131 | 125 |
| Diastolic BP,Automated | 64 | 72 | 70 |
| MAP,Automated | 86 | 95 | 91 |
| BP Extremity,Automated | Right upper | Right upper | - |
| Systolic Blood Pressure A-Line 2 | 133 | 142 | 106 |
| Diastolic Blood Pressure A-Line 2 | 57 | 60 | 70 |
| MAP,A-Line 2 | 77 | 82 | 84 |
| A-Line 2 Source | - | Right, Radial | - |
| SpO2 | 98 | 97 | 97 |

**DEFENDANTS' MOTION EXHIBIT A PAGE 75**

## MedStar Washington Hospital Center

**Patient:**   WELCH, KEVIN
Med Rec #: ███████                          Admit/Discharge:   6/14/2022          / 7/8/2022
Account #: ███████                          Admitting Doctor:   Alassar,MD PhD,Aiman
Date of Birth: ███████   Age: 42 years   Sex: Male          Ordering Doctor:   n/a
Location:   WHC 3NE

---

### *Hemodialysis-Apheresis Band*

*Vital Signs*

| Recorded Date<br>Recorded Time<br>Charted By: | 6/17/2022<br>06:00 EDT<br>Cole,RN,Nadia D | 6/17/2022<br>05:51 EDT<br>Peele,RRT,Katherine S | 6/17/2022<br>05:00 EDT<br>Cole,RN,Nadia D |
|---|---|---|---|
| Procedure | | | |
| Heart Rate Monitored | 81 | - | 83 |
| Cardiac Rhythm | Normal sinus rhythm | - | Normal sinus rhythm |
| Respiratory Rate | 20 | 20 | 20 |
| Systolic BP,Automated | 117 | - | 119 |
| Diastolic BP,Automated | 66 | - | 67 |
| MAP,Automated | 83 | - | 87 |
| Systolic Blood Pressure A-Line 2 | 131 | - | 137 |
| Diastolic Blood Pressure A-Line 2 | 657 | - | 57 |
| MAP,A-Line 2 | 81 | - | 81 |
| SpO2 | 96 | 96 | 95 |

| Recorded Date<br>Recorded Time<br>Charted By: | 6/17/2022<br>04:00 EDT<br>Cole,RN,Nadia D | 6/17/2022<br>03:30 EDT<br>Cole,RN,Nadia D | 6/17/2022<br>03:00 EDT<br>Cole,RN,Nadia D |
|---|---|---|---|
| Procedure | | | |
| Temperature Oral | 37.5 | - | - |
| Heart Rate Monitored | 86 | - | 87 |
| Cardiac Rhythm | Normal sinus rhythm | - | Normal sinus rhythm |
| Respiratory Rate | 15 | - | 17 |
| Systolic BP,Automated | 121 | 115 | - |
| Diastolic BP,Automated | 65 | 65 | - |
| MAP,Automated | 86 | 85 | - |
| Systolic Blood Pressure A-Line 2 | 138 | 133 | - |
| Diastolic Blood Pressure A-Line 2 | 59 | 62 | - |
| MAP,A-Line 2 | 84 | 82 | - |
| A-Line 2 Source | Right, Radial | - | - |
| SpO2 | 98 | - | 98 |

| Recorded Date<br>Recorded Time<br>Charted By: | 6/17/2022<br>02:00 EDT<br>Cole,RN,Nadia D | 6/17/2022<br>01:00 EDT<br>Cole,RN,Nadia D | 6/17/2022<br>00:20 EDT<br>Peele,RRT,Katherine S |
|---|---|---|---|
| Procedure | | | |
| Heart Rate Monitored | 86 | 84 | - |
| Cardiac Rhythm | Normal sinus rhythm | Normal sinus rhythm | - |

---