DEFENDANTS' MOTION EXHIBIT A PAGE 76

## MedStar Washington Hospital Center

**Patient:**   **WELCH, KEVIN**

| | | | |
|---|---|---|---|
| Med Rec #: | | Admit/Discharge: | 6/14/2022    / 7/8/2022 |
| Account #: | | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth: | Age: 42 years   Sex: Male | Ordering Doctor: | n/a |
| Location: | WHC 3NE | | |

### *Hemodialysis-Apheresis Band*

#### *Vital Signs*

| Recorded Date | 6/17/2022 | 6/17/2022 | 6/17/2022 |
|---|---|---|---|
| Recorded Time | 02:00 EDT | 01:00 EDT | 00:20 EDT |
| Charted By: | Cole,RN,Nadia D | Cole,RN,Nadia D | Peele,RRT,Katherine S |
| **Procedure** | | | |
| Respiratory Rate | 18 | 15 | 14 |
| Systolic BP,Automated | 119 | 114 | - |
| Diastolic BP,Automated | 67 | 62 | - |
| MAP,Automated | 87 | 81 | - |
| Systolic Blood Pressure A-Line 2 | 130 | 126 | - |
| Diastolic Blood Pressure A-Line 2 | 62 | 57 | - |
| MAP,A-Line 2 | 82 | 78 | - |
| SpO2 | 98 | 98 | 98 |

| Recorded Date | 6/17/2022 | 6/16/2022 | 6/16/2022 |
|---|---|---|---|
| Recorded Time | 00:00 EDT | 23:00 EDT | 22:00 EDT |
| Charted By: | Cole,RN,Nadia D | Cole,RN,Nadia D | Cole,RN,Nadia D |
| **Procedure** | | | |
| Temperature Oral | 37.8 | - | - |
| Heart Rate Monitored | 85 | 85 | 88 |
| Cardiac Rhythm | Normal sinus rhythm | Normal sinus rhythm | Normal sinus rhythm |
| Respiratory Rate | 16 | 15 | 17 |
| Systolic BP,Automated | 119 | 110 | 120 |
| Diastolic BP,Automated | 66 | 62 | 63 |
| MAP,Automated | 86 | 81 | 85 |
| Systolic Blood Pressure A-Line 2 | 125 | 117 | 119 |
| Diastolic Blood Pressure A-Line 2 | 62 | 57 | 64 |
| MAP,A-Line 2 | 80 | 74 | 78 |
| A-Line 2 Source | Right, Radial | - | - |
| SpO2 | 97 | 98 | 98 |

| Recorded Date | 6/16/2022 | 6/16/2022 | 6/16/2022 |
|---|---|---|---|
| Recorded Time | 21:38 EDT | 21:03 EDT | 21:03 EDT |
| Charted By: | Cole,RN,Nadia D | Cole,RN,Nadia D | Peele,RRT,Katherine S |
| **Procedure** | | | |
| Heart Rate Monitored | 90 | - | - |
| Respiratory Rate | 19 | - | 19 |
| Systolic BP,Automated | 134 | - | - |
| Diastolic BP,Automated | 67 | - | - |

**DEFENDANTS' MOTION EXHIBIT A PAGE 77**

## MedStar Washington Hospital Center

**Patient:**    **WELCH, KEVIN**

| | | | |
|---|---|---|---|
| Med Rec #: | | Admit/Discharge: | 6/14/2022     / 7/8/2022 |
| Account #: | | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth: | Age: 42 years    Sex: Male | Ordering Doctor: | n/a |
| Location: | WHC 3NE | | |

### *Hemodialysis-Apheresis Band*

#### *Vital Signs*

| | 6/16/2022 21:38 EDT Cole,RN,Nadia D | 6/16/2022 21:03 EDT Cole,RN,Nadia D | 6/16/2022 21:03 EDT Peele,RRT,Katherine S |
|---|---|---|---|
| **Recorded Date / Recorded Time / Charted By:** | | | |
| Procedure | | | |
| MAP,Automated | 93 | - | - |
| Systolic Blood Pressure A-Line 2 | - | 145 | - |
| Diastolic Blood Pressure A-Line 2 | - | 55 | - |
| MAP,A-Line 2 | - | 83 | - |
| SpO2 | 98 | - | 92 L |

| | 6/16/2022 21:00 EDT Cole,RN,Nadia D | 6/16/2022 20:00 EDT Cole,RN,Nadia D | 6/16/2022 19:13 EDT Page,Ashlea A | 6/16/2022 19:09 EDT Page,Ashlea A |
|---|---|---|---|---|
| **Recorded Date / Recorded Time / Charted By:** | | | | |
| Procedure | | | | |
| Temperature Oral | - | 37.6 | - | - |
| Heart Rate Monitored | - | 88 | - | - |
| Cardiac Rhythm | Normal sinus rhythm | Normal sinus rhythm | - | - |
| Respiratory Rate | - | 15 | - | 13 |
| Systolic BP,Automated | - | 130 | - | - |
| Diastolic BP,Automated | - | 69 | - | - |
| MAP,Automated | - | 92 | - | - |
| Systolic Blood Pressure A-Line 2 | - | 144 | 148 | 154 |
| Diastolic Blood Pressure A-Line 2 | - | 54 | 53 | 56 |
| MAP,A-Line 2 | - | 82 | 83 | 86 |
| A-Line 2 Source | - | Right, Radial | - | - |
| SpO2 | - | 93 | - | - |

| | 6/16/2022 19:02 EDT Page,Ashlea A | 6/16/2022 19:00 EDT Page,Ashlea A | 6/16/2022 18:35 EDT Page,Ashlea A | 6/16/2022 18:00 EDT Page,Ashlea A |
|---|---|---|---|---|
| **Recorded Date / Recorded Time / Charted By:** | | | | |
| Procedure | | | | |
| Heart Rate Monitored | - | 91 | - | 87 |
| Cardiac Rhythm | - | Normal sinus rhythm | - | Normal sinus rhythm |
| Respiratory Rate | - | - | - | 15 |
| Systolic BP,Automated | 148 H | - | - | 115 |
| Diastolic BP,Automated | 75 | - | - | 65 |
| MAP,Automated | 103 | - | - | 86 |
| BP Extremity,Automated | - | - | - | Right upper |

**DEFENDANTS' MOTION EXHIBIT A PAGE 78**

## MedStar Washington Hospital Center

**Patient:**     **WELCH, KEVIN**

| | | | |
|---|---|---|---|
| Med Rec #: | | Admit/Discharge: | 6/14/2022     / 7/8/2022 |
| Account #: | | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth: | Age: 42 years     Sex: Male | Ordering Doctor: | n/a |
| Location: | WHC 3NE | | |

---

### Hemodialysis-Apheresis Band

#### Vital Signs

| Recorded Date | 6/16/2022 | 6/16/2022 | 6/16/2022 | 6/16/2022 |
|---|---|---|---|---|
| Recorded Time | 19:02 EDT | 19:00 EDT | 18:35 EDT | 18:00 EDT |
| Charted By: | Page,Ashlea A | Page,Ashlea A | Page,Ashlea A | Page,Ashlea A |
| Procedure | | | | |
| Systolic Blood Pressure A-Line 2 | - | - | 159 | - |
| Diastolic Blood Pressure A-Line 2 | - | - | 60 | - |
| MAP,A-Line 2 | - | - | 89 | - |
| A-Line 2 Source | - | - | - | Right, Radial |
| SpO2 | - | 92 L | - | 96 |

| Recorded Date | 6/16/2022 | 6/16/2022 | 6/16/2022 | 6/16/2022 |
|---|---|---|---|---|
| Recorded Time | 17:57 EDT | 17:41 EDT | 17:13 EDT | 17:12 EDT |
| Charted By: | Page,Ashlea A | Page,Ashlea A | Tura,RRT,Suleyman H | Page,Ashlea A |
| Procedure | | | | |
| Respiratory Rate | - | - | 11 L | - |
| Systolic BP,Automated | 112 | - | - | - |
| Diastolic BP,Automated | 66 | - | - | - |
| MAP,Automated | 83 | - | - | - |
| Systolic Blood Pressure A-Line 2 | 116 | 115 | - | 157 |
| Diastolic Blood Pressure A-Line 2 | 92 | 72 | - | 58 |
| MAP,A-Line 2 | 102 | 87 | - | 88 |
| SpO2 | - | - | 97 | - |

| Recorded Date | 6/16/2022 | 6/16/2022 | 6/16/2022 | 6/16/2022 |
|---|---|---|---|---|
| Recorded Time | 17:09 EDT | 17:00 EDT | 16:06 EDT | 16:00 EDT |
| Charted By: | Page,Ashlea A | Page,Ashlea A | Page,Ashlea A | Page,Ashlea A |
| Procedure | | | | |
| Temperature Oral | - | 38.2 H | - | - |
| Heart Rate Monitored | - | 88 | - | 87 |
| Cardiac Rhythm | - | Normal sinus rhythm | - | Normal sinus rhythm |
| Respiratory Rate | - | 18 | 14 | - |
| Systolic BP,Automated | 124 | 131 | - | 127 |
| Diastolic BP,Automated | 64 | 69 | - | 63 |
| MAP,Automated | 86 | 92 | - | 87 |
| BP Extremity,Automated | - | - | - | Left upper |
| Systolic Blood Pressure A-Line 1 | - | - | - | 144 H |
| Diastolic Blood Pressure A-Line 1 | - | - | - | 58 L |
| MAP,A-Line 1 | - | - | - | 86 |

---

**DEFENDANTS' MOTION EXHIBIT A PAGE 79**

## MedStar Washington Hospital Center

**Patient:** **WELCH, KEVIN**
Med Rec #:
Account #:
Date of Birth:          Age: 42 years     Sex: Male
Location:     WHC 3NE

Admit/Discharge:   6/14/2022        / 7/8/2022
Admitting Doctor:   Alassar,MD PhD,Aiman
Ordering Doctor:    n/a

---

### Hemodialysis-Apheresis Band

#### Vital Signs

| Recorded Date Recorded Time Charted By: | 6/16/2022 17:09 EDT Page,Ashlea A | 6/16/2022 17:00 EDT Page,Ashlea A | 6/16/2022 16:06 EDT Page,Ashlea A | 6/16/2022 16:00 EDT Page,Ashlea A |
|---|---|---|---|---|
| Procedure | | | | |
| Systolic Blood Pressure A-Line 2 | - | 161 | - | - |
| Diastolic Blood Pressure A-Line 2 | - | 64 | - | - |
| MAP,A-Line 2 | - | 93 | - | - |
| A-Line 2 Source | - | Right, Radial | - | Right, Radial |
| SpO2 | - | 95 | - | 96 |

| Recorded Date Recorded Time Charted By: | 6/16/2022 15:00 EDT Page,Ashlea A | 6/16/2022 14:42 EDT Page,Ashlea A | 6/16/2022 14:15 EDT Page,Ashlea A | 6/16/2022 14:13 EDT Page,Ashlea A |
|---|---|---|---|---|
| Procedure | | | | |
| Heart Rate Monitored | 87 | - | - | - |
| Cardiac Rhythm | Normal sinus rhythm | - | - | - |
| Respiratory Rate | 16 | - | 18 | - |
| Systolic BP,Automated | 121 | - | - | 141 H |
| Diastolic BP,Automated | 65 | - | - | 63 |
| MAP,Automated | 86 | - | - | 96 |
| Systolic Blood Pressure A-Line 1 | 147 H | 155 H | - | 169 H |
| Diastolic Blood Pressure A-Line 1 | 58 L | 60 | - | 62 |
| MAP,A-Line 1 | 86 | 88 | - | 93 |
| A-Line 2 Source | Right, Radial | - | - | - |
| SpO2 | 97 | - | 93 | - |

| Recorded Date Recorded Time Charted By: | 6/16/2022 14:13 EDT Tura,RRT,Suleyman H | 6/16/2022 14:11 EDT Tura,RRT,Suleyman H | 6/16/2022 14:00 EDT Page,Ashlea A |
|---|---|---|---|
| Procedure | | | |
| Heart Rate Monitored | - | - | 93 |
| Cardiac Rhythm | - | - | Normal sinus rhythm |
| Respiratory Rate | 15 *79 | 19 | - |
| A-Line 2 Source | - | - | Right, Radial |
| SpO2 | 93 *79 | 92 L | 83 CRITICAL\\\ |

---

DEFENDANTS' MOTION EXHIBIT A PAGE 80

## MedStar Washington Hospital Center

**Patient:**  WELCH, KEVIN

| | | | | |
|---|---|---|---|---|
| Med Rec #: | ████████ | | Admit/Discharge: | 6/14/2022    / 7/8/2022 |
| Account #: | ████████ | | Admitting Doctor: | Alassar,MD PhD,Aiman |
| Date of Birth: | ████ Age: 42 years | Sex: Male | Ordering Doctor: | n/a |
| Location: | WHC 3NE | | | |

---

### *Hemodialysis-Apheresis Band*

*Vital Signs*

Footnote
*79:    RT Post Treatment Assessment
        Generated by Discern Expert based on charting of Chest PT and/or Aerosol Therapy Treatment given.

| Recorded Date<br>Recorded Time<br>Charted By: | 6/16/2022<br>13:00 EDT<br>Page,Ashlea A | 6/16/2022<br>12:46 EDT<br>Page,Ashlea A | 6/16/2022<br>12:06 EDT<br>Page,Ashlea A | 6/16/2022<br>12:00 EDT<br>Page,Ashlea A |
|---|---|---|---|---|
| Procedure | | | | |
| Temperature Oral | - | - | - | 36.9 |
| Heart Rate Monitored | 82 | - | - | 87 |
| Cardiac Rhythm | Normal sinus rhythm | - | - | Normal sinus rhythm |
| Respiratory Rate | 15 | - | - | 19 |
| Systolic BP,Automated | 126 | 126 | - | 142 H |
| Diastolic BP,Automated | 66 | 63 | - | 71 |
| MAP,Automated | 85 | 88 | - | 97 |
| BP Extremity,Automated | - | - | - | Left upper |
| Systolic Blood Pressure A-Line 1 | 147 H | 141 H | 153 H | 162 H |
| Diastolic Blood Pressure A-Line 1 | 55 L | 53 L | 57 L | 70 |
| MAP,A-Line 1 | 81 | 79 | 85 | 99 |
| A-Line 2 Source | Right, Radial | - | - | Right, Radial |
| SpO2 | 96 | 96 | - | 97 c36 |

Corrected
c36:    SpO2
        Corrected from 86 on 6/16/2022 12:48 EDT by Page, Ashlea A

| Recorded Date<br>Recorded Time<br>Charted By: | 6/16/2022<br>11:44 EDT<br>Page,Ashlea A | 6/16/2022<br>11:15 EDT<br>Page,Ashlea A | 6/16/2022<br>11:01 EDT<br>Page,Ashlea A | 6/16/2022<br>11:00 EDT<br>Page,Ashlea A |
|---|---|---|---|---|
| Procedure | | | | |
| Heart Rate Monitored | - | - | - | 92 |
| Cardiac Rhythm | - | - | - | Normal sinus rhythm |
| Respiratory Rate | - | - | - | 20 |
| Systolic BP,Automated | - | - | 141 H | - |
| Diastolic BP,Automated | - | - | 67 | - |
| MAP,Automated | - | - | 94 | - |
| Systolic Blood Pressure A-Line 1 | 146 H | - | - | 168 H |
| Diastolic Blood Pressure A-Line 1 | 59 L | - | - | 66 |
| MAP,A-Line 1 | 89 | - | - | 98 |

**DEFENDANTS' MOTION EXHIBIT A PAGE 81**

## MedStar Washington Hospital Center

**Patient:**    WELCH, KEVIN

| | |
|---|---|
| Med Rec #: | ████████ |
| Account #: | ████████ |
| Date of Birth ████ | Age: 42 years    Sex: Male |
| Location: | WHC 3NE |

| | |
|---|---|
| Admit/Discharge: | 6/14/2022    / 7/8/2022 |
| Admitting Doctor: | Alassar,MD PhD,Aiman |
| Ordering Doctor: | n/a |

---

### *Hemodialysis-Apheresis Band*

---

*Vital Signs*

| Recorded Date | 6/16/2022 | 6/16/2022 | 6/16/2022 | 6/16/2022 |
|---|---|---|---|---|
| Recorded Time | 11:44 EDT | 11:15 EDT | 11:01 EDT | 11:00 EDT |
| Charted By: | Page,Ashlea A | Page,Ashlea A | Page,Ashlea A | Page,Ashlea A |
| Procedure | | | | |
| A-Line 2 Source | - | - | - | Right, Radial |
| SpO2 | - | 96 | - | 91 CRITICAL\\\ |

| Recorded Date | 6/16/2022 | 6/16/2022 | 6/16/2022 | 6/16/2022 |
|---|---|---|---|---|
| Recorded Time | 10:28 EDT | 10:13 EDT | 10:00 EDT | 09:05 EDT |
| Charted By: | Page,Ashlea A | Page,Ashlea A | Page,Ashlea A | Page,Ashlea A |
| Procedure | | | | |
| Heart Rate Monitored | - | - | 95 | - |
| Cardiac Rhythm | - | - | Normal sinus rhythm | - |
| Respiratory Rate | 18 | - | - | - |
| Systolic BP,Automated | - | 133 | - | - |
| Diastolic BP,Automated | - | 76 | - | - |
| MAP,Automated | - | 99 | - | - |
| BP Extremity,Automated | - | - | Left upper | - |
| Systolic Blood Pressure A-Line 1 | 159 H | - | - | 146 H |
| Diastolic Blood Pressure A-Line 1 | 57 L | - | - | 61 |
| MAP,A-Line 1 | 88 | - | - | 89 |
| A-Line 2 Source | - | - | Right, Radial | - |
| SpO2 | - | - | 96 | - |
| Activity Affecting Vital Signs | - | - | Other: agitated | - |

| Recorded Date | 6/16/2022 | 6/16/2022 | 6/16/2022 | 6/16/2022 |
|---|---|---|---|---|
| Recorded Time | 09:02 EDT | 09:00 EDT | 08:22 EDT | 08:07 EDT |
| Charted By: | Page,Ashlea A | Page,Ashlea A | Page,Ashlea A | Page,Ashlea A |
| Procedure | | | | |
| Heart Rate Monitored | 91 | - | - | - |
| Cardiac Rhythm | - | Normal sinus rhythm | - | - |
| Respiratory Rate | 21 H | - | - | 17 |
| Systolic Blood Pressure A-Line 1 | - | - | 133 | - |
| Diastolic Blood Pressure A-Line 1 | - | - | 70 | - |
| MAP,A-Line 1 | - | - | 88 | - |
| A-Line 2 Source | - | Right, Radial | - | - |
| SpO2 | 94 | - | - | - |
| Activity Affecting Vital Signs | - | Other: agitated | - | - |

---

## MedStar Southern Maryland Hospital Center

**Patient:**    **WELCH, KEVIN**
Med Rec #:    ████████████████
Account #:    ████████████████
Date of Birth:    ███████  Age: 42 years    Sex: Male
Location:    MSMHC EDPT

Admit/Discharge:    6/14/2022    / 6/14/2022
Admitting Doctor:    Finan,MD,Patrick J.
Ordering Doctor:    n/a

---

### *Emergency Documentation*

Patient to be transferred to WHC.
Called Washington Hospital Center and gave report to Nancy

13:20 Transport to WHC. report given to the Transport RN. Gave the Nicardipine and Esmolol medication to the RN.

13:25 Patient left with all his belongings and valuables.

*Electronically signed by:*

*Torlao, Jovy on: 06.14.2022 13:28 EDT*

---

DOCUMENT NAME:
PERFORM INFORMATION:
RESULT STATUS:
SERVICE DATE/TIME:
SIGN INFORMATION:

ED Note-Clinician
Finan,MD,Patrick J.(6/14/2022 10:48 EDT)
Auth (Verified)
6/14/2022 10:39 EDT
Finan,MD,Patrick J.(6/14/2022 15:15 EDT)

**Clinician Assign**
**Time Seen:**
Finan, MD, Patrick J. / 06/14/2022 09:46 - ED Attending
**Preferred Language/Interpretation Services**
Preferred Language Discussing Healthcare: English
Interpreter Used: N/A

Sources reviewed:

Initial nursing notes reviewed.

**Chief Complaint**
  As per Triage RN:
Drank 1 bottle of 5 hour energy drink and felt chest discomfort, cold sweats. Given ASA 324 by EMS. O/a- Pain down 1/10 from 8/10. Does not normally drink energy drinks. Pt has been driving x 9 hours from Orlando, has not slept x 24 hours.

**History of Present Illness**
 42-year-old male with no reported past medical history who presents to the emergency department today with chest discomfort.  He states that he has a history of chest discomfort usually after exertional activity and feels a bubble in the middle of his chest that is nonradiating, not associated with shortness of breath lightheadedness nausea vomiting diaphoresis.  He states that he has not slept in 24 hours because he was driving up from Atlanta (about a 10-hour drive) and was drinking multiple energy drinks (espresso shot, Pepsi, 5-hour energy drink).  When he arrived home today, he was running up the stairs and

**Problem List/Past Medical History**
Ongoing
   Obesity
Historical
   No qualifying data

**Allergies**
No Known Medication Allergies

**Home Medications**
   No active home medications

**Immunizations**
Immunizations: No qualifying data available

**Social History**
   Smoking Status
      Never smoker
**Smoking Status**
Tobacco Use: Never Used (06/14/22)

**Family History**

**Lab Results**

| HEMATOLOGY | LATEST RESULTS | |
|---|---|---|
| WBC | 06/14/22 10:05 | 9.94 |
| Hgb | 06/14/22 10:05 | 13.7 |

Print Date/Time:    3/9/2023 07:38 EST
Report Request ID:    476286354

MedStar Washington Hospital Center- 004092

## MedStar Southern Maryland Hospital Center

**Patient:**    **WELCH, KEVIN**

| | | | | | |
|---|---|---|---|---|---|
| Med Rec #: | | | Admit/Discharge: | 6/14/2022 | / 6/14/2022 |
| Account #: | | | Admitting Doctor: | Finan,MD,Patrick J. | |
| Date of Birth: | Age: 42 years | Sex: Male | Ordering Doctor: | n/a | |
| Location: | MSMHC EDPT | | | | |

---

### *Emergency Documentation*

trying to get things ready before work when he suddenly felt a substernal chest pain that he describes as a bubble in his chest that was nonradiating, associated with heart racing, sweating without lightheadedness syncope. He also had some tingling in his left calf that felt like a charley horse. Chest pain has improved now but has not totally resolved. It seems to improve when he lifts his right arm or when he rubs on his chest

He denies any personal history of coronary artery disease, family history of early cardiac death. He denies other sympathomimetic use. He usually does not happen. He denies any history of DVT/PE, recent surgery or immobilization besides a 10-hour car drive, active malignancy, hemoptysis, unilateral leg pain or swelling, exogenous estrogen use, fever or cough.

**Review of Systems**
**Constitutional:** No fevers, no chills, no night sweats, no weight loss
**Eye:** No change of vision, no diplopia
**ENMT:** No ear pain, no nasal congestion, no sore throat
**Respiratory:** No shortness of breath, no cough
**Cardiovascular:** +chest pain, no pressure, no palpitations, no syncope, no loss of consciousness
**Gastrointestinal:** No change in bowel habits, no diarrhea, no melena
**Genitourinary:** No hematuria, no discharge, no dysuria, no change in urinary frequency

The remainder of the complete review of systems were reviewed and were negative with the exception of those noted above as positive.

**Physical Exam**

**Vitals:**
Initial Vitals
   **T:** 37.1 degC (Oral) **HR:** 86 (Peripheral) **RR:** 18 **BP:** 150/91 (Automated) **SpO2:** 97%
**General:** Well developed, well nourished. Alert and oriented, no acute distress.
**HEENT:** Normocephalic, atraumatic. Conjunctiva without injection bilaterally. Non-icteric sclera. Supple neck..
**Chest:** No respiratory distress. Regular work and rate of breathing.
Cardiovascular: Appears well perfused. Blood pressure and heart rate reviewed - hypertensive.. Good capillary refill. No chest wall tenderness, step off or deformity. No peripheral edema. No calf tenderness (neg homans sign)
**Abdomen:** Not distended. Soft and nontender. No masses noted.
**Musculoskeletal:** No visualized gross deformity of extremities.
**Neurologic:** Awake, alert, and oriented. Face appears symmetric and the speech is clear and fluent. Strength 5/5 in all four extremities
**Skin:** Warm and dry. Normal color. No diaphoresis
**Psychiatric:** Normal mood and affect. Alert and oriented to person, place and time.

| | | |
|---|---|---|
| Hct | 06/14/22 10:05 | 39.7 |
| Platelet | 06/14/22 10:05 | 126 Low |
| MCV | 06/14/22 10:05 | 95.7 |
| MCH | 06/14/22 10:05 | 33.0 High |
| MCHC | 06/14/22 10:05 | 34.5 |
| RDW | 06/14/22 10:05 | 12.0 |
| RBC | 06/14/22 10:05 | 4.15 Low |
| Neutro % | 06/14/22 10:05 | 87.3 High |
| Lymph % | 06/14/22 10:05 | 7.3 Low |
| Mono % | 06/14/22 10:05 | 4.2 |
| Eos % | 06/14/22 10:05 | 0.4 |
| Basophil % | 06/14/22 10:05 | 0.3 |
| Neutro Absolute | 06/14/22 10:05 | 8.7 High |
| Lymph Absolute | 06/14/22 10:05 | 0.7 |
| Monocyte Abs | 06/14/22 10:05 | 0.4 |
| Eosinophil Abs | 06/14/22 10:05 | 0.0 |
| Basophil Abs | 06/14/22 10:05 | 0.0 |
| Imm Gran % | 06/14/22 10:05 | 0.5 High |
| Imm Gran Absolute | 06/14/22 10:05 | 0.05 High |
| MPV | 06/14/22 10:05 | 11.7 High |
| NRBC auto | 06/14/22 10:05 | 0 |
| NRBC Abs | 06/14/22 10:05 | 0.0 |
| Imm Platelet % | 06/14/22 10:05 | 5.9 |

| COAGULATION | LATEST RESULTS | |
|---|---|---|
| D-Dimer VTE | 06/14/22 10:52 | 14.79 High |

---

| | |
|---|---|
| Print Date/Time: | 3/9/2023 07:38 EST |
| Report Request ID: | 476286354 |

DEFENDANTS' MOTION EXHIBIT A PAGE 84

## MedStar Southern Maryland Hospital Center

| | | | | |
|---|---|---|---|---|
| **Patient:** | **WELCH, KEVIN** | | | |
| Med Rec #: | | | Admit/Discharge: | 6/14/2022    / 6/14/2022 |
| Account #: | | | Admitting Doctor: | Finan,MD,Patrick J. |
| Date of Birth: | Age: 42 years | Sex: Male | Ordering Doctor: | n/a |
| Location: | MSMHC EDPT | | | |

---

### *Emergency Documentation*

#### Assessment/Plan

42-year-old male with no reported past medical history who presents to the emergency department today with chest discomfort.

Upon arrival to the emergency department, patient is newly symptomatic, mildly hypertensive but otherwise well-appearing, not diaphoretic with shortness of lightheadedness. EKG shows nonspecific T wave inversion in lead V6 as well as some T wave flattening in 2, 3, aVF with left axis deviation. Symptoms could be attributed to excessive caffeine use, caffeine toxicity as well as lack of sleep. Could also be esophagitis in the setting of recent heavy caffeine use, poor p.o. intake. We will give viscous lidocaine, Maalox and viscous lidocaine and reassess symptoms. Will get troponin sound in 2 hours to rule out cardiac ischemia. Dimer ordered to rule out PE but I have a low suspicion for acute PE. Given the tingling in his left lower extremity we will get a DVT ultrasound but have a low clinical suspicion for this. Basic labs ordered as well as thyroid studies given his elevated blood pressure, diaphoresis and episode of chest pain although again I suspect that it is more in the setting of caffeine toxicity

#### ED EKG/Rhythm/Imaging Interpretation

- Completed
-- One Time, Stop Date 06/14/22 9:35:25 EDT, 06/14/22 9:35:25 EDT
Normal sinus heart rate 74, normal intervals, left axis deviation, no STEMI, T wave inversion in lead V6 as well as T wave flattening in leads II, 3, aVF

#### Diagnostic Results

(06/14/2022 11:57 EDT US Lower Ext Duplex Veins Left)
FINDINGS: The left lower extremity was evaluated with grayscale, color doppler and pulsewave doppler with compression.

The saphenofemoral confluence, common femoral vein, femoral vein, and popliteal vein are normally compressible. Normal color flow and spectral waveform analysis.

The visualized posterior tibial and peroneal veins have normal color flow.

IMPRESSION: No evidence for DVT in the left lower extremity.
  [1] (06/14/2022 12:05 EDT CT Chest PE Emergency Dept Only)
IMPRESSION:
Type A aortic intramural hematoma/dissection.
No pulmonary embolism. [2]

#### ED Course/Critical Care

1145: CBC without leukocytosis or anemia with mild thrombocytopenia. BMP with hypokalemia to 2.9 which was repleted as well as an elevated creatinine to 2.0 with no prior creatinines to compare. LFTs were within normal limits. Initial high sensitive troponin was not elevated but will repeat given how recently the symptoms started. D-dimer was markedly elevated at 14.8. His symptoms are still mild but have not resolved after GI cocktail. His blood pressure still in the 160s over 90s and his heart rate still in the 70s with a normal oxygen saturation but will proceed with CT PE study to

| CHEMISTRY | LATEST RESULTS | |
|---|---|---|
| Sodium Lvl | 06/14/22 10:05 | 145 |
| Potassium Lvl | 06/14/22 10:05 | 2.9  Low |
| Chloride | 06/14/22 10:05 | 106 |
| CO2 | 06/14/22 10:05 | 30 |
| BUN | 06/14/22 10:05 | 16 |
| Creatinine | 06/14/22 10:05 | 2.03  High |
| est. CrCl | 06/14/22 10:05 | 49.07 |
| Glucose Lvl Random | 06/14/22 10:05 | 134 |
| Calcium Lvl | 06/14/22 10:05 | 9.4 |
| Total Protein | 06/14/22 10:05 | 7.1 |
| Globulin | 06/14/22 10:05 | 2.6 |
| Bili Total | 06/14/22 10:05 | 1.5  High |
| Bili Direct | 06/14/22 10:05 | 0.45  High |
| AST | 06/14/22 10:05 | 26 |
| ALT | 06/14/22 10:05 | 23 |
| AGAP | 06/14/22 10:05 | 9 |
| GFR Universal | 06/14/22 10:05 | 41 |
| Albumin Lvl | 06/14/22 10:05 | 4.5 |
| A/G Ratio | 06/14/22 10:05 | 1.7 |
| Alk Phos | 06/14/22 10:05 | 67 |

| Cardiac Testing | LATEST RESULTS | |
|---|---|---|
| Troponin I HS | 06/14/22 11:57 | 34 |

| Infectious Disease | LATEST RESULTS | |
|---|---|---|

---

| | |
|---|---|
| Print Date/Time: | 3/9/2023 07:38 EST |
| Report Request ID: | 476286354 |

MedStar Washington Hospital Center- 004094

DEFENDANTS' MOTION EXHIBIT A PAGE 85

## MedStar Southern Maryland Hospital Center

| | | | | |
|---|---|---|---|---|
| **Patient:** | **WELCH, KEVIN** | | | |
| Med Rec #: | | | Admit/Discharge: | 6/14/2022    / 6/14/2022 |
| Account #: | | | Admitting Doctor: | Finan,MD,Patrick J. |
| Date of Birth: | Age: 42 years | Sex: Male | Ordering Doctor: | n/a |
| Location: | MSMHC EDPT | | | |

---

### *Emergency Documentation*

rule out acute PE

| | | |
|---|---|---|
| COVID-19/Coronavirus RNA PCR | 06/14/22 11:57 | Not Detected |

1230: Received call from radiology that patient has a type a ascending aortic dissection. Went to evaluate patient is blood pressure in the 160s over 90s still and his heart rate is in the 80s. Confirmed with RN that esmolol and Cardene drips need to be obtained from pharmacy. We will give 10 mg of IV labetalol now. Patient informed of the urgent nature of his findings and need for transfer. MedSTAR transport paged. Esmolol bolus and drip ordered from pharmacy, nicardipine drip ordered as well with instructions to start esmolol bolus and drip before Cardene to avoid reflex tachycardia

1245: Spoke w Dr Bafi from CT surgery at MWHC who has reviewed images and accepted pt for transfer.

1310: Pt more hypertensive now (200s) w/ no change in pain- he states he is very anxious regarding his diagnosis. Will redose IV labetalol 20mg. RN asked to go down to pharmacy to obtain esmolol/cardene. Rpt trop unchanged, covid neg. Helicopoter ETA 10min

1325: Esmolol/cardene gtt arrived in ED at 1320- given to transport team who are at bedside and initated therapy. Pt left facility in care of air transport team w/ MedSTAR.

Patient presented to the Emergency Department in a condition requiring critical care. As the attending physician caring for the patient, *the total time I provided critical care* is 50 minutes.

This time includes the following:
Direct bedside management of the resuscitation efforts. Frequent monitoring of the patient's clinical condition, including vital signs. Review of radiology images as well as readings and interpretation of lab studies. Discussion of management plan with other members of the care team. Documenting the history, physical exam findings, and the course of stay in the emergency department.

The response to the interventions is that IV labetalol x2 for hypertension and heart rate control in the setting of type a dissection, consultation with CT surgery, initiation of Cardene and esmolol drips, arrangement of transfer.

### Discussion/Consultations
MWHC CT surgery

### Impression/Disposition

### ED Diagnosis:
Ascending aortic dissection I71.01
### Patient Disposition
ED Transfer Patient To - Ordered
-- 06/14/22 12:47:00 EDT, Mandatory Diagnosis and Problems Completed, MedStar Washington Hospital Center, Emergency Department / Trauma Unit, Dr Bafi, Specialty

---

| | |
|---|---|
| Print Date/Time: | 3/9/2023 07:38 EST |
| Report Request ID: | 476286354 |

**MedStar NRN Physiatry at Irving St**
102 Irving St , NW
Suite 1332
Washington, DC, 20010
**Phone:**   (202)877-1621       **Fax:**   --

Physical Medicine & Rehab Office Note
**Visit Date:** 01/23/2023 11:20
**Scheduled Provider:** Wroten, MD, Michael K.

# * Final Report *

## Chief Complaint
STROKE F/U

## History of Present Illness
42-year-old gentleman with a past history of asthma and recent COVID diagnosis in May 2022 who was found to have a type B aortic dissection s/p repair 6/14/2022 that was complicated by bilateral cerebellar and cerebral strokes and ischemic myelopathy. He was last seen on 12/19/22.

Interval history (1/23/23):
Last OPV was on 12/19/22 where we discussed about returning to work, and discussed about preventing orthostatic hypotension.

Today, he presents with his niece. He is doing outpatient PT/OT/SLP at Waldorf with limited progress. Currently ambulating without rollator. Niece was requesting if he can do home therapy to work on cooking and home chores. Explained to patient and niece that home therapy is more for low level ADLs such as transfers and toileting, and is not appropriate for Mr Welch.

He continues to see neuropsych every 2 weeks. Reports he discussed about low mood and disinterest in activities, amenable to starting antidepressant.

Falls: no recent falls. Less episodes of orthostatic hypotension.

## Review of Systems
All Other Symptoms: All other systems reviewed and negative.

## Physical Exam
Vitals & Measurements
01/23/2023 11:30  **T:** 36.7 °C (98.1 °F) - Oral  **P:** 73  **RR:** 17  **BP:** 104/69
**HT:** 178 cm (5 ft 10 in)  **WT:** 78 kg (171 lbs 15 oz)  **BMI:** 24.62 kg/m2

Pain Assessment
Pain Present: No actual or suspected pain (01/23/23 11:30:00)
**General:** NAD
**Eye:** Conjunctiva non-injected and non-icteric
**Lungs:** No respiratory distress. Non-labored breathing.
**Heart :** No peripheral edema.
**Musculoskeletal:** ROM WFL without apparent spasticity in all 4 extremities.
**Skin:** Skin is warm and dry
**Neurologic:** Awake, alert, and oriented. Fluent speech.
Speech is fluent and clear.Cranial Nerves II-XII are grossly intact.
Strength -
B/l UE: 5/5
RLE: 5/5 strength throughout
LLE: 4+/5 HF,  4+/5 KE,  3+-4/5 ADF,  4-/5 APF,  5/5 EHL
**Psychiatric:** Flat affect, cooperative.

## Assessment/Plan

## Problem List/Past Medical History
Ongoing
 Abnormal bowel movement
 Adjustment disorder
 Anemia of chronic disease
 Aortic dissection
 Aortic dissection following procedure
 At risk for falls
 At risk of venous thromboembolus
 Basal ganglia infarction
 Benign hypertension
 Bowel dysfunction
 CAD (coronary artery disease)
 CKD (chronic kidney disease) stage 3, GFR 30-59 ml/min
 CKD stage G3b/A1, GFR 30-44 and albumin creatinine ratio <30 mg/g
 COVID-19 virus infection
 Depression due to acute stroke
 Difficult airway for intubation
 Dysphagia
 Encounter to establish care
 Hospital discharge follow-up
 Hypertension with impaired renal function
 Imbalanced nutrition
 Ischemic stroke
 Obesity
 Onychomycosis
 Pain
 Peripheral edema
 Physical deconditioning
 Urinary incontinence
Historical
 2019 novel coronavirus

## Procedure/Surgical History
Type A aortic dissection repair, Hemi-arch replacement, Ascending aorta replacement, Aortic valve resuspension and Reconstruction of sinotubular junction: 06/14/22
Repair
*Surgical History*
 • Repair Aortic Dissection (06/14/2022)

## Medications
amLODIPine 10 mg oral tablet, See Instructions, 1 refills, Take 1/2 tablet daily

**WELCH, KEVIN**

MedStar Washington Hospital Center- 008841

DEFENDANTS' MOTION EXHIBIT A PAGE 87

| MedStar NRN Physiatry at Irving St | Physical Medicine & Rehab Office Note | Visit Date: 01/23/2023 11:20 |

1. Basal ganglia infarction I63.9
   Ordered:   Referral to MedStar Occupational Therapy

Mr. Welch is a 42 y/o M w/ a PMHx of type B aortic dissection, COVID-19 and recent bilateral cerebellar strokes who presents today for follow-up of functional needs related to his recent stroke. Currently independent with ADLs and ambulation. Requires assistance with iADLs.

Plan:
- Continue PT, OT and SLP outpatient in Southern Maryland. New referral for OT provided specifying higher level iADLs.
- Continue to follow up with neuropsychology.
- Will likely need to seek different employment given physical impairments may limit his ability to work in security.
- Continue to follow up with PCP and Cardiology
- Discussed with patient he should follow up with PCP regarding starting antidepressant for mood and disinterest.
- Will have patient f/u in 2-3 months for progress and to discuss return to work

**Attending Attestation**
Patient was seen, evaluated, and discussed with Dr. Wroten
**************************************************
**Rehabilitation Physician Attestation**
Patient was seen, examined, and discussed with Dr. Ng
I have reviewed this practitioner's documentation and agree with the findings and the plan:

Discussed continuing with outpatient therapies as scheduled.
Asked patient to have his Neuropsychologist email me regarding pharmacologic recommendations.  May consider starting low dose anti-depressant based on Neuropsych input. He can also discuss this with his PCP.
He will continue to discuss return to work plan with Neuropsych and Speech therapy.
Discussed that he would not qualify for home therapies given he is ambulatory. Noted that he can discuss IADL's and work on them with outpatient OT.
Will have patient f/u in 2-3 months to discuss further plan of care.
Patient instructed to call the office or contact us via Medstar Patient Portal if any concerns and/or questions.

Wroten, MD, Michael K. January 23, 2023 14:27

aspirin 81 mg oral tablet, chewable, 81 mg= 1 tab, PO, Daily
cloNIDine 0.3 mg oral tablet, 0.3 mg= 1 tab, PO, 3x/day, 1 refills
ergocalciferol 50,000 intl units (1.25 mg) oral capsule, 50000 Intl_Unit= 1 cap, PO, q7day, 2 refills
folic acid 1 mg oral tablet, See Instructions, 1 refills, TAKE 1 TABLET BY MOUTH DAILY
hydrALAZINE 50 mg oral tablet, See Instructions, TAKE 2 TABLETS BY MOUTH THREE TIMES DAILY
labetalol 200 mg oral tablet, 4 tab, PO, 3x/day
Lipitor 40 mg oral tablet, 40 mg= 1 tab, PO, Daily, 3 refills

**Allergies**
No Known Medication Allergies

**Social History**
  Smoking Status
    Never smoker
Alcohol
  Use: Current.
Employment/School
    Status: Employed, Regular Duty. Work/School description: IT work (computer based). Highest education level: Post graduate degree(s).
Home/Environment
    Marital Status: Single. Lives with cousin- Marvin Holland. Living situation: Home/Independent. Home Equipment: None.
Substance Use
  Use: Denies.
Tobacco/Nicotine
  Use: Denies.

**Family History**
Heart disease: Grandfather-Maternal.

**Patient Instructions**
-Continue outpatient PT/OT/SLP and neuropsych. We discussed Mr Welch does not qualify for home therapy. Home therapy is more appropriate for low level activities or for people who cannot attend outpatient therapy.
-New occupational therapy referral provided, specifying working on iADLs such as cooking, house chores, etc
-I recommend you to discuss with Dr Tripathi regarding starting antidepressant for mood.
-Follow up in 2-3 months

**WELCH, KEVIN**

Printed on: 03/09/2023 8:28 EST

Page 2 of 3

MedStar Washington Hospital Center- 008842

| MedStar NRN Physiatry at Irving St | Physical Medicine & Rehab Office Note | Visit Date: 01/23/2023 11:20 |
|---|---|---|

**Signature Line**
Electronically signed by:

_____

Ng, MD, Alvin Tsz Hin Tsz Hin on: 01.23.2023 13:41 EST


Electronically signed by:

_____

Wroten, MD, Michael K. on: 01.23.2023 14:29 EST

WELCH, KEVIN

DEFENDANTS' MOTION EXHIBIT A PAGE 89

**MMG Internal Medicine at Brandywine**
13950 Brandywine Rd
Suite 125
Brandywine, MD, 20613
**Phone:**   (000)000-0000      **Fax:**   (833)334-0101

Primary Care Office/Clinic Note
**Visit Date:** 02/20/2023 10:40
**Scheduled Provider:** Tripathi, MD, Kavita

# * Final Report *

## Chief Complaint
42 y/o M present today for f/u

## History of Present Illness
Mr.Welch is a pleasant 42-year-old gentleman with past medical history as below, recent COVID-19 infection in May 2022 followed by a complicated course, history of type B aortic dissection s/p repair on 6/14/2022, cerebellar, basal ganglia infarction, spinal infarction, hypertension, atrial fibrillation, neurogenic bladder and bowel, coronary artery disease, CKD  stage IIIB , anemia presents with a complaint of change in bowel habits.  He is accompanied by his niece.
I have reviewed past medical history, social history, surgical history,screening and immunizations in detail.

Depression s/p stroke–patient is feeling low.  As we discussed earlier he has started the counseling with Ms.Corter .  He is feeling a lot better.  Patient has concern about a biopsy after the significant events he had gone through.  Started him on Celexa.  He is feeling better.  But still he seems to be slow in response as compared to his baseline.  Niece is very concerned because the work is not likely going to keep extending the time off from the work.  In my opinion he is making progress but he will need more times will work on his paperwork to make sure that patient can go back to work.  As per neurologist as well as neuropsychologist noted seems like he is making progress.

Hypertension–diagnosed recently in 2022 .  The blood pressure has improved a lot.  Currently he is on pressure medication and will continue that.

Basal ganglia infarction.  In view of infarction patient was started on statins in the past but elevated liver enzyme was acute in onset and it was started.  He has been seen and evaluated by cardiology again and he was restarted on Lipitor.  So far he has stable liver function test and also there is improvement in his cholesterol and LDL levels.

Electrolyte imbalance–the recent blood work is showing elevated salt and low potassium levels.  As per niece he has been not eating as he should be and also he has declining renal function.  I am encouraging the patient to continue to manage his diet properly.
**Screening:**
Colon cancer screening  at age 45
Prostate cancer screening at age 50
Annual Eye exam: Encouraged to get the annual eye exam up-to-date
Dental exam: Patient examined.  Up-to-date

**IMMUNIZATIONS:**
Influenza vaccine:due for one and he would like to wait.  Counseled the patient regarding the need for flu vaccine today.
COVID-19 vaccine:03/2021
Tdap:due.  Will consider later.
Zoster vaccine:at age 50

## Problem List/Past Medical History
Ongoing Problems
  Abnormal bowel movement
  Abnormal result on screening urine test
  Adjustment disorder
  Anemia of chronic disease
  Aortic dissection
  Aortic dissection following procedure
  At risk of venous thromboembolus
  Basal ganglia infarction
  Benign hypertension
  CAD (coronary artery disease)
  CKD (chronic kidney disease) stage 3, GFR 30-59 ml/min
  CKD stage G3b/A1, GFR 30-44 and albumin creatinine ratio <30 mg/g
  COVID-19 virus infection
  Depression due to acute stroke
  Difficult airway for intubation
  Dysphagia
  Encounter to establish care
  Hospital discharge follow-up
  Hypertension with impaired renal function
  Ischemic stroke
  Obesity
  Onychomycosis
  Onychomycosis of toenail
  Pain
  Peripheral edema
  Physical deconditioning
  Urinary incontinence

## Procedure/Surgical History
- TRANSFUSE NONAUT RED BLOOD CELLS IN CENTRAL VEIN, PERC (06/16/2022)
- INSERTION OF MONITOR DEV INTO PULM TRUNK, PERC APPROACH (06/14/2022)
- INTRODUCTION OF VASOPRESSOR INTO PERIPH VEIN, PERC APPROACH (06/14/2022)
- PERFORMANCE OF CARDIAC OUTPUT, CONTINUOUS (06/14/2022)
- PERFORMANCE OF CARDIAC PACING, CONTINUOUS (06/14/2022)
- REPAIR AORTIC VALVE, OPEN APPROACH (06/14/2022)

**WELCH, KEVIN**

DEFENDANTS' MOTION EXHIBIT A PAGE 90

MMG Internal Medicine at Brandywine    Primary Care Office/Clinic Note    **Visit Date:** 02/20/2023 10:40

Pneumonia vaccine: At age 65.

**Specialists:**
CTVS -Dr.Simlote
Nephrology : Dr.Hegde
Neurology:Dr.Fulton
Cardiology:Dr.Malik
Physical medicine :Dr.Wroten
Behavioral therapy–NP Corter
Neuropsychologist–Bethany Gorter Ph.D

**Review of Systems**
**Constitutional**: No fevers, no chills, no night sweats, no weight loss
**Eye**: No change of vision, no eye pain, No visual problems, no diplopia, no blurry vision
**ENMT**: No ear pain, no nasal congestion, no sore throat
**Respiratory**: No shortness of breath, no cough
**Cardiovascular**: No Chest pain, no pressure, no palpitations, no syncope, no loss of consciousness
**Gastrointestinal**: no change in bowel habits, No nausea, no vomiting, no diarrhea, no constipation, no melena, no anorexia
**Genitourinary**: : No hematuria, no nocturia, no discharge, no dysuria, no incontinence, no change in urinary frequency, no urinary retention
**Musculoskeletal**: No back pain, no neck pain, no joint pain, no muscle pain, no swelling, no change in range of motion
**Integumentary**: No rash, no pruritus, no abrasions
**Neurologic**: no headache, no paresthesia, no limb weakness, Alert & oriented X 3
**Psychiatric**: No anxiety, no depression, no suicidal ideation
**All other systems reviewed and negative.**

**Physical Exam**

Vitals & Measurements
02/20/2023 10:37   **T:** 36.9 °C (98.4 °F) -
Temporal   **P:** 68   **RR:** 14   **BP:** 112/73   **SpO2:** 100%
**HT:** 178 cm (5 ft 10 in)   **WT:** 80.15 kg (176 lbs 11 oz)   **BMI:** 25.3 kg/m2

Pain Assessment
Pain Present: No actual or suspected pain (02/20/23 10:37:00)
Vital signs reviewed.

**General**: Well developed, well nourished. Denies pain. Alert and oriented, no acute distress.
**Eye**: Pupils round, equal and reactive to light bilaterally. Extraocular motions intact. No sinus tenderness, Normal appearing conjunctiva. (Sclera are non-icteric and the conjunctiva are pink bilaterally) No scleral icterus.
**HENT**: Normocephalic, clear tympanic membranes, normal hearing, moist oral mucosa, no scleral icterus, no sinus tenderness. Oropharynx clear and without edema, injection nor exudate. The uvula is midline.
**Neck**: Supple, non-tender, with full range of motion, no carotid bruits, no JVD, no lymphadenopathy.
**Lungs**: No respiratory distress. Lungs are clear to auscultation and percussion with good air exchange. Non-labored respiration. No crackles, no wheeze
**Heart or Cardiovascular**: Normal rate, regular rhythm, no murmur, gallop or rub. There is no peripheral edema. No jugular venous distension. Distal pulses strong and equal in all limbs.
**Abdomen**: Soft, supple, non-distended. No tenderness to palpation. Bowel sounds are present and normal. No masses or organomegaly noted.
**Musculoskeletal**: No gross deformity of extremities. All extremities move well with full range of motion and strength, no tenderness or swelling.

- REPLACEMENT OF THOR AORTA ASC WITH SYNTH SUB, OPEN APPROACH (06/14/2022)
- TRANSFUSE NONAUT FROZEN PLASMA IN CENTRAL VEIN, PERC (06/14/2022)
- TRANSFUSE NONAUT PLATELETS IN CENTRAL VEIN, PERC (06/14/2022)
- Type A aortic dissection repair, Hemi-arch replacement, Ascending aorta replacement, Aortic valve resuspension and Reconstruction of sinotubular junction (06/14/2022)
- ULTRASONOGRAPHY OF HEART WITH AORTA, TRANSESOPHAGEAL (06/14/2022)
- Repair
*Surgical History*
  - Repair Aortic Dissection (06/14/2022)

**Medications**
**Medications at the Start of the Visit**
1. amLODIPine (amLODIPine 10 mg oral tablet), See Instructions, Take 1/2 tablet daily, 30 tab, 1 Refill(s)
2. aspirin (aspirin 81 mg oral tablet, chewable), 81 mg, 1 tab, PO, Daily, 90 tab, 0 Refill(s)
3. atorvastatin (Lipitor 40 mg oral tablet), 40 mg, 1 tab, PO, Daily, 90 tab, 3 Refill(s)
4. citalopram (citalopram 10 mg oral tablet), 10 mg, 1 tab, PO, Daily, 30 tab, 0 Refill(s)
5. cloNIDine (cloNIDine 0.3 mg oral tablet), 0.3 mg, 1 tab, PO, 3x/day, 90 tab, 1 Refill(s)
6. ergocalciferol (ergocalciferol 50,000 intl units (1.25 mg) oral capsule), 50,000 Intl_Unit, 1 cap, PO, q7day, 5 cap, 2 Refill(s)
7. folic acid (folic acid 1 mg oral tablet), See Instructions, TAKE 1 TABLET BY MOUTH DAILY, 90 tab, 1 Refill(s)
8. labetalol (labetalol 200 mg oral tablet), 4 tab, PO, 3x/day, 1080 tab, 1 Refill(s)

**Medication Changes at visit**
1. hydrALAZINE (hydrALAZINE 50 mg oral tablet), See Instructions, TAKE 2 TABLETS BY MOUTH THREE TIMES DAILY, 180 tab, 0 Refill(s)  New

**Medications at the End of the Visit**
1. amLODIPine (amLODIPine 10 mg oral tablet), See Instructions, Take 1/2 tablet daily, 30 tab, 1 Refill(s)
2. aspirin (aspirin 81 mg oral tablet, chewable), 81 mg, 1 tab, PO, Daily, 90 tab, 0 Refill(s)

**DEFENDANTS' MOTION EXHIBIT A PAGE 90A**

MMG Internal Medicine at Brandywine       Primary Care Office/Clinic Note       **Visit Date:** 02/20/2023 10:40

**Skin**: Skin is warm, dry and pink. No rashes or lesions. **Positive: Onychomycosis in both the feet toenails**
**Neurologic**: Awake, alert, and oriented to person, place and time. Cranial Nerves II-XII are grossly intact. Sensation to light touch intact. No focal motor deficits. Strength and sensation are intact without any focal deficit.
**Psychiatric**: Cooperative, appropriate mood, affect, and thought.

**Assessment/Plan**
.
1. CKD stage G3b/A1, GFR 30-44 and albumin creatinine ratio <30 mg/g N18.32
   Patient has slight decline in renal function with also electrolyte imbalance increase the patient to continue to watch his diet and continue proper hydration. Patient has been drinking a lot of soda as compared to water have encouraged him to stop that so that the renal function will not go bad.

2. Aortic dissection I71.02
   Currently at his baseline patient has been seen and evaluated by cardiology and is doing fine.

3. Basal ganglia infarction I63.9
   He has improvement but still patient is going through apathy and other changes. Patient has been undergoing psychotherapy to focus on the symptoms of depression and anxiety. Encouraged the patient to continue cognitive behavioral acceptance and psychodynamic interventions. Patient will be benefited with a neuropsych evaluation before going back to work.

4. Anemia of chronic disease D63.8
   At his baseline have encouraged the patient to continue to monitor patient is under care of nephrology.

5. Abnormal result on screening urine test R82.90
   Patient has abnormal urine test but he is asymptomatic he has been seen and evaluated by urology. Most likely patient is having colonization we will continue to monitor.

6. Onychomycosis of toenail B35.1
   Improvement. We will consider a podiatrist evaluation and management. Please note this office encounter has been transcribed using voice recognition software and may contain unrecognized dictation errors and word substitution commonly found with electronic transcription. Attempts have been made to correct errors during dictation, but some errors may remain. It should not be considered a word for legal document, but is a record created to help myself and others care for the patient. I reserve the right to interpret this document as I believe it was intended and not necessarily the way it was transcribed.Medication reconciliation has been done by a licensed nursing personnel and/or a certified medical assistance in the clinic. The medications have been reconciled between the patient's list that they brought today with them with our EMR system to ensure they coincide. All medication changes were made by the responsible physician.
   Ordered:   Referral to MedStar Podiatric Surgery

**Patient Instructions**
It was a pleasure seeing you today in clinic. Please bring all your medications on your next visit. Kindly review the visit summary. Please feel free to call back at 301-782-2220 for any questions or concerns. -Please have the lab work that we discussed during today's visit done. ***Ensure that you have nothing to eat or drink (except for water or plain, black coffee) 8 hours prior to having the labs drawn***.OUR LAB IS OPEN M-F, 07:30AM-4:00PM. NO APPT IS

3.   atorvastatin (Lipitor 40 mg oral tablet), 40 mg, 1 tab, PO, Daily, 90 tab, 3 Refill(s)
4.   citalopram (citalopram 10 mg oral tablet), 10 mg, 1 tab, PO, Daily, 30 tab, 0 Refill(s)
5.   cloNIDine (cloNIDine 0.3 mg oral tablet), 0.3 mg, 1 tab, PO, 3x/day, 90 tab, 1 Refill(s)
6.   ergocalciferol (ergocalciferol 50,000 intl units (1.25 mg) oral capsule), 50,000 Intl_Unit, 1 cap, PO, q7day, 5 cap, 2 Refill (s)
7.   folic acid (folic acid 1 mg oral tablet), See Instructions, TAKE 1 TABLET BY MOUTH DAILY, 90 tab, 1 Refill(s)
8.   hydrALAZINE (hydrALAZINE 50 mg oral tablet), See Instructions, TAKE 2 TABLETS BY MOUTH THREE TIMES DAILY, 180 tab, 0 Refill(s)
9.   labetalol (labetalol 200 mg oral tablet), 4 tab, PO, 3x/day, 1080 tab, 1 Refill(s)

**Allergies**
No Known Medication Allergies

**Social History**
Smoking Status: Never smoker (01/18/23)
   Smoking Status
      Never smoker
Alcohol
   Use: Current.
Employment/School
   Status: Employed, Regular Duty. Work/School description: IT work (computer based). Highest education level: Post graduate degree(s).
Home/Environment
   Marital Status: Single. Lives with cousin-Marvin Holland. Living situation: Home/Independent. Home Equipment: None.
Substance Use
   Use: Denies.
Tobacco/Nicotine
   Use: Denies.

**Social Determinants**

**Family History**
**Grandfather-Maternal:** Heart disease

**Health Maintenance**

20-FEB-2023

**Lab Results**



**MedStar NRN Psychological Services at Irving St**
102 Irving Street, NW
1st Floor
Washington, DC 20010-

. (202)877-1120

**Patient:    WELCH, KEVIN**
Med Rec #:
Account #:                                          Financial Class:
Date of Birth        Age: 43 years    Sex: Male          Primary Doctor:    Tripathi,MD,Kavita
Location:    MedStar NRN Psychology at Irving St

---

### Clinical Diagnoses

| | |
|---|---|
| **Diagnosis: Major neurocognitive disorder,due to another medical condition,with behavioral disturbance,moderate** | |
| **Secondary Description:** | |
| **Last Reviewed Date:** 2/21/2024 | **Responsible Provider:** |
| **Diagnosis Date:** 2/21/2024 | |
| **Severity: ; Certainty:** | |

---

### Office/Clinic Notes

DOCUMENT NAME:                          Neuropsychology Office/Clinic Note
PERFORM INFORMATION:                    Gorter,Bethany (2/21/2024 09:32 EST)
RESULT STATUS:                          Auth (Verified)
SERVICE DATE/TIME:                      2/20/2024 13:00 EST
SIGN INFORMATION:                       Gorter,Bethany (2/21/2024 14:45 EST); Clark,PhD,Jessica
                                        A.(2/21/2024 14:13 EST)

Dx: (F01.B18) Major Neurocognitive Disorder due to vascular disease, moderate, with behavioral disturbance

Duration: 45 minutes

Time: 13:05 to 13:50

CPT: 90834

Referral: Patient was referred for psychotherapy by his neurologist Dr. Tracy Fulton to address anhedonia in reaction to aortic dissection resulting in bilateral cerebellar/basal ganglia strokes (10/24/22 neurology note).

Mental Status: Patient arrived on time for his scheduled appointment. His hygiene was improved from the prior session. Speech was slowed and somewhat sparse, with prolonged latencies in responses. Energy was low. Speech was organized and thought processes were linear. No evidence of overt psychosis, delusions or hallucinations was observed. Thought process was linear and logical. Affect was flat and mood appeared apathetic. Eye contact was poor at times, but good when he was more engaged. No indication of suicidal ideation, intent or plan.

Observation/Intervention: The patient is a 43-year old Black male who is recovering from bilateral cerebellar/basal ganglia stroke secondary to aortic dissection (06/2022). Today's session focused on the patient's future plans for return to work and social pragmatics. Patient shared that he had completed several goals from last session, including taking a shower more consistently, and reaching out to his HR department. Per patient report, he is set to return to work on April 16th and will begin part-time from home. Patient stated that he does not need a doctor note. He is scheduled to see his PCP prior to the start date, and stated this provider could reach out to his PCP to discuss return to work. Patient shared that he is 10/10 confident that he is ready to return to work, but indicated he is most concerned about fatigue. We developed a plan to test his level of fatigue, by having him spent 1 hour/day reading articles related to his field, and

---

Print Date/Time:    3/5/2024 18:31 EST
Report Request ID:

MedStar Washington Hospital Center - 009189

**MedStar Medical Group Internal Medicine at Brandywine**

**Patient:**    **WELCH, KEVIN**
Med Rec #:
Account #:                                                    Finanical Class:
Date of Birth:              Age: 43 years    Sex: Male    Primary Doctor:    Tripathi,MD,Kavita
Location:    MMG Internal Medicine at Brandywine; Exam Room 8

---

## *Office/Clinic Notes*

DOCUMENT NAME:                              Primary Care Office/Clinic Note
PERFORM INFORMATION:              Tripathi,MD,Kavita (8/24/2023 13:41 EDT)
RESULT STATUS:                              Auth (Verified)
SERVICE DATE/TIME:                        8/24/2023 13:40 EDT
SIGN INFORMATION:                          Tripathi,MD,Kavita (8/24/2023 13:41 EDT)

**Chief Complaint**
43 y/o M here today for a f/u

**History of Present Illness**
Mr.Welch is a pleasant 43-year-old gentleman with past medical history as below, recent COVID-19 infection in May 2022 followed by a complicated course, history of type B aortic dissection s/p repair on 6/14/2022, cerebellar, basal ganglia infarction, spinal infarction, hypertension, atrial fibrillation, neurogenic bladder and bowel, coronary artery disease, CKD  stage IIIB , anemia, dyspnea disorder with depression, peripheral edema presents for follow-up ,accompanied by his niece.
I have reviewed past medical history, social history, surgical history,screening and immunizations in detail.
Hypertension–diagnosed back in 2022.  Patient had elevated blood pressure in the nephrology yesterday it seems like patient has not been taking his medication because of some refilling issues.  All the refills have been provided by the nephrology office again the blood pressure is slightly on the lower side and he is feeling little woozy today.  As we discussed earlier the adjustment of the medication is necessary if they are taking on a regular basis

CKD stage III–diagnosed in 2022.  Currently GFR has improved and also creatinine is going down.  Patient has following renal diet.

Hyponatremia–the lab has been showing slightly elevated sodium.  It seems like he has been eating a lot of chips and other stop over-the-counter have advised him to decrease the intake of sodium in his diet that will help to improve the blood pressure.

Adjustment disorder–patient has been diagnosed with depression and adjustment disorder after having a stroke.  He is currently working with neuropsychology. Citalopram does not seem to be helping so we will continue to stop that.

**Screening:**
Colon cancer screening  at age 45
Prostate cancer screening at age 50
Annual Eye exam: Encouraged to get the annual eye exam up-to-date
Dental exam: Patient examined.  Up-to-date

**IMMUNIZATIONS:**

**Problem List/Past Medical History**
  Ongoing Problems
    Abnormal bowel movement
    Abnormal result on screening urine test
    Adjustment disorder
    Anemia of chronic disease
    Aortic dissection
    Aortic dissection following procedure
    At risk of venous thromboembolus
    Basal ganglia infarction
    Benign hypertension
    CAD (coronary artery disease)
    CKD (chronic kidney disease) stage 3,
GFR 30-59 ml/min
    CKD stage G3b/A1, GFR 30-44 and
albumin creatinine ratio <30 mg/g
    COVID-19 virus infection
    Cerebrovascular accident (CVA) with
involvement of left side of body
    Deficiency of other specified B group
vitamins
    Depression due to acute stroke
    Difficult airway for intubation
    Dysphagia
    Encounter to establish care
    Hospital discharge follow-up
    Hypernatremia
    Hypertension with albuminuria
    Hypertension with impaired renal function
    Ischemic stroke
    Obesity
    Onychomycosis
    Onychomycosis of toenail
    Other specified disorders of bone density
and structure, other site
    Pain
    Peripheral edema
    Physical deconditioning
    Tinea pedis of both feet

---

DEFENDANTS' MOTION EXHIBIT A PAGE 93

**MedStar Medical Group Internal Medicine at Brandywine**

**Patient:** WELCH, KEVIN
Med Rec #: ▉▉▉▉▉
Account #: ▉▉▉▉▉                                    Finanical Class:
Date of Birth: ▉▉▉▉▉    Age: 43 years    Sex: Male    Primary Doctor:    Tripathi,MD,Kavita
Location:    MMG Internal Medicine at Brandywine; Exam Room 8

---

## *Office/Clinic Notes*

Influenza vaccine:due for one and he would like to wait.  Counseled the patient regarding the need for flu vaccine today.
COVID-19 vaccine:03/2021
Tdap:due.  Will consider later.  He is currently not ready for any vaccine
Zoster vaccine:at age 50
Pneumonia vaccine: At age 65.

**Specialists:**
CTVS -Dr.Simlote
Nephrology : Dr.Hegde
Neurology:Dr.Fulton
Cardiology:Dr.Malik
Physical medicine :Dr.Wroten
Behavioral therapy–NP Corter
Neuropsychologist–Bethany Gorter Ph.D
Nephrology : Dr.Hegde
Neurology:Dr.Fulton
Cardiology:Dr.Malik
Physical medicine :Dr.Wroten
Behavioral therapy–NP Corter
Neuropsychologist–Bethany Gorter Ph.D

**Review of Systems**
**Constitutional**: No fevers, no chills, no night sweats, no weight loss
**Eye**: No change of vision, no eye pain, No visual problems, no diplopia, no blurry vision
**ENMT**: No ear pain, no nasal congestion, no sore throat
**Respiratory**: No shortness of breath, no cough
**Cardiovascular**: No Chest pain, no pressure, no palpitations, no syncope, no loss of consciousness
**Gastrointestinal**: no change in bowel habits, No nausea, no vomiting, no diarrhea, no constipation, no melena, no anorexia
**Genitourinary**: : No hematuria, no nocturia, no discharge, no dysuria, no incontinence, no change in urinary frequency, no urinary retention
**Musculoskeletal**: No back pain, no neck pain, no joint pain, no muscle pain, no swelling, no change in range of motion
**Integumentary**: No rash, no pruritus, no abrasions
**Neurologic**: no headache, no paresthesia, no limb weakness, Alert & oriented X 3
**Psychiatric**: No anxiety, no depression, no suicidal ideation
**All other systems reviewed and negative.**

**Physical Exam**
Vitals & Measurements
08/24/2023 11:51  **T:** 36.8 °C (98.2 °F) -
Temporal  **P:** 77  **RR:** 16  **BP:** 102/68  **SpO2:** 99%
**HT:** 178 cm (5 ft 10 in)  **WT:** 83.05 kg (183 lbs 2 oz)  **BMI:** 26.21 kg/m2

Urinary incontinence

**Procedure/Surgical History**
- TRANSFUSE NONAUT RED BLOOD CELLS IN CENTRAL VEIN, PERC (06/16/2022)
- INSERTION OF MONITOR DEV INTO PULM TRUNK, PERC APPROACH (06/14/2022)
- INTRODUCTION OF VASOPRESSOR INTO PERIPH VEIN, PERC APPROACH (06/14/2022)
- PERFORMANCE OF CARDIAC OUTPUT, CONTINUOUS (06/14/2022)
- PERFORMANCE OF CARDIAC PACING, CONTINUOUS (06/14/2022)
- REPAIR AORTIC VALVE, OPEN APPROACH (06/14/2022)
- REPLACEMENT OF THOR AORTA ASC WITH SYNTH SUB, OPEN APPROACH (06/14/2022)
- TRANSFUSE NONAUT FROZEN PLASMA IN CENTRAL VEIN, PERC (06/14/2022)
- TRANSFUSE NONAUT PLATELETS IN CENTRAL VEIN, PERC (06/14/2022)
- Type A aortic dissection repair, Hemi-arch replacement, Ascending aorta replacement, Aortic valve resuspension and Reconstruction of sinotubular junction (06/14/2022)
- ULTRASONOGRAPHY OF HEART WITH AORTA, TRANSESOPHAGEAL (06/14/2022)
- Repair

*Surgical History*
   • Repair Aortic Dissection (06/14/2022)

**Medications**
**Medications at the Start of the Visit**
1.  amLODIPine (amLODIPine 5 mg oral tablet), 5 mg, 1 tab, PO, Daily, 90 tab, 1 Refill(s)

---

Print Date/Time:        3/5/2024 18:32 EST
Report Request ID:    ▉▉▉▉▉


MedStar Washington Hospital Center - 009287

**DEFENDANTS' MOTION EXHIBIT A PAGE 94**

**MedStar Medical Group Internal Medicine at Brandywine**

**Patient:**     WELCH, KEVIN
Med Rec #:     ███████████
Account #:     ███████████
Date of Birth:     ██████    Age: 43 years    Sex: Male         Finanical Class:
Location:     MMG Internal Medicine at Brandywine; Exam Room 8         Primary Doctor:     Tripathi,MD,Kavita

---

| *Office/Clinic Notes* |
| --- |

Pain Assessment
  Pain Present: No actual or suspected pain (08/24/23 11:51:00)
Vital signs reviewed.

**General**: Well developed, well nourished. Denies pain. Alert and oriented, no acute distress. **Positive for overweight**
**Eye**: Pupils round, equal and reactive to light bilaterally. Extraocular motions intact. No sinus tenderness, Normal appearing conjunctiva. (Sclera are non-icteric and the conjunctiva are pink bilaterally) No scleral icterus.
**HENT**: Normocephalic, clear tympanic membranes, normal hearing, moist oral mucosa, no scleral icterus, no sinus tenderness. Oropharynx clear and without edema, injection nor exudate. The uvula is midline.
**Neck**: Supple, non-tender, with full range of motion, no carotid bruits, no JVD, no lymphadenopathy.
**Lungs**: No respiratory distress. Lungs are clear to auscultation and percussion with good air exchange. Non-labored respiration. No crackles, no wheeze
**Heart or Cardiovascular**: Normal rate, regular rhythm, no murmur, gallop or rub. There is no peripheral edema. No jugular venous distension. Distal pulses strong and equal in all limbs.
**Abdomen**: Soft, supple, non-distended. No tenderness to palpation. Bowel sounds are present and normal. No masses or organomegaly noted.
**Musculoskeletal**: No gross deformity of extremities. All extremities move well with full range of motion and strength, no tenderness or swelling.
**Skin**: Skin is warm, dry and pink. No rashes or lesions.
**Neurologic**: Awake, alert, and oriented to person, place and time. Cranial Nerves II-XII are grossly intact. Sensation to light touch intact. No focal motor deficits. Strength and sensation are intact without any focal deficit.
**Psychiatric**: Cooperative, appropriate mood, affect, and thought.

**Assessment/Plan**

1. Hypertension with albuminuria I10
  - Blood pressure is slightly on the lower side.
  -Goal blood pressure is less than 110/80
  -Losartan is added in view of underlying microalbuminuria
  -He is to take hydralazine 50 mg 3 times a day, labetalol 200 mg 2 tablets 3 times a day, losartan 25 mg at bedtime, amlodipine 5 mg 1 tablet in the evening and clonidine 0.3 mg 1 to 2 tablets a day depending on the blood pressure if it is above 130/80
  -Continue to monitor the blood pressure and bring the blood pressure log on the next visit
Ordered:
Complete Blood Count w/ Differential
Comprehensive Metabolic Panel
Microalbumin/creat Ratio Ran

2. aspirin (aspirin 81 mg oral tablet, chewable), 81 mg, 1 tab, PO, Daily, 90 tab, 0 Refill(s)
3. atorvastatin (Lipitor 40 mg oral tablet), 40 mg, 1 tab, PO, Daily, 90 tab, 3 Refill(s)
4. citalopram (citalopram 10 mg oral tablet), 10 mg, 1 tab, PO, Daily, 90 tab, 0 Refill(s)
5. ergocalciferol (ergocalciferol 50,000 intl units (1.25 mg) oral capsule), 50,000 Intl_Unit, 1 cap, PO, q7day, 5 cap, 2 Refill(s)
6. folic acid (folic acid 1 mg oral tablet), See Instructions, TAKE 1 TABLET BY MOUTH DAILY, 90 tab, 0 Refill(s)
7. hydrALAZINE (hydrALAZINE 50 mg oral tablet), 2 tab, PO, 3x/day, 180 tab, 0 Refill(s)
8. labetalol (labetalol 200 mg oral tablet), 4 tab, PO, 3x/day, 1080 tab, 0 Refill(s)
9. losartan (losartan 25 mg oral tablet), 25 mg, 1 tab, PO, Daily, 30 tab, 2 Refill(s)

**Medication Changes at visit**
1. atorvastatin (Lipitor 40 mg oral tablet), 40 mg, 1 tab, PO, Daily, 90 tab, 3 Refill(s)
  Changed/Refilled
2. citalopram (citalopram 10 mg oral tablet), 10 mg, 1 tab, PO, Daily, 90 tab, 0 Refill(s)
  Completed
3. cloNIDine (cloNIDine 0.3 mg oral tablet), 0.3 mg, 1 tab, PO, 3x/day, 90 tab, 1 Refill(s)
  New
4. cloNIDine (cloNIDine 0.3 mg oral tablet), 0.3 mg, 1 tab, PO, 3x/day, 270 tab, 1 Refill(s)
  Changed/Refilled
5. hydrALAZINE (hydrALAZINE 50 mg oral tablet), 2 tab, PO, 3x/day, 540 tab, 4 Refill(s)
  Changed/Refilled
6. losartan (losartan 25 mg oral tablet), 25 mg, 1 tab, PO, Daily, 90 tab, 2 Refill(s)
  Changed/Refilled

**Medications at the End of the Visit**
1. amLODIPine (amLODIPine 5 mg oral tablet), 5 mg, 1 tab, PO, Daily, 90 tab, 1 Refill(s)
2. aspirin (aspirin 81 mg oral tablet, chewable), 81 mg, 1 tab, PO, Daily, 90 tab, 0

---

**DEFENDANTS' MOTION EXHIBIT A PAGE 95**
**MedStar NRN Physiatry at Irving St Physician Center**

**Patient:** WELCH, KEVIN
Med Rec #:
Account #:
Date of Birth:          Age: 44 years     Sex: Male
Location:      MedStar NRN Physiatry at Irving St

Finanical Class:
Primary Doctor:    Tripathi,MD,Kavita

---

|  | *Office/Clinic Notes* |
|---|---|

DOCUMENT NAME:                          Physical Medicine & Rehab Office Note
PERFORM INFORMATION:              Amin,MD,Mona Hemant (8/19/2024 10:52 EDT)
RESULT STATUS:                              Auth (Verified)
SERVICE DATE/TIME:                       8/19/2024 10:46 EDT
SIGN INFORMATION:                         Zorowitz,MD,Richard D (8/19/2024 13:10 EDT); Amin,MD,
                                                        Mona Hemant (8/19/2024 11:20 EDT)

### Chief Complaint
Follow-Up Stroke

### History of Present Illness
42-year-old gentleman with a past history of asthma who was found to have a type B aortic dissection s/p repair 6/14/2022 that was complicated by bilateral cerebellar and cerebral strokes and ischemic myelopathy. He previously followed with Dr. Wroten in PM&R clinic and was last seen 12/19/2022.

Today, he presents with his niece as a referral from Neuropsych (Dr. Gorter/Dr. Clark) for consideration of neurostimulant medications. He last saw neropsych on 7/30/24. Patient endorses overall apathy and lack of motivation for completing tasks. States that his overall mood is ok, but is interested in pharmaceutic options for apathy. After the stroke in 2022, he was sent home with 30 days of Ritalin (5mg BID) after being discharged from inpatient rehab. He denies any side effects and did not endorse loss of appetite or sleep.

Since the stroke, patient has completed all therapies. He now ambulates without any assistive devices. He has not driven since the stroke due to decreased executive functioning and difficulties with peripheral vision. Patient has not had any other hospitalizations since his stroke. He follows with Dr. Hegde (nephrology) and Dr. Tripathi (PCP).

Previous work: Defense intelligence agency, security officer
Social Hx: Denies ETOH, tobacco, or illicit drug use.

### Review of Systems
10 point review of systems was negative aside from what is noted above

### Physical Exam
Vitals & Measurements
08/19/2024 09:03  **T:** 36 °C (96.8 °F) - Temporal  **P:** 78  **RR:** 17  **BP:** 111/71

Pain Assessment
Pain Present: No actual or suspected pain (08/19/24 09:03:00)
**General:** Well developed, well nourished. No acute distress
**Eye:** Normal appearing conjunctiva. No scleral icterus.

### Problem List/Past Medical History
Ongoing
 Abnormal bowel movement
 Abnormal result on screening urine test
 ADHD (attention deficit hyperactivity
   disorder), inattentive type
 Adjustment disorder
 Anemia of chronic disease
 Aortic dissection
 Aortic dissection following procedure
 At risk for falls| **Status:** Inactive
 Basal ganglia infarction
 Benign hypertension
 Bowel dysfunction
 CAD (coronary artery disease)
 Cerebrovascular accident (CVA) with
   involvement of left side of body
 Chronic kidney disease (CKD) stage
   G3b/A1, moderately decreased
   glomerular filtration rate (GFR) between
   30-44 mL/min/1.73 square meter and
   albuminuria creatinine ratio less than 30
   mg/g
 CKD (chronic kidney disease) stage 3,
   GFR 30-59 ml/min
 CKD stage G3b/A1, GFR 30-44 and
   albumin creatinine ratio <30 mg/g
 COVID-19 virus infection
 Deficiency of other specified B group
   vitamins
 Depression due to acute stroke
 Difficult airway for intubation
 Dysphagia
 Encounter to establish care
 Hospital discharge follow-up
 Hypernatremia
 Hypertension with albuminuria
 Hypertension with impaired renal function

---

Print Date/Time:          8/27/2024 08:02 EDT
Report Request ID:

**DEFENDANTS' MOTION EXHIBIT A PAGE 96**
MedStar NRN Physiatry at Irving St Physician Center

**Patient:**    **WELCH, KEVIN**
Med Rec #:
Account #:                                                      Finanical Class:
Date of Birth:            Age: 44 years    Sex: Male          Primary Doctor:    Tripathi,MD,Kavita
Location:       MedStar NRN Physiatry at Irving St

---

| *Office/Clinic Notes* |
|---|

**HENT**: Normocephalic, normal hearing, moist oral mucosa.
**Neck**: Supple, non-tender, with full range of motion.
**Lungs**: No respiratory distress. Non-labored breathing. Lungs CTAB.
**Heart**: Normal rate, regular rhythm. There is no peripheral edema. Distal pulses strong.
**Abdomen**: Soft, nontender, nondistended, normoactive bowel sounds.
**Musculoskeletal**: No gross deformity.
**Skin**: Skin is warm, dry. No rashes or lesions.
**Psychiatric**: Cooperative, appropriate mood, affect, and thought.
*Neurological Exam*
**Mental Status**: A&O to self, place, time, situation. Registers 3/3 words with 3/3 recall at 5 minutes with 1 cue. Spells WORLD forward & backward, but off by 1 letter (DLORW). Abstract thinking intact.
**Language and Speech**: Spontaneous & fluent with good comprehension, able to repeat phrases, name objects, and follow complex commands. No dysarthria, but decreased processing time.
**Cranial Nerves**:
**II, III**: PERRL.
**III, IV, VI**: Extraocular movements intact, no saccadic pursuit, no nystagmus, no ptosis.
**V**: Intact V1-V3 bilaterally to fine touch.
**VII**: Symmetrical face and expression. No weakness noted.
**VIII**: Hearing intact grossly.
**IX, X**: Palate elevates symmetrically.
**XI**: 5/5 strength in trapezius bilaterally.
**XII**: Tongue is midline with symmetric movement. No atrophy or fasciculations.
**Motor Exam**: No pronator drift.
RUE: 5/5 shoulder flexion, 5/5 elbow flexion, 5/5 elbow extension, 5/5 wrist extension, 5/5 finger flexion, 5/5 finger abduction
LUE: 5/5 shoulder flexion, 5/5 elbow flexion, 5/5 elbow extension, 5/5 wrist extension, 5/5 finger flexion, 5/5 finger abduction
RLE: 5/5 hip flexion, 5/5 knee flexion, 5/5 knee extension, 5/5 ADF, 5/5 EHL, 5/5 APF
LLE: 5/5 hip flexion, 5/5 knee flexion, 5/5 knee extension, 5/5 ADF, 5/5 EHL, 5/5 APF
**Sensation**: Sensation intact symmetrically to fine touch bilaterally.
**Gait**: Decreased balance, L > R. Narrow based walk.

**Procedure**
none

**Assessment/Plan**

**1. Cerebrovascular accident (CVA) with involvement of left side of body| (I63.9)**
1) I will prescribe Ritalin (methylphenidate) as a neurostimulant medication for apathy. It is ok to start this medication after you return from Europe on 09/06/2024. Please start 5mg daily x7 days and then increase once daily at 0800 and 1200. Your next refill date is 10/05/2024.
2) I will send you referral to neuro-optometry (Dr. Osborne) for formal visual field testing given changes in peripheral vision after the stroke.

Imbalanced nutrition
Ischemic stroke
Obesity
Onychomycosis
Onychomycosis of toenail
Other specified disorders of bone density and structure, other site
Pain
Peripheral edema
Physical deconditioning
Tinea capitis
Tinea pedis of both feet
Urinary incontinence
Historical
    2019 novel coronavirus
    COVID-19 virus infection

**Procedure/Surgical History**
Type A aortic dissection repair, Hemi-arch replacement, Ascending aorta replacement, Aortic valve resuspension and Reconstruction of sinotubular junction: 06/14/22
Repair
*Surgical History*
    • Repair Aortic Dissection (06/14/2022)

**Medications**
aspirin(aspirin 81 mg oral tablet, chewable), 81 mg= 1 tab, PO, Daily
cloNIDine(cloNIDine 0.3 mg oral tablet), 0.3 mg= 1 tab, PO, 3x/day, 5 refills
ergocalciferol(ergocalciferol 50,000 intl units (1.25 mg) oral capsule), 50000 Intl_Unit= 1 cap, PO, q7day, 2 refills
folic acid(folic acid 1 mg oral tablet), 1 tab, PO, Daily, 2 refills
hydrALAZINE(hydrALAZINE 50 mg oral tablet), 50 mg= 1 tab, PO, 3x/day, 4 refills
labetalol(labetalol 200 mg oral tablet), 4 tab, PO, 3x/day, 1 refills
atorvastatin(Lipitor 40 mg oral tablet), 40 mg= 1 tab, PO, Daily, 1 refills
losartan(losartan 25 mg oral tablet), 25 mg= 1 tab, PO, 2x/day, 5 refills
losartan(losartan 25 mg oral tablet), 25 mg= 1 tab, PO, 2x/day, 1 refills

---

Print Date/Time:       8/27/2024 08:02 EDT
Report Request ID:

DEFENDANTS' MOTION EXHIBIT A PAGE 97
**MedStar NRN Physiatry at Irving St Physician Center**

**Patient:**    **WELCH, KEVIN**
Med Rec #:
Account #:                                    Finanical Class:
Date of Birth:            Age: 44 years    Sex: Male         Primary Doctor:    Tripathi,MD,Kavita
Location:    MedStar NRN Physiatry at Irving St

---

| *Office/Clinic Notes* |
| --- |

3) I will follow up regarding the DORS referral.
4) Continue taking medications for stroke prevention. Follow up with your other providers as scheduled.
5) Please follow up with me (Dr. Zorowitz) in 3 months.
Ordered:
Referral to MedStar Neuro-Ophthalmology

**2. ADHD (attention deficit hyperactivity disorder), inattentive type| (F90.0)**
Ordered:
Referral to MedStar Neuro-Ophthalmology

**3. CKD stage G3b/A1, GFR 30-44 and albumin creatinine ratio <30 mg/g| (N18.32)**

Patient was seen, evaluated, and discussed with **Dr. Zorowitz.**
Mona Amin, MD
PGY2
Physical Medicine & Rehabilitation

**Rehabilitation Attending Physician Attestation**
Patient was seen, examined, and discussed with Dr. Amin.
I have reviewed this resident physician's documentation and agree with the findings and the plan except/or in addition to the following information: A
KEVIN WELCH (03/14/1980) is a 44-year-old right-handed African-American male, with history of asthma, COVID-19 (05/2022), and type B aortic dissection, who suffered bilateral cerebellar and cerebral strokes and ischemic myelopathy status-post type B aortic dissection repair, Hemi arch replacement, ascending aorta replacement, aortic valve suspension, and reconstruction of sinotubular junction 06/14/2022 by Aiman Alassar MD PhD, Vascular Surgery at MWHC. Last outpatient recheck took place with Michael Wroten MD, PM&R at MNRN Irving St., on 01/23/2023. Since that time, the patient continues neuropsychological therapy with Bethany Gorter/Jessica Clark PhD, Neuropsychology at MNRN Irving St. He followed up with Aroti Hegde MD, Nephrology at MWHC, on 06/12/2024, at which time clonidine, hydralazine, labetalol, and losartan were continued for hypertension and chronic kidney disease stage G3a/A2. The patient has applied to Maryland DORS. He completed a comprehensive neuropsychological evaluation by Bethany Gorter/Jessica Clark PhD, Neuropsychology at MNRN Irving St., on 05/09/2023, that demonstrated Overall, the observed deficits are consistent with major neurocognitive disorder, due to vascular disease. The patient demonstrated consistent processing speed impairment, with variable performances on measures of visual-perceptual abilities, verbal recall, and executive functions (i.e., verbal fluency). He also demonstrated bi-lateral impairment in motor dexterity. Collateral and self-report revealed significant changes in his personality since the injury, with a pattern of apathy that extends to emotional and behavioral experiences. Overall, this pattern of cognitive/behavioral changes are consistent with evidence of scattered embolic strokes and bi-lateral basal ganglia stroke on neuroimaging. Moreover, he demonstrated anosognosia, (impaired insight into cognitive deficits), which is a common sequelae of brain injury. Encouragingly, the

methylphenidate(methylphenidate 5 mg oral tablet), See Instructions, Take 1 tablet daily at 0800 and 1200 Do not refill until 10/05/2024

**Allergies**
No Known Medication Allergies

**Social History**
Smoking Status
Never smoker

Alcohol
Alcohol Use:Current

Employment/School
Employment/School statusEmployed, Regular Duty
School/Work Description:IT work (computer based)
Highest education:Post graduate degree(s)

Home/Environment
Marital Status:Single
Lives withcousin- Marvin Holland
Living situation:Home/Independent
Assistive DevicesNone

Substance Use
Use:Denies

Tobacco/Nicotine
Use:Denies

**Family History**
Heart disease: Grandfather-Maternal.

**Immunizations**
measles/mumps/rubella virus vaccine: 0 unknown unit (12/10/84)
measles/mumps/rubella virus vaccine: 0 unknown unit (06/15/81)
SARS-CoV-2 mRNA (tozin-tris-sucrose): 0 unknown unit (01/31/22)

**Patient Instructions**

1) I will prescribe Ritalin (methylphenidate) as a neurostimulant medication for apathy. It is ok to start this medication after you return from Europe on 09/06/2024. Please start 5mg

---

Print Date/Time:    8/27/2024 08:02 EDT
Report Request ID:

DEFENDANTS' MOTION EXHIBIT A PAGE 98
**MedStar NRN Physiatry at Irving St Physician Center**

**Patient:**     WELCH, KEVIN
Med Rec #:       ████████████
Account #:       ████████████
Date of Birth:   ████████      Age: 44 years    Sex: Male          Finanical Class:
                                                                    Primary Doctor:     Tripathi,MD,Kavita
Location:        MedStar NRN Physiatry at Irving St

---

### *Office/Clinic Notes*

patient demonstrated strengths in the areas of verbal reasoning and verbal recall and demonstrated some insight into problems with apathy.  Recommendations included:

1. Consult with primary care provider about the appropriateness of a psychostimulant, given the patient's problems with **working memory, attention, and processing speed**. We defer to his medical team's judgement in assessing medical contraindications.
2. Weekly psychotherapy appointments to build awareness of deficits, identify compensatory strategies to address apathy, and work on improved social communication.
3. Continue speech-language pathology appointments to build awareness of deficits and introduce strategies to address apathy.
4. Consider involvement in Maryland's Division of Rehabilitation Services (DORS) which can be found at this website: https://dors.maryland.gov/consumers/specialized/Pages/ABI.aspx
5. Retire from driving to protect himself and others, as his observed impairments in processing speed and visual-spatial deficits are known to correlate with poor driving ability.
6. Search for and engage in pleasurable activities to help increase activity and promote brain health. He mentioned that he previously enjoyed cooking. Perhaps scheduling this and other enjoyable activities in his daily routine can help promote participation in hobbies.

The patient previously took methylphenidate 5 mg by mouth daily at 0800 and 1200, but stopped the medication.  The patient is independent with mobility and activities of daily living without an assistive device or orthosis.  Bowel and bladder are continent.  The patient presents today for rehabilitation evaluation and management of bilateral cerebellar and cerebral strokes and ischemic myelopathy status-post type B aortic dissection repair, Hemi arch replacement, ascending aorta replacement, aortic valve suspension, and reconstruction of sinotubular junction 06/14/2022.  On physical examination, heart, lungs, and abdomen were normal.  Extremities were symmetrical without cyanosis, clubbing, and edema.  The patient repeated 3/3 objects immediately, 2/3 objects at 3 minutes, and 3/3 objects with verbal cues.  He spelled WORLD forwards but not backwards.  Abstract thought processes were grossly intact.  Problem solving was grossly intact.  Speech was fluent without paraphasia, anomia, or slurring.  Cranial nerves II through XII were grossly intact.  Sensation to light touch and pinprick was grossly intact.  Muscle strength was as follows: 5/5 all limbs.  The patient ambulated independently without assistive device or orthosis.  No gross gait abnormalities were observed.  The patient will continue neuropsychological therapy with Bethany Gorter/Jessica Clark PhD, Neuropsychology at MNRN Irving St.  I gave the patient a referal to Benjamin Osborne MD, Neuro-Ophthalmology at MGUH. The patient will follow up with the referral to Maryland DORS.  For attention deficit, I gave the patient a prescription to start methylphenidate 5 mg by mouth daily X 7 days, then 5 mg by mouth daily at 0800 and 1200, dispense #60, beginning today with 5 refills.  If methylphenidate is not effective, I will consider amantadine, bupropion, Adderall, or risperidone.  I reviewed the patient's medications for stroke prophylaxis.  He is taking appropriate medications at this time.  I completed a letter for the patient with

daily x7 days and then increase once daily at 0800 and 1200. Your next refill date is 10/05/2024.
2) I will send you referral to neuro-optometry (Dr. Osborne) for formal visual field testing given changes in peripheral vision after the stroke.
3) I will follow up regarding the DORS referral.
4) Continue taking medications for stroke prevention. Follow up with your other providers as scheduled.
5) Please follow up with me (Dr. Zorowitz) in 3 months.

---

**DEFENDANTS' MOTION EXHIBIT A PAGE 99**

**MedStar NRN Physiatry at Irving St Physician Center**

**Patient:**    **WELCH, KEVIN**
Med Rec #:
Account #:                                          Finanical Class:
Date of Birth:              Age: 44 years    Sex: Male        Primary Doctor:    Tripathi,MD,Kavita
Location:        MedStar NRN Physiatry at Irving St

---

## *Office/Clinic Notes*

regard to permanent disability.  I spoke with the patient about driving.  Before he is able to drive, he will need to complete neuro-ophthalmological and driving evaluations.  The patient will continue present medications.  He will be followed by his primary care physician and Dr. Hegde.  The patient will return to clinic in 2 months.  He will contact me with any questions or concerns.

*Electronically signed by:*

_____
*Amin, MD, Mona Hemant on: 08.19.2024 11:20 EDT*

*Electronically signed by:*

_____
*Zorowitz, MD, Richard D on: 08.19.2024 13:10 EDT*

## *Physician Orders*

---