**DEFENDANTS' MOTION EXHIBIT A PAGE 100**


MedStar Health

**MedStar NRN Psychological Services at Irving St**
102 Irving Street, NW
1st Floor
Washington, DC 20010-

(202)877-1120

**Patient:    WELCH, KEVIN**
Med Rec #: ▮
Account #: ▮                                    Financial Class:
Date of Birth: ▮        Age: 44 years    Sex: Male        Primary Doctor:    Tripathi,MD,Kavita
Location:    MedStar NRN Psychology at Irving St

---

## Office/Clinic Notes

DOCUMENT NAME:                              Neuropsychology Office/Clinic Note
PERFORM INFORMATION:                        Gorter,Bethany (8/23/2024 15:59 EDT)
RESULT STATUS:                              Auth (Verified)
SERVICE DATE/TIME:                          8/20/2024 13:00 EDT
SIGN INFORMATION:                           Gorter,Bethany (8/26/2024 17:23 EDT); Clark,PhD,Jessica
                                            A.(8/26/2024 17:04 EDT)

Dx: (F01.B18) Major Neurocognitive Disorder due to vascular disease, moderate, with behavioral disturbance

Duration: 47 minutes

Time: 13:00 to 13:47

CPT: 90847 (family therapy w/patient present)

Referral: Patient was referred for psychotherapy by his neurologist Dr. Tracy Fulton to address anhedonia in reaction to aortic dissection resulting in bilateral cerebellar/basal ganglia strokes (10/24/22 neurology note).

Mental Status: Patient arrived on time for his scheduled appointment. His hygiene was good. Speech was slowed and somewhat sparse, with prolonged latencies in responses. Energy was low. Speech was organized and thought processes were linear and logical. No evidence of overt psychosis, delusions or hallucinations was observed.  Affect was flat and mood appeared apathetic. Eye contact was poor at times, but good when he was more engaged. No indication of suicidal ideation, intent or plan.

Observation/Intervention: The patient is a 44-year old male who is recovering from bilateral cerebellar/basal ganglia stroke secondary to aortic dissection (06/2022). This session focused primarily upon checking in on the patient's goal to increase the involvement in activities in daily life. Patient stated that the DORS program reached out to him to set up an intake meeting. He stated that he scheduled the meeting for after an international trip he has coming up to Denmark. Patient also stated he was prescribed a psychostimulant by Dr. Zorowitz to help with his identified goal to increased daily activities, but will start that after his trip. Patient noted that the reminders he set on his phone helped him to remember to take out his dogs every day since we last met, which has resulted in him walking a little under a mile/day. He was reinforced for increasing his activity in this way. We reflected on the patient's decision to pursue disability retirement, and his feelings of sadness about no longer working. He stated that at 2pm he feels most sad, as this is when he would have gotten off work. He stated he doesn't "feel accomplished." We worked to challenge this belief, by having him focus on ways he has accomplished things, especially given the context of his injury. We worked to identify other activities he could add to his day, and he stated he would like to make Wednesday his laundry day, as he often goes too long before doing this chore. We discussed strategies to make this more effective (e.g., put reminder in phone. do at the same time every day). Patient stated that he is not interested in continuing therapy once this provider leaves in September. He identified reluctance to form a new therapeutic relationship as the reason why. Patient autonomy was reinforced, but we also explored the pros/cons of continuing in therapy. Finally, patient gave me a signed ROI for release of psychotherapy notes, which I released to medical records.

Plan: Patient will continue in ongoing individual psychotherapy with this provider. Treatment will focus on increasing functional independence at home and engaging in more physically/mentally stimulating activities in daily life.

---

Print Date/Time:        8/27/2024 08:35 EDT
Report Request ID:      ▮