# EXHIBIT B

DEFENDANTS' MOTION EXHIBIT B PAGE 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

------------------------------x

SHANA HARGROVE,                      :

    Plaintiff,                   :    Civil Case No.

 vs.                                 :    23-CV-03381-RJL

MEDSTAR WASHINGTON HOSPITAL,   :

et al.,                              :

    Defendants.                  :

------------------------------x

Deposition of STEPHEN LUCZYCKI, MD

Washington, District of Columbia

Thursday, May 9, 2024

8:55 a.m.

Job No.: 534993

Pages: 1 - 52

Recorded By: Donte Robinson

Transcript of Stephen Luczycki, MD.
Conducted on May 9, 2024                    33

And the other issue would be that this represents a single point in time, and we evaluate these patients typically continuously throughout the day.  So when this note was written, may not reflect information that we may gather moving through the day.

MR. JACKSON:  We'll mark this as the next exhibit.

(EXHIBIT 3 MARKED FOR IDENTIFICATION)

MS. STURTZ:  Thank you.

BY MR. JACKSON:

Q    Before we go to the next exhibit, Doctor, the -- your professional opinion, based on your training and education and experience, was there any risk to Mr. Welch, based on his clinical presentation on June 17th, of not performing the MRI on that day, given that spinal cord infarction was on the differential for his lower extremity weakness?

A    As I look at that progress note for that day, I see a couple of things that would be potential issues.  And we do, as a usual

Transcript of Stephen Luczycki, MD.
Conducted on May 9, 2024                34

practice, discuss with the bedside nurses, well,

how safe it would be for a patient to travel.

MRI is in a different part of the hospital,

requires a patient to be minimally monitored

during that period, would have to lay flat.

So I see he was still -- had

delirium and had to be frequently reoriented and

did use dex.  So the patient has to stay still

for the exam to get a meaningful exam.  So that

would be one issue.  The second one I see,

looking at this note, would be his hypoxia.  He

was on a high-flow nasal cannula device at 60

liters of oxygen flow.

Dr.  Dunphy writes 60 percent, so

I assume that means an FIO2 of 60 percent.

That's a significant oxygen supplementation.  So

the patient had issues with hypoxia.  So we --

that would give us pause to travel with that

patient after discussing the risks and benefits

and how it would potentially change care.

Q    Okay.  So you listed the delirium, the

-- the dex.  You said, I guess, the dex amount

Transcript of Stephen Luczycki, MD.
Conducted on May 9, 2024                          35

that was being administered and the hypoxia?

A    Mm-hmm.

Q    Okay.  Those were the three risk factors for performing an MRI on that day?

A    And also the patient was on continuous infusions of blood pressure control medication. So we would also look at patients that travel for MRI have to be on a limited number of drips because the pumps have to be special for the MRI suite.  So that's a challenge as well.  We have to use a different pump and --

MS. STURTZ:  I think it also said lead wires or no -- or was that --

THE WITNESS:  Oh, yeah.  Yeah, that's true as well.  Where is that documented?  The patient also had their epicardial leads in place as well.  Those are contraindicated in MRI.  And those would've stayed in place during this phase because of the blood pressure control that we required.  And also because of the dexmedetomidine, which is known to slow heart rate.  So we keep those in as a safety measure in

DEFENDANTS' MOTION EXHIBIT B PAGE 5

Transcript of Stephen Luczycki, MD.
Conducted on May 9, 2024                    36

case we have to pace the patient to maintain perfusion to avoid hypotension.

BY MR. JACKSON:

Q    On this particular date, according to the note on 314, I'm looking in the cardiovascular section, it appears that his systolic pressure was in the 160s; is that accurate?  SBPs?

A    That's what -- what Dr. Dunphy is documenting.

Q    Based on the entry three lines down at the Anti-HTN agents: nicardipine 5-15. Up-titrating for strict SBP goal of less than 130.  If I'm reading this correctly, were those agents being -- those HTN agents being given to achieve the SBP goal of less than 130?

A    Yes, I believe that's how I'd read that.

Q    Why was that -- why were those agents being administered in that fashion with that purpose in mind, given his systolic pressure being in the 160s?  I mean, was -- was the