# EXHIBIT D

DEFENDANTS' MOTION EXHIBIT D PAGE 1

Peter Schulman, M.D.

1626 SW Elizabeth Street

Portland, OR 97201

February 17, 2024

Re: Kevin Welch

Dear Mr. Jackson:

Thank you for contacting me to render an opinion about the care that Mr. Kevin Welch received following his cardiac surgery on June 14, 2022.

I am a board-certified physician licensed to practice medicine in the state of Oregon, and a Professor in the Department of Anesthesiology and Perioperative Medicine at Oregon Health & Science University (OHSU). I received my Medical Degree from the University of Vermont College of Medicine, completed an anesthesiology residency at New York University School of Medicine, and a Critical Care Medicine Fellowship at Columbia University. I have been practicing both anesthesiology and cardiovascular critical care medicine since I completed my fellowship in 2005 and have been on staff at OHSU since 2007. In my role as a cardiovascular intensivist, I routinely care for patients who have undergone cardiothoracic surgery [including emergent repair of aortic dissection], as well as

1

DEFENDANTS' MOTION EXHIBIT D PAGE 2

patients who have undergone a multitude of other types of surgery. In the cardiovascular intensive care unit (CVICU) I also work with, supervise, and teach fellow and resident physicians, medical students, physician assistants, and nurse practitioners. I also previously served as the Medical Director of our CVICU, and as the Chief of our Division of Cardiac and Surgical Subspecialty Critical Care. I conduct clinical research and have authored numerous peer reviewed publications. I currently serve on the editorial board of the Journal of Cardiothoracic and Vascular Anesthesia and have served as an ad-hoc peer reviewer for several other medical journals. I also previously served on the American Society of Anesthesiologists Committee on Standards and Practice Parameters.

I am familiar with the standard of medical care applicable to the practice of cardiovascular critical care medicine. A copy of my CV is attached to this report which includes a complete list of my publications to date.

As requested, I have reviewed the medical records pertaining to Mr. Kevin Welch's cardiac surgery and subsequent hospital course that occurred in in June 2022. The opinions I have formulated about this matter are based on my review of the medical records that were provided to me, as well as on my training, experience, and expertise. My opinions were formulated based on a reasonable degree of medical certainty. I reserve the right to amend my opinions upon receipt of additional information. My opinions are as follows:

<u>Case Summary</u>

Kevin Welch was a previously healthy 42-year-old-man who developed severe chest and back pain and was found to have an acute type A aortic dissection. He was subsequently transferred from a referring facility to MedStar Washington Hospital Center on June 14, 2022 for an emergent repair.  His cardiac surgeon was Dr. Aiman Alassar.

Mr. Welch's intraoperative course was uncomplicated. He was admitted to the Cardiovascular Intensive Care Unit immediately following his operation. He was extubated (had his breathing tube removed) on June 15, 2022 (postoperative day 1).

On June 16, 2022 (postoperative day 2) Mr. Welch was delirious (i.e., confused) and was treated with sedatives including fentanyl, dexmedetomidine, and ketamine. His neurologic exam on this day was noted to be "non-focal".

On June 17, 2022 (postoperative day 3) after Mr. Welch was weaned off his sedatives around noon his nurse discovered that he had new left lower extremity weakness. Dr. Kaitlyn Dunphy (a resident physician on the critical care medicine team) noted that Mr. Welch was "encephalopathic", had right lower extremity weakness, and was unable to move his left lower extremity. Her documented plan

3

at that time was, "consult neuro and get CTH (CT head) and MRI brain today". For Mr. Welch's hypertension her plan was "MAP goal 70-90, SBP < 130."  The attending critical care medicine physician Dr. Stephen M. Luczycki also noted that Mr. Welch was "confused" and that he had lower extremity weakness. Dr. Luczycki's differential diagnosis at this time was "stroke or spinal cord infarct", and his stated plan was to minimize sedation and obtain a stroke team consult.  Mr. Welch was subsequently evaluated by the neurology service that day (including resident physician Dr. Robert Cai, and attending neurologist Dr. Mark Lin). They found Mr. Welch was "too altered to provide a history", and that he had "no spontaneous movement of the left leg" and that his right leg was weak. They attributed his weakness to possible thoracic versus cervical infarct versus ACA (anterior cerebral artery) infarct, and recommended ordering an MRI of the cervical and thoracic spine. They attributed his encephalopathy to possible acute infarct and recommended ordering a head CT. However, it does not appear that the ICU team (or anyone else) ordered a head CT, or any other neurologic imaging that day. It also does not appear that any consideration was given to lumbar drain placement and/or to targeting a higher blood pressure, given the likelihood that spinal cord ischemia was the cause of Mr. Welch's neurologic deficits.

On June 18, 2022 (postoperative day 4), Mr. Welch underwent a head CT. He was again evaluated by Dr Stephen Luczyci who noted that Mr. Welch was still

4

confused but now following commands and moving his left lower extremity. He also noted that Mr. Welch's head CT was negative. His stated plan was as follows "use dexmedetomidine to control agitation and symptomatic delirium; patient admits to 5-7 alcoholic drinks per day prior to admission --May need additional symptomatic control for any withdrawal symptoms; normalize sleep-wake cycles to the extent that we can; correct hypernatremia of 158 with additional water repletion --recheck sodium later in the day, if remains elevated may need IV D5W; MRI not done for safety reasons--I think this can be deferred for now with much improved exam".  Based on Dr. Luczyci's note, it appears that Dr. Luczyci ascribed Mr. Welch's altered state / abnormal neurologic examination to alcohol withdrawal and hypernatremia rather than to a stroke and/or spinal cord ischemia.

Mr. Welsch was also evaluated that day by a different neurology team consisting of resident physician Dr. Tulsi Shah MD and attending neurologist Dr. Brian Barry. They noted that Mr. Welch's head CT was normal, but that he was still altered, and that he still in fact had lower extremity weakness. Their stated differential for Mr. Welch's ongoing weakness was thoracic or cervical spinal cord infarct, as "an ACA (anterior cerebral artery) infarct had been ruled out by normal head CT". Dr. Barry's note that day states "left more than right lower extremity weakness concerning for possible spinal cord infarct."  Their recommendations were as follows, "Order MRI cervical and thoracic spine w/o contrast, pending. No

5

indication or further head imaging at this time." Despite these recommendations, a spine MRI was not obtained that day, and again it also does not appear that consideration was given to targeting a higher blood pressure and/or to lumbar drain placement.

On June 19, 2022 (postoperative day 5), Mr. Welsh was again evaluated by Dr Luczyci. Dr. Luczyci's assessment was that Mr. Welsh was, still confused but following commands and moving his left lower extremity. He indicated that the MRI had not yet been done "for safety reasons", and that the MRI "could be deferred for now with much improved exam (D/W Dr. Alassar)".

On June 20, 2022 (postoperative day 6), Mr. Welsh was seen by a different critical care medicine resident, Dr. Brandon Glousman, and different critical medicine attending physician, Dr. Maxwell Hockstein. Dr. Glousman noted that Mr. Welch still had significant lower extremity weakness and that there was still ongoing concern for a spinal cord infarct. Dr. Hockstein noted that Mr. Welsh still had significant bilateral lower extremity deficits ("LLE remains 1/5 strength. RLE 3/5". Although he indicated that the MRI was ordered for that day, it was still not obtained.

On June 21, 2022 (postoperative day 7), Mr. Welsh was again evaluated by Dr. Glousman and Dr. Hockstein. Again, they noted lower extremity weakness,

DEFENDANTS' MOTION EXHIBIT D PAGE 7

and expressed concern for a spinal cord infarct. Dr. Hockstein stated that he anticipated Mr. Welsh had suffered "spinal cord trespass". They again stated an MRI was pending however it was still not obtained that day.

On June 22, 2022 (postoperative day 8), the MRI was finally obtained. Mr. Welsh's brain MRI showed multiple infarcts. Mr. Welsh's spine MRI was initially read by the radiologist as "no definite cord infarct", however the read was then addended as follows, "Upon further review with Dr. Barry, there is DWI hyperintensity of the cord at the level of T5 consistent with cord infarct." It was further noted that this finding was likely the explanation for Mr. Welsh's ongoing lower extremity weakness.

Opinions Regarding Breaches of the Standard of Care

On June 17, after Mr. Welsh was first noted to have focal neurologic deficits that were concerning for an acute stroke and/or spinal cord ischemia, a neurologist was consulted who recommended a head CT. However, it does not appear that the ICU team (or anyone else) ordered a head CT that day. The ICU team's failure to obtain a head CT on June 17 was a deviation of the standard of care.

After Mr. Welsh was first noted to have focal neurologic deficits that were concerning for spinal cord ischemia, consideration should have been given to

7

lumbar drain placement. The ICU team's failure to consider targeting a higher blood pressure and/or lumbar drain placement, and/or to discuss whether a higher blood pressure target and/or lumbar drain placement was warranted with the neurologist and/or cardiothoracic surgeon on June 17 and/or June 18 was also a deviation of the standard of care.

Sincerely,

Peter Schulman, MD

8