# EXHIBIT F

DEFENDANTS' MOTION EXHIBIT F PAGE 1

**Delayed Onset Postoperative Paraplegia in Acute Type A Aortic Dissection**

DEFENDANTS' MOTION EXHIBIT F PAGE 1

DEFENDANTS' MOTION EXHIBIT F PAGE 2

# Delayed-Onset Postoperative Paraplegia in Acute Type A Aortic Dissection



Alessandro Leone, MD, PhD, Gregorio Gliozzi, MD, Luca Di Marco, MD, PhD, Daniela Votano, MD, Marianna Berardi, MD, Luca Botta, MD, PhD, Giuditta Coppola, MD, and Davide Pacini, MD, PhD

Cardiac Surgery Unit, Cardiothoracic and Vascular Department, Sant'Orsola Hospital, Bologna University, Bologna, Italy

In patients with operated type A aortic dissections, irreversible spinal cord injury (SCI) may result from several factors: prolonged circulatory arrest, extension of replacement, and hypoperfusion of segmental arteries secondary to aortic false lumen thrombosis. Careful neuroprotective strategies and shorter operative times are crucial to reduce SCI incidence. Despite optimal perioperative management, delayed-onset SCI occurs in rare cases in response to subacute aortic remodeling. This report describes the case of a 77-year-old woman who underwent ascending aorta and hemiarch replacement for type A aortic dissection and had delayed paraplegia that developed on postoperative day 12.

(Ann Thorac Surg 2021;111:e283-5)
© 2021 by The Society of Thoracic Surgeons

In the frozen elephant trunk era, spinal cord injury (SCI) is a well-known complication of surgery for acute type A aortic dissection (TAAD). Occasionally, it can also complicate the postoperative course of patients who undergo less invasive aortic arch surgery, and this has been reported in only a few retrospective studies and case reports. Paraparesis or paraplegia generally occurs in the early postoperative hours, when clinical surveillance is higher. Here we report a case of acute delayed-onset postoperative paraplegia after hemiarch replacement for TAAD that was caused by false lumen (FL) thrombosis.

A 77-year-old woman, a former smoker with a history of hypertension, was admitted to the emergency department of the Sant'Orsola Hospital, Bologna, Italy, with epigastric pain and diaphoresis. She was hemodynamically stable without signs of malperfusion. The computed tomographic (CT) scan showed a TAAD with severe dilatation of the ascending aorta (maximum diameter 58 mm) that extended from the aortic valve to the iliac arteries. The intimal tear was located in arch zone 0. The epiaortic vessels were not dissected, and the right intercostal arteries arose from the true lumen, whereas the left intercostal arteries arose from the FL (Figure 1), as well as the left renal artery. A few small reentry tears were identified along the thoracoabdominal aorta (Figure 1).

Accepted for publication Jun 11, 2020.

Address correspondence to Dr Leone, Cardiac Surgery Unit, Bologna University, Sant'Orsola Hospital, Via Massarenti 9, 40138  Bologna, Italy; email: leone.alessandro@yahoo.it.

The transthoracic echocardiogram showed a preserved ejection fraction and severe aortic regurgitation. The patient underwent an emergency operation through a full sternotomy. Cardiopulmonary bypass was established through the right femoral artery and right atrial cannulation, and antegrade cerebral perfusion with moderate hypothermic circulatory arrest at 25°C was used. Cerebral perfusion was monitored by near-infrared spectroscopy. On inspection of the aortic valve, no regurgitation was detected during the water test. Ascending aorta and hemiarch replacement was therefore performed using a 26-mm Gelweave graft (Vascutek, Inchinnan, United Kingdom). The patient was discharged from the intensive care unit after 2 days.

After 12 days of an unremarkable postoperative course, with the patient in a stable condition, lower limb hypoesthesia and hyposthenia suddenly occurred, associated with lower back pain.

Immediate action was taken, through intravascular volume optimization, aiming for a mean arterial pressure greater than 90 mm Hg, and cerebrospinal fluid (CSF) drainage, using the LiquoGuard system (Möller Medical GmbH, Fulda, Germany), with a target pressure of 10 mm Hg and a maximum drainage velocity of 15 mL/h.

The CT scan showed FL thrombosis in the thoracic aorta, with reperfusion of the abdominal aorta. The intercostal arteries were clearly identifiable on the right side, but they were hypoperfused on the left side (Figure 2). Magnetic resonance imaging showed a T2-hyperintense central intramedullary lesion, confirming SCI at the 11th and 12th thoracic vertebral level (Figure 3).

After 4 days, incomplete paraplegia persisted despite low intracranial pressures, and the CSF drain was removed. The patient was eventually transferred to an SCI rehabilitation unit.

## Comment

SCI is a well-known complication of extensive open or endovascular repair of the thoracic aorta. Fortunately, the incidence of this complication declined, thanks to improved surgical strategies and perioperative management. However, current postoperative SCI rates seem to be persistent.[1]

The theory of the Adamkiewicz artery as the pillar of spinal perfusion has been accepted for decades, but it appears to be too simplistic. The spinal cord blood supply is provided by a complex anastomotic network of anterior and posterior spinal arteries. Cranially, spinal arteries arise from both vertebral arteries, and caudally, they arise from the internal iliac, sacral, and mesenteric arteries. Additional support is provided by the intercostal and lumbar arteries.[2]

Within this framework, TAAD involving all the main aortic branches, along with the unpredictable anatomy and evolution of the FL, may cause reduced blood flow to the intercostal arteries. If enough arteries are affected, especially the lower thoracic segmental arteries, the ischemia may lead to irreversible SCI.

© 2021 by The Society of Thoracic Surgeons
Published by Elsevier Inc.

0003-4975/$36.00
https://doi.org/10.1016/j.athoracsur.2020.06.076

DEFENDANTS' MOTION EXHIBIT F PAGE 3

e284   CASE REPORT   LEONE ET AL
DELAYED PARAPLEGIA AFTER TAAD SURGERY

Ann Thorac Surg
2021;111:e283-5

*Figure 1.   Preoperative aortic anatomy: (A) sagittal computed tomographic scan; (B) coronal volume rendering.*



Multiple thoracoabdominal reentry tears may mitigate this effect,[3-5] but unfortunately, in our case, this did not happen. The unexpected event was the FL thrombosis, extending from the distal anastomosis to the abdominal aorta, which in our experience is an extremely rare event, especially after hemiarch replacement.

It is known that aortic arch replacement, regardless of the extension, requires a period of circulatory arrest, which increases the risk of SCI. However, in our case the arrest time was short, and the patient fully recovered the day after the procedure.

The debate is currently ongoing about the maximum number of intercostal arteries that can be sacrificed or covered by the stent graft with the lowest risk of paraplegia, but it is generally agreed that the lower thoracic segments (from T8 to T12) represent a critical zone.[6,7] In our patient, a large number of left intercostal arteries were hypoperfused, including critical segments.



*Figure 2.   Postoperative (A) aortic anatomy with (B) false lumen thrombosis and (C) hypoperfused left intercostal arteries, almost unidentifiable.*

DEFENDANTS' MOTION EXHIBIT F PAGE 4

Ann Thorac Surg
2021;111:e283-5

CASE REPORT    LEONE ET AL    e285
DELAYED PARAPLEGIA AFTER TAAD SURGERY



*Figure 3.    Postoperative spinal cord magnetic resonance.*

It is compulsory to evaluate imaging in aortic dissection carefully while considering the whole anatomy (true and FL morphology, entry and reentry tear sites) and the possible impact of a surgical procedure on remodeling. The benefits of an extensive aortic repair have previously been demonstrated, as have its consequences. Conversely, less complex lifesaving procedures, such as ascending aorta and hemiarch replacement, carry a lower risk of SCI.

Prophylactic CSF drainage, currently used in our center during frozen elephant trunk procedures, is not always feasible in an emergency setting, especially in patients with unstable hemodynamics or ongoing antiplatelet or anticoagulation therapy. Investigators have reported that CSF drainage can be positioned on the first postoperative day or at the onset of symptoms.[1]

In our case, SCI was mainly caused by postoperative aortic remodeling and FL thrombosis, but if we look retrospectively at the preoperative CT scan, it seems that there was already significant thrombosis of the FL, considering that most of the left intercostal arteries originated from the FL itself (Figure 2). Moreover, we considered blood pressure aggressive management to be unnecessary because the aortic repair was not so extensive and also given that we usually maintain a normal blood pressure in cases of TAAD.

CSF drainage was immediately positioned at the onset of symptoms, but only with partial benefit.

How to predict and prevent this complication remains an issue, especially if surgical planning does not involve an extensive aortic arch operation. Undoubtedly, during preoperative imaging evaluation, we assessed the risk of SCI, but we were not able to predict complete FL thrombosis. Moreover, we must consider that the patient was not treated with warfarin, and we can only speculate, retrospectively, that this may have played a role in the FL thrombosis. An alternative treatment could have been emergency surgical fenestration of the FL,[8] but we had no experience with this type of complication, despite the large volume of hemiarch replacements for TAAD performed in our center (295 cases in the last 20 years).

Delayed paraplegia in partial arch replacement is almost unpredictable. For this reason, all efforts should be directed to reduce the risk: careful surgical planning according to aortic anatomy and patient characteristics, postoperative hemodynamic optimization, and aggressive management of symptoms should be adopted.

## References

1. Etz CD, Weigang E, Hartert M, et al. Contemporary spinal cord protection during thoracic and thoracoabdominal aortic surgery and endovascular aortic repair: a position paper of the Vascular Domain of the European Association for Cardiothoracic Surgery. *Eur J Cardiothoracic Surg.* 2014;47:943-957.
2. Etz CD, Kari FA, Mueller CS, et al. The collateral network concept: a reassessment of the anatomy of spinal cord perfusion. *J Thorac Cardiovasc Surg.* 2011;141:1020-1028.
3. Kawanishi Y, Okada K, Nakagiri K, et al. Three cases of newly developed paraplegia after repairing type A acute aortic dissection. *Ann Thorac Surg.* 2007;84:1738-1740.
4. Girdauskas E, Kuntze T, Walther T, Mohr FW. Delayed paraplegia associated with vertebral necrosis after type A dissection surgery. *Eur J Cardiothoracic Surg.* 2008;33:121-123.
5. Medalion B, Bder O, Cohen AJ, Hauptman E, Schachner A. Delayed postoperative paraplegia complicating repair of type A dissection. *Ann Thorac Surg.* 2001;72:1389-1391.
6. Kozlov BN, Panfilov DS, Ponomarenko IV, et al. The risk of spinal cord injury during the frozen elephant trunk procedure in acute aortic dissection. *Interact Cardiovasc Thorac Surg.* 2018;26:972-976.
7. Zoli S, Roder F, Etz CD, et al. Predicting the risk of paraplegia after thoracic and thoracoabdominal aneurysm repair. *Ann Thorac Surg.* 2010;90:1237-1244.
8. Miele L, Eschelman DJ, McNulty S, et al. Successful aortic fenestration to treat prolonged motor paralysis of the lower extremities after repair of type A aortic dissection. *J Thorac Cardiovasc Surg.* 2005;130:599-601.

DEFENDANTS' MOTION EXHIBIT F PAGE 5

**Spinal Cord Ischemia Management: Current indications and Timing of Drainage**

DEFENDANTS' MOTION EXHIBIT F PAGE 5

Chatterjee et al — Adult: Perioperative Management: Expert Review

# Perioperative care after thoracoabdominal aortic aneurysm repair: The Baylor College of Medicine experience. Part 2: Postoperative management



Check for updates

Subhasis Chatterjee, MD,[a,b] Jose G. Casar, MD,[b] Scott A. LeMaire, MD,[b,c,d] Ourania Preventza, MD,[b,c,d] and Joseph S. Coselli, MD[b,c,d]

 Video clip is available online.



**Multiple organ systems must be managed after thoracoabdominal aortic aneurysm repair.**

**CENTRAL MESSAGE**

Thoracoabdominal aortic aneurysm repair is a technically demanding cardiothoracic surgical procedure. Diligent postoperative care is required for successful surgical outcomes.

See Commentary on page 706.

ADULT

## FUNDAMENTALS OF POSTOPERATIVE CARE

The fundamentals of operative techniques of thoracoabdominal aortic aneurysm repair (TAAAR) have been described in detail.[1,2] On the patient's arrival in the intensive care unit (ICU), a sign-out should include intraoperative details: repair extent (Figure 1), cardiopulmonary tolerance of the procedure, concomitant procedures, renal- and mesenteric-vessel management, degree of bleeding, and distal vascular pulse findings obtained before the patient leaves the operating room. To prevent complications related to spinal cord deficit (SCD), acute kidney injury (AKI), and respiratory failure, vital signs are monitored, focusing on core temperature, mean arterial pressure (MAP), central venous pressure (CVP), pulmonary arterial (PA) pressures, and cardiac output (Table 1 and Video 1). To avoid hypotension and postoperative SCD, volume resuscitation is guided by invasive monitoring to achieve a CVP of 8 to 12 mm Hg or a diastolic PA pressure >12 mm Hg.

## POSTOPERATIVE CONSIDERATIONS

### Neurologic

As the patient awakens from anesthesia, any focal neurologic deficit requires prompt imaging to exclude hemorrhage. The overall incidence of permanent stroke after TAAAR is low (2%) in our experience[3]; it is greater (9%) after the rare (1.5%) cases requiring hypothermic circulatory arrest.[4] However, Kouchoukos and colleagues[5] had a 3.7% stroke incidence with routine hypothermic circulatory arrest.

**Spinal cord deficit.** A critical focus of post-TAAAR management is minimizing the risk of SCD (paraplegia or paraparesis). The incidence of temporary (2.4%) and permanent (5.4%) SCD is influenced by TAAAR extent: Permanent SCD is more frequent after the more extensive extent II (8.0%) and extent III (7.0%) repairs than after extent I (3.4%) and extent IV (2.4%) repairs.[3] Intraoperative strategies to prevent SCD include left heart bypass in extent I and II TAAAR patients[6] and cerebrospinal fluid (CSF) drainage in extent I, II, and selected extent III patients.[7,8] For TAAAR, CSF drainage is recommended in the American (Class IB)[9] and European (Class IIA)[10] guidelines. Over the past decade, our CSF drain use has been as follows: extent I (97%), extent II (98%), extent III (77%), and extent IV (36%). Before elective and (whenever possible) emergency repairs, a 14-G needle is inserted into a lower lumbar interspace (L3-L4 or L4-L5), and the

From the Divisions of [a]General Surgery and [b]Cardiothoracic Surgery, Michael E. DeBakey Department of Surgery, Baylor College of Medicine; [c]Department of Cardiovascular Surgery, Texas Heart Institute; and [d]Department of Cardiovascular Surgery, CHI St Luke's Health—Baylor St Luke's Medical Center, Houston, Tex.

Dr LeMaire's work is partially supported by the Jimmy and Roberta Howell Professorship in Cardiovascular Surgery at Baylor College of Medicine.

Received for publication Aug 26, 2019; revisions received Nov 1, 2019; accepted for publication Nov 21, 2019; available ahead of print Feb 19, 2020.

Address for reprints: Subhasis Chatterjee, MD, One Baylor Plaza, BCM390, Houston, TX 77030 (E-mail: Subhasis.Chatterjee@bcm.edu).

J Thorac Cardiovasc Surg 2021;161:699-705

Copyright © 2020 by The American Association for Thoracic Surgery

https://doi.org/10.1016/j.jtcvs.2019.11.143



**FIGURE 1.** Crawford classification of the extent of thoracoabdominal aortic aneurysm repairs. The risk of spinal cord deficit is greatest with extent II and III aneurysms.

CSF drain is advanced until CSF is obtained[11]; this is done in the operating room by senior anesthesiologists after anesthesia is induced. If blood is encountered during CSF drain placement, we either defer the case (if it is elective) or postpone drain placement until after TAAAR in the operating room. Similarly, if the patient is hemodynamically unstable, then drain placement is deferred until after TAAAR. Other centers may place the CSF drain under fluoroscopic guidance; we selectively use that approach in patients with previous lumbar fusion surgery or Harrington rods (eg, Marfan patients).

Spinal cord perfusion pressure is the difference between systemic MAP and CSF pressure; its goal value is >65 mm Hg. Postoperatively, the target MAP is 85 to 100 mm Hg, greater in patients with greater baseline hypertension or more extensive renal/visceral artery reconstruction. Other high-volume centers have slightly different MAP goals (eg, 75-85 mm Hg at the University of Pennsylvania,[12] 80-90 mm Hg at Mount Sinai[13]). Adequate volume resuscitation, guided by CVP and PA pressure, is critical, after which MAP must be maintained above 85 mm Hg with norepinephrine and vasopressin infusions. Severe, uncontrolled hypertension (MAP >120 mm Hg) can cause anastomotic bleeding, resulting in catastrophic hemorrhage, hypotension, emergency surgical salvage, and death. To avoid exceeding 115 to 120 mm Hg, nicardipine is our first-choice vasodilator, followed by esmolol. One should

**TABLE 1.** Summary: goals of postoperative management

| Organ/system | Goals | Interventions |
|---|---|---|
| Vital signs | Restore normothermia | Warmed fluids, patient-warming devices |
| Brain | Recognize focal neurologic deficits | Diagnostic imaging as needed |
| Spinal cord | Mean arterial pressure 85-100 mm Hg | Volume resuscitation<br>Vasopressors (norepinephrine, vasopressin) or vasodilators (nicardipine, esmolol) |
| | CSF drainage <15 mm Hg | Hourly check of CSF pressure and drainage as needed (<10 mL/h) |
| | Lower-extremity movement | Neurologic exam checks<br>Suspect spinal cord deficit (Figure 2) |
| Pulmonary | Lung-protective ventilation<br>Vocal cord function | Ventilator adjustment<br>Direct laryngoscopy if vocal cord dysfunction suspected<br>Injection laryngoplasty if movement impaired |
| Cardiovascular | Central venous pressure 8-12 mm Hg<br>Pulmonary artery diastolic pressure 12-16 mm Hg<br>Cardiac index $\geq$2.2 L/min/m$^2$<br><br>Restore sinus rhythm | Volume resuscitation<br><br>Volume resuscitation<br>Epinephrine, dobutamine infusion<br>Amiodarone, cardioversion |
| Renal, fluids, electrolytes | Adequate resuscitation; crystalloid at 1.5-2.0 mL/kg/h<br>Prevent acute kidney injury | Check serum lactate, base deficit, urine output<br><br>Adequate volume and mean arterial pressure, rounding with pharmacy, medication adjustments, avoid nephrotoxins/contrast, avoid subclavian and peripherally inserted central catheters |
| Gastrointestinal | Return of bowel function | Nasogastric tube, cautious advancement of diet |
| Hematologic | Hemoglobin 9.5-10.5 g/dL<br>Platelets $\geq$100,000<br>International normalized ratio $\leq$1.6<br>Fibrinogen $\geq$200,000 | Transfusion as needed |

*CSF*, Cerebrospinal fluid.



**VIDEO 1.** Dr. Chatterjee highlighting the major postoperative considerations after thoracoabdominal aortic aneurysm repair. These include resuscitation, efforts to reduce the risk of spinal cord deficit, maintaining adequate hemodynamics, and strategies to reduce pulmonary and renal complications. Video available at: https://www.jtcvs.org/article/S0022-5223(20)30201-4/fulltext.

be vigilant about delayed SCD, given the catastrophic risks of permanent disability and death.[14] Up to 60% of temporary SCD cases follow a hypotensive episode, and symptoms can arise up to 27 days after TAAAR.[15] In our study of 1114 extent II procedures, 39 patients (3.5%) developed delayed persistent paraplegia or paraparesis; of these events, 45% occurred within 2 days after surgery and 35% during postoperative days 3 to 5, suggesting patients are most vulnerable soon after surgery.[16] In a series from Washington University, the average MAP of patients with delayed SCD was 74 mm Hg at diagnosis and 95 mm Hg at recovery.[12] Moreover, The University of Texas/Memorial Hermann group observed that even a 15-mm Hg fluctuation in systolic blood pressure over 24 hours tripled the delayed SCD risk.[17]

Causes of unexplained relative hypotension (eg, bleeding, excessive diuresis, dysrhythmias, vasodilatory/septic shock) should be investigated. Others[13] have routinely used 48 to 72 hours of glucocorticoids; we have not. The patient's hemoglobin level is kept at 9.5 to 10.5 g/dL with packed red blood cell transfusions. In patients with a prolonged ICU course and without signs of SCD, the transfusion threshold is lowered to a hemoglobin level of 8.5 to 9.5 g/dL.

The TAAAR is performed with permissive hypothermia near 32°C; patients typically arrive in the ICU at 33°C to 34°C. Gradual rewarming to normothermia is continued with a whole-body Bair Hugger (3M, St Paul, Minn) and resuscitation with warmed intravenous fluids and blood

**ADULT**



**FIGURE 2.** Coselli/Baylor management algorithm for spinal cord deficit after TAAA repair. Aggressive intervention can increase the chance for successful recovery. *TAAA*, Thoracoabdominal aortic aneurysm repair; *MAP*, mean arterial pressure; *CSF*, cerebrospinal fluid; *IV*, intravenous; *CVP*, central venous pressure; *PADP*, pulmonary artery diastolic pressure.

**Adult: Perioperative Management: Expert Review**                                    Chatterjee et al

products. Extubating shivering patients can lead to demand ischemia, decreased cardiac output, and SCD risk. As warming proceeds, clinicians should anticipate systemic vasodilation, which can lower venous return and MAP. We avoid treating moderate hypertension during the patient's hospitalization and recommend waiting 4 to 6 weeks postoperatively before resuming strict hypertension management.

Postoperatively, the CSF pressure is typically kept at <15 mm Hg. We avoid draining CSF at >150 mL/24 h, >25 mL/4 h, or >10 mL/h. This is comparable with the University of Pennsylvania's target pressure of ≤12 mm Hg.[12] The baseline CSF pressure and amount drained should be discussed with anesthesiology. We have seen catastrophic cases of subdural hematoma, subarachnoid hemorrhage, and other central nervous system bleeds from excessive drainage.

If signs of paraplegia or paraparesis appear, rescue measures must be initiated (Figure 2) as follows: Immediately confirm the MAP is 90 to 100 mm Hg. If the CSF drain has been removed, an anesthesiologist is immediately consulted for a new CSF drain while other adjunctive measures are started. The target CSF pressure is lowered to <15 mm Hg, and the CSF drainage rate is cautiously increased to 10 to 15 mL/h, with a maximum of 50 mL/4 h. The patient is placed in the Trendelenburg position, and the following are increased: target MAP to 100 to 115 mm Hg, CVP to >10 to 12 mm Hg, and hemoglobin level to >10 g/dL. The CVP should not be excessively increased because this could raise intracerebral and CSF pressure.

Ours and other high-volume TAAAR centers have delayed-paraplegia–management algorithms. The University of Texas/Memorial Hermann group's "COPS" protocol (C = CSF drain status, O = oxygen delivery, PS = patient state)[18] differs subtly from our protocol: Their target CSF pressure (<5 mm Hg) is lower than ours, we remove the drain before the 5 days recommended in the COPS protocol, and our goal hemoglobin level (10 g/dL) is lower than the COPS protocol's >12 mg/dL target. The University of Pennsylvania group aims for MAP of 90 to 100 mm Hg and CSF pressure <10 mm Hg.[12] Nevertheless, the fundamental principles are similar: increase spinal cord perfusion pressure and maximize oxygen delivery. Once spinal cord ischemia is suspected, intravenous mannitol (12.5 g) and dexamethasone (10 mg) are given every 12 hours for 48 hours. If symptoms do not improve after CSF drain placement and increasing target MAP and volume resuscitation, single rescue doses of intravenous lidocaine (100 mg) and magnesium sulfate (4 g) may be administered. The Cleveland Clinic group has used intrathecal papaverine with encouraging results,[19] and anecdotal reports describe successful hyperbaric oxygen therapy and hypothermia.[20] Others have described acetazolamide reducing CSF production after TAAAR, which seems reasonable for treating delayed SCD.[21] Paraplegia lasting beyond 24 to 48 hours is probably permanent.

Permanent SCD necessitates measures to avoid venous thromboembolism and manage bowel and bladder dysfunction. Because there is little high-quality evidence of successful postoperative strategies to prevent or treat delayed paraplegia, clinical trials are warranted, which would probably be instructive for both open and endovascular thoracic aortic surgery.

The CSF drain is typically removed 48 to 72 hours postoperatively with a reliable neurologic examination. Proximal leg strength is assessed by raising the knee off the bed; simple foot dorsiflexion or hip rotation is insufficient. If the patient requires prolonged ventilation, then the drain may remain for 72 to 96 hours. The CSF drain is clamped for 6 hours before removal, followed by 4 hours of bed rest with frequent neurologic assessments. Complications of CSF drainage include post–dural puncture headaches and a bloody drain. Headaches, which about 10% of patients experience, are initially managed with caffeine ingestion. In a previous study from our institution, approximately one third of patients needed an epidural blood patch within 24 to 48 hours after drain removal.[22] Patients with Marfan syndrome were more than twice as likely to have post–dural puncture headache requiring a blood patch for relief. As 2 other high-volume centers have reported, the incidence of bloody CSF drain is 3% to 5%, with a 1% to 2% incidence of drain-related neurologic complications.[23,24] The drain is removed if it becomes bloody. Asymmetric weakness not attributable to incisional pain is evaluated with computed tomography (CT) or magnetic resonance imaging for spinal hematoma, which may require neurosurgical consultation and evacuation. Finally, in our experience, 2.8% of patients developed intracerebral hemorrhage, most commonly subdural hematoma (1.9%).[3] Severe headache with nausea or vomiting warrants emergency CT evaluation for possible subdural hematoma and neurosurgical intervention.[22]

### Respiratory

After TAAAR, patients are brought to the ICU with the double-lumen endotracheal tube should surgical re-exploration be necessary. We expect ventilator liberation within 24 to 48 hours. If that appears unlikely, the anesthesiologist replaces the double-lumen tube with a single-lumen one. We begin initial ventilation at 8 mL/kg of predicted body weight and transition rapidly to lung-protective ventilation of 6 mL/kg. These strategies are also optimum for the management of pulmonary contusion, of which there is a variable degree on the left side. We routinely perform bronchoscopy when a single-lumen endotracheal tube is in place for copious secretions or radiographic indications. Successful extubation strategies may include noninvasive ventilation, bilevel positive airway pressure to prevent hypercarbia, and high-flow oxygen (Vapotherm, Exeter, NH) through a nasal cannula[25] to prevent hypoxemia. Significant fluid resuscitation may cause

airway swelling, so vigilance is required for postextubation stridor and respiratory distress; overall, up to 15% of patients post-TAAAR require reintubation.[3,26] For patients with prolonged ventilation, daily spontaneous breathing trials are planned to facilitate liberation from mechanical ventilation. In our experience, approximately 11% of patients do not achieve ventilator liberation within 2 weeks, necessitating tracheostomy; of these, 28% have early (operative) mortality.[27] In extreme cases of postoperative respiratory failure, we have resorted to independent lung ventilation or extracorporeal membrane oxygenation.[28] Chest tubes are removed when serous drainage is less than 150 mL/d and without evidence of blood, chyle, or air leak.

Early mobilization and physical therapy are vital in all patients, including intubated patients. Our initial analgesia strategy includes intravenous acetaminophen, opioid-based patient-controlled analgesia, lidocaine patches, gabapentin, and tramadol, with the goal of minimizing opioid usage before discharge.

After extubation, if cough and voice quality are abnormal, an otorhinolaryngologist performs direct laryngoscopy to assess the vocal cords. About 25% of patients with extent I and II TAAAR have vocal cord movement impairment (VCMI)[3] because of the left recurrent laryngeal nerve's proximity to the proximal cross-clamping site. The resultant glottal incompetence from VCMI can cause a breathy voice and impair cough, thereby increasing aspiration and pneumonia risk.[29] Approximately one quarter of patients with VCMI will require reintubation. Awake, bedside transcervical injection laryngoplasty with absorbable gelatin powder is performed for VCMI to improve glottal gap closure within a few days of discovery to improve pulmonary toilet.[30] A bedside swallow evaluation determines diet advancement.

## Cardiovascular

We use a PA catheter for 24 to 72 hours in all patients. If maintaining a cardiac index >2.2 L/min/m$^2$ requires inotropic support, epinephrine is the preferred agent for augmenting cardiac output and blood pressure. Dobutamine is our second choice; milrinone is avoided for its systemic vasodilatory effects. Patients with significant left ventricular hypertrophy need adequate preload and sufficient time in diastole to avoid tachycardia for optimal hemodynamics. In general, we monitor cardiac output, mixed venous oxygen saturation, urine output, and serum lactate to guide resuscitation.

In our experience, the incidence of atrial fibrillation was 23%; age and need for visceral perfusion were the only predictors.[31] Atrial fibrillation and loss of the atrial kick may cause hypotension, risking delayed SCD. To avoid hypotension, we prefer a rhythm control strategy with amiodarone over rate control. Although longer-term use (weeks to months) of amiodarone is inadvisable for patients with marginal pulmonary function, short-term use is reasonably tolerated, with low risk for amiodarone pulmonary toxicity.[32] Timely conversion to sinus rhythm is advised; consequently, early electrical cardioversion should be considered.

The lower-extremity pulse should be palpated for limb ischemia. Asymmetric changes should be promptly evaluated with Doppler ultrasonography. Early and aggressive endovascular intervention may be necessary for limb salvage, with lower extremities monitored for compartment syndrome.

## Renal, Fluids, and Electrolytes

Strategies to reduce SCD risk—greater MAP and volume resuscitation—overlap with AKI prevention. We have found that developing moderate AKI adversely affects survival.[33] Typically, crystalloid fluid resuscitation is started at 1.5 to 2.0 mL/kg/h and decreased after 24 hours, guided by standard resuscitation parameters. Patients commonly have a 6- to 8-L positive fluid balance in the first 48 to 72 hours. We use diuretics cautiously to avoid sudden hypovolemia and resultant hypotension risking SCD. Low-dose loop diuretic infusions may be considered. Nevertheless, restoring euvolemia is critical to optimizing pulmonary function and mobility. We avoid restarting renin−angiotensin antagonist medications for several weeks. Multidisciplinary rounding with pharmacists ensures proper dosing of antibiotics and other medications in AKI-vulnerable patients. In patients with a rapid decrease in creatinine clearance, severe oliguria, and tea-colored urine, rhabdomyolysis is suspected, and diagnostic serum creatinine kinase measurement and aggressive crystalloid resuscitation are performed. If rhabdomyolysis is diagnosed, then extremity compartment syndrome should be excluded.

Nephrology consultation is advised in patients with advanced AKI. Renal-replacement therapy may be indicated for volume overload, electrolyte derangements, or refractory acidosis. In our practice, the overall incidence of AKI requiring persistent renal-replacement therapy is 7% but is associated with 57% operative mortality (unpublished data). Those patients on dialysis who develop respiratory failure necessitating tracheostomy (3% of all patients) have 70% mortality. In patients with preoperative chronic kidney disease, a temporary femoral dialysis line is placed at the conclusion of TAAAR, should early dialysis be necessary.

To preserve potential future dialysis access sites, we avoid peripherally inserted central catheter and subclavian venous lines in patients with AKI.[34] Finally, to reduce the contrast nephropathy risk, we delay postoperative aortic surveillance CT imaging until the serum creatinine level has normalized and pretreat with isotonic fluids and, selectively, N-acetylcysteine.[35]

ADULT

Adult: Perioperative Management: Expert Review                                                    Chatterjee et al

**ADULT**

## Gastrointestinal and Nutrition

Patients immediately begin stress ulcer prophylaxis, and a nasogastric tube remains in place until bowel function returns and nausea and abdominal distension are absent. Postoperatively, oral intake typically starts after 3 to 5 days. In patients mechanically ventilated more than 3 to 4 days, early enteral nutrition begins with trophic feeds through a nasoenteric tube. Adequate nutrition is important, especially for patients with prolonged hospitalization. Gastrointestinal complications require vigilance; unexplained acidemia or increased fluid requirements can indicate mesenteric ischemia, suspicion of which indicates CT imaging or laparotomy. Isolated liver-enzyme elevation may necessitate Doppler ultrasonography to assess the mesenteric vasculature. Gastrointestinal bleeding unresponsive to saline lavage and increased proton-pump inhibitor therapy is evaluated endoscopically. Patients with prolonged ICU stays and unexplained leukocytosis or diarrhea are evaluated for *Clostridium difficile* infection, and empiric oral vancomycin is initiated.

## Bleeding and Hematologic

Intraoperative measures to reduce postoperative bleeding include administering aminocaproic acid and correcting coagulopathy. Our typical targets are platelet count >100,000, international normalized ratio <1.6, and fibrinogen count >200,000. However, when coagulopathy arises, we recommend point-of-care viscoelastic tests of clotting function (eg, thromboelastography, rotational thromboelastometry), according to institutional preference, although both are used in cardiac surgery.[36] This strategy allows more selective targeting of blood components, thereby reducing blood-product administration after TAAAR.[37] We have moved to earlier use of prothrombin complex concentrate (KCentr; CSL Behring, King of Prussia, Pa) in patients with severe coagulopathy.

Early postoperative bleeding can manifest as progressive hemorrhagic shock, elevated chest tube output, or abdominal distention. An unexplained drop in hemoglobin especially associated with hypotension may necessitate CT imaging for hemoperitoneum or hemothorax. Regardless of associated coagulopathy, patients return to the operating room for exploration, hematoma evacuation, and bleeding control. Common sites of bleeding include the spleen, intercostal or lumbar arteries, and anastomoses.

When needed, warfarin therapy is restarted 4 to 5 days postoperatively; unfractionated heparin bridging is reserved for patients without a CSF drain for whom additional procedures (eg, tracheostomy) are being considered. Standard deep vein thrombosis prophylaxis is provided with sequential compression devices. After the CSF drain is removed, chemical prophylaxis is initiated with enoxaparin or subcutaneous unfractionated heparin; subsequently, the patient may be transitioned to factor Xa inhibitors.

## MISCELLANEOUS CONSIDERATIONS

To reduce infections, we are aggressive about removing unnecessary intravascular or urinary catheters, evaluating surgical incisions daily, and closely monitoring for developing pressure ulcers. Prophylactic antibiotics are discontinued 24 hours postoperatively. Patients who required incidental splenectomy are triple-vaccinated against *Streptococcus pneumoniae*, *Haemophilus influenzae* type B, and *Neisseria meningitidis* after the critically ill period, approximately 2 weeks postoperatively or before discharge.[38]

## CONCLUSIONS

The postoperative care of TAAAR patients requires diligent, multidisciplinary cooperation for both the prevention and the early detection of complications, and to promote successful outcomes.

**Conflict of Interest Statement**

All authors are in agreement regarding the content of the manuscript. Dr Coselli participates in clinical trials with Bolton Medical; provides consultation for and participates in clinical trials with Medtronic and W.L. Gore & Associates; and provides consultation for, participates in clinical trials with, and receives royalties and grant support from Terumo Aortic. Dr LeMaire serves as an advisory panel member for Biom'up; serves as a consultant and a principal investigator for clinical studies sponsored by Terumo Aortic; and serves as a co-investigator for clinical studies sponsored by W.L. Gore & Associates. Dr Preventza provides consultation for and participates in clinical trials with Medtronic and W.L. Gore & Associates. The remaining authors have no disclosures. This work was not funded by a grant or any other source of external funding. All other authors have nothing to disclose with regard to commercial support.

The authors thank Scott A. Weldon, MA, CMI, FAMI, for illustrations, and Susan Y. Green, MS, and Scientific Publications at Texas Heart Institute for editorial support.

**References**

1. Coselli JS, de la Cruz KI, Preventza O, LeMaire SA, Weldon SA. Extent II thoracoabdominal aortic aneurysm repair: how I do it. *Semin Thorac Cardiovasc Surg*. 2016;28:221-37.
2. Ouzounian M, LeMaire SA, Weldon S, Coselli JS. Open repair of thoracoabdominal aortic aneurysm: step-by-step. *Op Tech Thorac Cardiovasc Surg*. 2018;23:2-20.
3. Coselli JS, LeMaire SA, Preventza O, de la Cruz KI, Cooley DA, Price MD, et al. Outcomes of 3309 thoracoabdominal aortic aneurysm repairs. *J Thorac Cardiovasc Surg*. 2016;151:1323-37.
4. Coselli JS, Bozinovski J, Cheung C. Hypothermic circulatory arrest: safety and efficacy in the operative treatment of descending and thoracoabdominal aortic aneurysms. *Ann Thorac Surg*. 2008;85:956-63; discussion 64.
5. Kouchoukos NT, Kulik A, Castner CF. Outcomes after thoracoabdominal aortic aneurysm repair using hypothermic circulatory arrest. *J Thorac Cardiovasc Surg*. 2013;145:S139-41.

6. Coselli JS, LeMaire SA. Left heart bypass reduces paraplegia rates after thoracoabdominal aortic aneurysm repair. *Ann Thorac Surg*. 1999;67:1931-4; discussion 53-8.

7. Coselli JS, LeMaire SA, Koksoy C, Schmittling ZC, Curling PE. Cerebrospinal fluid drainage reduces paraplegia after thoracoabdominal aortic aneurysm repair: results of a randomized clinical trial. *J Vasc Surg*. 2002;35:631-9.

8. Khan NR, Smalley Z, Nesvick CL, Lee SL, Michael LM II. The use of lumbar drains in preventing spinal cord injury following thoracoabdominal aortic aneurysm repair: an updated systematic review and meta-analysis. *J Neurosurg Spine*. 2016;25:383-93.

9. Hiratzka LF, Bakris GL, Beckman JA, Bersin RM, Carr VF, Casey DE Jr, et al. 2010 ACCF/AHA/AATS/ACR/ASA/SCA/SCAI/SIR/STS/SVM guidelines for the diagnosis and management of patients with thoracic aortic disease. A report of the American College of Cardiology Foundation/American Heart Association task force on practice guidelines, American Association for Thoracic Surgery, American College of Radiology, American Stroke Association, Society of Cardiovascular Anesthesiologists, Society for Cardiovascular Angiography and Interventions, Society of Interventional Radiology, Society of Thoracic Surgeons, and Society for Vascular Medicine. *J Am Coll Cardiol*. 2010;55: e27-129.

10. Erbel R, Aboyans V, Boileau C, Bossone E, Bartolomeo RD, Eggebrecht H, et al. 2014 ESC guidelines on the diagnosis and treatment of aortic diseases: document covering acute and chronic aortic diseases of the thoracic and abdominal aorta of the adult. The task force for the diagnosis and treatment of aortic diseases of the European Society of Cardiology (ESC). *Eur Heart J*. 2014;35:2873-926.

11. Anton JM, Herald KJ. Anesthetic management of open thoracoabdominal aortic aneurysm repair. *Int Anesthesiol Clin*. 2016;54:76-101.

12. Cheung AT, Weiss SJ, McGarvey ML, Stecker MM, Hogan MS, Escherich A, et al. Interventions for reversing delayed-onset postoperative paraplegia after thoracic aortic reconstruction. *Ann Thorac Surg*. 2002;74:413-9; discussion 20-1.

13. Etz CD, Luehr M, Kari FA, Bodian CA, Smego D, Plestis KA, et al. Paraplegia after extensive thoracic and thoracoabdominal aortic aneurysm repair: does critical spinal cord ischemia occur postoperatively? *J Thorac Cardiovasc Surg*. 2008;135:324-30.

14. Wong DR, Coselli JS, Amerman K, Bozinovski J, Carter SA, Vaughn WK, et al. Delayed spinal cord deficits after thoracoabdominal aortic aneurysm repair. *Ann Thorac Surg*. 2007;83:1345-55; discussion 55.

15. Maniar HS, Sundt TM III, Prasad SM, Chu CM, Camillo CJ, Moon MR, et al. Delayed paraplegia after thoracic and thoracoabdominal aneurysm repair: a continuing risk. *Ann Thorac Surg*. 2003;75:113-9; discussion 9-20.

16. Coselli JS, Green SY, Price MD, Zhang Q, Preventza O, de la Cruz KI, et al. Spinal cord deficit after 1114 extent II open thoracoabdominal aortic aneurysm repairs. *J Thorac Cardiovasc Surg*. February 12, 2019 [Epub ahead of print].

17. Sandhu HK, Evans JD, Tanaka A, Atay S, Afifi RO, Charlton-Ouw KM, et al. Fluctuations in spinal cord perfusion pressure: a harbinger of delayed paraplegia after thoracoabdominal aortic repair. *Semin Thorac Cardiovasc Surg*. 2017;29: 451-9.

18. Estrera AL, Sheinbaum R, Miller CC, Azizzadeh A, Walkes J-C, Lee T-Y, et al. Cerebrospinal fluid drainage during thoracic aortic repair: safety and current management. *Ann Thorac Surg*. 2009;88:9-15.

19. Lima B, Nowicki ER, Blackstone EH, Williams SJ, Roselli EE, Sabik JF III, et al. Spinal cord protective strategies during descending and thoracoabdominal aortic aneurysm repair in the modern era: the role of intrathecal papaverine. *J Thorac Cardiovasc Surg*. 2012;143:945-52.e1.

20. Urquieta E, Varon J, Lin PH. Reversal of spinal cord ischemia following endovascular thoracic aortic aneurysm repair with hyperbaric oxygen and therapeutic hypothermia. *Vasc Endovascular Surg*. 2017;51:517-20.

21. Jafarzadeh F, Field ML, Harrington DK, Kuduvalli M, Oo A, Kendall J, et al. Novel application of acetazolamide to reduce cerebrospinal fluid production in patients undergoing thoracoabdominal aortic surgery. *Interact Cardiovasc Thorac Surg*. 2014;18:21-6.

22. Youngblood SC, Tolpin DA, LeMaire SA, Coselli JS, Lee VV, Cooper JR Jr. Complications of cerebrospinal fluid drainage after thoracic aortic surgery: a review of 504 patients over 5 years. *J Thorac Cardiovasc Surg*. 2013;146:166-71.

23. Weaver KD, Wiseman DB, Farber M, Ewend MG, Marston W, Keagy BA. Complications of lumbar drainage after thoracoabdominal aortic aneurysm repair. *J Vasc Surg*. 2001;34:623-7.

24. Wynn MM, Mell MW, Tefera G, Hoch JR, Acher CW. Complications of spinal fluid drainage in thoracoabdominal aortic aneurysm repair: a report of 486 patients treated from 1987 to 2008. *J Vasc Surg*. 2009;49:29-34; discussion -5.

25. Frat JP, Thille AW, Mercat A, Girault C, Ragot S, Perbet S, et al. High-flow oxygen through nasal cannula in acute hypoxemic respiratory failure. *N Engl J Med*. 2015;372:2185-96.

26. Etz CD, Di Luozzo G, Bello R, Luehr M, Khan MZ, Bodian CA, et al. Pulmonary complications after descending thoracic and thoracoabdominal aortic aneurysm repair: predictors, prevention, and treatment. *Ann Thorac Surg*. 2007;83:S870-6; discussion S90-2.

27. Songdechakraiwut T, Aftab M, Chatterjee S, Green SY, Price MD, Preventza O, et al. Tracheostomy after thoracoabdominal aortic aneurysm repair: risk factors and outcomes. *Ann Thorac Surg*. 2019;108:778-84.

28. Chatterjee S, Mulvoy W, Preventza O, de la Cruz KI, LeMaire SA, Coselli JS. ECMO for acute respiratory distress syndrome after thoracoabdominal aortic aneurysm repair. *Ann Thorac Surg*. 2018;106:e171-2.

29. DiLisio RP, Mazzeffi MA, Bodian CA, Fischer GW. Vocal cord paralysis after aortic surgery. *J Cardiothorac Vasc Anesth*. 2013;27:522-7.

30. Chen DW, Price MD, LeMaire SA, Coselli JS, Liou NE, Ongkasuwan J. Early versus late inpatient awake transcervical injection laryngoplasty after thoracic aortic repair. *Laryngoscope*. 2018;128:144-7.

31. Dolapoglu A, Volguina IV, Price MD, Green SY, Coselli JS, LeMaire SA. Cardiac arrhythmia after open thoracoabdominal aortic aneurysm repair. *Ann Thorac Surg*. 2017;104:854-60.

32. Wolkove N, Baltzan M. Amiodarone pulmonary toxicity. *Can Respir J*. 2009;16: 43-8.

33. Chatterjee S, LeMaire SA, Amarasekara HS, Green SY, Price MD, Yanoff MS, et al. Early-stage acute kidney injury adversely affects thoracoabdominal aortic aneurysm repair outcomes. *Ann Thorac Surg*. 2019;107:1720-6.

34. Hoggard J, Saad T, Schon D, Vesely TM, Royer T. Guidelines for venous access in patients with chronic kidney disease. A position statement from the American Society of Diagnostic and Interventional Nephrology, clinical practice committee and the Association for Vascular Access. *Semin Dial*. 2008; 21:186-91.

35. Kwok CS, Pang CL, Yeong JK, Loke YK. Measures used to treat contrast-induced nephropathy: overview of reviews. *Br J Radiol*. 2013;86:20120272.

36. Venema LF, Post WJ, Hendriks HG, Huet RC, de Wolf JT, de Vries AJ. An assessment of clinical interchangeability of TEG and RoTEM thromboelastographic variables in cardiac surgical patients. *Anesth Analg*. 2010;111:339-44.

37. Rahe-Meyer N, Solomon C, Winterhalter M, Piepenbrock S, Tanaka K, Haverich A, et al. Thromboelastometry-guided administration of fibrinogen concentrate for the treatment of excessive intraoperative bleeding in thoracoabdominal aortic aneurysm surgery. *J Thorac Cardiovasc Surg*. 2009;138: 694-702.

38. Dragomir M, Petrescu DGE, Manga GE, Calin GA, Vasilescu C. Patients after splenectomy: old risks and new perspectives. *Chirurgia (Bucur)*. 2016;111: 393-9.

**ADULT**

DEFENDANTS' MOTION EXHIBIT F PAGE 13

**2022 ACC Guideline for Diagnosis and Management of Aortic Disease**

DEFENDANTS' MOTION EXHIBIT F PAGE 13

DEFENDANTS' MOTION EXHIBIT F PAGE 14



TEVAR

# Spinal Cord Ischemia Management: Current Indications and Timing for Drainage

Current indications for drainage, prophylactic versus selective drain protocols, and ideal timing if drainage is indicated.

**By Alexander S. Fairman, MD, and Grace J. Wang, MD, MSCE**

Spinal cord ischemia (SCI) is a potentially devastating complication associated with thoracoabdominal aortic aneurysm (TAAA) repair and remains relevant in the endovascular era. Recent studies have demonstrated mortality between 10% and 20%, although up to 60% can remain wheelchair-bound, resulting in higher long-term mortality.[1-4] Poor prognostic factors for recovery include severity of initial insult, lack of improvement in the first 24 hours of symptoms, advanced age, and female sex.[2,4] Although endovascular approaches mitigate many of the hemodynamic stresses related to open repair, the risk of SCI persists with both open and endovascular approaches and increases with the extent of aortic coverage. SCI rates for Crawford extent II TAAA repair range from 2% to 22% and non-extent II rates (extent I, III, IV) are much lower, ranging from 2.6% to 8%.[5-8] This pathology remains particularly relevant given recent advances and successes in complex endovascular repair of thoracoabdominal aortic disease.

## CAUSES AND RISK MITIGATION STRATEGIES

The main drivers of acute SCI are malperfusion resulting from disruption of blood flow to the anterior spinal artery, intercostal arteries, and other collateral networks (eg, vertebral artery, hypogastric artery). Blood flow to the spinal cord is also modulated by perfusion pressure—the difference between mean arterial pressure (MAP) and intraspinal canal pressure—and therefore systemic hypotension or increased intraspinal canal pressure can jeopardize perfusion to the cord. Distal embolization during interventions also serves as an important etiology.[9]

Numerous preoperative techniques have been developed to mitigate the risk of SCI with the main goal of maintaining adequate spinal cord perfusion pressure and adequate collateral pathways, with specifics depending on the particular intervention. For example, patients undergoing thoracic endovascular aortic repair (TEVAR) who require coverage of their left subclavian artery (LSA) often undergo pre-TEVAR left carotid-subclavian bypass or transposition to ensure left vertebral artery patency. Certain patients may benefit more from this, including those with a dominant left vertebral artery or those with a prior EVAR. Some groups advocate for staged procedures beginning with TEVAR to allow for collateralization over time.[10,11] Minimally invasive segmental artery coil embolization is another prophylactic technique that some groups have utilized.[12-14] This procedure is based on the collateral network concept of spinal cord perfusion, which suggests that intentional endovascular segmental artery occlusion of intercostal branches can mobilize nearby spinal arterial networks in anticipation of future aortic coverage approximately 2 to 8 weeks later, helping to prevent SCI.

In general, the approaches to mitigate the risk of SCI include avoidance of hypotension, maintenance of optimal oxygen delivery, as well as the selective addition

DEFENDANTS' MOTION EXHIBIT F PAGE 15

TEVAR



**Figure 1. Our institutional protocol for spinal drain placement for high-risk patients. EVAR, endovascular aneurysm repair; FEVAR, fenestrated endovascular aneurysm repair. *Drain no more than 15-20 mL/hr.**

of invasive adjuncts such as the use of a lumbar spinal drain.[15,16] If there is concern for SCI, drainage of cerebrospinal fluid (CSF) can be initiated to reduce pressure in the subarachnoid space (usually to 8-12 mm Hg) and increase spinal cord perfusion pressure while concomitantly raising MAP with vasopressors. Numerous tools can be used to monitor intraoperative spinal cord perfusion, including somatosensory evoked potentials (SSEPs), motor evoked potentials, and less invasive techniques such as near-infrared spectroscopy.[17,18]

## INDICATIONS FOR DRAINAGE

The use of prophylactic spinal drainage is commonly used in patients at high risk for perioperative SCI, including extensive aortic coverage (extent II/III repairs), history of prior open or endovascular aortic repair, bilateral vertebral artery disease, occlusion of hypogastric arteries, advanced age, patients presenting nonelectively, atrial fibrillation, and renal insufficiency.[19,20] The potential complications associated with drain placement are not uncommon and can be significant, including spinal hematoma leading to paralysis, intracranial hemorrhage, and meningitis.[21,22] Other less severe complications can also occur and include catheter fractures, local skin infections, mechanical fractures, and CSF

leaks.[23,24] Studies have quoted that significant complications occur between 1 and 20 and 1 in 50 patients.[25] In addition, the rate of nonfunctioning drains is not insignificant, occurring in up to 20% of patients.[21]

Although many groups initially advocated for prophylactic drainage in all TEVARs, the paradigm seems to be shifting to selective and rescue placement. Most of the early impetus to support routine use of CSF drainage arose from the 2010 American College of Cardiology Foundation and American Heart Association guidelines.[26] However, these guidelines were based mainly on three studies of open thoracic aortic surgeries and not on TEVAR or branched endovascular outcomes.[27-29] Unfortunately, there has been no level I evidence to support routine CSF drainage with TEVAR or branched/fenestrated repairs or trials comparing the use of prophylactic spinal drains to "rescue drain" for patients who develop perioperative or delayed symptoms. Many groups now advocate for selective and rescue use of spinal drains, and these decisions are based on retrospective studies and large review studies, although many of the practice patterns developed vary greatly among institutions with regard to indications, timing, drain settings, drain duration, and blood pressure management.[30-33] Differences in institutional

DEFENDANTS' MOTION EXHIBIT F PAGE 16



TEVAR



**Figure 2. Our institutional protocol for spinal drain placement for normal-risk patients. *Drain no more than 15-20 mL/hr.**

resources, including the ability to provide rescue drain placement by experienced anesthesia staff at all hours and as specialized nursing to detect early signs of SCI, influence practice patterns with regard to prophylactic versus selective lumbar drain placement.

Our own institutional practice is to employ selective placement of spinal drains for high-risk patients (Figure 1). For normal-risk patients, we do not place prophylactic spinal drains and provide rescue drains in the appropriate clinical setting (Figure 2). If a patient requires coverage of their LSA, a preoperative left carotid-subclavian bypass or left subclavian transposition is performed. Most commonly, high-risk patients include those with coverage of the entire thoracic aorta and prior history of EVAR or open abdominal aortic aneurysm repair. Intraoperatively, SSEPs are used for continuous neurologic monitoring and a MAP goal is maintained at > 80 mm Hg after device deployment. Patients then spend 24 to 72 hours in our cardiovascular intensive care unit, where they undergo serial neurovascular checks and strict blood pressure control.

If symptoms of SCI present, patients quickly enter a permissive hypertension protocol to raise MAP > 100 mm Hg and undergo neurology consultation and evaluation for spinal drainage. The decision to place a drain should move forward rapidly if symptoms do not improve quickly with blood pressure augmentation, as some data suggest that even minor delays can result in worse outcomes.[34] Drains usually remain in place for 24 to 72 hours after symptoms plateau

with increasing drainage rate up to 15 to 20 mL/hr depending on symptom severity and improvement. The drains are monitored for bloody or pink drainage with a hemoglobin goal > 10 mg/dL. Patients remain flat while the drain is in place. If SCI symptoms do not resolve with measure to increase MAP and lumbar drain placement and the LSA has been covered due to the emergent nature of their TEVAR, urgent left carotid-subclavian bypass should be considered.

## SUMMARY

Methods to prevent SCI are a topic of continued debate, and most practices are based on expert opinion and experience rather than level I evidence. The ability to adhere to a selective or rescue drain placement protocol also relies on the availability of staffing 24/7 or anesthesia or other services capable of placing a drain. Currently, there is a rapidly evolving outlook with regard to prophylactic spinal drain placement in endovascular treatment of TAAAs, with an increasing number of physicians shifting to selective and rescue drain protocol. Clinical trials with fixed protocol patterns are needed to further delineate spinal drainage best practices moving forward. ∎

1. Novy J, Carruzzo A, Maeder P, Bogousslavsky J. Spinal cord ischemia: clinical and imaging patterns, pathogenesis, and outcomes in 27 patients. Arch Neurol. 2006;63:1113-1120. doi: 10.1001/archneur.63.8.1113
2. Cheshire WP, Santos CC, Massey EW, Howard JF Jr. Spinal cord infarction: etiology and outcome. Neurology. 1996;47:321-330. doi: 10.1212/wnl.47.2.321
3. Masson C, Pruvo JP, Meder JF, et al. Spinal cord infarction: clinical and magnetic resonance imaging findings and short term outcome. J Neurol Neurosurg Psychiatry. 2004;75:1431-1435. doi: 10.1136/jnnp.2003.031724
4. Robertson CE, Brown RD Jr, Wijdicks EF, Rabinstein AA. Recovery after spinal cord infarcts: long-term outcome in 115 patients. Neurology. 2012;78:114-121. doi: 10.1212/WNL.0b013e31823efc93

DEFENDANTS' MOTION EXHIBIT F PAGE 17

TEVAR

5. Jacobs MJ, Elenbaas TW, Schurink GW, et al. Assessment of spinal cord integrity during thoracoabdominal aortic aneurysm repair. Ann Thorac Surg. 2002;74:S1864-1866. doi: 10.1016/s0003-4975(02)04154-1

6. Greenberg RK, Lu Q, Roselli EE, et al. Contemporary analysis of descending thoracic and thoracoabdominal aneurysm repair: a comparison of endovascular and open techniques. Circulation. 2008;118:808-817. doi: 10.1161/CIRCULATIONAHA.108.769695

7. Coselli JS, Bozinovski J, LeMaire SA. Open surgical repair of 2286 thoracoabdominal aortic aneurysms. Ann Thorac Surg. 2007;83:S862-S864. doi: 10.1016/j.athoracsur.2006.10.088

8. Eagleton MJ, Follansbee M, Wolski K, et al. Fenestrated and branched endovascular aneurysm repair outcomes for type II and III thoracoabdominal aortic aneurysms. J Vasc Surg. 2016;63:930-942. doi: 10.1016/j.jvs.2015.10.095

9. Tanaka H, Minatoya K, Matsuda H, et al. Embolism is emerging as a major cause of spinal cord injury after descending and thoracoabdominal aortic repair with a contemporary approach: magnetic resonance findings of spinal cord injury. Interact Cardiovasc Thorac Surg. 2014;19:205-210. doi: 10.1093/icvts/ivu148

10. O'Callaghan A, Mastracci TM, Eagleton MJ. Staged endovascular repair of thoracoabdominal aortic aneurysms limits incidence and severity of spinal cord ischemia. J Vasc Surg. 2015;61:347-354.e1. doi: 10.1016/j.jvs.2014.09.011

11. Hawkins RB, Mehaffey JH, Narahari AK,et al. Improved outcomes and value in staged hybrid extent II thoracoabdominal aortic aneurysm repair. J Vasc Surg. 2017;66:1357-1363. doi: 10.1016/j.jvs.2017.03.420

12. Geisbusch S, Stefanovic A, Koruth JS, et al. Endovascular coil embolization of segmental arteries prevents paraplegia after subsequent thoracoabdominal aneurysm repair: an experimental model. J Thorac Cardiovasc Surg. 2014;147:220-226. doi: 10.1016/j.jtcvs.2013.09.022

13. Luehr M, Salameh A, Haunschild J, et al. Minimally invasive segmental artery coil embolization for preconditioning of the spinal cord collateral network before one-stage descending and thoracoabdominal aneurysm repair. Innovations (Phila). 2014;9:60-65. doi: 10.1097/IMI.0000000000000038

14. Etz CD, Debus ES, Mohr FW, Kolbel T. First-in-man endovascular preconditioning of the paraspinal collateral network by segmental artery coil embolization to prevent ischemic spinal cord injury. J Thorac Cardiovasc Surg. 2015;149:1074-1079. doi: 10.1016/j.jtcvs.2014.12.025

15. Cheung AT, Weiss SJ, McGarvey ML, et al. Interventions for reversing delayed-onset postoperative paraplegia after thoracic aortic reconstruction. Ann Thorac Surg. 2002;74:413-419. doi: 10.1016/s0003-4975(02)03714-1

16. Khoynezhad A, Donayre CE, Smith J, et al. Risk factors for early and late mortality after thoracic endovascular aortic repair. J Thorac Cardiovasc Surg. 2008;135:1103-1109, 1109.e1-4. doi: 10.1016/j.jtcvs.2008.02.001

17. Moerman A, Van Herzeele I, Vanpeteghem C, et al. Near-infrared spectroscopy for monitoring spinal cord ischemia during hybrid thoracoabdominal aortic aneurysm repair. J Endovasc Ther. 2011;18:91-95. doi: 10.1583/10-3224.1

18. Jameson LC, Sloan TB. Monitoring of the brain and spinal cord. Anesthesiol Clin. 2006;24:777-791. doi: 10.1016/j.atc.2006.08.002

19. Messé SR, Bavaria JE, Mullen M, et al. Neurologic outcomes from high risk descending thoracic and thoracoabdominal aortic operations in the era of endovascular repair. Neurocrit Care. 2008;9:344-351. doi: 10.1007/s12028-008-9104-9

20. Cambria RP, Clouse WD, Davison JK, et al. Thoracoabdominal aneurysm repair: results with 337 operations performed over a 15-year interval. Ann Surg 2002;236:471-479. doi: 10.1097/00000658-200210000-00010

21. Alqaim M, Cosar E, Crawford AS, et al. Lumbar drain complications in patients undergoing fenestrated or branched endovascular aortic aneurysm repair: Development of an institutional protocol for lumbar drain management. J Vasc Surg. 2020;S0741-5214(20)30285-8. doi: 10.1016/j.jvs.2020.02.013

22. Kärkkäinen JM, Cirillo-Penn NC, Sen I, et al. Cerebrospinal fluid drainage complications during first stage and completion fenestrated-branched endovascular aortic repair. J Vasc Surg. 2020;71:1109-1118.e2. doi: 10.1016/j.jvs.2019.06.210

23. Cheung AT, Pochettino A, Guvakov DV, et al. Safety of lumbar drains in thoracic aortic operations performed with extracorporeal circulation. Ann Thorac Surg. 2003;76:1190-1196. doi: 10.1016/s0003-4975(03)00881-6

24. Estrera AL, Sheinbaum R, Miller CC, et al. Cerebrospinal fluid drainage during thoracic aortic repair: safety and current management. Ann Thorac Surg. 2009;88:9-15. doi: 10.1016/j.athoracsur.2009.03.039

25. Ciná CS, Abouzahr L, Arena GO,et al. Cerebrospinal fluid drainage to prevent paraplegia during thoracic and thoracoabdominal aortic aneurysm surgery: a systematic review and meta-analysis. J Vasc Surg. 2004;40:36-44. doi: 10.1016/j.jvs.2004.03.017

26. Hiratzka LF, Bakris GL, Beckman JA, et al. 2010 ACCF/AHA/AATS/ACR/ASA/SCA/SCAI/SIR/STS/SVM guidelines for the diagnosis and management of patients with thoracic aortic disease: a report of the American College of Cardiology Foundation/American Heart Association task force on practice guidelines, American Association for Thoracic Surgery, American College of Radiology, American Stroke Association, Society of Cardiovascular Anesthesiologists, Society for Cardiovascular Angiography and Interventions, Society of Interventional Radiology, Society of Thoracic Surgeons, and Society for Vascular Medicine. Circulation. 2010;121:e266-369. doi: 10.1161/CIR.0000000000000331

27. Safi HJ, Miller CC 3rd, Huynh TT, et al. Distal aortic perfusion and cerebrospinal fluid drainage for thoracoabdominal and descending thoracic aortic repair: ten years of organ protection. Ann Surg. 2003;238:372-380. doi: 10.1097/01.sla.0000086664.90571.7a

28. Coselli JS, LeMaire SA, Köksoy C, et al. Cerebrospinal fluid drainage reduces paraplegia after thoracoabdominal aortic aneurysm repair: results of a randomized clinical trial. J Vasc Surg. 2002;35:631-639. doi: 10.1067/mva.2002.122024

29. Khan SN, Stansby G. Cerebrospinal fluid drainage for thoracic and thoracoabdominal aortic aneurysm surgery. Cochrane Database Syst Rev. 2012;10:CD003635. doi: 10.1002/14651858.CD003635.pub3

30. Wong CS, Healy D, Canning C, et al. A systematic review of spinal cord injury and cerebrospinal fluid drainage after thoracic aortic endografting. J Vasc Surg. 2012;56:1438-1447. doi: 10.1016/j.jvs.2012.05.075

31. Dijkstra ML, Vainas T, Zeebregts CJ, et al. Editor's choice—spinal cord ischaemia in endovascular thoracic and thoraco-abdominal aortic repair: review of preventive strategies. Eur J Vasc Endovasc Surg. 2018;55:829-841. doi: 10.1016/j.ejvs.2018.02.002

32. Riambau V, Bockler D, Brunkwall J, et al. Editor's choice—management of descending thoracic aorta diseases: clinical practice guidelines of the European Society for Vascular Surgery (ESVS). Eur J Vasc Endovasc Surg. 2017;53:4-52. doi: 10.1016/j.ejvs.2016.06.005

33. Erbel R, Aboyans V, Boileau C, et al. 2014 ESC guidelines on the diagnosis and treatment of aortic diseases: Document covering acute and chronic aortic diseases of the thoracic and abdominal aorta of the adult. The Task Force for the Diagnosis and Treatment of Aortic Diseases of the European Society of Cardiology (ESC). Eur Heart J. 2014;35:2873-2926. doi: 10.1093/eurheartj/ehu281

34. Anwar MA, Al Shehabi TS, Eid AH. Inflammogenesis of secondary spinal cord injury. Front Cell Neurosci. 2016;10:98. doi: 10.3389/fncel.2016.00098

**Alexander S. Fairman, MD**
Department of Surgery
Hospital of the University of Pennsylvania
Philadelphia, Pennsylvania
*Disclosures: None.*

**Grace J. Wang, MD, MSCE**
Division of Vascular Surgery and Endovascular Therapy
Hospital of the University of Pennsylvania
Philadelphia, Pennsylvania
grace.wang@uphs.upenn.edu
*Disclosures: None.*

DEFENDANTS' MOTION EXHIBIT F PAGE 18

**2022 ACC Guideline for Diagnosis and Management of Aortic Disease**

**"extracted to certain sections"**

DEFENDANTS' MOTION EXHIBIT F PAGE 18

DEFENDANTS' MOTION EXHIBIT F PAGE 19



## Circulation

### ACC/AHA CLINICAL PRACTICE GUIDELINE

# 2022 ACC/AHA Guideline for the Diagnosis and Management of Aortic Disease: A Report of the American Heart Association/American College of Cardiology Joint Committee on Clinical Practice Guidelines

*Developed in collaboration with and endorsed by the American Association for Thoracic Surgery, American College of Radiology, Society of Cardiovascular Anesthesiologists, Society for Cardiovascular Angiography and Interventions, Society of Thoracic Surgeons, and Society for Vascular Surgery*

*Endorsed by the Society of Interventional Radiology and Society for Vascular Medicine*

**Writing Committee Members***

Eric M. Isselbacher, MD, MSc, FACC, Chair; Ourania Preventza, MD, MBA, Vice Chair;
James Hamilton Black III, MD, DFSVS, Vice Chair; John G. Augoustides, MD, FAHA†; Adam W. Beck, MD, DFSVS;
Michael A. Bolen, MD‡; Alan C. Braverman, MD, FACC; Bruce E. Bray, MD, FACC§; Maya M. Brown-Zimmerman, MPH||;
Edward P. Chen, MD, FAHA; Tyrone J. Collins, MD, MSCAI, FACC, FAHA, FSVM¶; Abe DeAnda Jr, MD, FAHA;
Christina L. Fanola, MD, MSc; Leonard N. Girardi, MD, FAHA#; Caitlin W. Hicks, MD, MS, FSVS**; Dawn S. Hui, MD;
William Schuyler Jones, MD, FACC††; Vidyasagar Kalahasti, MD, FACC; Karen M. Kim, MD, MS‡‡; Dianna M. Milewicz, MD, PhD;
Gustavo S. Oderich, MD; Laura Ogbechie, MSN; Susan B. Promes, MD, MBA; Elsie Gyang Ross, MD, MSc;
Marc L. Schermerhorn, MD, DFSVS§§; Sabrina Singleton Times, DHSc, MPH||||; Elaine E. Tseng, MD, FAHA;
Grace J. Wang, MD, MSCE; Y. Joseph Woo, MD, FACC, FAHA††

**AIM:** The "2022 ACC/AHA Guideline for the Diagnosis and Management of Aortic Disease" provides recommendations to guide clinicians in the diagnosis, genetic evaluation and family screening, medical therapy, endovascular and surgical treatment, and long-term surveillance of patients with aortic disease across its multiple clinical presentation subsets (ie, asymptomatic, stable symptomatic, and acute aortic syndromes).

**METHODS:** A comprehensive literature search was conducted from January 2021 to April 2021, encompassing studies, reviews, and other evidence conducted on human subjects that were published in English from PubMed, EMBASE, the Cochrane Library, CINHL Complete, and other selected databases relevant to this guideline. Additional relevant studies, published through June 2022 during the guideline writing process, were also considered by the writing committee, where appropriate.

**STRUCTURE:** Recommendations from previously published AHA/ACC guidelines on thoracic aortic disease, peripheral artery disease, and bicuspid aortic valve disease have been updated with new evidence to guide clinicians. In addition, new

---

*Writing committee members are required to recuse themselves from voting on sections to which their specific relationships with industry may apply; see Appendix 1 for detailed information. †SCA representative. ‡ACR representative. §AHA/ACC Joint Committee on Clinical Data Standards liaison. ||Lay stakeholder representative. ¶SCAI representative. #AATS representative. **ACC/AHA Joint Committee on Performance Measures liaison. ††AHA/ACC Joint Committee on Clinical Practice Guidelines liaison. ‡‡STS representative. §§SVS representative. ||||AHA/ACC staff representative.

ACC/AHA Joint Committee on Clinical Practice Guidelines Members, see page e445.

The American Heart Association requests that this document be cited as follows: Isselbacher EM, Preventza O, Black JH 3rd, Augoustides JG, Beck AW, Bolen MA, Braverman AC, Bray BE, Brown-Zimmerman MM, Chen EP, Collins TJ, DeAnda A Jr, Fanola CL, Girardi LN, Hicks CW, Hui DS, Jones WS, Kalahasti V, Kim KM, Milewicz DM, Oderich GS, Ogbechie L, Promes SB, Ross EG, Schermerhorn ML, Times SS, Tseng EE, Wang GJ, Woo YJ. 2022 ACC/AHA guideline for the diagnosis and management of aortic disease: a report of the American Heart Association/American College of Cardiology Joint Committee on Clinical Practice Guidelines. *Circulation.* 2022;146:e334–e482. doi: 10.1161/CIR.0000000000001106

© 2022 by the American College of Cardiology Foundation and the American Heart Association, Inc.

*Circulation* is available at www.ahajournals.org/journal/circ

Downloaded from http://ahajournals.org by on May 29, 2024

Isselbacher et al                                   2022 ACC/AHA Aortic Disease Guideline

**CLINICAL STATEMENTS AND GUIDELINES**

recommendations addressing comprehensive care for patients with aortic disease have been developed. There is added emphasis on the role of shared decision making, especially in the management of patients with aortic disease both before and during pregnancy. The is also an increased emphasis on the importance of institutional interventional volume and multidisciplinary aortic team expertise in the care of patients with aortic disease.

**Key Words:** AHA Scientific Statements ■ abdominal aortic aneurysm ■ aortic dissection ■ aortitis ■ aortopathy ■ bicuspid aortic valve ■ blunt traumatic aortic injury ■ cardiac surgery ■ guidelines ■ endovascular aortic repair ■ heritable thoracic aortic disease ■ intramural hematoma ■ malperfusion syndrome ■ Marfan syndrome ■ Loeys-Dietz syndrome ■ penetrating atherosclerotic ulcer ■ thoracic aortic aneurysm ■ thoracoabdominal aortic aneurysm ■ thoracic endovascular aortic repair ■ vascular surgery

Downloaded from http://ahajournals.org by on May 29, 2024

## CONTENTS

Abstract......................................... e334
Top 10 Take-Home Messages................... e336
Preamble ...................................... e337
1. Introduction .............................. e338
    1.1. Methodology and Evidence Review .... e338
    1.2. Organization of the Writing
        Committee........................... e338
    1.3. Document Review and Approval....... e339
    1.4. Scope of the Guideline .............. e339
    1.5. Class of Recommendations and
        Level of Evidence ................... e339
    1.6. Abbreviations ....................... e339
2. Normal Anatomy, Abnormal Anatomy, and
    Definitions ................................ e340
    2.1. Normal Aortic Anatomy .............. e340
    2.2. Aortic Landing Zones................ e340
    2.3. Definitions of Dilation and Aneurysm
        of the Aortic Root and Ascending
        Thoracic Aorta ...................... e341
        2.3.1. Normalizing Aortic Root and
            Ascending Aortic Diameters for
            Body Size ................... e343
    2.4. Definitions and Classification of
        Acute Aortic Syndrome (AAS)......... e345
    2.5. Classification of Thoracoabdominal
        Aortic Aneurysm (TAAA).............. e349
    2.6. Classification of Endoleaks........... e349
3. Imaging and Measurements................. e349
    3.1. Aortic Imaging Techniques to Determine
        Presence and Progression of Aortic
        Disease.............................. e349
    3.2. Conventions of Measurements ....... e352
        3.2.1. Computed Tomography........ e353
        3.2.2. Magnetic Resonance Imaging ... e353
        3.2.3. Echocardiography............. e354
        3.2.4. Intravascular Ultrasound....... e354
        3.2.5. Abdominal Ultrasound......... e355
4. Multidisciplinary Aortic Teams .............. e355
5. Shared Decision-Making.................... e357
6. Aneurysms................................ e358
    6.1. Thoracic Aortic Aneurysm (TAA)
        Causes ............................. e358
        6.1.1. Sporadic and Degenerative
            TAA....................... e361

    6.1.2. Genetic Aortopathies.......... e361
    6.1.3. BAV Aortopathy.............. e373
    6.2. AAA: Cause, Risk Factors, and
        Screening........................... e376
    6.3. Growth and Natural History of
        Aortic Aneurysms ................... e377
    6.4. Medical Management of Sporadic
        and Degenerative Aortic Aneurysm
        Disease.............................. e378
        6.4.1. Medical Therapy and Risk
            Factor Modification in
            Sporadic TAA................ e378
        6.4.2. Medical Therapy and Risk
            Factor Modification in AAA .... e380
        6.4.3. Surveillance for Medical
            Management ................ e382
    6.5. Surgical and Endovascular Management
        of Aortic Aneurysms................. e384
        6.5.1. Surgery for Sporadic Aneurysms
            of the Aortic Root and
            Ascending Aorta.............. e384
        6.5.2. Aortic Arch Aneurysms........ e387
        6.5.3. Descending TAA.............. e388
        6.5.4. Thoracoabdominal Aortic
            Aneurysms ................. e392
        6.5.5. Abdominal Aortic
            Aneurysms ................. e396
        6.5.6. Surveillance After Aneurysm
            Repair...................... e401
7. Acute Aortic Syndromes .................... e403
    7.1. Presentation ........................ e403
    7.2. AAS: Diagnostic Evaluation (Imaging,
        Laboratory Testing).................. e404
    7.3. Medical Management of AAS ......... e405
        7.3.1. Acute Medical Management
            of AAS ..................... e405
        7.3.2. Subsequent Medical Management
            of AAS ..................... e406
    7.4. Surgical and Endovascular Management
        of Acute Aortic Dissection ............ e406
        7.4.1. Acute Type A Aortic
            Dissection ................... e407
        7.4.2. Management of Acute Type B
            Aortic Dissection.............. e411
    7.5. Management of IMH ................. e412

*Circulation.* 2022;146:e334–e482. DOI: 10.1161/CIR.0000000000001106        December 13, 2022   e335

DEFENDANTS' MOTION EXHIBIT F PAGE 21

Isselbacher et al

2022 ACC/AHA Aortic Disease Guideline

CLINICAL STATEMENTS AND GUIDELINES

7.6. Management of PAU ................. e414
  7.6.1. PAU With IMH, Rupture, or Both ........................ e414
  7.6.2. Isolated PAU.................. e415
  7.6.3. PAU Open Surgical Repair Versus Endovascular Repair .......... e416
7.7. Traumatic Aortic Injury ................ e416
  7.7.1. Initial Management of Blunt Traumatic Thoracic Aortic Injury (BTTAI)...................... e416
  7.7.2. Initial Management of Blunt Traumatic Abdominal Aortic Injury (BAAI).................. e419
  7.7.3. Long-Term Management and Surveillance After Blunt Traumatic Aortic Injury (BTAI) ............ e421
7.8. Long-Term Management and Surveillance Imaging After AAS ................... e421
  7.8.1. Long-Term Surveillance Imaging After Aortic Dissection and IMH......................... e421
  7.8.2. Long-Term Management After Acute Aortic Dissection and IMH......................... e422
  7.8.3. Long-Term Management and Surveillance for PAUs ......... e422
8. Pregnancy in Patients With Aortopathy....... e423
  8.1. Counseling and Management of Aortic Disease in Pregnancy and Postpartum ........................ e423
  8.2. Delivery in Pregnant Patients With Aortopathy.......................... e424
  8.3. Surgery Before Pregnancy in Women With Aortic Disease................... e425
  8.4. Pregnancy in Patients With Aortopathy: Aortic Dissection and Aortic Surgery in Pregnancy .......................... e427
9. Other Aortic Conditions ..................... e428
  9.1. Inflammatory Aortitis: Diagnosis and Treatment of Takayasu Arteritis and Giant Cell Arteritis (GCA) ............. e428
  9.2. Infectious Aortitis.................... e432
    9.2.1. Diagnosis and Management of Infection of the Native Aorta ...................... e432
    9.2.2. Diagnosis and Management of Prosthetic Aortic Graft Infection..................... e434
  9.3. Atherosclerotic Disease............... e435
    9.3.1. Aortic Thrombus .............. e436
    9.3.2. Aortic Occlusion .............. e436
    9.3.3. Porcelain Aorta .............. e436
  9.4. Coarctation of the Aorta (CoA) and Congenital Abnormalities of the Arch .. e437
    9.4.1. Coarctation of the Aorta....... e437
    9.4.2. Other Arch Abnormalities...... e438

9.5. Tumors ............................... e441
10. Physical Activity and Quality of Life .......... e441
11. Cost and Value Considerations .............. e442
12. Evidence Gaps and Future Directions........ e443
  12.1. Biomarker Studies.................... e443
  12.2. Genetic and Nongenetic Factors ...... e443
  12.3. Biomechanics of the Aorta............ e443
  12.4. Sex, Race, and Ethnicity.............. e443
  12.5. Quality of Life in Patients With Aortic Disease............................... e444
  12.6. New Endovascular Technology ........ e444
  12.7. Optimal Exercise and Rehabilitation Protocols ............................ e444
  12.8. Equitable Care and Training Opportunities ........................ e444
References..................................... e445
Appendix 1
  Author Relationships With Industry and Other Entities (Relevant)......................... e478
Appendix 2
  Reviewer Relationships With Industry and Other Entities (Comprehensive) ................... e481

Downloaded from http://ahajournals.org by on May 29, 2024

# TOP 10 TAKE-HOME MESSAGES FOR THE DIAGNOSIS AND MANAGEMENT OF AORTIC DISEASE

1. Because outcomes for patients with aortic disease are enhanced at programs with higher volumes, experienced practitioners, and extensive management capabilities, Multidisciplinary Aortic Team care is considered in determining the appropriate timing of intervention.

2. Shared decision-making involving the patient and a multidisciplinary team is highly encouraged to determine the optimal medical, endovascular, and open surgical therapies. In patients with aortic disease who are contemplating pregnancy or who are pregnant, shared decision-making is especially important when considering the cardiovascular risks of pregnancy, the diameter thresholds for prophylactic aortic surgery, and the mode of delivery.

3. Computed tomography, magnetic resonance imaging, and echocardiographic imaging of patients with aortic disease should follow recommended approaches for image acquisition, measurement and reporting of relevant aortic dimensions, and the frequency of surveillance before and after intervention.

4. At centers with Multidisciplinary Aortic Teams and experienced surgeons, the threshold for surgical intervention for sporadic aortic root and ascending aortic aneurysms has been lowered from 5.5 cm to 5.0 cm in selected patients, and even lower in specific scenarios among patients with heritable thoracic aortic aneurysms.

Downloaded from http://ahajournals.org by on May 29, 2024

5.  In patients who are significantly smaller or taller than average, surgical thresholds may incorporate indexing of the aortic root or ascending aortic diameter to either patient body surface area or height, or aortic cross-sectional area to patient height.

6.  Rapid aortic root growth or ascending aortic aneurysm growth, an indication for intervention, is defined as ≥0.5 cm in 1 year or ≥0.3 cm per year in 2 consecutive years for those with sporadic aneurysms and ≥0.3 cm in 1 year for those with heritable thoracic aortic disease or bicuspid aortic valve.

7.  In patients undergoing aortic root replacement surgery, valve-sparing aortic root replacement is reasonable if the valve is suitable for repair and when performed by experienced surgeons in a Multidisciplinary Aortic Team.

8.  Patients with acute type A aortic dissection, if clinically stable, should be considered for transfer to a high-volume aortic center to improve survival. The operative repair of type A aortic dissection should entail at least an open distal anastomosis rather than just a simple supracoronary interposition graft.

9.  There is an increasing role for thoracic endovascular aortic repair in the management of uncomplicated type B aortic dissection. Clinical trials of repair of thoracoabdominal aortic aneurysms with endografts are reporting results that suggest endovascular repair is an option for patients with suitable anatomy.

10. In patients with aneurysms of the aortic root or ascending aorta, or those with aortic dissection, screening of first-degree relatives with aortic imaging is recommended.

## PREAMBLE

Since 1980, the American College of Cardiology (ACC) and American Heart Association (AHA) have translated scientific evidence into clinical practice guidelines with recommendations to improve cardiovascular health. These guidelines, which are based on systematic methods to evaluate and classify evidence, provide a foundation for the delivery of quality cardiovascular care. The ACC and AHA sponsor the development and publication of clinical practice guidelines without commercial support, and members volunteer their time to the writing and review efforts. Guidelines are official policy of the ACC and AHA. For some guidelines, the ACC and AHA collaborate with other organizations.

### Intended Use

Clinical practice guidelines provide recommendations applicable to patients with or at risk of developing cardiovascular disease. The focus is on medical practice in the United States, but these guidelines are relevant to patients throughout the world. Although guidelines may

be used to inform regulatory or payer decisions, the intent is to improve quality of care and align with patients' interests. Guidelines are intended to define practices meeting the needs of patients in most, but not all, circumstances and should not replace clinical judgment.

### Clinical Implementation

Management, in accordance with guideline recommendations, is effective only when followed by both practitioners and patients. Adherence to recommendations can be enhanced by shared decision-making between clinicians and patients, with patient engagement in selecting interventions on the basis of individual values, preferences, and associated conditions and comorbidities.

### Methodology and Modernization

The AHA/ACC Joint Committee on Clinical Practice Guidelines (Joint Committee) continuously reviews, updates, and modifies guideline methodology on the basis of published standards from organizations, including the Institute of Medicine,[1,2] and on the basis of internal reevaluation. Similarly, presentation and delivery of guidelines are reevaluated and modified in response to evolving technologies and other factors to optimally facilitate dissemination of information to health care professionals at the point of care.

Numerous modifications to the guidelines have been implemented to make them shorter and enhance "user friendliness." Guidelines are written and presented in a modular, "knowledge chunk" format, in which each chunk includes a table of recommendations, a brief synopsis, recommendation-specific supportive text and, when appropriate, flow diagrams or additional tables. Hyperlinked references are provided for each modular knowledge chunk to facilitate quick access and review.

In recognition of the importance of cost–value considerations, in certain guidelines, when appropriate and feasible, an analysis of value for a drug, device, or intervention may be performed in accordance with the ACC/AHA methodology.[3]

To ensure that guideline recommendations remain current, new data will be reviewed on an ongoing basis by the writing committee and staff. Going forward, targeted sections/knowledge chunks will be revised dynamically after publication and timely peer review of potentially practice-changing science. The previous designations of "full revision" and "focused update" will be phased out. For additional information and policies on guideline development, readers may consult the ACC/AHA guideline methodology manual[4] and other methodology articles.[5-7]

### Selection of Writing Committee Members

The Joint Committee strives to ensure that the guideline writing committee contains requisite content expertise

Isselbacher et al

2022 ACC/AHA Aortic Disease Guideline

CLINICAL STATEMENTS AND GUIDELINES

### 7.4.1. Acute Type A Aortic Dissection

#### 7.4.1.1. Initial Surgical Considerations in Acute Type A Aortic Dissection

**Recommendations for Initial Surgical Considerations in Acute Type A Aortic Dissection**
Referenced studies that support the recommendations are summarized in the Online Data Supplement.

| COR | LOE | Recommendations |
|-----|-----|-----------------|
| 1 | B-NR | 1. In patients presenting with suspected or confirmed acute type A aortic dissection, emergency surgical consultation and evaluation and immediate surgical intervention is recommended because of the high risk of associated life-threatening complications.[1,2] |
| 2a | B-NR | 2. In patients presenting with acute type A aortic dissection, who are stable enough for transfer, transfer from a low- to a high-volume aortic center is reasonable to improve survival.[3,4] |
| 2a | B-NR | 3. In patients presenting with nonhemorrhagic stroke complicating acute type A aortic dissection, surgical intervention is reasonable over medical therapy to reduce mortality and improve neurologic outcomes.[5,6] |

### Synopsis

Acute type A aortic dissection is a life-threatening condition because of potential sequelae, including rupture that causes cardiac tamponade, acute severe AR that causes heart failure or shock, compromised coronary artery ostia causing myocardial ischemia, or malperfusion causing end-organ ischemia or infarction, all of which can all be fatal. Suspected or diagnosed acute type A aortic dissection warrants urgent surgical evaluation, because the mortality rate of medical management alone is 2 to 3 times that of surgical intervention.[1] Data from IRAD showed that from 1995 to 2013, the surgical mortality rate decreased from 25% to 18%, while the medical mortality rate remained unchanged at 57%. Surgical intervention mitigates the immediate risk of aortic rupture/tamponade, corrects AR and myocardial ischemia, and reestablishes flow to malperfused vessels.

Nevertheless, the benefits of surgery must be weighed against the risks of the surgery itself (ie, a demanding, complex operation in patients who often are physiologically compromised). Universally recognized risk factors that increase the surgical mortality rate include shock and tamponade, neurologic or visceral malperfusion, and preoperative myocardial ischemia.[7-9] Although age is a risk factor, elderly patients still benefit from surgery, with superior immediate and midterm outcomes compared with medical therapy.[10,11] Short- and midterm outcomes can be equivalent to younger populations,[12,13] with circulatory collapse being the primary predictor of long-term survival.[14] In patients with significant contraindications to surgery, including frailty, clinical judgment may determine that the risk-benefit ratio favors medical management.

### Recommendation-Specific Supportive Text

1. The potential sequelae of acute type A aortic dissection, including myocardial infarction, acute AR, cardiac tamponade, aortic rupture, and end-organ malperfusion, are associated with high rates of morbidity and mortality. Given the acuity, unpredictability, and finality of such events, immediate evaluation for surgical intervention is warranted to reverse any ongoing physiologic compromise and mitigate the risk of fatal events. The mortality rate of unoperated acute type A aortic dissection is 1%/h,[15] and the time intervals between symptom onset, diagnosis, and surgery have a significant effect, with the highest mortality rate occurring in those undergoing surgery 8 to 12 hours after diagnosis.[16] Patients presenting with clinical indicators of severe physiologic compromise (shock, neurologic deficits, malperfusion, myocardial ischemia) mandate the most immediate consideration for repair as the only potential option for survival.

2. Patients with acute type A aortic dissection who present with hemodynamic stability have an unpredictable course because of the inability to predict eventual rupture. Although some studies have suggested that night-time surgery is associated with a higher mortality rate,[17,18] other studies have shown no diurnal difference in outcomes,[19,20] and all studies have shown no difference with weekend surgery. Surgeon and center experience and resource availability should be considered to ensure optimal outcomes. Despite an inherent delay in the start time of surgery, transfer from low- to high-volume hospitals (one that performs ≥7 aortic root, ascending aorta, or transverse arch aortic dissection repairs per year),[3] as part of regionalization of care, can result in significantly improved outcomes.[3]

3. In patients with cerebral malperfusion, survival is superior with surgery; in patients with acute type A aortic dissection and an acute stroke, the mortality rates of surgical versus medical management are 25% to 27% versus 76%, respectively.[5,21] Even more strikingly, Estrera et al showed that patients with acute type A aortic dissection who had presented with stroke had an operative mortality rate of only 7% and showed no worsening of neurologic status postoperatively.[6] Although their study and others,[6,22] have emphasized the timeliness of the aortic repair in stroke patients, with a cutoff of ~5 to 10 hours (after which neurologic outcomes declined), Fischbein et al[23] found no association between postoperative neurologic improvement and time from onset of neurologic symptoms to surgery. IRAD data revealed that cerebrovascular accident and coma resolved in 84% and 79% of patients, respectively, despite mean times to

Downloaded from http://ahajournals.org by on May 29, 2024

Isselbacher et al

2022 ACC/AHA Aortic Disease Guideline

CLINICAL STATEMENTS AND GUIDELINES

surgery of 12.3 and 13.8 hours, respectively.[24] It should be noted, however, that in 1 recent report of 11 patients with acute type A aortic dissection and complete occlusion of an internal carotid artery, all died from cerebral edema and herniation, regardless of management[25]; consequently, this particular subset of patients may not benefit from surgical intervention.

### 7.4.1.2. Management of Malperfusion

**Recommendations for Management of Malperfusion**
Referenced studies that support the recommendations are summarized in the Online Data Supplement.

| COR | LOE | Recommendations |
| --- | --- | --- |
| 1 | B-NR | 1. In patients with acute type A aortic dissection presenting with renal, mesenteric, or lower extremity malperfusion, it is recommended to proceed to immediate operative repair of the ascending aorta.[1,2] |
| 2a | C-LD | 2. In patients with acute type A aortic dissection presenting with clinically significant mesenteric (celiac, SMA) malperfusion, either immediate operative repair of the ascending aorta or immediate mesenteric revascularization via endovascular or open surgical intervention by those with this expertise before ascending aortic repair is reasonable.[3-6] |

## Synopsis

Imaging evidence of malperfusion is present in as many as 25% of patients with acute type A aortic dissection but should be distinguished from clinical evidence of end-organ ischemia, which is often referred to as malperfusion syndrome (Table 26). Malperfusion syndrome is associated with a mortality rate of 30.5%, compared with a mortality rate of only 6.2% in those without malperfusion syndrome.[2] Mortality rate correlates with the number of branch artery vessels involved[1] as well as the number of malperfused organs.[7] The combination of pulse deficits (a marker of malperfusion) and hypotension should prompt timely interventions to reestablish vital organ perfusion, because early reperfusion predicts survival.[8] The traditional approach to reestablish branch vessel perfusion has been via central aortic repair (ie, at the proximal aortic tear site). However, cardiac and visceral malperfusion portend extremely poor outcomes given the high mortality rate associated with irreversible organ damage. More recent series showed potential to improve outcomes by establishing end-organ perfusion using endovascular means, before open central aortic repair (with the timing of subsequent open repair decided on a case-by-case basis).[5,8] These procedures may be performed in a hybrid operating room if the requisite resources and personnel are available.

## Recommendation-Specific Supportive Text

1. In the presence of malperfusion, operative mortality rate correlates with the number of malperfused organs. Central aortic repair as the primary strategy to restore perfusion has reasonable results when renal malperfusion, extremity malperfusion, uncomplicated mesenteric malperfusion, or all of them is present.[9] This strategy rapidly mitigates the risk of aortic rupture and corrects any associated coronary malperfusion, AR, and the sequelae of tamponade. After central aortic repair, any residual malperfusion should be assessed with secondary interventions, as needed.

2. Mesenteric malperfusion is one of the worst complications of acute type A aortic dissection, with an associated mortality rate of 63.2%.[1] Consequently, such patients are often managed with medical therapy alone; yet, in IRAD, the nearly one-third of patients with mesenteric ischemia who were treated without intervention had an in-hospital mortality rate of 95%.[10] For patients with acute type A aortic dissection who present with clinical evidence of mesenteric ischemia, some centers[3,4] have advocated early direct reperfusion strategies (whether via endovascular or open abdominal surgery[11]), before central aortic repair; other centers continue to advocate for the traditional strategy of central aortic repair first.[1,2] Currently, data are limited to help define the best strategy. In IRAD, a surgical and hybrid strategy appears to have superior outcome to medical or endovascular therapy alone. An institution series of endovascular therapy first showed a low aortic repair operative mortality rate of 2.1%; however, only 58% of the cohort underwent open repair, with 24% dying from organ failure and 13% from aortic rupture. Moreover, an endovascular therapy first approach requires expertise in fenestration, to treat dynamic obstruction, and branch stenting, to treat static malperfusion.[5]

**Table 26. Clinical Evidence of Malperfusion ("Malperfusion Syndrome")**

| End Organ | Clinical Findings |
| --- | --- |
| Cardiac | Electrocardiographic changes of ischemia or infarction, troponin elevation, myocardial dysfunction |
| Cerebral | Stroke and neurologic deficits, coma and altered mental status |
| Spinal | Paraplegia |
| Mesenteric | Abdominal pain, bowel ischemia, lactic acidosis, elevation of liver function test results |
| Renal | Acute kidney injury, oliguria |
| Extremity | Loss of pulses in ≥1 extremity, sensory or motor dysfunction |

Downloaded from http://ahajournals.org by on May 29, 2024

Circulation. 2022;146:e334–e482. DOI: 10.1161/CIR.0000000000001106

Downloaded from http://ahajournals.org by on May 29, 2024

### 7.4.1.3. Surgical Repair Strategies in Acute Type A Aortic Dissection

| COR | LOE | Recommendations |
|-----|-----|-----------------|
| Recommendations for Surgical Repair Strategies in Acute Type A Aortic Dissection. Referenced studies that support the recommendations are summarized in the Online Data Supplement. | | |
| Aortic Repair Strategies | | |
| 1 | B-NR | 1. In patients with acute type A aortic dissection and a partially dissected aortic root but no significant aortic valve leaflet pathology, aortic valve resuspension is recommended over valve replacement.[1-5] |
| 1 | B-NR | 2. In patients with acute type A aortic dissection who have extensive destruction of the aortic root, a root aneurysm, or a known genetic aortic disorder, aortic root replacement is recommended with a mechanical or biological valved conduit.[6-9] |
| 2b | C-LD | In selected patients who are stable, valve-sparing root repair may be reasonable, when performed by experienced surgeons in a Multidisciplinary Aortic Team.[10,11] |
| 1 | B-NR | 3. In patients with acute type A aortic dissection undergoing aortic repair, an open distal anastomosis is recommended to improve survival and increase false-lumen thrombosis rates.[12-15] |
| 1 | B-NR | 4. In patients with acute type A aortic dissection without an intimal tear in the arch or a significant arch aneurysm, hemiarch repair is recommended over more extensive arch replacement.[16-18] |
| 2b | C-LD | 5. In patients with acute type A aortic dissection and a dissection flap extending through the arch into the descending thoracic aorta, an extended aortic repair with antegrade stenting of the proximal descending thoracic aorta may be considered to treat malperfusion and reduce late distal aortic complications.[19,20] |
| Perfusion and Cannulation Strategies | | |
| 2a | B-NR | 6. In patients with acute type A aortic dissection undergoing surgical repair, axillary cannulation, when feasible, is reasonable over femoral cannulation to reduce the risk of stroke or retrograde malperfusion.[21,22] |
| 2a | B-NR | 7. In patients with acute type A aortic dissection undergoing surgical repair who require circulatory arrest, cerebral perfusion is reasonable to improve neurologic outcomes.[23-25] |
| 2a | B-NR | 8. In patients with acute type A aortic dissection undergoing surgical repair, direct aortic[26,27] or innominate artery[28] cannulation with imaging guidance is reasonable as an alternative to femoral or axillary cannulation.[29-31] |

### Synopsis

To reduce the risk of late aortic complications, surgical resection should include the tear site, any aneurysmal aorta, and the proximal-most extent of the dissection. A nonresected primary tear is a risk factor for reoperation.[32] A more extensive replacement that involves the aortic root, arch, or both adds operative complexity, ischemic time, and potentially circulatory arrest time but may reduce the risk of future aortic dilation, aortic insufficiency, or repeat dissection. An individualized approach to aortic root management is based on pathology and general condition. Younger patients are more likely to have proximal extension or root involvement and may have greater potential for late complications, given their longer life expectancy. VSRR has been described with excellent outcomes, but long-term reoperative risk is a concern.[33]

Similarly, untreated aortic arch or descending thoracic aortic tissue may be at risk of aneurysmal enlargement and the need for reintervention, particularly with acute type A aortic dissection that extends into the descending thoracic aorta. An open distal anastomosis allows direct arch inspection for intimal tears and resection of the lesser curve of the arch (ie, hemiarch technique) without increased operative death.[12,13,34] In-hospital death is lower with hemiarch repair than with total arch replacement. Antegrade stenting of the proximal descending thoracic aorta may promote false-lumen thrombosis and positive remodeling,[35-37] but long-term aortic-related data are scarce.

Involvement of the aortic arch by the aortic dissection can influence both interventional strategies and clinical outcomes. Various interventional approaches, such as extended open arch replacement (with or without a frozen elephant trunk),[44] hybrid techniques, or endovascular stenting have been described.[38-40] Aortic arch exclusion with emerging endovascular stents graft devices is a field in evolution.

### Recommendation-Specific Supportive Text

1. Most single-center retrospective studies and an IRAD study found no difference in perioperative mortality or survival when comparing root replacement with a more limited root repair or supracommissural replacement.[2,5,7,41,42] However, a standardized and structured algorithmic approach showed a mortality rate of only 8.1% with aortic valve resuspension as the preferred approach, whenever feasible, compared with 23.1% with root replacement.[43] Studies on freedom from reoperation are mixed,[1,7,41,44-46] but 2 meta-analyses have shown excellent long-term durability of aortic valve resuspension, with reoperation rates 1.4% to 2.1% per patient-year and low thromboembolism and bleeding rates (1.4%/patient-year).[3,4]

2. An aneurysmal root at the time of acute type A aortic dissection repair is at long-term risk of

CLINICAL STATEMENTS AND GUIDELINES

CLINICAL STATEMENTS AND GUIDELINES

Downloaded from http://ahajournals.org by on May 29, 2024

progressive root dilation, secondary aortic insufficiency, and the need for reoperation. Specifically, an aortic root diameter of >4.5 cm has been shown to be a risk factor for late reintervention.[6] A valved conduit is one option for root replacement but, if the aortic valve leaflet quality is good, the aortic insufficiency is primarily attributable to sinus dilation, and the surgeon is experienced in VSRR, a VSRR may be reasonable for younger patients.

3. In the development of the IRAD risk score, right hemiarch replacement was an independent predictor for a favorable surgical outcome.[15] NORCAAD (Nordic Consortium for Acute Type A Aortic Dissection) found that the open-distal technique was associated with better short- and midterm survival than the clamp-on technique, although it was also associated with greater rates of cerebrovascular complications.[12] Lawton et al[14] found superior survival when all 3 components—no cross-clamp use, deep hypothermic circulatory arrest, and only antegrade perfusion after aortic perfusion—were used, compared with the absence of any of these components. Open distal anastomosis is also associated with higher rates of complete false-lumen thrombosis.[13]

4. Single-institution study findings that total arch replacement (TAR) is safe and promotes aortic remodeling[47,48] have not been resulted in larger studies. GERAADA (German Registry for Acute Aortic Dissection Type A) found a trend toward lower mortality rates with hemiarch versus TAR (18.7% versus 25.7%; $P$=0.07); higher rates of excessive bleeding and rethoracotomy in the total arch group; and, in patients without preoperative neurologic deficits, lower mortality rates for hemiarch than TAR (14.1% versus 24%, respectively; $P$=0.02).[49] A n STS database study of 12 years of acute type A aortic dissection repairs showed significantly lower operative death with hemiarch than with TAR (16% versus 27%; $P$<0.001).[50] Two meta-analyses have found significantly lower mortality rates with partial compared with TAR.[16,18] Across 3 meta-analyses, the long-term freedom from aortic reoperation does not appear to be necessarily superior with TAR.[16-18]

5. Comparative data on use of antegrade stenting of the descending thoracic aorta in the setting of surgical acute type A aortic dissection repair are limited. In several noncomparative meta-analyses, the mortality rate was ~8% to 12%, the stroke rate was 5% to 7%, and the SCI rate was 2% to 3.5%.[36,51,52] False-lumen thrombosis rates appear favorable,[35] but the reintervention rate was not zero, and the long-term benefit for aortic reoperation or aortic-related mortality remained undefined.

In a series that included 19 patients with DeBakey type I acute type A aortic dissection and clinical malperfusion, antegrade stenting was associated with resolution of malperfusion in 16 patients (84.2%).[19] In patients requiring total arch replacement, a frozen elephant trunk has higher adverse events in acute type A aortic dissection than in elective repairs. The stent length should be <15 cm and, to avoid SCI, coverage should not extend to T8.[53]

6. An STS database study[50] and 2 meta-analyses[21,22] have found an increased risk of stroke and short-term mortality with femoral compared with axillary cannulation. However, femoral cannulation is more expedient and is considered the primary arterial site in patients with hemodynamic instability mandating immediate cannulation, or with anatomic features precluding axillary cannulation. If initial femoral cannulation is required for these reasons, it is recommended to centrally canulate after the distal anastomosis has been completed, to maximize reestablishment of true lumen flow.

7. Some form of cerebral perfusion, whether antegrade or retrograde, has been shown to improve neurologic outcomes, when compared with deep hypothermic circulatory arrest alone.[23] Antegrade cerebral perfusion is associated with both lower long-term mortality rates and neurologic dysfunction rates. Unilateral and bilateral antegrade cerebral perfusion appear to have similar outcomes, except in cases of prolonged circulatory arrest (>30–50 minutes), in which case bilateral antegrade cerebral perfusion may be advantageous.[24,54-56]

8. Several series for surgery for acute type A aortic dissection have reported direct aortic cannulation using a TEE-guided Seldinger technique. When performed correctly, this technique has the benefit of rapid establishment of cardiopulmonary bypass with true lumen flow. However, when the patient is stable, its safety relative to axillary cannulation is controversial,[57] because stroke rates with this technique are as high as 20% in some series.[29] Rosinski et al found that patients undergoing direct aortic cannulation were more hemodynamically unstable and had more extended repairs; however, even in multivariable logistic regression, it was associated with a higher risk of stroke (OR, 2.3; 95% CI, 1.05–5.1) Further, cerebral perfusion by some means other than axillary perfusion will be required for longer circulatory arrest cases. Innominate artery cannulation is another option that provides access for antegrade cerebral perfusion and appears to be safe in acute type A aortic dissection.[58-60]

Isselbacher et al

2022 ACC/AHA Aortic Disease Guideline

CLINICAL STATEMENTS AND GUIDELINES

### 7.4.2. Management of Acute Type B Aortic Dissection

| COR | LOE | Recommendations |
|---|---|---|
| header | | **Recommendations for the Management of Acute Type B Aortic Dissection** <br> **Referenced studies that support the recommendations are summarized in the** Online Data Supplement. |
| 1 | B-NR | 1. In all patients with uncomplicated acute type B aortic dissection, medical therapy is recommended as the initial management strategy.[1-3] |
| 1 | C-LD | 2. In patients with acute type B aortic dissection and rupture or other complications (Table 27), intervention is recommended.[4-6] |
| 1 | C-EO | In patients with rupture, in the presence of suitable anatomy, endovascular stent grafting, rather than open surgical repair, is recommended. |
| 2a | C-LD | In patients with other complications, in the presence of suitable anatomy, the use of endovascular approaches, rather than open surgical repair, is reasonable.[4-6,7] |
| 2b | B-R | 3. In patients with uncomplicated acute type B aortic dissection who have high-risk anatomic features (Table 28), endovascular management may be considered.[8,9] |

### Synopsis

Although acute complicated type B aortic dissection historically has been treated with open repair, endovascular therapy has largely supplanted open repair given lower morbidity and mortality rates. Additionally, optimal medical management was associated with a 30-day mortality rate of 10% and midterm mortality rate of approximately 30%. The introduction of endovascular techniques has resulted in significantly lower morbidity and mortality rates when compared with optimal medical management, reported in small randomized trials including ADSORB (Acute Dissection: Stent graft OR Best medical therapy)[8] and INSTEAD (Investigation of Stent Grafts in Patients with Type B Aortic Dissection)[10]; to date, there has not been a large RCT comparing open versus endovascular repair for either complicated or uncomplicated type B aortic dissection.

### Recommendation-Specific Supportive Text

1. Those patients with type B aortic dissection generally have better survival than those with type A aortic dissection. In the acute uncomplicated setting, medical management is the first mode of therapy for type B aortic dissection. A review of the IRAD database showed overall in-hospital mortality rate of 13%, with those requiring open repair having higher mortality rates compared with those managed with optimal medical management and percutaneous intervention (32.1% versus 9.6% versus 6.5%, respectively; $P<0.0001$).[1] Without

**Table 27.** Consensus Features of Complicated Acute Type B Aortic Dissection

| Feature | Comment |
|---|---|
| Aortic rupture[1] | This can be either free or contained (including hemothorax, increasing periaortic hematoma, or both; or mediastinal hematoma) and should be addressed promptly. |
| Branch artery occlusion and malperfusion[2] | Complete or partial occlusion of a major branch, with or without clinical evidence of ischemia; this includes visceral, renal, and peripheral arterial branches. |
| Extension of dissection[3] | Extension of the dissection flap either distally or proximally (ie, retrograde type A dissection) |
| Aortic enlargement | Progressive enlargement of the true, false, or both lumens while in the acute phase may require prompt intervention. |
| Intractable pain[15] | |
| Uncontrolled hypertension[15] | |

**Table 28.** High-Risk Features in Uncomplicated Acute Type B Aortic Dissection[9]

| **High-Risk Imaging Findings** |
|---|
| Maximal aortic diameter >40 mm |
| False-lumen diameter >20–22 mm |
| Entry tear >10 mm |
| Entry tear on lesser curvature |
| Increase in total aortic diameter of >5 mm between serial imaging studies |
| Bloody pleural effusion |
| Imaging-only evidence of malperfusion |
| **High-Risk Clinical Findings** |
| Refractory hypertension despite >3 different classes of antihypertensive medications at maximal recommended or tolerated doses |
| Refractory pain persisting >12 h despite maximal recommended or tolerated doses |
| Need for readmission |

intervention, risk factors for early death include shock, evidence of malperfusion, and age[1-3] and can be grouped together with uncontrollable hypertension, pain, and continued growth or extension of the dissection as a complicated type B aortic dissection.

2. Patients presenting with complicated acute type B aortic dissection (Table 27), or developing such features after initial presentation, have an increased risk of morbidity and death, and urgent or emergency intervention may be required. For rupture, rapid coverage of the affected region of the descending aorta may be lifesaving and does not preclude subsequent further endovascular or open repair. This is an important consideration in those patients with genetically triggered aortic diseases (eg, Marfan syndrome, Loeys-Dietz syndrome). Cambria et al[11]

Downloaded from http://ahajournals.org by on May 29, 2024

DEFENDANTS' MOTION EXHIBIT F PAGE 28

Isselbacher et al

2022 ACC/AHA Aortic Disease Guideline

CLINICAL STATEMENTS AND GUIDELINES

Downloaded from http://ahajournals.org by on May 29, 2024

reviewed the outcomes for AAS managed with TEVAR compared with historic controls and found a 1-year survival rate of 79% for acute type B aortic dissection treated endovascularly. A subsequent single-arm study of patients treated with TEVAR found a 30-day mortality rate of 8% and 1-year survival rate of 88%.[4] The VIRTUE Registry investigators[5] found a benefit to early intervention but with reintervention rates of 20% to 39%. The RESTORE Patient Registry had similar results.[6] Fenestration may be required if TEVAR alone does not correct the malperfusion, and visceral or renal artery stenting may also be required. When intervention is an emergency, TEVAR has a significantly lower morbidity and in-hospital mortality rates compared with open repair, with the greatest advantage among older patients.[12]

3.  With medical management of uncomplicated type B aortic dissection still having a 30-day mortality rate of 10% and a decreased long-term survival, interest remains in determining if early endovascular intervention might reduce the risk of downstream complication or negative aortic remodeling, particularly in patients with high-risk features. In the ADSORB trial,[8] which compared optimal medical management vs. optimal medical management plus TEVAR, there were no early deaths in either group and, at 1-year follow-up, there was just 1 death in the TEVAR group. TEVAR was superior to optimal medical management alone with significant differences in incomplete or no false-lumen thrombosis, aortic dilation, and rupture, but the primary clinical benefits are unknown. In the INSTEAD-XL (Investigation of Stent-grafts in Aortic Dissection) trial,[13] in patients with uncomplicated type B aortic dissection, prophylactic TEVAR plus optimal medical was associated with improved 5-year aorta-specific survival and delayed disease progression. As the long-term mortality rate for type B aortic dissection that is managed medically and is strongly related to aortic events, the findings from the ADSORB and INSTEAD-XL trials appear promising, but larger trials with longer-term data are still needed. What remains unknown is the optimal timing for TEVAR.[14] Features associated with an increased need for future intervention are summarized in Table 28.[9]

## 7.5. Management of IMH

| COR | LOE | Recommendations |
|---|---|---|
| **Recommendations for Management of IMH**<br>**Referenced studies that support the recommendations are summarized in the Online Data Supplement.** | | |
| 1 | B-NR | 1.  In patients with complicated (Table 29) acute type A or type B aortic IMH, urgent repair is recommended.[1-3] |

**Recommendations for Management of IMH (Continued)**

| COR | LOE | Recommendations |
|---|---|---|
| 1 | B-NR | 2.  In patients with uncomplicated acute type A IMH, prompt open surgical repair is recommended.[1,4-6] |
| 2b | C-LD | In selected patients with uncomplicated acute type A IMH who are at increased operative risk and do not have high-risk imaging features (Table 30), an initial or expectant approach of medical management may be considered.[6-12] |
| 1 | B-NR | 3.  In patients with uncomplicated acute type B IMH, medical therapy as the initial management strategy is recommended.[1-3,13] |
| 2a | C-LD | 4.  In patients with type B IMH who require repair of the distal aortic arch or descending thoracic aorta (zones 2-5) and have favorable anatomy, endovascular repair is reasonable when performed by surgeons with endovascular expertise.[2,14] |
| 2a | C-LD | 5.  In patients with type B IMH who require repair of the distal aortic arch or descending thoracic aorta (zones 2-5) and have unfavorable anatomy for endovascular repair, open surgical repair is reasonable.[2,3] |
| 2b | C-LD | 6.  In patients with uncomplicated type B IMH and high-risk imaging features (Table 30), intervention may be reasonable.[13-16] |

## Synopsis

Aortic IMH is a distinct pathologic entity from aortic dissection and PAU. It is characterized by hemorrhage within the media of the aortic wall and may occur with or without intimal disruption. Radiographically, IMH appears as a high-attenuation crescentic or circumferential thickening of the aorta on noncontrast imaging, with absence of blood flow through a false lumen on contrast imaging. IMH occurs more commonly in the descending thoracic aorta (60%) than in the ascending aorta (30%) or aortic arch (10%).[1] Classification is the same as is used for acute aortic dissection. Symptoms at presentation are similar to aortic dissection, but patients tend to be older and more often have hypertension and atherosclerosis.[1,2] Malperfusion can occur but less frequently than in aortic dissection.[1,2] IMH can progress to aortic enlargement, aortic dissection, or aortic rupture; alternatively, the hematoma can sometimes be resorbed.[3] Of patients presenting with AAS, the proportion who have IMH varies based by region, with reports of 6% to 23% in North America and Europe[1,6] versus 26% to 44% in Asia.[4,5,12]

**Table 29.  Features of Complicated IMH**

| Feature |
|---|
| Malperfusion |
| Periaortic hematoma |
| Pericardial effusion with cardiac tamponade |
| Persistent, refractory, or recurrent pain |
| Rupture |

IMH indicates intramural hematoma.

*Circulation*. 2022;146:e334–e482. DOI: 10.1161/CIR.000000000001106