# EXHIBIT G

| KEVIN WELCH CHART OF BLOOD PRESSURE MAP – June 17-19 – Exhibit G | | | |
|---|---|---|---|
| | | | |
| **MAP, A-Line 2** | **06/19/2022** | 23:45 | 81 |
| | | 23:00 | 94 |
| **MAP, Automated** | | 22:00 | 114 |
| **MAP, A-Line 2** | | 22:00 | 100 |
| | | 21:25 | 92 |
| **MAP, Automated** | | 21:00 | 106 |
| | | 20:40 | 113 |
| | | 19:00 | 106 |
| | | 18:00 | 105 |
| **MAP, A-Line 2** | | 19:00 | 78 |
| | | 18:00 | 85 |
| **MAP, Automated** | | 17:00 | 117 |
| | | 16:20 | 115 |
| **MAP, A-Line 2** | | 17:00 | 105 |
| | | 16:40 | 85 |
| | | 16:20 | 96 |
| **MAP, Automated** | | 15:00 | 97 |
| **MAP, A-Line 2** | | 15:46 | 89 |
| | | 14:21 | 84 |
| **MAP, Automated** | | 14:00 | 139 |
| | | 13:00 | 140 |
| | | 12:00 | 96 |
| | | 11:00 | 85 |
| **MAP, A-Line 2** | | 13:00 | 93 |
| | | 12:00 | 89 |
| | | 11:00 | 105 |
| **MAP, Automated** | | 10:00 | 116 |
| | | 9:20 | 116 |
| **MAP, A-Line 2** | | 10:00 | 100 |
| | | 9:16 | 98 |
| **MAP, Automated** | | 8:00 | 99 |
| | | 7:10 | 89 |
| **MAP, A-Line 2** | | 8:00 | 87 |
| **MAP, Automated** | | 6:00 | 92 |
| | | 5:00 | 91 |
| **MAP, A-Line 2** | | 6:00 | 76 |
| | | 5:00 | 76 |
| **MAP, Automated** | | 4:30 | 84 |
| **MAP, A-Line 2** | | 4:07 | 81 |
| **MAP, Automated** | | 4:00 | 95 |
| **MAP, A-Line 2** | | 3:33 | 81 |
| **MAP, Automated** | | 3:00 | 94 |
| | | 2:00 | 76 |
| | | 1:21 | 88 |

| | | | |
|---|---|---|---|
| **MAP, A-Line 2** | | 2:00 | 82 |
| **MAP, Automated** | | 00:04 | 85 |
| **MAP, A-Line 2** | | 1:00 | 80 |
| | | 00:01 | 83 |
| **MAP, A-Line 2** | **06/18/2022** | 23:00 | 80 |
| **MAP, Automated** | | 22:00 | 93 |
| **MAP, A-Line 2** | | 22:00 | 87 |
| | | 21:13 | 79 |
| **MAP, Automated** | | 20:03 | 89 |
| **MAP, A-Line 2** | | 20:14 | 81 |
| | | 20:00 | 84 |
| **MAP, Automated** | | 19:00 | 104 |
| | | 18:30 | 95 |
| | | 18:00 | 102 |
| **MAP, A-Line 2** | | 19:00 | 87 |
| | | 18:30 | 76 |
| | | 18:00 | 82 |
| **MAP, Automated** | | 17:30 | 96 |
| | | 17:00 | 98 |
| **MAP, A-Line 2** | | 17:30 | 77 |
| | | 17:00 | 78 |
| **MAP, Automated** | | 165:30 | 100 |
| | | 16:00 | 103 |
| | | 15:31 | 106 |
| **MAP, A-Line 2** | | 16:30 | 86 |
| | | 16:00 | 87 |
| | | 15:31 | 85 |
| **MAP, Automated** | | 15:00 | 101 |
| | | 14:30 | 100 |
| **MAP, A-Line 2** | | 15:30 | 85 |
| | | 15:00 | 81 |
| | | 14:30 | 81 |
| **MAP, Automated** | | 14:00 | 103 |
| | | 13:30 | 115 |
| **MAP, A-Line 2** | | 14:00 | 87 |
| | | 13:30 | 98 |
| | | 13:00 | 106 |
| | | 12:30 | 95 |
| | | 12:09 | 89 |
| **MAP, Automated** | | 12:00 | 107 |
| | | 11:30 | 102 |
| | | 11:00 | 103 |
| **MAP, A-Line 2** | | 12:00 | 102 |
| | | 11:30 | 93 |
| | | 11:00 | 93 |
| **MAP, Automated** | | 10:30 | 109 |

4871-2353-1763 v.1

|  |  | 10:00 | 102 |
|---|---|---|---|
|  |  | 9:31 | 115 |
| MAP, A-Line 2 |  | 10:30 | 95 |
|  |  | 10:00 | 92 |
|  |  | 9:31 | 106 |
| MAP, Automated |  | 9:00 | 109 |
|  |  | 8:30 | 110 |
|  |  | 7:30 | 109 |
|  |  | 7:28 | 84 |
| MAP, A-Line 2 |  | 7:30 | 6 (error) |
|  |  | 7:28 | 92 |
|  |  | 7:00 | 95 |
|  |  | 6:37 | 99 |
| MAP, Automated |  | 6:26 | 92 |
| MAP, A-Line 2 |  | 6:26 | 136 |
|  |  | 5:00 | 94 |
|  |  | 4:00 | 86 |
|  |  | 3:04 | 94 |
|  |  | 2:19 | 93 |
| MAP, Automated |  | 1:01 | 84 |
| MAP, A-Line2 |  | 1:44 | 97 |
|  |  | 00:01 | 86 |
|  |  | 00:00 | 86 |
| MAP, Automated | 06/17/2022 | 23:01 | 93 |
|  |  | 22:00 | 93 |
| MAP, A-Line 2 |  | 23:00 | 106 |
|  |  | 22:00 | 86 |
| MAP, Automated |  | 21:00 | 102 |
|  |  | 20:00 | 90 |
|  |  | 19:00 | 103 |
| MAP, A-Line 2 |  | 21:00 | 90 |
|  |  | 20:00 | 82 |
|  |  | 19:00 | 95 |
| MAP, Automated |  | 18:00 | 91 |
| MAP, A-Line 2 |  | 18:00 | 84 |
| MAP, Automated |  | 17:00 | 86 |
|  |  | 16:00 | 89 |
|  |  | 15:00 | 91 |
| MAP, A-Line 2 |  | 17:00 | 80 |
|  |  | 16:00 | 82 |
|  |  | 15:00 | 88 |
| MAP, Automated |  | 14:01 | 99 |
| MAP, A-Line 2 |  | 14:04 | 91 |
| MAP, Automated |  | 13:01 | 99 |
|  |  | 12:00 | 92 |

DEFENDANTS' MOTION EXHIBIT G PAGE 4

| MAP, A-Line 2 | | 13:00 | 119 |
|---|---|---|---|
| | | 12:00 | 96 |
| | | 11:00 | 96 |
| | | 10:00 | 108 |
| | | 9:00 | 77 |
| | | 8:00 | 82 |
| | | 7:00 | 84 |
| MAP, Automated | | 6:00 | 83 |
| | | 5:00 | 87 |
| MAP, A-Line 2 | | 6:00 | 81 |
| | | 5:00 | 81 |
| MAP, Automated | | 4:00 | 86 |
| | | 3:30 | 85 |
| MAP, A-Line 2 | | 4:00 | 84 |
| | | 3:30 | 82 |
| MAP, Automated | | 2:00 | 87 |
| | | 1::00 | 81 |
| MAP, A-Line 2 | | 2:00 | 82 |
| | | 1::00 | 78 |
| MAP, Automated | | 00:00 | 80 |

4871-2353-1763 v.1