**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

**SHANA HARGROVE**

    PLAINTIFF

VS-

**MEDSTAR WASHINGTON HOSPITAL,
CENTER, ET AL**

    DEFENDANT

Civil Case No.: 1:23-CV-03381-RJL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### <u>ORDER</u>

Upon consideration of Defendants' Motion to Exclude the Opinions of Dr. Elakil on

Causation and Damages and Plaintiff's Opposition to  Defendants' Motion to Exclude the

Opinions of Dr. Elakil on Causation and Damages,  it is on this _____ day of

_____, 20___ hereby ordered that Defendants' Motion

is DENIED.

_____

Judge,
United States District Court for the District of
Columbia