**Washington Hospital Center**

MedStar Health

Patient: **WELCH, KEVIN**

MRN: WHC-000003324570

FIN: WHC-00051030872

Date of Service: 6/14/2022

Attending Provider: Alassar,MD PhD,Aiman

DOB/Age/Sex: 3/14/1980   42 years            Male

## *Procedure/Operative Documentation*

DOCUMENT NAME:                                 Operative Report
PERFORM INFORMATION:                           Alassar,MD PhD,Aiman (6/14/2022 20:56 EDT)
RESULT STATUS:                                 Modified
SERVICE DATE/TIME:                             6/14/2022 20:44 EDT
SIGN INFORMATION:                              Alassar,MD PhD,Aiman (6/14/2022 21:24 EDT); Alassar,MD
                                               PhD,Aiman (6/14/2022 21:02 EDT); Alassar,MD PhD,Aiman
                                               (6/14/2022 20:56 EDT)

DATE OF SURGERY: 06/14/2022

OPERATION: Type A aortic dissection repair
Hemi-arch replacement
Ascending aorta replacement
Aortic valve resuspension
Reconstruction of sinotubular junction
Circulatory arrest with RCP

Right femoral artery cannulation. Closure with 2 proglides
TTE
Insertion of left femoral arterial line

SURGEON: Aiman Alassar, MD, PhD

ASSISTANT: Carillo, A
 D Salazar, J Block
ANESTHESIA: General endotracheal.

PREOP DIAGNOSIS: Acute Type A Dissection, _

POSTOP DIAGNOSIS: Same

SPECIMENS REMOVED: Ascending aorta

URINE OUTPUT/IV FLUIDS/ESTIMATED BLOOD LOSS:  Per anesthesia record.

COMPLICATIONS:  None.

OPERATIVE FINDINGS:

PRE-BYPASS LVEF: %55
POST-BYPASS LVEF: %55

PRE-BYPASS RV:good
POST-BYPASS RV:good

**Report Request ID:**                 Page 1 of 5                          **Print Date/Time:**
441336654                                                                   10/26/2022 10:56
                                                                            EDT
This report is confidential medical information. The unauthorized disclosure of this information may subject you to civil and criminal penalties.
**www.medstarhealth.org**

## Washington Hospital Center

Patient:  **WELCH, KEVIN**                                        Date of Service:   6/14/2022
MRN:    WHC-000003324570                          Attending Provider:   Alassar,MD PhD,Aiman
FIN:     WHC-00051030872
DOB/Age/Sex: 3/14/1980   42 years                    Male

---

## *Procedure/Operative Documentation*

CPB TIME: 182 minutes

CROSS CLAMP TIME: 112minutes

CIRCULATION ARREST TIME: 22 minutes (RCP at 28 degree)

PROCEDURE:  The patient was correctly identified and brought to the operating room.  A preinduction pause was performed in accordance with hospital regulations.  General anesthesia was induced and appropriate lines were placed.  The chest was prepped and draped in standard surgical fashion. Median sternotomy was performed.The heart suspended in a pericardial well. The ascending aorta and arch were dissected free.

The patient was fully heparinized. The right atrial appendage was cannulated for venous drainge. The right femoral artery was cannulated with 17fr cannula using seldinger technique. A retrograde coronary sinus catheter was placed along with an LV vent via the right superior pulmonary vein. CPB was initiated with cooling to 28 degrees C. The cross clamp was applied and retrograde cardioplegia administered. Ice was applied and arrest achieved. The aorta was transected and resected down to the STJ. The root intima remained intact with a normal appearing valve which was resuspended. When appropriately cool, circulatory arrest with RCP was initiated. A neo-media was created with teflon strip to reconstruct the aorta and the hemiarch replacement was performed with the 30mm Gelweave graft. The sidearm was connected to the CPB arterial circuit, the head placed down, and the system de-aired before resuming whole body CPB. Rewarming was initiated after 10 minutes. The graft was cut to length and the proximal anastamosis was performed. A root vent was then placed.

The patient was placed in Trendelenburg position and de-airing manuevers performed. The cross clamp was removed. After adequate reperfusion the patient weaned from CPB. TEE demonstrated good biventricular  function, a competent aortic valve, and all air evacuated. The patient was therefore decannulated and protamine administered. Hemostasis was achieved. The side arm of the aortic graft was clipped and tied. Right femoral artery was closed using 2 proglides.

Atrial and ventricular pacing wires were placed along with chest drains. The sternum and incision were closed in the standard fashion.

The patient was transported to the ICU in critical but stable condition.

I was present for the critical portions of the procedure as described.

_____
_____

**STS Data**
1. STS Risk score was discussed with patient: Yes
2. PA Systolic:
3. Status: Emergent
4. Reason for urgent / emergent: Aortic Dissection
5. Coronary disease
   a. Left main_
   b. LAD _
   c. Circumflex _
   d. Ramus_
   e. RCA_
6. Condition of aorta altered plan: No
7. Preop diagnosis: Other

---

This report is confidential medical information. The unauthorized disclosure of this information may subject you to civil and criminal penalties.

**www.medstarhealth.org**

## Washington Hospital Center

Patient: **WELCH, KEVIN**                                    Date of Service:   6/14/2022
MRN:    WHC-000003324570                          Attending Provider:   Alassar,MD PhD,Aiman
FIN:    WHC-00051030872
DOB/Age/Sex: 3/14/1980   42 years                        Male

---

### *Procedure/Operative Documentation*

AORTIC VALVE

Aortic stenosis: _
Degree of stenosis: _
Valve area:
Mean gradient:
Velocity:

Aortic insufficiency: _

Aortic disease etiology

_

Replacement or Repair technique

_

MITRAL VALVE

Stenosis: _
Valve area:
Mean Gradient:

Regurgitation: _
Mitral disease lesion: _

 If Repair

_
If leaflet resection: _

If surgical prosthetic valve intervetnion: _

If Replacement

_

TRICUSPID VALVE

Insufficiency: _
Stenosis: _
Annular Diameter:

Disease etiology: _

Procedure performed if repair: _

PULMONIC VALVE

---

**Report Request ID:**                          Page 3 of 5                          **Print Date/Time**
441336654                                                                                10/26/2022 10:56
                                                                                         EDT
This report is confidential medical information. The unauthorized disclosure of this information may subject you to civil and criminal penalties.

**www.medstarhealth.org**

## Washington Hospital Center

Patient: **WELCH, KEVIN**                           Date of Service:  6/14/2022
MRN:     WHC-000003324570                   Attending Provider:   Alassar,MD PhD,Aiman
FIN:     WHC-00051030872
DOB/Age/Sex: 3/14/1980   42 years                    Male

---

## *Procedure/Operative Documentation*

Insufficiency: _
Stenosis: _
Mean Gradient:

Disease etiology: _

AORTIC SURGERY

ANEURYSM

Etiology: _
Type: _
Rupture: _
Location: _
Asymmetric root dilation: _
SOV Aneurysm: _
Ascending asymmetry: _

DISSECTION

Timing:Acute
Date of onset:06/14/22
Primary tear location: STJ to Midascending
Distal extension:
LE Motor function: No deficit
LE Sensory Deficit: No
Malperfusion: _

Diameter of treated segments
Annulus:25
Sinus:3.5
STJ:3.5
Midascending:4
Distal Zone 0:
Zone 1:
Zone 2:

ARRYTHMIA SURGERY

Ablation Device: _
LAA Amputation: _
Left atrial territory:
Right atrial territory:

Rhythm at completion:_

This report is confidential medical information. The unauthorized disclosure of this information may subject you to civil and criminal penalties.
**www.medstarhealth.org**

## Washington Hospital Center

Patient:  **WELCH, KEVIN**                                    Date of Service:   6/14/2022
MRN:    WHC-000003324570                          Attending Provider:   Alassar,MD PhD,Aiman
FIN:     WHC-00051030872
DOB/Age/Sex: 3/14/1980  42 years                   Male

---

### *Procedure/Operative Documentation*

---

*Electronically signed by:*

_____
*Alassar, MD PhD, Aiman on: 06.14.2022 20:56 EDT*

*Electronically signed by:*

_____
*Alassar, MD PhD, Aiman on: 06.14.2022 21:02 EDT*

*Electronically signed by:*

_____
*Alassar, MD PhD, Aiman on: 06.14.2022 21:24 EDT*

---

This report is confidential medical information. The unauthorized disclosure of this information may subject you to civil and criminal penalties.
**www.medstarhealth.org**