# CURRICULUM VITAE
## Ahmad Elakil
## MD, MBA, FRCSC

Phone (mobile): +17867316631
Nationality: American
Place of birth: Monterey, California, USA
Date of Birth: 18-06-1988
*Ahmadelakil@gmail.com*

**Current Job:**

2021- Present      **Chief of Department of Neurosurgery**
**Insight Hospital and Medical Center**

Chicago, IL, USA.

**Previous Job:**

2020- 2021      **Neurosurgeon, Private Practice**

Lafayette, LA, USA.

**EDUCATION**

2005-2012      **King Saud University**, Riyadh, Saudi Arabia
(Medical Degree)
GPA**: 4.41 out of 5 with honorary degree**

2016-2017      **Cornell University**, New York, USA
(Master of Business Administration)

2013-2019      **University of Calgary**, Calgary, Alberta, Canada
(Neurosurgery Residency, June 2019)

2019      **University of Miami**, Miami, USA
(Neurosurgical postgraduate training)

## LICENSURE and CERTIFICATION

| | |
|---|---|
| 2021 – Present | Illinois Medical License |
| 2021 – Present | Michigan Medical License |
| 2019 – 2021 | Florida Medical License |
| 2019 – 2021 | Louisiana Medical License |
| 2021- Present | Board certified neurosurgeon |
| 2013 – Present | Alberta Medical Association |
| 2013 – Present | Canadian Medical Association |
| 2013 – Present | Canadian Medical Protective Association |
| 2013 – Present | College of Physicians and Surgeons of Alberta – Postgraduate Trainee liscense (No: 021690) |
| 2017 | Master of Business Administration, Cornell University |
| | Conuslting project on medical device, Boston Scientific Inc |
| 2017 | The Surgical Foundations Royal College of Physicians and Surgeons of Canada |
| 2012 | Medical Council of Canada Qualifying Exam |
| 2012 | USMLE step 2 CK & CS, USMLE step 3 |
| 2011 | USMLE step 1 |
| 2012 | Medical Doctor |

## HONORS AND AWARDS

| | |
|---|---|
| 2017 | Trophy from Cornell University as the social butterfly at the Collage of Business. |
| 2017 | Academic outstanding: MBA, Cornell University (GPA: 3.91/4) |
| 2016 | Trophy from King Salman to be the most productive scientific researcher among the Arab medical residents in 2015. Cash prize (100,000 USD). |
| 2012 | Trophy for organizing specialized Basic Skills Summer School for medical students. |
| 2012 | First place winner in the "Horizon of Neurosurgery" symposium, for presenting "Obstructive Sleep Apnea and Cerebral Aneurysm: Is |

there a link?" as a poster presentation, Sofeter Hotel, Alkobar.

| | |
|---|---|
| 2011 | Special appreciation trophy from the Dean of the College of Medicine, for help, guidance and teaching of medical school underclassmen |
| 2011 | First place winner in the "Toward Safer Neurosurgery" symposium, for presenting "Organ Donation Awareness among the Population of Riyadh in 2010" as a poster presentation, Marriott Hotel, Riyadh |
| 2008-2011 | Trophy for help and guidance from the younger medical students |
| 2011 | Appreciation letter from Vice Dean for Quality, for valuable contributions to the SWOT analysis of present status of University Hospitals. |
| 2008 | Trophy for organizing specialized training and skills development program at schools of medicine in Saudi Arabia |

## PUBLICATIONS and PRESENTATIONS:
**Google Scholar Citation Count = 124; *h*-Index = 6 (As of August 2018)**

### a. Peer review articles (19)

1. Shaheen, R., Patel, N., Shamseldin, H., Alzahrani, F., Al-Yamany, R., ALMoisheer, A., Ewida, N., Anazi, S., Alnemer, M., Elsheikh, M. Alfaleh, K.,  Kircher M, Daza RM, Ibrahim N, Wakil SM, **Alaqeel A**, Altowaijri I, Shendure J, Al-Habib A, Faqieh E, Alkuraya FS. 2016. Accelerating matchmaking of novel dysmorphology syndromes through clinical and genomic characterization of a large cohort. *Genetics in Medicine*, *18*(7), pp.686-695.

2. Avery, M.B., **Alaqeel, A**., Bromley, A.B., Chen, Y.X., Wong, J.H., Eesa, M. and Mitha, A.P., 2018. A refined experimental model of fusiform aneurysms in a rabbit carotid artery. *Journal of neurosurgery*, pp.1-8.

3. Shaheen, R., Alshail, E., **Alaqeel, A.**, Ansari, S., Hindieh, F. and Alkuraya, F.S., 2015. T (brachyury) is linked to a Mendelian form of neural tube defects in humans. *Human genetics*, *134*(10), pp.1139-1141.

4. Yuh, S.J. and **Alaqeel, A.**, 2015. Ten self-inflicted intracranial penetrating nail gun injuries. *Neurosciences*, *20*(3), p.267.

5. **Alaqeel, A**., Al-Shaar, H.A., Alaqeel, A. and Al-Habib, A., 2015. The utility of ultrasound for surgical spinal decompression. *Medical ultrasonography*,*17*(2), pp.211-218.

6. **Alaqeel, A**. and Alshomer, F., 2015. High resolution ultrasound in the evaluation and management of traumatic peripheral nerve injuries: review of the literature. *Oman medical journal*, *29*(5), p.314.

7. **Alaqeel, A**., Kamalmaz, H., Al-Shaar, H.A., AlZahrani, I., Alaqeel, A., Aljetaily, S., Aldrees, A., Alsolaihim, A., Badghesh, R., Al Hamzah, A.B. and AlGethami, H., 2015. Evaluating the initial impact of the Riyadh Epilepsy Awareness Campaign. *Epilepsy & Behavior*, *52*, pp.251-255.

8. Sabbagh, A.J. and **Alaqeel, A**, 2015. Focal brainstem gliomas: Advances in intra-operative management. *Neurosciences*, *20*(2), p.98.

9. **Alaqeel, A**., Abou Al-Shaar, H., Shariff, R.K. and Albakr, A., 2015. The role of RNA metabolism in neurological diseases. *Balkan Journal of Medical Genetics*, *18*(2), pp.5-14.

10. **Alaqeel, A**., Alebdi, F. and Sabbagh, A.J., 2014. Epilepsy: what do health-care professionals in Riyadh know?. *Epilepsy & Behavior*, *29*(1), pp.234-237.

11. **Alaqeel, A.,** AlAmmari, A., AlSyefi, N., Al-Hussain, F. and Mohammad, Y., 2014. Stroke awareness in the Saudi community living in Riyadh: prompt public health measures must be implemented. *Journal of Stroke and Cerebrovascular Diseases*, *23*(3), pp.500-504.

12. **Alaqeel, A**. and Sabbagh, A.J., 2014. Pediatric brainstem tumors. Classifications, investigations, and growth patterns. *Neurosciences*,*19*(2), pp.93-99.

13. Almufleh, A., Gabriel, T., Tokayer, L., Comerford, M., **Alaqeel, A**. and Kurlansky, P., 2015. Role of community health outreach program "living for health"® in improving access to federally qualified health centers in Miami-dade county, Florida: a cross-sectional study. *BMC health services research*,*15*(1), p.181.

14. **Alaqeel, A**., Almasri, S.H., Alotaibi, N.M., Al-Yamany, M.A., BaHammam, A.S., Mohammad, Y.M. and Sharif, M.M., 2013. Prevalence of symptoms and risk of sleep apnea in patients with ruptured cerebral aneurysm.*Neurosciences*, *18*(3), pp.248-251.

15. Al-Habib, A. and **AlAqeel, A**., 2013. C2/3 instability: unusual cause of cervical myelopathy in a child with down syndrome. *Child's Nervous System*, pp.1-3.

16. Al-Habib, A.F., **AlAqeel, A**., Aldakkan, A.S., AlBadr, F.B. and Shaik, S.A., 2015. Length of MRI signal may predict outcome in advanced cervical spondylotic myelopathy. *Neurosciences*, *20*(1), p.41.

17. Al-Habib, A., **Alaqeel, A.**, Marwa, I., Almohammadi, M., Al Shalaan, H., Aleissa, S., Zamakhshary, M., Al-Bedah, K., Al-Enazi, S. and Mukhtarf, F., 2014. Causes and patterns of spine trauma in children and adolescents in Saudi Arabia: implications for injury prevention. *Annals of Saudi medicine*,*34*(1), p.31.

18. Al-Habib, A., Abdulaziz, A., **Alaqeel, A.**, Zamakhshary, M., Al-bedah, K., AlQunai, M. and Al-enazia, S., 2013. Causes and patterns of adult traumatic head injuries in Saudi Arabia: implications for injury prevention. *Annals of Saudi medicine*, *33*(4), p.351.

19. **Alaqeel, A**. and Sabbagh, A.J., 2014. Epilepsy; what do Saudi's living in Riyadh know?. *Seizure*, *22*(3), pp.205-209.

## b. Book Chapters (4)

1. Rajiv Midha and **Ahmed Alaqeel**,Technical Aspects of Nerve Repair, Nerve and Nerve injuries, 2014.

2. **Ahmed Alaqeel**, Albert Isaac, Rajiv Midha. Decompression of the Ulnar and Radial Nerve. Atlas of Neurosurgical Techniques: Spine and Peripheral Nerves, 2015. Publisher: Thieme, Editors: Richard Fessler, Laligam Sekhar.

3. **Ahmed Alaqeel**, Albert Isaac, Rajiv Midha. Decompression of the Sural Nerve. Atlas of Neurosurgical Techniques: Spine and Peripheral Nerves, 2015. Publisher: Thieme, Editors: Richard Fessler, Laligam Sekhar.

4. **Ahmed Alaqeel**, Albert Isaac, Rajiv Midha. Open and Endoscopic Decompression of the Median Nerve. Atlas of Neurosurgical Techniques: Spine and Peripheral Nerves, 2015. Publisher: Thieme, Editors: Richard Fessler, Laligam Sekhar.

## c. Abstracts (8)

1. **Alaqeel A**, Magalie Cadieux, Michael Opoku-Darko, Chelsea Demler,  John Kelly. Glioblastoma in the elderly: the impact of extent of resection on survival Accepted for presentation at the Society of Neuro-Oncology 22nd Annual Scientific Meeting, USA, 2017.

2. **Alaqeel A,** Shaheen, R., Alshail, E., Ansari, S., Hindieh, F. and Alkuraya, F.S. T (brachyury) is linked to a Mendelian form of neural tube defects in humans. Oral presentation at the 31st Annual Meeting of the American Association of Neurosurgery/

CNS Section on Disorder of the Spine and Peripheral Nerves, USA, 2016. Also presented at Alberta Neurosurgical Meeting, Banff, Alberta, Canada, 2016.

3. **Alaqeel A**, Meek C, Wong J, Mitha A. A Novel Fusiform Aneurysmal Model in a Rabbit Carotid: A Combination of Pericarotid Calcium Chloride and Elastase Incubation. Oral presentation at AANS/CNS Joint Cerebrovascular Section Annual Meeting February 9-10, 2016

4. **Alaqeel, A**., Kamalmaz, H., Al-Shaar, H.A., AlZahrani, I., Alaqeel, A., Aljetaily, S., Aldrees, A., Alsolaihim, A., Badghesh, R., Al Hamzah, A.B. and AlGethami, H. Presented as a poster presentation at the Canadian Neurological Sciences Federation 47th Annual Congress, Ottawa, Canada.

5. **Alaqeel, A**., Alebdi, F. and Sabbagh, A.J., 2014. Epilepsy: what do health-care professionals in Riyadh know?. Presented as an Oral presentation at the 30th International Epilepsy Congress, Montreal, Canada, 23 – 27 June 2014

6. **Alaqeel, A.,** AlAmmari, A., AlSyefi, N., Al-Hussain, F. and Mohammad, Y., Stroke awareness in the Saudi community living in Riyadh: prompt public health measures must be implemented. Presented at the American Academy of Neurology, New Orleans. 2012

7. **Alaqeel, A**., Almasri, S.H., Alotaibi, N.M., Al-Yamany, M.A., BaHammam, A.S., Mohammad, Y.M. and Sharif, M.M. Prevalence of symptoms and risk of sleep apnea in patients with ruptured cerebral aneurysm. *Presented as an oral presentation at the* Canadian Neurological Sciences Federation 47th Annual Congress, Ottawa, Canada. 2012

8. Al-Habib, A.F., **AlAqeel, A**., Aldakkan, A.S., AlBadr, F.B. and Shaik, S.A. Length of MRI signal may predict outcome in advanced cervical spondylotic myelopathy. Presented as an oral presentation at the 28th Annual Meeting of the American Association of Neurosurgery/ CNS Section on Disorder of the Spine and Peripheral Nerves, Orlando, Florida. 2012.

9. **Alaqeel, A**. and Sabbagh, A.J., 2014. Epilepsy; what do Saudi's living in Riyadh know?. *Seizure*, *22*(3), pp.205-209. *Presented as a poster presentation at the* Canadian Neurological Sciences Federation 47th Annual Congress, Ottawa, Canada. 2012