**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

**SHANA HARGROVE**

     PLAINTIFF

VS-

**MEDSTAR WASHINGTON HOSPITAL,
CENTER, ET AL**

     DEFENDANT

Civil Case No.: 1:23-CV-03381-RJL

*******************************************************************************************

### **ORDER**

     Upon consideration of Defendant's Motion for Summary Judgment, and Plaintiff's

Opposition filed thereto, it is on this _____ day of _____, 20___ hereby ordered

that Defendant's Motion is DENIED.

_____
Judge
United States District Court for the District of Columbia