
**MedStar Health**

WELCH, KEVIN
12615 BRANDYWINE ROAD
BRANDYWINE, MD 20613

August 19, 2024

To Whom it May Concern:
This patient was seen today at MedStar NRN Physiatry at Irving St Physician Center.

I am writing this letter on behalf of KEVIN WELCH (03/14/1980), who is a 44-year-old right-handed African-American male, with history of asthma, COVID-19 (05/2022), and type B aortic dissection, who suffered bilateral cerebellar and cerebral strokes and ischemic myelopathy status-post type B aortic dissection repair, Hemi arch replacement, ascending aorta replacement, aortic valve suspension, and reconstruction of sinotubular junction 06/14/2022. This letter medically certifies that Mr. Welch is permanently disabled as a result of his condition.

Please do not hesitate to contact me with any questions or concerns: 202-877-1765.

Sincerely,

Richard Zorowitz MD

102 Irving St , NW
Suite 1332
Washington, DC 20010

3800 Reservoir Rd NW
4 PHC
Washington, DC 20007

DOB: 03/14/1980

Page 1 of 1

Name: WELCH, KEVIN