# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# CIVIL DIVISION

| | |
|---|---|
| **SHANA HARGROVE**<br><br>PLAINTIFF<br><br>VS-<br><br>**MEDSTAR WASHINGTON HOSPITAL, CENTER, ET AL**<br><br>DEFENDANT | Civil Case No.: 1:23-CV-03381-RJL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEAL

Notice is hereby given this day fourth day of September, 2025, that Plaintiff Shana Hargrove, as power of attorney for Kevin Welch, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the day of August 7, 2025 granting Defendant MedStar Washington Hospital's Motion for Summary Judgment, Motion In Limine To Exclude the Testimony of Dr. Schulman, and Motion In Limine to Exclude the Testimony of Dr. Elakil in favor of Defendant Medstar Washington Hospital Center against Plaintiff Shana Hargrove, as power of attorney for Kevin Welch.

Respectfully Submitted,

/s/ Kim Parker

_____
Kim Parker, Esquire
D.C. Bar No. 46980
Law Offices of Kim Parker, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
Office 410-234-2621
Facsimile 443-486-1691
Email: kp@kimparkerlaw.com

/s/ Governor Jackson, III

_____
Governor E. Jackson, III, Esquire
D.C. Bar No. 1002797
Law Office of Governor Jackson, III LLC
400 E. Joppa Road, Suite 50
Towson, Maryland 21286
Office (410) 528-5150
Facsimile (410) 528-1055
Email gjackson@governorjacksonlaw.com

Counsel For Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2025, I filed this Notice of Appeal with the Clerk of the Court.

/s/ Governor Jackson,

1